# EXHIBIT 2

# INVOICE

**Veritext New York Reporting Co.**
**A Veritext Company**

1250 Broadway, Suite 2400
New York, NY 10001
Tel. (212) 279-9424
Fax (212) 279-9643

200 Old Country Road, Suite 580
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

Bill To: Paul T. Hofmann, Esq.
Hofmann & Schweitzer
360 W 31 St Ste 1506
New York, NY 10001-2727

| | |
|---|---|
| Invoice #: | NY354472 |
| Invoice Date: | 10/19/2010 |
| Balance Due: | $327.00 |

| | |
|---|---|
| Case: | Hicks, Charles v. Bane Lane Bunkering |
| Job #: | 267159   \|   Job Date: 10/8/2010   \|   Delivery:   Normal |
| Billing Atty: | **Paul T. Hofmann, Esq.** |
| Location: | Hill Betts & Nash |
| | 1 World Financial Center \| 200 Liberty Street / 26th Floor \| New Yor |
| Sched Atty: | Paul T. Hofmann, Esq. |
| Deposing Atty: | **Paul Hofmann** |

*Pd 11/23/10*
*#46858*
*$327—*

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Mark Andrew Johnson | Transcript - Original & 1 copy | Page | 58.00 | $4.00 | $232.00 |
| 2 | | Attendance Fee (appearance) | | 1.00 | $45.00 | $45.00 |
| 3 | | CD Depo Litigation Pkge | | 1.00 | $39.00 | $39.00 |
| 4 | | Shipping & handling | Package | 1.00 | $11.00 | $11.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $327.00 |
| Payment: | |
| Credits: | |
| Interest: | $0.00 |
| Balance Due: | $327.00 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:   Veritext New York Reporting Co.

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

Credit Card # _____   Exp. Date _____

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME PHONE

| | |
|---|---|
| Invoice #: | NY354472 |
| Job #: | 267159 |
| Invoice Date: | 10/19/2010 |
| Balance : | $327.00 |

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 580
Mineola, NY 11501

For more information on charges related to our services please consult. www.veritext.com/serviceinfo



# Diamond Reporting, Inc.

16 Court Street • Suite 907 • Brooklyn, NY 11241
T: 718.624.7200 • F: 718.855.1772 • www.diamondreporting.com

HOFMANN & SCHWEITZER, ATTORNEYS AT LAW
360 WEST 31ST STREET
SUITE 1506
NEW YORK, NY  10001

PAUL HOFMANN, ESQ.

HICKS, CIRO CHARLES VS VANE LINE BUNKERING,INC & TUG
PATRIOT
INDEX NO:  09CIV 3984

**INVOICE NO.:** 10120707802
**INVOICE DATE:** 1/12/2011

**REPORTER:**
NORAH COLTON

**TAX ID #: 11-266-5545**

**BILLER ID:** SS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/7/2010 | EXAM. BEFORE TRIAL OF THE DEFD., | |
| | BY BRUCE COMISKEY 106PP | |
| | ORIGINAL & 2 COPIES - YOUR CHARGE | 503.50 |
| | APPEARANCE (AM  & PM) YOUR CHARGE | 55.00 |
| | DELIVERY & HANDLING | 15.00 |

| | |
|---|---|
| **SUB TOTAL** | $573.50 |
| **PAID** | $0.00 |
| **BALANCE DUE** | $573.50 |

**\*\* PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS \*\***
WE ACCEPT AMERICAN EXPRESS, VISA AND MASTERCARD
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU

**PLEASE RETURN THIS COPY WITH PAYMENT**

Make checks payable to:  Diamond Reporting, Inc.

☒ Visa   ☒ MC   ☒ Amex   ☒ Check

Credit Card #: _____

Exp. Date: _____   Security Code: _____

Name on Card: _____

**DIAMOND DEPOSITION CENTERS**

New York Offices:
Manhattan, Brooklyn, Bronx,
Queens, Staten Island,
Mineola, White Plains
• • • • • • • • • • •
New Jersey Offices:
Hackensack, Marlton



# HAMILTON COMMUNICATIONS

**P.O. BOX 555, WESTBROOK, CONNECTICUT 06498   (860) 399-4999   FAX (860) 399-6999**

March 1, 2011

Paul T. Hofmann, Esq.
Hofmann & Schweitzer
360 West 31st Street
New York, NY 10001-2727

Invoice #030111

## I N V O I C E

For the videotape recording of the following deposition:

Date: February 23, 2011
Location: Norwalk, CT
Witness: Vincent Lusardi
Case: Ciro Charles Hicks vs. Vane Line Bunkering, Inc.

| | |
|---|---|
| Videography - half day minimum charge .................................... | $450.00 |
| DVD copy of original videotape ...................................... | included |
| DVD copy archived by Hamilton Communications ................... | N/C |
| parking ................................................................. | N/C |
| shipping (via FedEx) ...................................................... | 29.00 |
| C.O.D. Total ..............................……….......... | $479.00 |

package will arrive on  **3-4-11**   C.O.D. approved by  **GERARD**

Tax EIN #01-0670488

  

COURT REPORTING SERVICES
P.O. BOX 370
WILTON, CT 06897-0370
203-846-3402 FAX 203-845-0398

COURT REPORTING SERVICES

VIDEO SERVICES

# INVOICE

Paul T. Hofmann, Esquire
Hofmann & Schweitzer
360 West 31st Street
New York, NY 10001-2727

March 8, 2011
Tax I.D. No. 06-1366246

Invoice #: 001570

FOR PROFESSIONAL SERVICES RENDERED:

In re: **Ciro Charles Hicks vs. Vane Line Bunkering, Inc.**

| | |
|---|---|
| Appearance Fee (February 23, 2011) | $95.00 |
| Videotaped Deposition of Vincent Lusardi (Orig. & 1) | $310.65 |
| ASCII Disk | $15.00 |
| Condensed Transcript | $25.00 |
| KeyWord Index | n/c |
| E-Transcript | $35.00 |

| | |
|---|---|
| Subtotal | $480.65 |
| Shipping & Handling | $8.05 |
| **TOTAL DUE** | **$488.70** |

Reporter: M. P.

TRANSCRIPT WILL BE FORWARDED UPON RECEIPT OF TOTAL DUE.
THANK YOU.
We accept MasterCard & Visa.

25330%

# INVOICE

## PIROZZI & HILLMAN
### COMPUTERIZED REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 21603 | 3/2/2011 | 3322 |
| **Job Date** | **Case No.** | |
| 2/16/2011 | 09-CV-3984(JJ) | |
| **Case Name** | | |
| Ciro Hicks v. Vane Line Bunkering | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Paul Hofmann
Hofmann & Schweitzer
360 W. 31st Street
New York, NY 10001

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Glen Scroggins | 63.00 | Pages | @ | 4.00 | 252.00 |
| Attendances | 1.00 | | @ | 55.00 | 55.00 |
| ASCII/Condensed Transcript/Index-NC | 1.00 | Disks | @ | 0.00 | 0.00 |
| Courier/Mailing | 1.00 | | @ | 22.50 | 22.50 |
| | | | **TOTAL DUE  >>>** | | **$329.50** |

Thank you.

NATIONWIDE DEPOSITION SCHEDULING
(877) 509-5858

Discovery - Court Reporting - Legal Video Services - Trial Technology - Interpreting - Video Conferencing

NEW Satellite Office in Bedford Hills, NY - Serving Westchester County

Celebrating Over 20 Years of Excellence!

**Tax ID:** 13-3585905

*Please detach bottom portion and return with payment.*

Paul Hofmann
Hofmann & Schweitzer
360 W. 31st Street
New York, NY 10001

| | | | | |
|---|---|---|---|---|
| Job No. | : 3322 | BU ID | : PIROZZI | |
| Case No. | : 09-CV-3984(JJ) | | | |
| Case Name | : Ciro Hicks v. Vane Line Bunkering | | | |
| Invoice No. | : 21603 | Invoice Date | : 3/2/2011 | |
| **Total Due** | **: $329.50** | | | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:                Phone#:

Billing Address:

Zip:              Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:  **Pirozzi & Hillman Computerized Reporting**
**16 West 36th Street**
**Suite 501**
**New York, NY 10018**

# INVOICE

## PIROZZI & HILLMAN
### COMPUTERIZED REPORTING

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 21600 | 3/2/2011 | 3290 |
| **Job Date** | **Case No.** | |
| 2/16/2011 | 09-CV-3984(JJ) | |
| **Case Name** | | |
| Ciro Hicks v. Vane Line Bunkering | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Paul Hofmann
Hofmann & Schweitzer
360 W. 31st Street
New York, NY 10001

| DEPOSITION OF: | | | | | |
|---|---|---|---|---|---|
| Robert Roosevelt | | | | | |
| 38.00 Pages | @ | 4.00 | 152.00 |
| Attendances | 1.00 | @ | 55.00 | 55.00 |
| ASCII/Condensed Transcript/Index-NC | 1.00 Disks | @ | 0.00 | 0.00 |
| | **TOTAL DUE >>>** | | | **$207.00** |

Thank you.

NATIONWIDE DEPOSITION SCHEDULING
(877) 509-5858

Discovery - Court Reporting - Legal Video Services - Trial Technology - Interpreting - Video Conferencing

NEW Satellite Office in Bedford Hills, NY - Serving Westchester County

Celebrating Over 20 Years of Excellence!



Tax ID: 13-3585905

---

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 3290 | BU ID | : PIROZZI |
| Case No. | : 09-CV-3984(JJ) | | |
| Case Name | : Ciro Hicks v. Vane Line Bunkering | | |
| Invoice No. | : 21600 | Invoice Date | : 3/2/2011 |
| **Total Due** | **: $207.00** | | |

Paul Hofmann
Hofmann & Schweitzer
360 W. 31st Street
New York, NY 10001

### PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date: _____ Phone#:

Billing Address:

Zip: _____ Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:   **Pirozzi & Hillman Computerized Reporting**
**16 West 36th Street**
**Suite 501**
**New York, NY 10018**

 **ESQUIRE**

Esquire Solutions - Woodbridge
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303


# ESQUIRE
### DEPOSITION SOLUTIONS

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas TX, 75284-6099
www.esquiresolutions.com

Toll Free (800) 211-DEPO
Fax (856) 437-5009

## Invoice # EQ380220



PAUL HOFMANN ,ESQ.
HOFMANN & ASSOCIATES - NEW YORK
SUITE 1506
360 WEST 31ST STREET
NEW YORK, NY 10001

| Invoice Date | 06/06/2012 |
|---|---|
| Terms | NET 30 |
| Payment Due | 07/06/2012 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 05/29/2012 | HICKS, CHARLES vs. VAN LINE BUNKERING INC. | 332449 | 06/05/2012 | FED EX |

| Description |
|---|
| Original Deposition for CHARLES RIZZO, 05/29/2012 (TINTON FALLS, NJ) |
|     VIDEO |
|     SUMMARY |

MATTER NUMBER: N/A

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 07/21/2012** | **$ 1,614.90** |
| Amount Due After 07/21/2012 | $ 1,776.39 |

Tax Number:    45-3463120

Check Request

To: Miriam

Date: August 12, 2010

From: Gerard

Amount:     750.00

Payable To:   Dr. Charles C. Rizzo
              Shore Orthopaedic Group
              35 Gilbert Street South
              Tinton Falls, NJ 07701
              Tax ID: 222856302

For:   Medical Exam

Re:   Charles Hicks

---

**HOFMANN & SCHWEITZER / ATTORNEY BUSINESS ACCOUNT**                    **46517**

8/12/10
Shore Orthopaedic Group
$750.00
Re: Charles Hicks

HOFMANN & SCHWEITZER

CHECK REQUEST

DATE: _____October 27, 2010_____

ISSUE CHECK TO: _____Shore Orthopedic Group_____

AMOUNT: _____$350_____

INVOICE # _____   INVOICE DATE: _____

CASE NUMBER:_____CASE NAME: ___Charles Hicks_____
_____

REASON/COMMENTS: _____Supplemental Report_____

Please give to Gerard to mail out Priority Mail. Dr. Needs to ___
have it for Tuesday, November 2, 2010 exam_____

---

**HOFMANN & SCHWEITZER / ATTORNEY BUSINESS ACCOUNT**                    **46800**

Shore Orthopaedic Group                                          10/28/2010
Client Costs                          10/28/10 46800 Shore Orthopaedic Group           350.00
                                      Hicks, C 09-30 Expert Fees & Reports
                                      (Fee for Supplemental Report from Dr. Rizzo)

*Amal Operating*         C. Hicks

**Check Request**

To: Miriam

Date: April 16, 2012

From: Gerard

Amount: $1,500

Payable To:   Shore Orthopaedic Group
              35 Gilbert Street South
              Tinton Falls, NJ 07701
              Tax ID: 222856302

For: Deposition

Re:  Hicks

May 24, 2012

Miriam
re: Hicks vs. Vane

ck for $2,000. payable to Shore Orthopedic Group (balance due for deposition)

**TAX ID # 222-856-302**

Marielena

p.s. - M., please give check to Paul since he has to bring it with him at time of deposition  — *TVRS*

*TKS.*

Check Request

To: Miriam

Date: November 9, 2011

From: Gerard

Amount: 350.00

Payable To: Clerk, Southern District of New York

For:   Complaint

Re:   Charles Hicks

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000



# HealthPort.
## INVOICE

Invoice #: **0060116681**
Date:       **8/25/2009**
Customer #: 1348523

| Ship to: | Bill to: | Records from: |
|---|---|---|
| GUILLERMO MARTINEZ<br>HOFMANN AND ASSOCIATES<br>360 WEST 31 STREET STE 1506<br>NEW YORK, NY 10001 | GUILLERMO MARTINEZ<br>HOFMANN AND ASSOCIATES<br>360 WEST 31 STREET STE 1506<br>NEW YORK, NY 10001 | MERIDIAN RIVERVIEW<br>1 RIVERVIEW PLAZA<br>RED BANK, NJ 07701 |

**Requested By:** HOFMANN AND ASSOCIATES
**Patient Name:** HICKS CIRO CHARLES

**DOB:** 071651
**SSN:** *****2129

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 10.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 316 | 0.25 | 79.00 |
| Per Page Copy (Paper) 2 | 100 | 1.00 | 100.00 |
| Shipping/Handling | | | 10.25 |
| Subtotal | | | 199.25 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 199.25 |
| Balance Due | | | 199.25 |

**Pay your invoice online at www.HealthPortPay.com**

**Terms:** Net 30 days

**Please remit this amount : $ 199.25 (USD)**

--------------------------------✂--------------------------------

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #: **0060116681** |
|---|
| Check # _____ |
| Payment Amount $_____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.



# Atlantic Diagnostics, LLC
## Atlantic Open MRI, LLC

*High Field Open MRI • Fluoroscopy • Ultrasound*
*• CAT Scan*

_____

_____

_____

_____

Dear  _Guillermo Martinez_

Our office is in receipt of your requests for RADIOLOGICAL REPORTS and/or
RADIOLOGICAL FILMS.

Patients Name:  _Ciro Charles Hicks_  Claim/File# _____

Authorized information will be mailed to you upon request of $132.00

$100.00 each MRI–STUDY _5/20/09 MRI Right shoulder arthrogram_
$1.00 each Record Page  _22_  (Pages)
$10.00 Search fee is applied

## PLEASE TAKE CAREFUL NOTE OF THE FOLLOWING

_____  Please send a signed notarized authorization so we can send you films/reports.
Authorization must have original signature of patient. Authorization also must be
filled completely and correctly. If it is not, all correspondence will be returned to
your office.

_____  Authorization you have enclosed allows us to send records to _____
only. If you want records sent directly to you, please send proper authorization
allowing us to do so.

_____  Your mailing address is not clear, please clarify. Please note that radiology films
cannot be sent to PO Boxes via UPS. Please provide us with a non P.O. Box
mailing address.

✓  Thank you for sending proper authorization. Upon receipt of the above
mentioned fee, we will send your office films/reports.

Sincerely,

_Lisa Shrodo_
Lisa Shrodo
Medical Records Clerk

Douglas Gibbens, MD • Norman Schoenberg, MD • Joseph Triolo, MD • Cynthia Barone, DO
766 Shrewsbury Avenue, Tinton Falls, New Jersey 07724
Phone (732) 530-8989 • Fax (732) 530-6365
www.atlanticmri.com



**Invoice Number:** __20403__       **Date** __8/18/2010__

**Request Number:** _____

**Phone. (800)-483-6040**

**Fax. (732)-387-8329**

**P.O. Box 23**
**South River, NJ 08882**    **Tax ID # 27-0605846**
**Email: customer.service@medrequestsolutions.com**

**Bill To:**                    **Send To:**

Attn: __Guillermo Martinez__          Attn: _____

Requester: __Hofman & Associates__      Address 1: _____

Address: __360 West 31st Street__     Address 2: _____

City: __New York__ State: __NY__ Zip: __10001__    City: _____ State: ____ Zip: _____

## Records Status: Pre Bill

Patient Name: __Hicks, Ciro__        Doctor Name: _____

            Last    First        Facility Name: __Orthopaedic, Sports Medicine & Rehab.__

Your Claim/File # _____   Site # __1010__   Rep # __1__   Page Count: __72__

**Confidential Records**

Initial Fee: _____

Page Fee: __$72.00__

Processing Charge: _____

Subpoena Charge: _____

Certification Charge: __$10.00__

Postage/Handling Charge: _____

Invoice Total: __$82.00__    Thank you!

Credit: _____

Payment: _____

Balance Due: __$82.00__    Check#: _____

> The Medical information enclosed with this invoice has been disclosed to you from records whose confidentiality is protected by Federal and State Law. Federal Regulations prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

To expedite your request, please include our invoice number on your check.

### Credit Card Payments

Visa__ Mastercard__ American Express__ Discover__

*Cardholder Name:_____ *Credit Card #_____

*Cardholder Signature:_____ *Exp.Date:_____ *Security Code:_____

*Billing Address:_____ *Billing City:_____

*Billing State_____ *Billing Zip Code:_____

**Important**: This Invoice is for fees associated with the reproduction of requested medical records. If you are the authorized representative of the patient please adjust any fees to adhere to the proper state fee laws. Payment of this invoice acknowledges acceptance and agreement of all fees charged and services provided by Med Request Solutions Inc. If you are not the intended recipient, please call us at the above phone number, or return records to the above address Thank you.

Date: NOV. 4, 2010    Fax Cover Sheet          Pages:

**David Hyppolite M.D.**
Providential Medical Center P.C.
66C Bridge Ave. Red Bank, NJ 07701
P: (732)747-6600  F: (732)747-6001

To: TONY                          Fax #: (212)465-8849

Comments:

Medical Records Requested
pt. Ciro Hicks

Search fee      @ 10.00
Pages @ $1.00  $ 150.00
postage            5.00
                _____
         $ 165.00    Tot. amount due
make payable to David Hyppolite MD   TAX ID #
                                      202134975

This transmission is intended only for the individual or entity to which it is addressed and contains information that is confidential. If you have received this in error, please destroy the faxed materials and contact the sender immediately at (732)747-6600.

This information has been disclosed to you from confidential records and is protected by Federal and State law. This may include confidential mental health, substance and/or alcohol abuse and HIV related information. Federal and State law prohibit you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of the law may result in a fine or jail sentence or both. A general authorization for the release of this information may not be sufficient authorization for further disclosure.

Thank
you

**Med Request Solutions, Inc.**

Medical Request Retrieval of Information Service

Invoice Number: __25880__

Request Number: _____

Phone. (800)-483-6040

Fax. (732)-387-8329

Email: customer.service@medrequestsolutions.com

P.O. Box 23

South River, NJ 08882

Tax ID # 27-0605846

Date __12/16/2010__

**Bill To:**

Attn: __Guillermo Martinez__

Requester: __Hofmann & Schweitzer__

Address: __360 West 31st St.__

City: __New York__   State: __NY__  Zip: __10001__

**Send To:**

Attn: _____

Address 1: _____

Address 2: _____

City: _____  State: _____  Zip: _____

**Records Status: Pre Bill**

Doctor Name: __Dr. Bernard P. Murphy__

Patient Name: __Hicks, Ciro Charles__
                  Last     First

Facility Name: __Orthopaedic, Sports Medicine & Rehab.__

Your Claim/File # _____   Site # __1010__   Rep # __3__   Page Count: __98__

Initial Fee: _____

Page Fee: __$98.00__

Processing Charge: _____

Subpoena Charge: _____

Certification Charge: __$10.00__

Postage/Handling Charge: _____

Invoice Total: __$108.00__   Thank you!

Credit: _____

Payment: _____

Balance Due: __$108.00__   Check#:

**Confidential Records**

The Medical information enclosed with this invoice has been disclosed to you from records whose confidentiality is protected by Federal and State Law. Federal Regulations prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

To expedite your request, please include our invoice number on your check.

Credit Card Payments

Visa__  Mastercard__  American Express__  Discover__

*Cardholder Name:_____   *Credit Card #_____

*Cardholder Signature:_____   *Exp.Date:_____   *Security Code:_____

*Billing Address:_____   *Billing City:_____

*Billing State_____   *Billing Zip Code:_____

**Important:** This Invoice is for fees associated with the reproduction of requested medical records. If you are the authorized representative of the patient please adjust any fees to adhere to the proper state fee laws. Payment of this invoice acknowledges acceptance and agreement of all fees charged and services provided by Med Request Solutions Inc. If you are not the intended recipient, please call us at the above phone number, or return records to the above address Thank you.

**Invoice Number:** ___24651___

**Request Number:** _____

**Date** ___11/18/2010___

# Med Request Solutions, Inc.
### Medical Request Retrieval of Information Service

**Phone. (800)-483-6040**
**Fax. (732)-387-8329**

**P.O. Box 23**
**South River, NJ 08882**

**Email: customer.service@medrequestsolutions.com**

**Tax ID # 27-0605846**

**Bill To:**

Attn: __Paul T. Hofmann__

Requester: __Hofmann & Schweitzer__

Address: __360 West 31st St.__

City: __New York__  State: __NY__  Zip: __10001__

**Send To:**

Attn: _____

Address 1: _____

Address 2: _____

City: _____ State: ____ Zip: ____

## Records Status: **Send with Invoice**

Doctor Name: __Dr. Steven P. Lisser__

Patient Name: __Hicks, Ciro__
　　　　　　　Last　　First

Facility Name: __Orthopaedic, Sports Medicine & Rehab.__

Your Claim/File # _____  Site # __1010__  Rep # __3__  Page Count: __4__

Initial Fee: _____

Page Fee: __$10.00__

Processing Charge: _____

Subpoena Charge: _____

Certification Charge: _____

Postage/Handling Charge: _____

Invoice Total: __$10.00__

Credit: _____

Payment: _____

Balance Due: __$10.00__  Check#: _____

**Thank you!**

### Confidential Records

The Medical information enclosed with this invoice has been disclosed to you from records whose confidentiality is protected by Federal and State Law. Federal Regulations prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is not sufficient for this purpose.

To expedite your request, please include our invoice number on your check.

### Credit Card Payments
Visa__ Mastercard__ American Express__ Discover__

*Cardholder Name:_____  *Credit Card #_____

*Cardholder Signature:_____  *Exp.Date:_____  *Security Code:_____

*Billing Address:_____  *Billing City:_____

*Billing State_____  *Billing Zip Code:_____

**Important:** This Invoice is for fees associated with the reproduction of requested medical records. If you are the authorized representative of the patient please adjust any fees to adhere to the proper state fee laws. Payment of this invoice acknowledges acceptance and agreement of all fees charged and services provided by Med Request Solutions Inc. If you are not the intended recipient, please call us at the above phone number, or return records to the above address Thank you.

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000



**HealthPort.**
**INVOICE**

**Invoice #:** **0084801605**
**Date:** **12/22/2010**
**Customer #:** 1348523

| Ship to: | | Bill to: | | Records from: |
|---|---|---|---|---|
| GUILLERMO MARTINEZ<br>HOFMANN AND SCHWEITZER<br>360 WEST 31 STREET<br>NEW YORK, NY 10001- | | GUILLERMO MARTINEZ<br>HOFMANN AND SCHWEITZER<br>360 WEST 31 STREET<br>NEW YORK, NY 10001- | | MERIDIAN RIVERVIEW<br>1 RIVERVIEW PLAZA<br>RED BANK, NJ 07701 |

**Requested By:** HOFMANN AND SCHWEITZER
**Patient Name:** HICKS CIRO

**DOB:** 071651
**SSN:** *****2129

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 10.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 2 | 100 | 1.00 | 100.00 |
| Per Page Copy (Paper) 1 | 375 | 0.25 | 93.75 |
| Shipping/Handling | | | 10.25 |
| Subtotal | | | 214.00 |
| Sales Tax | | | 0.00 |
| Certification Fee | | | 5.00 |
| Invoice Total | | | 219.00 |
| Balance Due | | | 219.00 |

Pay your invoice online at www.HealthPortPay.com

**Terms: Net 30 days**      **Please remit this amount : $ 219.00 (USD)**

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

| Invoice #:  0084801605 |
|---|
| Check # _____ |
| Payment Amount $_____ |

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.



| Discovery Tax ID # 26-1431538 | | |
|---|---|---|

**Remit Payment to:**

**Discovery Health Record Solutions**

1150 Northmeadow Parkway, Suite 100
Roswell, GA 30076
678.990.5300 / Fax: 678.990.5301

| | |
|---|---|
| Invoice Number | 1379925 |
| Invoice Date | 12/22/2010 |
| Work Order # | 1592580 |
| Reference / Claim # : n/a | |

Cappiello, Hofmann & Katz, P.C.
360 West 31st Street
New York NY 10001-2727
Attention: Guillermo Martinez

**Records from:**
Concentra Medical Center-NJ/EDS
135 Raritan Center Parkway
Edison NJ 08837

**Records of:** Hicks, Ciro C.
DOB: 07/16/1951

| Item | Quantity | Price | Total |
|---|---|---|---|
| Minimum Fee Pages 1 - 10 | 1 | 10.000 | 10.00 |
| Page 11 - 100 | 29 | 1.000 | 29.00 |
| Shipping and Handling | 1 | 1.850 | 1.85 |
| Copy of Certification provided with records | 1 | 6.780 | 6.78 |

**Payment terms are net 30, after 30 days a 5% late fee will automatically be applied.**

Returned checks are subject to a $15 returned check fee.

A cancellation fee will apply if the order is cancelled after the invoice is received.

While charges may be computed on a per copy basis, such charges represent our charges for personal services only, and the actual copies represent an inconsequential element of our services and no separate charge is made therefore.

| | |
|---|---|
| Order Total: | 47.63 |
| Sales Tax: | |
| Payment Received: | 0.00 |
| Due within 30 days: | 47.63 |
| After 01/21/2011 | 50.01 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

# Visa, Master Card, Discover, American Express Accepted

**Cappiello, Hofmann & Katz, P.C.**

**Invoice #  1379925**

**Please remit this portion with your payment to:**
**Discovery Health Record Solutions**
1150 Northmeadow Parkway, Suite 100
Roswell, GA 30076
678.990.5300 / Fax: 678.990.5301

| | |
|---|---|
| Due within 30 days: | 47.63 |
| After 01/21/2011 | 50.01 |
| Payment Amount Included | _____ |

# Noble Resource Corporation

### Invoice For Medical Records

P.O.BOX 3540
Alpharetta, GA 30023
800-490-5007

**Tax ID 81-0583779**

| Invoice Date | Invoice Number |
|---|---|
| 4/27/2012 | 184849 |

| Bill To |
|---|
| Hofmann & Schweitzer<br>Counselors at Law<br>360 West 31st Street, Ste 1506<br>New York NY 10001-2727 |

| Ship To |
|---|
| Hofmann & Schweitzer<br>Counselors at Law<br>360 West 31st Street, Ste 1506<br>New York, NY 10001-2727 |

| Patient Name | REP | ship date | Ship Via | Your File Number | Page count |
|---|---|---|---|---|---|
| Charles Hicks | 376 | 4/27/2012 | Reg Mail | | 4 |

| Description | Quantity | Rate | Class | Amount |
|---|---|---|---|---|
| Base Fee | | 10.00 | 376 Shore Ortho... | 10.00 |
| postage | | 0.45 | 376 Shore Ortho... | 0.45 |

The enclosed information was reproduced by Noble Resource Corporation. Noble Resource Corporation is under an agreement with this facility to process authorized requests for copies of medical records.

*Some information that you requested may not be enclosed because it was not present in the medical records at the time this request was received.*

If this invoice does not have information enclosed, the information was sent to the location designated on the request.

**Payment is due upon receipt of this invoice. A service charge of 1.5% per month (annual rate 18%) will be charged if not paid within 30 days from the date of this invoice. Please include one copy of this invoice with your remittance to Noble Resource Corporation to ensure proper credit. Please direct all questions to Noble Resource Corporation 800-490-5007.**

**Return one copy of this invoice with your payment
Please make check payable to:
Noble Resource Corporation
PO Box 3540
Alpharetta,GA 30023
To pay by credit card please call 800-490-5007**

| Total | $10.45 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10.45 |

*PP 5lin/lla*
*# 46217*
*$ 59.95*

**INVOICE**

HOFMANN & ASSOC.
PAUL T. HOFMANN, ESQ
1130 RTE 202 SO.  STE A 7
RARITAN, NJ 08869

INVOICE #:      20100414174241
AMOUNT DUE:     $59.95
DUE DATE:       05/16/2010

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**AMOUNT DUE: $59.95**
ATTORNEY:
FIRM:
PLAINTIFF:
DEFENDANT:
DOCKET#:
ENTITY SERVED:
SERVED WITH:
SERVED DATE:

**DUE DATE: 05/16/2010**
PAUL T. HOFMANN, ESQ
HOFMANN & ASSOC.
CIRO CHARLES HICKS
VANE LINE BUNKERING,INC
9 CV 3984
DONJON MARINE CO, INC
SUBPOENA IN A CIVIL CASE
**04/15/2010**

INVOICE #: 20100414174241      INVOICE DATE: 04/16/2010

CLAIM#:

COURT DATE:          04/26/2010

| | |
|---|---|
| ATTENDANCE FEE: | $0.00 |
| SERVICE FEE: | $59.95 |
| MILEAGE FEE: | $0.00 |
| PRIORITY FEE: | $0.00 |
| PICKUP FEE: | $0.00 |
| INCORRECT ADDRESS FEE: | $0.00 |
| POSTAL FORWARDING FEE: | $0.00 |
| CASH ATTACHED: | $0.00 |
| WAIT TIME 0.00  HOURS FEE: | $0.00 |
| NOTARY/MISC. FEE: | $0.00 |
| TOTAL: | $59.95 |

PAYMENT SENT ON:   |___|/|___|/|___|

AMOUNT PAID:   |___|.|___|.|___|

[ ] CHECK
[ ] VISA
[ ] MASTERCARD
[ ] DISCOVER
[ ] AMERICAN EXPRESS

CARD/CHECK#: |___|___|___|___|___|___|___|___|___|___|___|___|