HOFMANN & SCHWEITZER
Attorneys for Plaintiff
360 West 31st Street, Suite 1506
New York, NY 10001-2727
Tel: 212-465-8840

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CIRO CHARLES HICKS,                        11 Civ. 8158 (KBF)

                  Plaintiff           CERTIFICATION IN
   -against-                              OPPOSITION TO DEFENDANT'S
                                     RULE 50 AND 50 MOTION
VANE LINE BUNKERING, INC.,

                  Defendant,
------------------------------------------------------------x

      Paul T. Hofmann, attorney at law, hereby certifies under penalty of perjury, pursuant to 29 U.S.C. § 1746, the following:

1.    I am the attorney for the plaintiff, Charles Hicks, in this matter and was trial counsel to him for the trial of this matter during the first week of September 2012. I make this certification in support of the plaintiff's opposition to the defendant's Rules 50 and 59 motion.

2.    Annexed hereto is a true and correct copy of plaintiff's exhibit 4 from the trial, and referred to in plaintiff's memorandum of law.

3.    Annexed hereto is a true and correct copy of defendant's exhibit D14 from the trial, and referred to in plaintiff's memorandum of law.

4.    Annexed hereto is a true and correct copy of plaintiff's exhibit 15 from the trial, and referred to in plaintiff's memorandum of law.

5.    Annexed hereto is a true and correct copy of plaintiff's exhibit 16 from the trial, and

referred to in plaintiff's memorandum of law.

6. Annexed hereto is a true and correct copy of plaintiff's exhibit 22, which is the report of the radiologist at Middletown Medical Imaging who did the October 22, 2012 MRI study, the original films of which were admitted into evidence as plaintiff's exhibit 23.

7. Annexed hereto is a true and correct copy of plaintiff's exhibit 26 from the trial, and referred to in plaintiff's memorandum of law.

8. Annexed hereto is a true and correct copy of plaintiff's exhibit 32 from the trial, and referred to in plaintiff's memorandum of law.

9. Annexed hereto is a true and correct copy of plaintiff's exhibit 33 from the trial, and referred to in plaintiff's memorandum of law.

10. Annexed hereto is a true and correct copy of plaintiff's exhibit 35 from the trial, and referred to in plaintiff's memorandum of law.

11. Annexed hereto is a true and correct copy of plaintiff's exhibit 36 from the trial, and referred to in plaintiff's memorandum of law.

12. Annexed hereto is a true and correct copy of plaintiff's exhibit 37 from the trial, and referred to in plaintiff's memorandum of law.

13. Annexed hereto is a true and correct copy of plaintiff's exhibit 38 from the trial, and referred to in plaintiff's memorandum of law.

14. Annexed hereto is a true and correct copy of plaintiff's exhibit 39 from the trial, and referred to in plaintiff's memorandum of law.

15. Annexed hereto is a true and correct copy of plaintiff's exhibit 40 from the trial, and referred to in plaintiff's memorandum of law.

16. Annexed hereto is a true and correct copy of plaintiff's exhibit 41 from the trial, and referred to in plaintiff's memorandum of law.

17. Annexed hereto is a true and correct copy of plaintiff's exhibit 42 from the trial, and referred to in plaintiff's memorandum of law.

18. Annexed hereto is a true and correct copy of plaintiff's exhibit 43 from the trial, and referred to in plaintiff's memorandum of law.

19. Annexed hereto is a true and correct copy of plaintiff's exhibit 44 from the trial, and referred to in plaintiff's memorandum of law.

20. Annexed hereto is a true and correct copy of plaintiff's exhibit 45 from the trial, and referred to in plaintiff's memorandum of law.

21. Annexed hereto is a true and correct copy of plaintiff's exhibit 46 from the trial, and referred to in plaintiff's memorandum of law.

22. Annexed hereto is a true and correct copy of plaintiff's exhibit 49 from the trial, and referred to in plaintiff's memorandum of law.

23. Annexed hereto is a true and correct copy of plaintiff's exhibit 50 from the trial, and referred to in plaintiff's memorandum of law.

24. Annexed hereto is a true and correct copy of plaintiff's exhibit 56 from the trial, and referred to in plaintiff's memorandum of law.

25. Annexed hereto as exhibit 63 is a certified copy of the transcript of Dr. Charles Rizzo, the original video DVD recording of which was admitted into evidence as plaintiff's exhibit 63.

26. Annexed hereto as exhibit 64 is a true and correct copy of the jury's verdict sheet.

27. Annexed hereto as exhibit 65 is a true and correct copy of the pre-trial order submitted in this matter by the parties.

Dated: October 5, 2012                                    /s/Paul T.Hofmann
                                                                    Paul T. Hofmann

CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2012, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

    James Forde, Esq.
    Hill Betts & Nash
    One World Financial Center
    200 Liberty Street, 26th Floor
    New York, New York 10281
    jforde@hillbetts.com

                                        By:    Paul T. Hofmann(PH1356)
                                                  Hofmann & Schweitzer
                                                  Attorneys for Plaintiff
                                                  360 W. 31st Street, Suite 1506
                                                  New York, N.Y. 10001
                                                  Tel: (212) 465-8840