



# Record Certification

Discovery Support Services, LLC Use Only

The undersigned certifies that he/she is a representative of Discovery Support Services, LLC and that they made true reproductions of the applicable original records concerning _Ciro Charles Hicks_ (Patient) which were kept in the offices of _Concentra_ (Provider) during the period of _2006 – 2009_, whose original items, documents, and/or records are provided to Discovery Support Services, LLC by the custodian of records for the aforementioned Healthcare Provider.

_12/17/10_
Date

_Glenda Roberts_
Signature

Document Number 03.14.02



06/24/2008 6:07:40 AM -0500 MEDTOX LABORATORIES INC.          PAGE 1    OF 2

MEDTOX LABORATORIES INC.                    Jennifer A. Collins, Ph.D.
  402 WEST COUNTY ROAD D                         Dr Mark Catlin, M.D.
ST. PAUL, MN  55112                          Karla Walker, Pharm.D.
651-636-7466                                           PAGE 1

            COMPUTER-GENERATED FACSIMILE LABORATORY REPORT

                        PATIENT NAME        Social Security
                        HICKS,CIRO
ICSAS
ATTN: DR FRANCES ANEROUSIS
ANDERSON-KELLY ASSOCIATES INC      PATIENT I.D. NO.    AGE    SEX SPECIMEN
500 INTERNATIONAL DR, STE 205       M1840111                  M  F1151916
MOUNT OLIVE, NJ 07828                                DOB:
                        DATE      TIME    DATE       DATE
                        COLLECTED COLLECTED RECEIVED  REPORTED
                                                        6:07AM
REDLICH,ADAM/           06/19/2008 14:30  06/20/2008 06/24/2008

   TEST(S) REQUESTED         RESULTS        UNITS THERAPEUTIC RANGE

CBC WITH PLATELET AND DIFFERENTIAL
   WHITE BLOOD CELL COUNT      10.75           thou/mm3   3.90-11.40
   RED BLOOD CELL COUNT         4.82           mil/mm3    4.10-5.80
   HEMOGLOBIN                  15.7            g/dl       13.5-17.5
   HEMATOCRIT                  47.0            %          38.0-50.0
   MCV                         97.6    (H)     fl         80.0-97.0
   MCH                         32.5            pg         27.0-34.0
   MCHC                        33.4            %          31.0-35.0
   RDW                         13.6            %          11.0-15.5
   PLATELET COUNT             334             thou/mm3   140-400
   MPV                          8.7            fl         7.5-11.5
   NEUT (PERCENT)              44.2            %          40.0-80.0
   LYMPH (PERCENT)             50.8    (H)     %          15.0-50.0
   MONO (PERCENT)               2.8            %          0.0-10.0
   EOS (PERCENT)                1.7            %          0.0-6.0
   BASO (PERCENT)               0.6            %          0.0-2.0
   ABS NEUT COUNT            4750             cells/mm3 1800-8000
   ABS LYMPH COUNT           5460     (H)     cells/mm3 1000-4000
   ABS MONO COUNT             300             cells/mm3 40-950
   ABS EOS COUNT              180             cells/mm3 30-600
   ABS BASO COUNT              60             cells/mm3 0-125
   COMMENT                   SEE TEXT    (*)
   PATHOLOGY REVIEW:  MILD LYMPHOCYTOSIS REVIEW HISTORY AND
                      PHYSICAL FINDINGS.
        REVIEWED BY DR. MARK CATLIN 6/23/2008



                    *** FINAL REPORT ***

AUG-26-08   03:50PM   FROM-CONCENTRA     4106933604     T-263   P.002/003   F-888

AUG-25-08   12:02PM   FROM-Concentra Medical Center     732 417 0009     T-656   P.002/024   F-348

JUL-30-08   08:56AM   FROM-CONCENTRA     4106933604     T-251   P.008/008   F-916

| Department of Homeland Security<br>U.S. Coast Guard<br>CG-719K (Rev 03/04) | **Merchant Mariner Physical Examination Report** | OMB (0.000.000)<br>Expires 07/31/2006<br>**Page 3** |

### Section I – Applicant Information

Name (Last, First, Middle) of Applicant: *Hiks, Ciro, C*

Date of Birth (Month, Day, Year): ▓▓▓

Social Security Number: ▓▓▓

### Section II - Physical Information

| Eye Color: *Blue* | Hair Color: *Blond* | Weight: *216* lbs | Distinguishing Marks |
| Height: ft *69* in | Blood Pressure Systolic *118* / Diastolic *70* | | Pulse Reading *62*  ☑ Regular ☐ Irregular |

### Section III - Vision (if you have corrected vision, BOTH uncorrected & corrected MUST be shown)

| UNCORRECTED | CORRECTABLE TO | FIELD OF VISION |
| Right 20 / *50*<br>Left 20 / *25* | Right 20 /<br>Left 20 / | ☑ Normal   ☐ Abnormal    The applicant must have 180 degrees horizontal field of vision |

### Section IV - Color Vision

☑ PASS    ☐ FAIL

Deck Officers/Ratings (masters, mates, pilots, operators, able-seaman) must be tested using one of the following tests. For all other licenses/ratings, see para 1, note 3.

**Pseudoisochromatic Plates**
☐ Dvorine - 2nd Edition
☐ AOC
☐ AOC Revised Edition
☐ AOC - HRR
☐ Ishihara 16, 24, 38 Plate Edition

☐ Eldridge - Green Perception Lantern
☐ Farnsworth Lantern (FALANT)
☐ Keystone Orthoscope
☐ Keystone Telebinocular
☐ SAMCTT- School of Aviation Medicine
☑ Titmus Optical Vision Test
☐ Williams Lantern

### Section V - Hearing

☐ NORMAL    ☐ IMPAIRED (If impaired, complete Audiometer and Functional Speech Discrimination Test)

| Audiometer<br>(Threshold Value) | 500 Hz | 1000 Hz | 2000 Hz | 3000 Hz |
| --- | --- | --- | --- | --- |
| Right Ear (Unaided) | *15* | *10* | *15* | *40* |
| Left Ear (Unaided) | *10* | *15* | *10* | *25* |
| Right Ear (Aided) | | | | |
| Left Ear (Aided) | | | | |

| Functional Speech Discrimination Test at 55 dB | Right Ear (Unaided) ____ % | Left Ear (Unaided) ____ % |
| | Right Ear (Aided) ____ % | Left Ear (Aided) ____ % |

### Section VI - Medications

List all current medications, including dosage and possible side effects. State the condition(s) for which the medication(s) are taken.

☐ NO PRESCRIPTION MEDICATIONS

*LOTREL*

**Spirometry Report**
**Puritan-Pennett Renaissance II**
S/N:   ~ G-20021270573
Version:   1.1.11

**CONCENTRA EDISON**

Session Date:   12AUG2008
Session Time:   12:07PM
Last Cal Check:   12AUG2008

BEST FVC/FVL REPORT

| | | | | |
|---|---|---|---|---|
| ID: | 060422129 | Height: | 69" | Physician: |
| Name: | HICKS.CIRO | Age: | 57YRS | Technician: |
| Gender: | MALE | Weight: | 216LBS | |
| Medication: | | Smoker: | 40YRS, 80 Pack Yrs | |
| Dosage: | | Ethnicity/Correction: | CAUCASIAN    100.0% | |

Sensor Code:      546778
Temperature:         70f
Barometric Press:   /60mmHg
BTPS Correction:   1.110
Normals:      KNUDSON 83

< Indicates Below LLN

User Format:        PREMED - 12:08PM
                    Best Criteria:        VAL

| MEASUREMENT | QC | BEST | Trial | %Pred | Pred | LLN |
|---|---|---|---|---|---|---|
| FVC (L) | F | 4.96 | 3 | 115 | 4.29 | 3.15 |
| FEV1 (L) | F | 3.53 | 3 | 102 | 3.46 | 2.67 |
| FEV1% | | 71 | | 88 | 81 | 70 |
| FEF25-75 (L/S) | | 2.43 | 3 | 68 | 3.55 | |
| PEF (L/S) | | 6.20 | 3 | 73 | 8.46 | |
| FEI (S) | | 7.71 | 3 | | | |

Report Summary:
Pre Med:   Tests 3  Acceptable 0  Reproducible 2  FVC VAR:  158ML  FEV1 VAR:   55ML  PEF VAR:  1722ML/S

AIS Interpretation:        PREMED - Normal Spirometry
Lung Age: 57 YRS
Comment:



1 CM=1L

# Concentra
## physical therapy

### Vane Brothers
### Post-Offer Test

| | |
|---|---|
| **Client Name:** | HICK... IKO |
| **SSN:** | |
| **Date of Test:** | 8/../0X |

| | |
|---|---|
| **Baseline Heart Rate:** | 66/MIN |
| **Age Predicted Maximum**<br>**220-Age:** | 153 |
| **85% of Age Predicted Maximum**<br>**220- Age x .85:** | 130 |

**Testing will be stopped for any component, if the candidate's heart rate level reaches 85% of their Age Predicted Maximum. Testing may resume when the candidate's heart rate returns to their baseline heart rate level.**

## Material Handling Activities

| | Weight | Activities | | Repetitions | Score | HR |
|---|---|---|---|---|---|---|
| Lift | 40 | Floor to Waist | | 2 | Pass / Fail | 90 |
| Lift | 40 | Waist to Shoulder | | 2 | Pass / Fail | 78 |
| Lift | 40 | Waist to Overhead | | 2 | Pass / Fail | 78 |
| Carry | 40 | Distance: feet | 20 feet | 2 | Pass / Fail | 84 |
| Push-Pull | 40 lbs of force | Distance: feet | 20 feet | 10 | Pass / Fail | 120 |
| UE Push-Pull | 27 lbs of force | Distance: | UE only | 2 | Pass / Fail | 72 |
| Simulated Rope Toss | | 20 lbs on cable column | | 3 on each side | Pass / Fail | 72 |
| Grip Strength | 40 lbs of force | Average of 4 trials: | 120 lbs | | Pass / Fail | 72 |
| Pinch Strength | 15 lbs of force | Average of 4 trials | 22 lbs | | Pass / Fail | 72 |
| Hand Dominance: | | (R) HANDED | | | | |

Health Questionnaire
Questions Related to the Strength and Step Tests

Please circle the appropriate answer:

1. Are you presently restricted from lifting or pulling by any physician?    YES    **NO**

2. Have you recently had any surgery which should limit your lifting or pulling?    YES    **NO**

3. Are you presently placed on medical limitations by your employer or doctor?    YES    **NO**

4. Has your doctor ever said you have heart trouble?    YES    **NO**

5. Are you having back pain?    YES    **NO**

6. Do you have high blood pressure(greater than140/90)?    YES    **NO**

7. Have you recently experienced chest discomfort with exertion or shortness? of breath for no apparent reason?    YES    **NO**

8. Do you often feel faint or have spells of severe dizziness?    YES    **NO**

9. Have you ever had a blood clot? If YES, where?_____; when?_____    YES    **NO**

10. Do you often feel faint or have spells of severe dizziness?    YES    **NO**

11. Do you currently have an uncontrolled metabolic disease (diabetes, thyrotoxosis, gout, myxedema, etc.) or serious disorder (mononucleosis, hepatitis, etc.)?    YES    **NO**

12. Has your doctor ever told you that you have a bone, joint or musculoskeletal problem, such as arthritis or sciatica, that has been made worse by exercise or are you currently under medical care for any bone, joint or musculoskeletal problem?    YES    **NO**

13. Are you currently taking any prescription or non-prescription medications? If YES, what and when last taken?_____    YES    **NO**

14. Do you have asthma? If YES, are you on daily medications and if so, what and when last taken?_____    YES    **NO**

15. Are you pregnant?    YES    **NO**

16. Is there a good physical reason not mentioned here why you should not perform these tests even if you wanted to?    YES    **NO**

I understand the above questions and have answered them truthfully to the best of my knowledge. I feel physically able to perform the strength and step test.

_____    *DIKO PARLOS HICKS*    *8-12-0*
Employee Signature    Name (Please Print)    Date

**Injury/Private Account History**
Pittsburgh CBO
Data Current as of 7:53 AM 12/22/2010

| | | |
|---|---|---|
| Account: | 480943360 | |
| Patient: | Hicks, Ciro Charles, | |
| DOI: | 08/12/2008 | |
| Address: | 5 Chanowich Ct. | |
| | MIDDLETOWN, NJ 07748 | |

| | |
|---|---|
| Employer: | Vane Brothers |
| Address: | 2100 Frankfurst Ave |
| | Baltimore, MD 212261026 |
| Phone: | (410) 631-5096 |

```
Report Criteria

DOS Range: 01/22/2000 - 12/22/2010

Account #: 480943360

Include/Exclude Notes: N
```

| | |
|---|---|
| SSN: | ▉▉▉▉ |
| DOB: | ▉▉▉▉ |
| Agency: | |

| | |
|---|---|
| Payor: | |
| Address: | |
| Phone: | ( ) - |

**Account Summary By DOS**

| | DOS | Check | Chg Total | Pmt Amt | Adj Amt |
|---|---|---|---|---|---|
| Audiogram | 08/12/2008 | | 39.50 | 0.00 | 0.00 |
| Employer - Payment | | 0000067532 | 0.00 | (39.50) | 0.00 |
| Breath Alcohol Test PrePlacement | 08/12/2008 | | 34.50 | 0.00 | 0.00 |
| Employer - Payment | | 0000067532 | 0.00 | (34.50) | 0.00 |
| HPE ADApt-Level 4 | 08/12/2008 | | 115.50 | 0.00 | 0.00 |
| Employer - Payment | | 0000067532 | 0.00 | (115.50) | 0.00 |
| Physical PrePlacement | 08/12/2008 | | 60.00 | 0.00 | 0.00 |
| Employer - Payment | | 0000067532 | 0.00 | (60.00) | 0.00 |
| Pulmonary Function Test | 08/12/2008 | | 46.50 | 0.00 | 0.00 |
| Employer - Payment | | 0000067532 | 0.00 | (46.50) | 0.00 |
| Regulated UDS PrePlacement | 08/12/2008 | | 55.50 | 0.00 | 0.00 |
| Employer - Payment | | 0000067532 | 0.00 | (55.50) | 0.00 |
| Vision Ishihara/Color | 08/12/2008 | | 11.00 | 0.00 | 0.00 |
| Employer - Payment | | 0000067532 | 0.00 | (11.00) | 0.00 |
| X-Ray Chest-1 View | 08/12/2008 | | 89.50 | 0.00 | 0.00 |
| Employer - Payment | | 0000067532 | 0.00 | (89.50) | 0.00 |
| | | | $452.00 | ($452.00) | $0.00 |

JUL 30 08 , 08:56AM   FROM CONCENTRA                    4106333604          T-881  P.006/008  F-915

Department of Homeland Security
U.S. Coast Guard
CG-719K (Rev 03/04)

## Merchant Mariner Physical Examination Report

OMB 1625-0040
Expires 07/31/2009
**Page 3**

## Section I – Applicant Information

Name (Last, First, Middle) of Applicant   *Hrhs, Ciro, C*

Date of Birth (Month, Day, Year)          Social Security Number

## Section II - Physical Information

| Eye Color *Blue* | Hair Color *Blond* | Weight *216* lbs | Distinguishing Marks |
|---|---|---|---|
| Height ft *69* in | Blood Pressure Systolic *118* / Diastolic *70* | | Pulse Resting *62* ☑ Regular ☐ Irregular |

## Section III - Vision (if you have corrected vision, BOTH uncorrected & corrected MUST be shown)

| UNCORRECTED | CORRECTABLE TO | FIELD OF VISION |
|---|---|---|
| Right  20 / *50*<br>Left  20 / *25* | Right  20 / _____<br>Left  20 / _____ | ☑ Normal<br>☐ Abnormal  The applicant must have 100 degrees horizontal field of vision |

## Section IV - Color Vision

☐ PASS    ☐ FAIL

Deck Officers/Ratings (masters, mates, pilots, operators, able-seaman) must be tested using one of the following tests. For all other licenses/ratings, see page 1, note 3.

Pseudoisochromatic Plates
☐ Divorine - 2nd Edition
☐ AOC
☐ AOC Revised Edition
☐ AOC - HRR
☐ Ishihara 16, 24, 38 Plate Edition

☐ Eldridge - Green Perception Lantern
☐ Farnsworth Lantern (FALANT)
☐ Keystone Orthoscope
☐ Keystone Telebinocular
☐ SAMCTT- School of Aviation Medicine
☐ Titmus Optical Vision Test
☐ Williams Lantern

## Section V - Hearing

☐ NORMAL    ☐ IMPAIRED (If impaired, complete Audiometer and Functional Speech Discrimination Test)

| Audiometer (Threshold Value) | 500 Hz | 1000 Hz | 2000 Hz | 3000 Hz |
|---|---|---|---|---|
| Right Ear (Unaided) | | | | |
| Left Ear (Unaided) | | | | |
| Right Ear (Aided) | | | | |
| Left Ear (Aided) | | | | |

| Functional Speech Discrimination Test at 55 dB | Right Ear (Unaided) _____ % | Left Ear (Unaided) _____ % |
|---|---|---|
| | Right Ear (Aided) _____ % | Left Ear (Aided) _____ % |

## Section VI - Medications

List all current medications, including dosage and possible side effects. State the condition(s) for which the medication(s) are taken.

☐ NO PRESCRIPTION MEDICATIONS

JUL-30-08   08:57AM   FROM-CONCENTRA                4106333604                T-851   P.007/008   F-815

Department of Homeland Security
U.S. Coast Guard
CG-719K (Rev 03/04)

**Merchant Mariner Physical Examination Report**

OMB 1625-0040
Expires 07/31/2009
**Page 4**

## Section VII – Certification of Physical Impairment or Medical Conditions

Does the applicant have or ever suffered from any of the following?
**IF YES, PROVIDE TEST RESULTS, AS INDICATED.**

If YES:
- Identify the condition
- Any limitations
- Is condition controlled
- Date of diagnosis
- Prognosis

**Remarks (Please Print)**

| Yes | No | |
|---|---|---|
| | | **1. Circulatory System** |
| | ✓ | a. Heart disease (Stress Test within the past year) |
| | ✓ | b. Hypertension (Recent BP reading) |
| | ✓ | c. Chronic renal failure |
| | ✓ | d. Cardiac surgery (Stress Test within the past year) |
| | ✓ | e. Blood disorder/vascular disease |
| | | **2. Digestive System** |
| | ✓ | a. Severe digestive disorder |
| | | **3. Endocrine System** |
| | ✓ | a. Thyroid dysfunction (TSH level within the past year) |
| | ✓ | b. Diabetes (State effects on vision & HgbA1c w/in 30 days) |
| | | **4. Infectious** |
| | ✓ | a. Communicable disease |
| | ✓ | b. Hepatitis A, B or C |
| | ✓ | c. HIV |
| | ✓ | d. Tuberculosis |
| | | **5. Mental System** |
| | ✓ | a. Psychiatric disorder |
| | ✓ | b. Depression |
| | ✓ | c. Attempted suicide |
| | ✓ | d. Alcohol abuse |
| | ✓ | e. Drug abuse |
| | ✓ | f. Loss of memory |
| | | **6. Musculoskeletal System** |
| | | a. Amputations |
| | | b. Impaired range of motion |
| | | c. Impaired balance/coordination |
| | | **7. Nervous System** |
| | | a. Epilepsy/seizure |
| | | b. Dizziness/unconsciousness |
| | | c. Paralysis |
| | | **8. Respiratory System** |
| | | a. Asthma (PFT results within the past year) |
| | | b. Lung disease (PFT results within the past year) |
| | | **9. Other** |
| | | a. Debilitating allergies |
| | | b. Other eye disease (Corrected/Uncorrected Visual acuity) |
| | | c. Glaucoma (Pressure test results within the past year) |
| | | d. Recent or repetitive surgery |
| | | e. Sleepwalking |
| | | f. Severe speech impediment |
| | | g. Other illness or disability not listed |

Remarks (handwritten):

MVP - ou lotrel
mitral valve prolapse
hematuria - had w/u
done - no abnormalities
found.
(R) total knee replacement
tonsillectomy
appendectomy
astigmatism (R) eye

Considering the findings in this examination, and noting the physical demands that may be placed upon the applicant, I consider the applicant (please check one)

☑ Competent   ☐ Not competent   ☐ Needing further review

| Name of Physician/Physician Assistant/Nurse Practitioner | License Number | Telephone Number | Office Address, City, State, Zip |
|---|---|---|---|
| Sorenberg PA | PSMPODO96300 | | |

Signature of Physician/Physician Assistant/Nurse Practitioner: _Sorenberg PA_   Date: 8/12/08

I certify that all information provided by me is complete and true to the best of my knowledge

Signature of Applicant: _____   Date: 8/12/08

| Department of Homeland Security U.S. Coast Guard CG-719K (Rev 03/04) | Merchant Mariner Physical Examination Report | OMB 1625-0040 Expires 07/31/2009 Page 2 |
|---|---|---|

## Privacy Act Statement

As required by Title 5 United States Code (U.S.C.) 552a(e)(3), the following information is provided when supplying personal information to the U. S. Coast Guard.

1. Authority for solicitation of the information: 46 U.S.C. 2104(a), 7101(c)-(e), 7306(a)(4), 7313(c)(3), 7317(a), 8703(b), 9102(a)(5).

2. Principal purposes for which information is used:
   a. To determine if an applicant is physically capable of performing shipboard duties.
   b. To ensure that a duly licensed Physician/Physician Assistant/Nurse Practitioner conducts the applicant's physical examination/certification and to verify the information as needed.

3. The routine uses which may be made of this information:
   a. This form becomes a part of the applicant's file as documentary evidence that regulatory physical requirements have been satisfied and the applicant is physically competent to hold a merchant mariner license or document.
   b. The information becomes part of the total license or document file and is subject to review by federal agency casualty investigators.
   c. This information may be used by the U. S. Coast Guard and an Administrative Law Judge in determining causation of marine casualties and appropriate suspension and revocation action.

4. Disclosure of this information is voluntary, but failure to provide this information will result in non-issuance of a license and/or merchant mariner's document.

"An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number". The Coast Guard estimates that the average burden for completing this form is 10 minutes. You may submit any comments concerning the accuracy of this burden estimate or any suggestion for reducing the burden to the; Commanding Officer, U.S. Coast Guard National Maritime Center, 4200 Wilson Boulevard, Suite 630, Arlington, VA 22203-1804 or Office of Management & Budget, Paperwork Reduction Project (1625-0040), Washington, DC 20503.

# Human Performance Evaluation Consent Form

I understand that I am going to be subjected to a series of tests called "Human Performance Evaluation" hereinafter referred to as "HPE". This HPE will test my capability to perform job-related tasks. I understand that this evaluation is voluntary on my part and that I may refuse to perform any test if I feel incapable of performing for any reason. I may also request the test to stop at any time and/or notify the Tester of any discomfort that I may be experiencing.

As with any testing method of this nature, there are certain inherent risks involved with performance of this evaluation. There is the rare possibility that I might experience some musculoskeletal injury but, because I will be controlling the efforts, this risk remains minimal. I will never be forced to perform any test that I do not want to perform.

By signing this I acknowledge I do not currently have any physical or medical conditions that would limit or restrict my participation in strenuous physical activity or heavy lifting. I have read and fully understand the above description concerning HPE and I agree to participate in this evaluation.

_____          _____
Client Signature                                          Date

_____          _____
Witness Signature                                       Date



| | Marybeth Ripley | To: Noami | |
|---|---|---|---|
| | 08/06/2008 03.26 PM | | Patino/NorthNewJersey-MedCtr/HS/Concentr a@Concentra |
| | | cc: | |
| | | Subject: Vane Brothers | |

Hi Noami:

Vane Brothers would like to send an employee in for a Merchant Marine Physical. I have attached a copy of the authorization form. I will send you another e-mail with the protocol info. Mr. Hicks would like to come in on 8/11, 8/12 or 8/13. Could you please e-mail me a date/time that is convenient for you?

Is NDI the MRO that you use?


Thanks

Mary Beth Ripley
Account Manager
Maryland
Concentra Medical Centers
Cell Phone:  410-218-2679
Fax: 410-975-4577
marybeth_ripley@concentra.com

- pFax_06Aug2008_11-01-43.tif

****** CONFIDENTIALITY NOTICE ******
NOTICE:  This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee.  If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete this message from your system.  Thank you.

FED___ __L DRUG TESTING CUSTODY AND CONTROL ___RM   **ATN**

SPECIMEN ID NO. **10993GC63**

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

OMB No. 0930-0158

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

C. Donor SSN or Employee I.D. No.

D. Reason for Test: ☐ Pre-employment   ☐ Random   ☐ Reasonable Suspicion/Cause   ☐ Post Accident
☐ Return to Duty   ☐ Follow-up   ☐ Other (specify) _____

E. Drug Tests to be Performed: ☐ THC, COC, PCP, OPI, AMP   ☐ THC & COC Only   ☐ Other (specify) _____

F. Collection Site Address:

Collector Phone No. _____

Collector Fax No. _____

**STEP 2: COMPLETED BY COLLECTOR**

Read specimen temperature, within 4 minutes. Is temperature between 90° and 100° F? ☑ Yes   ☐ No, Enter Remark

Specimen Collection:
☑ Split   ☐ Single   ☐ None Provided (Enter Remark)   ☐ Observed (Enter Remark)

REMARKS

**STEP 3:** Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)

**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed and released to the Delivery Service noted in accordance with applicable Federal requirements.

X _____   Time of Collection _____ ☐ AM ☐ PM

Signature of Collector

_____ (PRINT) Collector's Name (First, MI, Last)   Date (Mo. Day Yr.)

**SPECIMEN BOTTLE(S) RELEASED TO:**

_____ Name of Delivery Service Transferring Specimen to Lab

**RECEIVED AT LAB:**

X _____

Signature of Accessioner

_____ (PRINT) Accessioner's Name (First, MI, Last)   Date (Mo. Day Yr.)

**SPECIMEN BOTTLE(S) RELEASED TO:**

**Primary Specimen Bottle Seal Intact**
☐ Yes
☐ No, Enter Remark Below

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _____

Signature of Donor

_____ (PRINT) Donor's Name (First, MI, Last)   Date (Mo. Day Yr.)

Daytime Phone No. _____   Evening Phone No. _____   Date of Birth _____ Mo Day Yr

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).--DO NOT PROVIDE THIS INFORMATION ON THE BACK OF ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE      ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____

Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo. Day Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____

Signature of Medical Review Officer   (PRINT) Medical Review Officer's Name (First, MI, Last)   Date (Mo. Day Yr.)

**COPY 4 - EMPLOYER COPY**

FED__L DRUG TESTING CUSTODY AND CONTROL __M          **ATN**

SPECIMEN ID NO. 109989C63

ADVANCED TOXICOLOGY NETWORK
3560 Air Center Cove, Memphis, TN 38118  (888)222-4894

OMB No. 0930-0158

**STEP 1: COMPLETED BY COLLECTOR OR EMPLOYER REPRESENTATIVE**

A. Employer Name, Address, I.D. No.

B. MRO Name, Address, Phone and Fax No.

C. Donor SSN or Employee I.D. No.

D. Reason for Test:  ☒ Pre-employment   ☐ Random   ☐ Reasonable Suspicion/Cause   ☐ Post Accident
                     ☐ Return to Duty   ☐ Follow-up   ☐ Other (specify) _____

E. Drug Tests to be Performed:  ☒ THC, COC, PCP, OPI, AMP   ☐ THC & COC Only   ☐ Other (specify) _____

F. Collection Site Address:

Collector Phone No. _____

Collector Fax No. _____

**STEP 2: COMPLETED BY COLLECTOR**

| Read specimen temperature within 4 minutes. Is temperature between 90° and 100° F?  ☒ Yes  ☐ No, Enter Remark | Specimen Collection: ☒ Split  ☐ Single  ☐ None Provided (Enter Remark) | ☐ Observed (Enter Remark) |

REMARKS

**STEP 3:** Collector affixes bottle seal(s) to bottle(s). Collector dates seal(s). Donor initials seal(s). Donor completes STEP 5 on Copy 2 (MRO Copy)

**STEP 4: CHAIN OF CUSTODY - INITIATED BY COLLECTOR AND COMPLETED BY LABORATORY**

I certify that the specimen given to me by the donor identified in the certification section on Copy 2 of this form was collected, labeled, sealed and released to the Delivery Service noted in accordance with applicable Federal requirements.

**SPECIMEN BOTTLE(S) RELEASED TO:**

X _____ Signature of Collector   Time of Collection ___ AM

Joseph _____   (PRINT) Collector's Name (First, M., Last)   Date (Mo./Day/Yr.) 02/208

Name of Delivery Service Transferring Specimen to Lab

**RECEIVED AT LAB:**                          | **Primary Specimen Bottle Seal Intact** | **SPECIMEN BOTTLE(S) RELEASED TO:**

X _____ Signature of Accessioner

_____ (PRINT) Accessioner's Name (First, M., Last)   Date (Mo./Day/Yr.)

☐ Yes
☐ No, Enter Remark Below

**STEP 5: COMPLETED BY DONOR**

I certify that I provided my urine specimen to the collector; that I have not adulterated it in any manner; each specimen bottle used was sealed with a tamper-evident seal in my presence; and that the information provided on this form and on the label affixed to each specimen bottle is correct.

X _____ Signature of Donor           _____ (PRINT) Donor's Name (First, M., Last)   Date (Mo./Day/Yr.)

Daytime Phone No. _____   Evening Phone No. 732-772-9805   Date of Birth  7 / 16 / 51   Mo.  Day  Yr.

Should the results of the laboratory tests for the specimen identified by this form be confirmed positive, the Medical Review Officer will contact you to ask about prescriptions and over-the-counter medications you may have taken. Therefore, you may want to make a list of those medications for your own records. THIS LIST IS NOT NECESSARY. If you choose to make a list, do so either on a separate piece of paper or on the back of your copy (Copy 5).–DO NOT PROVIDE THIS INFORMATION ON THE BACK OR ANY OTHER COPY OF THE FORM. TAKE COPY 5 WITH YOU.

**STEP 6: COMPLETED BY MEDICAL REVIEW OFFICER - PRIMARY SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification is:
☐ NEGATIVE   ☐ POSITIVE   ☐ TEST CANCELLED   ☐ REFUSAL TO TEST BECAUSE:
☐ DILUTE                                        ☐ ADULTERATED   ☐ SUBSTITUTED

REMARKS _____

X _____ Signature of Medical Review Officer   _____ (PRINT) Medical Review Officer's Name (First, M., Last)   Date (Mo./Day/Yr.)

**STEP 7: COMPLETED BY MEDICAL REVIEW OFFICER - SPLIT SPECIMEN**

In accordance with applicable Federal requirements, my determination/verification for the split specimen (if tested) is:

☐ RECONFIRMED   ☐ FAILED TO RECONFIRM - REASON _____

X _____ Signature of Medical Review Officer   _____ (PRINT) Medical Review Officer's Name (First, M., Last)   Date (Mo./Day/Yr.)

**COPY 3 - COLLECTOR COPY**

AUG-26-08   03:50PM   FROM-CONCENTRA                    4106333604          T-263   P.001/003   F-988

# Concentra
treated right

Improving America's health, one patient at a time.

1833 Portal Street
Baltimore, Maryland 21224
Phone 410-633-3600
Fax 410-633-3604
www.concentra.com

*[handwritten: PLEASE FAX BACK INFO ORGANI... THANKS]*

# FAX

| To: | CAI *[handwritten: FRONT DESK]* | From: | *[handwritten: CAROL]* |
| Fax: | | Pages: | *[handwritten: 3 W/ COVER]* |
| Phone: | | Date: | *[handwritten: 8/26/-8]* |
| Re: | | cc: | |

Comments:

When you need urgent care.

We're here. For you.

### Concentra accepts most medical insurance.

- Experts you can trust
- No appointment necessary
- Simple billing
- Complete care, from sniffles to sprains
- Full range of wellness programs

ConcentraUrgentCare.com

# Concentra
urgent care

*[handwritten: SECTIONS IV, V, + VI AREN'T FILLED OUT. ALSO, DID PT HAVE GLASSES OR CONTACTS W/ HIM? THANX]*

This fax cover sheet or content may contain promotional information about products or services offered by Concentra. If you would like to discontinue receipt of these promotional announcements, please follow these simple steps:

Write your complete fax number here: _____
[ ]Check mark here to confirm your request that the fax number above not be used to send promotional messages from Concentra. This will discontinue only those faxes or cover sheets that contain a promotional message. Concentra, in accordance with the FCC, recognizes that failure to comply with your request, within 30 days, is unlawful.

Return this completed information via:
Fax to: _____
Call to: _____
E-mail to: _____

*****CONFIDENTIALITY NOTICE*****
NOTICE: This communication is confidential and is intended only for the person named above. No one other than the named recipient is authorized to use the information contained herein in any manner. If you have received this communication in error, please call the sender (collect if necessary) to identify the error. If you have received this communication in error, please telephone Concentra's HIPAA Hotline at 972-725-4676.

# Concentra Medical Centers (NJ)

135 Raritan Center Pkwy EDISON, NJ 08837
Phone: (732) 225-5454   Fax: (732) 417-0003

## PULMONARY FUNCTION TEST RECORD

Hicks, Ciro C.
**Patient's Last Name, First Name and Middle Initial**

5 Chanowich Ct.

MIDDLETOWN, NJ. 07748
**Address:**

Vane Brothers
**Employer Name:**

**Employee SSN:** ▬▬▬▬▬

**Age** ___57___

**Race** ☐ Black  ☐ Hispanic  ☐ White  ☐ Asian  ☐ Other:

**Sex:** ● Male   ○ Female

Check ✓ indicates the one that applies
☐ Non Smoker      ☐ Former Smoker      ☐ Smoker

Hours Since Medication Used _____
List Medications Used: _____
Hours Since Last Smoked _____

☐ (Check ✓ when print out is attached)

Test Number: _____

Test Date: _____

Time of Test: _____

Location: ____ In Clinic _____ In Plant _____ Other

Height in Inches† _____

**Spirometer/Pulmonometer (circle one)**   (S)   (P)

Date of last calibration _____

Ambient Temp - C° _____

---

| Complete this section when print out is not available | Attach Print Out Here Or To The Back Of This Form |
|---|---|
| **Observed Values (BTPS)**<br>FEV1    FVC    FEV1/FVC%<br>[  ]    [  ]    [  ]<br><br>**Predicted Normals \***<br>FEV1%    FVC%<br>[  ]    [  ]<br><br>**Change (%)**<br>FEV1 ( > 8%)    FVC ( > 8%)    FEV1/FVC% (> 6 %)<br>[  ]    [  ]    [  ] |  |

Comments: _____
_____
_____

Technicians Name (Signature) _____

Technicians Name (Print) _____

\* The predicted FEV and FVC in Black individuals must be multiplied by 0.85.
† In stocking feet
BTPS- Body Temperature Ambient Pressure Saturated with Water Vapor Calculation

Company Info:
**Vane Brothers Co**
2100 Frankfurst Avenue
Baltimore, MD 21226
Muriel Madden – HR Contact
Phone  410-631-5096
Fax     410-410-735-8160

**Protocol Info:   Merchant Mariner Preplacement Physical**
1) Preplacement Physical
2) Audiogram
3) Breath Alcohol Test
4) HPE
5) Regulated UDS                     If your MRO is NDI – NDI Account # is 4106311777.  If
                                      your MRO is not NDI, please have results report back to
                                      Muriel Madden via e-mail at mmadden@vanebrothers.com.

6) *Pulmonary Function Test
7) *Chest X-ray 1-view
8) Vision Ishihara

**Protocol Notes:**
1-*PFT and Chest X-ray –only if deemed necessary by MD.
2-Employee may have a copy of their physical.
3-Any questions regarding Physical, please call Dr Hill 410-633-3600
4-Please complete Concentra's Preplacement Physical form as well as Merchant Mariner
Physical Examination Report.  Please check off Competent, Not Competent or Needing
Further Review.
**5-DO NOT MAIL ANY PAPERWORK TO COMPANY – Fax all paperwork to
410-975-4577 ATTN Marybeth.**
6-If applicant fails **ANY PORTION** of the physical, immediately contact Vane HR 410-
735-8146.
7-If Chest X-ray is required, fax results to Marybeth when received 410-975-4577

Thanks

Marybeth Ripley
410-218-2679

**Concentra Medical Centers (NJ)**
135 Raritan Center Pkwy  EDISON, NJ 08837
Phone: (732) 225-5444     Fax (732) 417-0003

Service Date: 08/12/2008

## Audiometric Examination Record

| | | | | |
|---|---|---|---|---|
| Patient: Hicks, Ciro C. | Address: 5 Chanowich Ct. | Employer: Vane Brothers | Contact: Michael Freitas | |
| SSN: | | Address: 2100 Frankfurst Ave | Role: Primary Contact | |
| DOB: | MIDDLETOWN, NJ 07748 | BALTIMORE, MD 21226 | Phone: (410) 735-8235  Ext.: | |
| Gender: M | Phone: (732) 615-9248 | Auth. by: | Fax: | |

**MEDICAL HISTORY**
**(ANTECEDENTES MEDICOS)**
Have you ever had:
(Ha tenido o padecido alguna vez de:)

| | | |
|---|---|---|
| Mumps (Paperas) | Yes | No |
| Measles (Measles) | Yes | No |
| Diabetes (Diabetes) | Yes | No |
| High Fever (Fiebres Altas) | Yes | No |
| Meningitis (Meningitis) | Yes | No |
| High blood pressure (Alta Presión) | Yes | No |
| Allergies (Alergias) | Yes | No |
| Ear infections (Infecciones en los oidos) | Yes | No |
| Perforation of ear drum (Perforación del timpano) | Yes | No |
| Drainage from ear (Secreciones en los oidos) | Yes | No |

| | | |
|---|---|---|
| Ringing in ears (Campaneo en los oidos) | Yes | No |
| Dizziness (Mareos) | Yes | No |
| Severe head injury (Algun golpe severo en la cabeza) | Yes | No |
| Arthritis (Artritis) | Yes | No |
| Recent sinus problems (Problemas recientes con su nariz) | Yes | No |
| Diagnosed hearing loss (Se le ha diagnosticado de perdida de oir) | Yes | No |
| Hearing loss in family (before age 50) (Perdida del oido en algún miembro de su familia de los 50 años de edad) | Yes | No |
| Wear a hearing aid (Usa dispositivo auditivo) | Yes | No |

**NON-OCCUPATIONAL HISTORY**
**(ANTECEDENTES NO LABORALES)**
Have you been exposed to:
(Ha estado alguna vez expuesto a:)

| | | |
|---|---|---|
| Loud music (Musica muy alta) | Yes | No |
| Power tools (Herramientas de alta potencia) | Yes | No |
| Motorcycles (Motocicletas) | Yes | No |
| Gun fire (Disparos de armas) | Yes | No |
| Military service (Servicio Militar) | Yes | No |
| If yes, what branch (Si su respuesta fue afirmativa, en que lugar) | | |

**OCCUPATIONAL HISTORY**
**(ANTECEDENTES LABORALES)**

| | | |
|---|---|---|
| Use hearing protection (Ha usado alguna vez protección para oidos) | Yes | No |
| Plugs _____  Muffs _____ (Tapones)   (Orejeras) | | |
| Exposed to noise within the last 14 hrs? (Ha estado expuesto al ruido durante las ultimas 14 horas?) | Yes | No |

Employee signature (Firma de empleado)            Date  8-12-08

**OTOSCOPIC EVALUATION (if conducted):**

| | LEFT | RIGHT |
|---|---|---|
| Ear canal clear | Yes ✓ No __ | Yes ✓ No __ |
| Ear drum visible | Yes ✓ No __ | Yes ✓ No __ |
| Inflammation/Obstruction | Yes __ No ✓ | Yes __ No ✓ |
| Scarring of ear drum | Yes __ No ✓ | Yes __ No ✓ |
| Drainage from ear | Yes __ No ✓ | Yes __ No ✓ |

Signature of physician

**RESULTS:**
__ Baseline - yes _____ no _____
__ Audiogram is acceptable
__ Evidence of high frequency hearing loss
   on the ___ left and/or _____ right
__ Evidence of hearing loss in the speech range:
   on the _____ left and/or _____ right
__ Standard threshold shift noted
__ Recommend repeat audiogram within 30 days
__ Ear protection necessary at 85db.  Employee informed.
__ Employee advised to followup with his/her physician.

Comments: _____

**AFFIX AUDIOMETRIC RESULTS HERE:**

| LEFT EAR | | | RIGHT EAR |
|---|---|---|---|
| 500 | 10 | 15 | 500 |
| 1K | 15 | 10 | 1K |
| 2K | 10 | 15 | 2K |
| 3K | 25 | 40 | 3K |
| 4K | 30 | 50 | 4K |
| 6K | 25 | 10 | 6K |
| 8K | 20 | 20 | 8K |

Hearing Loss Formula: $\dfrac{500\text{-}1000\text{-}2000\text{-}3000}{4} - 25 \times 1.5$

Audiometer make & serial no. Tremetrics RA500
Calibration date: 4/4/08
Technician signature: Joseph L. Lee

© 1996 - 2008  Concentra Health Services, Inc. All Rights Reserved.

Service ID: .    482076129
X-ray Number:

**Concentra Medical Centers (NJ)**
135 Raritan Center Pkwy  EDISON, NJ 08837
Phone: (732) 22~~~~~~  Fax: (732) 417-0003

**Non-Injury Flowsheet**

Service Date: 08/12/2008
Case Date: 08/12/2008

Patient:  Hicks, Ciro C.
SSN:
Age:      57          DOB:
Address: 5 Chanowich Ct.
         MIDDLETOWN, NJ  07748
Home:    (732) 615-9248
Work:                Ext.:

Employer:            Vane Brothers

Employer Location: Vane Brothers
Address:            2100 Frankfurst Ave
                    BALTIMORE, MD  21226
Auth. by:

Contact: Michael Freitas
Phone:  (410) 735-8235  Ext.:
Contact: Michael Freitas
Role:    Primary Contact
Phone:  (410) 735-8235  Ext.:
Fax:

## Examination Results

____  No Status Required
____  Recommend Further Evaluation

## Medical Evaluation Results

____  Medical Evaluation Within Normal Limits
____  Medical Evaluation NOT Within Normal Limits
____  Not Applicable

## Medical Restrictions

____  Medical Restrictions
____  No Medical Restrictions

## Pending Results

____  Pending Results
____  Pending Medical Hold
____  Pending Medical Records
____  Pending Process Completion
____  No Pending

## Remarks:

## Medical Implications

____ Cardiovascular
____ Diabetes
____ Hypertension
____ Medications
____ Myocardial Infarction
____ Physical Impairment
____ Other (Comments Required)

____ Seizures
____ Vision
____ Unverified Medical Information
____ Unresolved Medical Hold
____ Certification less than 2 years

____ Medication Allergy(s) (Comments Required)



Concentra Medical Centers (NJ)
135 Raritan Center Pkwy  EDISON, NJ 08837
Phone:(732) 225-5454  Fax:  (732) 417-0003
Hicks, Ciro C.        Date: 08/12/2008
SSN:         DOB:
X-Ray#  0014 38

**X-Ray**

Service ID:     482076129

Service Date: 08/12/2008
Case Date:    08/12/2008
Employer:     Vane Brothers

© 1996 - 2008  Concentra Health Services, Inc. All Rights Reserved.

Revision Date: 03/28/2006

Service ID: 482076129
X-ray Number:

CO1438

**Concentra Medical Centers (NJ)**
135 Raritan Center Pkwy  EDISON, NJ 08837
Phone: (732) 225-4454   Fax: (732) 417-0003

**Non-Injury Flowsheet**

Service Date: 08/12/2008
Case Date: 08/12/2008

Patient: Hicks, Ciro C.
SSN:
Age: 57        DOB:
Address: 5 Chanowich Ct.
         MIDDLETOWN, NJ 07748
Home: (732) 615-9248
Work:         Ext.:

Employer:        Vane Brothers

Employer Location: Vane Brothers
Address:         2100 Frankfurst Ave
                 BALTIMORE, MD 21226

Auth. by:

Contact: Michael Freitas
Phone: (410) 735-8235  Ext.:
Contact: Michael Freitas
Role:    Primary Contact
Phone: (410) 735-8235  Ext.:
Fax:

**Previous Cases:**

| Case Date | Case Description | Employer Location | Market | Center | On-Line |
|---|---|---|---|---|---|

**Employer Notes:**
NO INJURY CARE Location Notes: 6/22/06 new emp-hh

**Protocol Notes:**
PFT & Chest X-Ray only if deemed necessary by MD.
Any ?s regarding physical please call Dr Hill @ 410-633-3600.
Please complete Concentras physical form as well as Merchant
Mariner physical form.
DO NOT MAIL ANY PPWK TO COMPANY.
Fax to ____ At tn:Marybeth.
If EE fails any portion of physical immediately contact V
410-735-8146.
If Chest X-Ray is required fax results to Marybeth ____

FOR COLLECTION SITE USE
109999063

FAXED
8-19-08
410-975-
4577

Hicks, Ciro C.
Employer: Vane Brothers
SSN: C50-40-2129
Case Date: 08/12/2008
DOB: 07/16/1951
X-ray #:

**Non-Injury Flow**

| | Time | Initials | | Time | Initials |
|---|---|---|---|---|---|
| Sign-In | 10:50 am | | Registration Complete | | |
| Admit | 10:51 am | | Treatment Initiated | | |

**Protocol: Merchant Mariner Phy**

| | Time | Initials | | Time | Initials |
|---|---|---|---|---|---|
| Audiogram | | | Breath Alcohol Test PrePlac | | |
| HPE ADApt-Level 4 | | | Physical PrePlacement | | |
| Pulmonary Function Test | | | Regulated UDS PrePlaceme | | |
| Vision Ishihara/Color | | | X-Ray Chest-1 View | | |
| | | | Check Out | | |

Claim Number:

Service Date: 05/08/2009

# Concentra Medical Centers (NJ)
135 Raritan Center Pkwy  EDISON, NJ 08837
Phone: (732) 225-5454   Fax  (732) 417-0003

## Non-Injury Status Report

**Patient:** Hicks, Ciro Charlos
**SSN:**
**Address:** 5 Chanowich Ct.
MIDDLETOWN, NJ 07748
**Home:** (732) 533-7045
**Work:**              **Ext.:**

**Employer Location:** Vane Brothers
**Address:**           2100 Frankfurst Ave
Baltimore, MD 212261026
**Auth. by:**

**Contact:** Michael Freitas
**Role:**    Primary Contact
**Phone:** (410) 735-8235   **Ext.:**
**Fax:**

## This Visit:

**Time In:** 10:54 am          **Time Out:** 12:40 pm          **Visit Type:** New

*Fitness for Duty Physical Level*
Fitness for Duty Physical-Level 4
Non Regulated UDS Random
Breath Alcohol Test Random

## Result Status:

Unable to perform essential functions
Medical restrictions
Pending - Medical Hold

**Remarks:** Not cleared for full duty consider a MRI to rule out internal derangement of right shoulder.

          Concentra Health Services, Inc. All Rights Reserved          AA/EEO Employer  Revision Date: 08/09/2001

14:08 MAY 07, 2009  ID: VANE BROTHERS          FAX NO: ###-####                    #60654  PAGE: 5/17

(Date) _____ May 8, 2009 _____

Sent via facsimile to: 410-735-8271

Vane Line Bunkering, Inc.
2100 Frankfurst Street
Baltimore, MD  21226

Attention: Risk Department

RE:    Patient: _____ Charlie Hicks _____
                      (Please Print)

Dear Risk Dept:

This letter will certify that the undersigned has reviewed the below listed paperwork for the referenced patient, and has found the following results:

           (Please circle one)

Pass          Fail   -   **Fit for Duty Physical Examination**

(Pass)        Fail   -   **Breath Alcohol Test**

Pass          Fail   -   **Human Performance Evaluation (ADApt-L4)**

*(Vane Risk receives      Non- Regulated UDS (Sent from Lab to Employer)*
*Non-regulated UDS)*

Therefore, based on the patient passing all segments of the Fit for Duty Medical Examination, and our review of same, it is our recommendation that the subject patient:

_____      Is Fit for Duty without restrictions/competent as of _____ ;

_____      Is to return to work, ONLY with the following
            Accommodation/s: *NO USE R Shoulder*

_____      Further USCG review is required.

Very truly yours,

Dr. _____
        (Please Print Name and Sign)

Service ID:  482240455
X-ray Number: 001438

**Concentra Medical Centers (NJ)**
135 Raritan Center Pkwy  EDISON, NJ  08837
Phone: (732) 225-5454   Fax: (732) 417-0003

**Non-Injury Flowsheet**

Service Date: 05/08/2009
Case Date: 05/08/2009

Patient:  Hicks, Ciro Charles
SSN:
Age:     57      DOB:
Address: 5 Chanowich Ct.
         MIDDLETOWN, NJ  07748
Home:    (732) 533-7045
Work:                Ext.:

Employer:       Vane Brothers

Employer Location: Vane Brothers
Address:        2100 Frankfurst Ave
                Baltimore, MD  212261026
Auth. by:

Contact: Michael Freitas
Phone:  (410) 735-8235  Ext.:
Contact: Michael Freitas
Role:    Primary Contact
Phone:  (410) 735-8235  Ext.:
Fax:

**Previous Cases:**

| Case Date | Case Description | Employer Location | Market | Center | On-Line |
|---|---|---|---|---|---|
| 08/12/2008 | Non-Injury: Merchant Mariner Phy Vane Brothers | | Northern New Jersey | CMC - NNJ Edison | |

**Employer Notes:**
NO INJURY CARE Location Notes: 6/22/06 new emp-hh

**Protocol Notes:**

*clear*
Not fit for
Full Duty
Considerma

*[handwritten: insurance]*

21/100  Ciro C Hicks

| Non-Injury Flow | Time | Initials | | Time | Initials |
|---|---|---|---|---|---|
| Sign-In | 10:54 am | | Registration Complete | | |
| Admit | 10:54 am | | Treatment Initiated | | |
| **Protocol: Fitness for Duty Phys** | Time | Initials | | Time | Initials |
| Breath Alcohol Test Randor | | | Fitness for Duty Physical-Le | | |
| HPE ADApt-Level 4 | | | Non Regulated UDS Randor | | |
| | | | Check Out | | |

Hicks
Ciro Charles

FOR COLLECTION SITE USE
316759196

© 1998 - 2009  Concentra Health Services, Inc. All Rights Reserved.

Revision Date:  06/02/2008

**Concentra Medical Centers (NJ)**
135 Raritan Center Pkwy  EDISON, NJ 08837
Phone:  (732) 225-5454     Fax: (732) 417-0003

**Return to Work Evaluation**

ServiceID: 482240455

Service Date: 05/08/2009

| | | | | |
|---|---|---|---|---|
| **Patient:** Ciro Charles Hicks | **Address:** 5 Chanowich Ct. | **Employer:** Vane Brothers | **Contact:** Michael Freitas |
| **SSN:** | | **Address:** 2100 Frankfurst Ave | **Role:** Primary Contact |
| **DOB:** | MIDDLETOWN, NJ 07748 | Baltimore, MD 212261026 | **Phone:** (410) 735-8235  **Ext.:** |
| **Gender:** M | **Phone:** (732) 533-7045 | **Auth. by:** | **Fax:** |

**Race:**   ASIAN      BLACK      HISPANIC      INDIAN      WHITE      OTHER

**Reason for evaluation:** _____

☐ Occupational with other provider          ☐ Non-Occupational

**Requested by:** _____

**Special attention to:** _____

**Treating provider:** _____

---

## Authorization for Examination

Permission is hereby granted to the authorities of Concentra Medical Centers (NJ) for any examination deemed necessary by the physician.  In addition, I authorize the release of any information acquired in the course of this examination.

_____                     5-8-09.
Patient Signature                                           Date

---

## Examination

Temp: _____     Blood Pressure: 132/70   Pulse: 64   Ht: 71   Wt: 215

Other: _____

Medical History: *(handwritten, illegible)*

Present Complaint: *(handwritten, illegible)*

Findings/Recommendations: *(handwritten, illegible)*

© 1993-2002 Concentra Health Services, Inc. All Rights Reserved.

Evaluation: Non-Work-Related Injury/Illness          Page 1 of 1          Revision Date: 10/21/2004

Physician's Signature          Date



**CONCENTRA**
MEDICAL CENTERS

### Permission to Allow Third Party Presence
### During Patient Examination

I _Caro Oietz_____, consent to having a representative of my employer,
_Janet Flick_____, present during my examination. I understand that allowing
a third party to be present during my examination will result in the disclosure of my
medical information being discussed during the examination, to the third party. If
information not related to my injury needs to be discussed, I may ask the representative to
leave the room.

I understand that this consent may be revoked at any time during the examination by
notifying the healthcare provider or the employer representative.

I understand that Concentra is not responsible for any information that is gathered or used
by my employer as a result of this consent.

This consent is valid for all future visits related to my work injury/illness unless revoked
by me.

_____          _____
Signature                                Date

14:06 MAY 07, 2009  ID: VANE BROTHERS          FAX NO: ###-####          #60654  PAGE: 1/17



**Risk Department**
**2100 Frankfurst Ave**
**Baltimore, MD, 21226**
**Ph: 410-735-8228**
**Fax 410-735-8271**

**VANE LINE**
**BUNKERING INC.**

# Fax

## Vane Brothers

| To: | Dr. Tobias and Vlad, PT | From: | Marge Lukas, Claims Specialist |
|---|---|---|---|
| Attn: | Noami | Date : | May 7, 2009 |
| | | | 732-225-5454 |
| Fax : | | Phone: | |
| | 732-417-0003 | | |
| Re: | Charlie Hicks | Pages: | |

| Urgent | For Review | Please Comment | Please Reply | Please Recycle |
|---|---|---|---|---|

## HIPAA SECURE RETURN FAX NO.: 410-735-8271

Dear Noami, Thank you for your time on the phone and for passing all of the needed forms to either Dr. Tobias and/or Vlad. Mr. Hicks will be there at #$00 on May 8, 2009. The attached Letter for Doctor review also outlines all of the tests that need to be done: fit for duty physical exam; BAT; HPE AdApt – L4 and Non-Regulated UDS.

Dear Dr. Tobias, On 4/23/09, Mr. Hicks reported that on 4/21/09, he was trying to lift a large metal collar on a texas bar and "pulled on his shoulder." He saw Dr. Murphy at Orthopedics office. The evaluation note is not yet back from transcription; however, the nurse read the chart and report DX as "Pain shoulder joint." She noted a steroid injection was done to the shoulder. Mr. Hicks reports he is symptom free and ready to go back to work.

Please review all of the attached records and documents. Please call me if you have any questions or concerns.

Sincerely,

Marge Lukas

*CONFIDENTIALITY NOTICE:* The contents of this fax message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender and then destroy this cover sheet and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying or storage of this information or any attachment is strictly prohibited.

# Alcohol Testing Form (Non-DOT)

*(The instructions for completing this form are on the back of Copy 3)*

**STEP 1: TO BE COMPLETED BY ALCOHOL TECHNICIAN**

**A: Employee Name** Ciro C Hicks
(Print)   (First, M.I., Last)

**B: SSN or Employee ID No.** ▓▓▓▓▓▓▓▓

**C: Employer Name** Vane Brothers

**Street** 2100 Frankurst Ave

Baltimore, mD 21226

**City, ST ZIP**

**DER Name and Telephone No.** marseLuKas   4/6  735-9272
DER Name   DER (Area Code & Phone Number)

**D: Reason for Test:** ☐Random ☐Reasonable Susp. ☐Post-Accident ☑Return to Duty ☐Follow-up ☐Pre-employment

**STEP 2: TO BE COMPLETED BY EMPLOYEE**

I certify that I am about to submit to alcohol testing and that the identifying information provided on the form is true and correct.

Signature of Employee _____   Date ▶ 05/08/09
Month / Day / Year

**STEP 3: TO BE COMPLETED BY ALCOHOL TECHNICIAN**

(If the technician conducting the screening test is not the same technician who will be conducting the confirmation test, each technician must complete their own form.) I certify that I have conducted alcohol testing on the above named individual, that I am qualified to operate the testing device(s) identified, and that the results are as recorded.

**TECHNICIAN:** ☑BAT ☐STT   **DEVICE:** ☐SALIVA ☑BREATH*  **15-Minute Wait:** ☐Yes ☐No

**SCREENING TEST:** *(For BREATH DEVICE* write in the space below only if the testing device is not designed to print.)*

| Test # | Testing Device Name | Device Serial # OR Lot # & Exp. Date | Activation Time | Reading Time | Result |
|--------|---------------------|--------------------------------------|-----------------|--------------|--------|
|        |                     |                                      |                 |              |        |

**CONFIRMATION TEST:** *Results MUST be affixed to each copy of this form or printed directly onto the form.*

**REMARKS:** _____

Concentra
Alcohol Technician's Company

Paup Frant
(PRINT) Alcohol Technician's Name (First, M.I., Last)

Signature of Alcohol Technician _____

**Company Street Address** Edison 088 37

**Company City, State, Zip** 7 32 2255454
Phone Number (Area Code & Number)

Date  05 0809
Month / Day / Year

**STEP 4: TO BE COMPLETED BY EMPLOYEE IF TEST RESULT IS POSITIVE**

I certify that I have submitted to the alcohol test, the results of which are accurately recorded on this form. I understand that I must not drive, perform safety-sensitive duties, or operate heavy equipment because the results are positive.

Signature of Employee _____   Date ____ Month / Day / Year

COPY 1   ORIGINAL   FORWARD TO THE EMPLOYER

471-FS-C3 (Rev. 6/01) 6363

| | | |
|---|---|---|
| **Service ID:** 482240455 | **Concentra Medical Centers (NJ)** | **Service Date:** 05/08/2009 |
| **X-ray Number:** 001438 | 135 Raritan Center Pkwy   EDISON, NJ 08837<br>Phone: (732) 225-5454   Fax: (732) 417-0003 | **Case Date:** 05/08/2009 |

## Non-Injury Flowsheet

**Patient:** Hicks, Ciro Charles
**SSN:** ~~~~~~~~~~~~~~~ **Employer:** Vane Brothers    **Contact:** Michael Freitas
**Age:** 57    **DOB:** ~~~~~    **Phone:** (410) 735-8235   **Ext.:**
**Address:** 5 Chanowich Ct.    **Employer Location:** Vane Brothers    **Contact:** Michael Freitas
  MIDDLETOWN, NJ 07748    **Address:** 2100 Frankfurst Ave    **Role:** Primary Contact
**Home:** (732) 533-7046    Baltimore, MD 212261026    **Phone:** (410) 735-8235   **Ext.:**
**Work:** **Ext.:**    **Auth. by:**    **Fax:**

### Examination Results

____ **No Status Required**

____ **Recommend Further Evaluation**

**Medical Evaluation Results**

____ **Medical Evaluation Within Normal Limits**

____ **Medical Evaluation NOT Within Normal Limits**

____ **Not Applicable**

**Medical Restrictions**

____ **Medical Restrictions**

____ **No Medical Restrictions**

**Pending Results**

____ **Pending Results**

____ **Pending Medical Hold**

____ **Pending Medical Records**

____ **Pending Process Completion**

____ **No Pending**

### Remarks:

### Medical Implications

____ Cardiovascular          ____ Seizures

____ Diabetes          ____ Vision

____ Hypertension          ____ Unverified Medical Information

____ Medications          ____ Unresolved Medical Hold

____ Myocardial Infarction          ____ Certification less than 2 years

____ Physical Impairment

____ Other (Comments Required)

____ Medication Allergy(s) (Comments Required)

14:06 MAY 07, 2009  ID: VANE BROTHERS        FAX NO: ###-####                    PAGE  01/01

05/07/2009  00:13  7327065772              DOLPHIN CONST CORP

# DANMAR ASSOCIATES

Disability Case Management  ♦  Vocational Rehabilitation Services

Swedesford Corporate Center
631-B Swedesford Road
Frazer, PA 19355
610-993-9941
610-993-9902 fax

## JOB ANALYSIS

**Job Title:** Captain/Mate

**Company:** Vane Line Bunkering

The following are based upon a 2 week on, 2 week off schedule, working 2 6-hour shifts over a 24-hour period i.e., 6 hours on, 6 hours off, 6 hours on, 6 hours off.

| | Occasionally (Up to 33%) | Frequently (34% - 66%) | Continuously (67% - 100%) | Never |
|---|---|---|---|---|
| **LIFT** | | | | |
| 0-10 lbs. | X | | | |
| 11-20 lbs. | X | | | |
| 21-50 lbs. | | | | X |
| 51-100 lbs. | | | | X |
| | | | | |
| **CARRY** | | | | |
| 0-10 lbs. | X | | | |
| 11-20 lbs. | X | | | |
| 21-50 lbs. | | | | X |
| 51-100 lbs. | | | | X |
| | | | | |
| **STAND** | | X | | |
| **WALK** | X | | | |
| **SIT** | X | | | |
| **PUSH** | X | | | |
| **PULL** | X | | | |
| **CLIMB** | X | | | |
| **BEND** | X | | | |
| **KNEEL** | | | | X |
| **TWISTING** | | | | X |
| **CRAWL** | | | | X |
| **REACH** | | X | | |
| **HANDLE** | | X | | |
| **FINGER** | | X | | |

Environmental Conditions: Inside ( 80% )  Outside ( 10% )  Temp. Range varies w/weather conditions.

| | | | |
|---|---|---|---|
| Fumes/Dust: | Minimum ( ) | Moderate ( X ) | Severe ( ) |
| Noise Level: | Minimum ( ) | Moderate ( X ) | Severe ( ) |

Protective Clothing/Personal Devices:  Safety shoes and hearing protection.

| Job Analysis | Completed By: Danmar Associates | Date:  11/7/05 |
|---|---|---|
| | Reviewed By:  Vane Line Bunkering | Date:  11/8/05 |

Date: 5/4/09

APPROVED/Signature of Physician  X

DISAPPROVED/Signature of Physician _____  Date: _____

Job Analyses/Vane Bros/Captain-Mate/civ

14:09 MAY 07, 2009   ID: VANE BROTHERS          FAX NO: ###-####

# DANMAR ASSOCIATES

Disability Case Management  ♦  Vocational Rehabilitation Services

Swedesford Corporate Center
631-B Swedesford Road
Frazer, PA 19355
610-993-9941
610-993-9902 fax

## JOB ANALYSIS

**Name:** *Charlie Hicks*                    **Job Title:** Captain/Mate
**Company:** Vane Line Bunkering

The following are based upon a 2 week on, 2 week off schedule, working 2 6-hour shifts over a 24-hour period i.e., 6 hours on, 6 hours off, 6 hours on, 6 hours off.

| | Occasionally (Up to 33%) | Frequently (34% - 66%) | Continuously (67% - 100%) | Never |
|---|---|---|---|---|
| **LIFT** | | | | |
| 0-10 lbs. | X | | | X |
| 11-20 lbs. | X | | | X |
| 21-50 lbs. | | | | |
| 51-100 lbs. | | | | |
| **CARRY** | | | | |
| 0-10 lbs. | X | | | |
| 11-20 lbs. | X | | | X |
| 21-50 lbs. | | | | X |
| 51-100 lbs. | | | | |
| **STAND** | | X | | |
| **WALK** | X | | | |
| **SIT** | X | | | |
| **PUSH** | X | | | |
| **PULL** | X | | | |
| **CLIMB** | X | | | |
| **BEND** | X | | | |
| **KNEEL** | | | | X |
| **TWISTING** | | | | X |
| **CRAWL** | | | | X |
| **REACH** | | X | | |
| **HANDLE** | | X | | |
| **FINGER** | | X | | |

Environmental Conditions: Inside ( 80% )   Outside ( 10% )   Temp. Range varies w/weather conditions.
Fumes/Dust:        Minimum ( )        Moderate ( X )   Severe ( )
Noise Level:       Minimum ( )        Moderate ( X )   Severe ( )

Protective Clothing/Personal Devices: Safety shoes and hearing protection.

| | | | |
|---|---|---|---|
| Job Analysis | Completed By: Danmar Associates | Date: | 11/7/05 |
| | Reviewed By:  Vane Line Bunkering | Date: | 11/8/05 |

APPROVED/Signature of Physician _____ Date: _____

DISAPPROVED/Signature of Physician _____ Date: _____

**Concentra.** Medical Centers

**Vane Brothers**

Client Name: _Charlie Hicks_

SSN: _N/A_

Date of Test: _MAY 8, 2009_

Baseline Heart Rate:

Age Predicted Maximum
220-Age:

85% of Age Predicted Maximum
220- Age x .85:

Testing will be stopped for any component, if the candidate's heart rate level reaches 85% of their Age Predicted Maximum. Testing may resume when the candidate's heart rate returns to their baseline heart rate level.

## Material Handling Activities

| | Weight | Activities | | Repetitions | Score | HR |
|---|---|---|---|---|---|---|
| Lift | 40 | Floor to Waist | | 2 | Pass / Fail | |
| Lift | 40 | Waist to Shoulder | | 2 | Pass / Fail | |
| Lift | 40 | Waist to Overhead | | 2 | Pass / Fail | |
| Carry | 40 | Distance: feet | 20 | 2 | Pass / Fail | |
| Push-Pull | 40 lbs of force | Distance: feet | 400 | 2 | Pass / Fail | |
| UE Push-Pull | 27 lbs of force | Distance: | UE only | 2 | Pass / Fail | |
| Simulated Rope Toss | | 20 lbs on cable column | | 3 on each side | Pass / Fail | |
| Grip Strength | 40 lbs of force | Average of 4 trials: | | | Pass / Fail | |
| Pinch Strength | 15 lbs of force | Average of 4 trials | | | Pass / Fail | |
| Hand Dominance: | | | | | | |

## Non-Material Handling

| Activity | Repetitions | Score | |
|---|---|---|---|
| Climbing up and down ladder x 20 rungs | 1 | Pass | Fail |
| Crawling in and out of a 24" x 24" opening | 1 | Pass | Fail |
| Balance Test: 30 sec single leg stance on each leg on a foam cushion | 1 | Pass | Fail |
| Step over a 24" step | 5 | Pass | Fail |
| Crawl a distance of 16 feet | 2 | Pass | Fail |
| Ambulate 400 feet at a pace of not less than 5 feet per second. | 1 | Pass | Fail |
| BAPS board with level 2 ball | Must hold for 2 sec x 3 times | Pass | Fail |

**Test Administrator:**

**Comments:**
(To be completed by the candidate after the completion of the evaluation)

Do you feel that you can safely perform these types of activities on a daily basis as part of your regular duty position?   _____Yes _____No

Candidate Signature:_____ Date: _____

**Therapist's Comments:**

| Therapist's Signature | | |
|---|---|---|
| Evaluator's Observations | Yes | No |
| 1.   Did the candidate utilize good body mechanics and proper material handling techniques? | | |
| 2.   Did the candidate appear to have normal gross coordination? | | |
| 3.   Did the candidate appear to fatigue easily? | | |

NAVIGATION AND VESSEL INSPECTION NVIC NO. 04-08

g. Enclosure (4) contains information about illegal substances and intoxicants, and a non-exhaustive list of medications that may be subject to further medical review in accordance with enclosure (6).

h. Enclosure (5) contains guidance for evaluating vision and hearing.

i. Enclosure (6) describes the medical review process.

j. Applicants for credentials should utilize form CG-719K or form CG-719K/E. as appropriate. Use of an equivalent form is acceptable if it includes the same information; however, an equivalent form should be submitted to the NMC for review prior to use. Submission of inadequate information will result in processing delays. Medical practitioners should review each page of the form. Forms and information about the medical review process are publicly available on the HOMEPORT internet website at: http://homeport.uscg.mil/mycg/portal/ep/browse.do?channelId=-25023.

k. Some individuals may have conditions or limitations that are not listed which would render them incapable of performing their duties. Others with a listed condition or limitation may be quite capable of working at sea without posing a risk to the ship, their shipmates, or themselves. While each applicant is evaluated individually, the conditions described in this NVIC are those which may be subject to further review in accordance with enclosure (6) before a credential can be issued.

l. In situations where the applicant does not meet the standards specified in references (a) through (d), as supplemented by the guidance contained herein, waivers, limitations, and/or conditions of issuance may be considered by the NMC. The supplemental medical records, consultations, and test results listed in enclosure (3) should be submitted. See 46 CFR 10.205(d)(4) and enclosure (6).

m. Maritime academies should ensure that new entrants into a cadet program are physically and medically qualified. A cadet with a condition listed in enclosure (3) should be advised as early as possible that he or she may not be physically or medically eligible upon graduation to receive a credential. Medical staff at an academy may consult with the NMC. While a final determination cannot be made until an application is submitted prior to graduation, the NMC can advise that based on the cadet's present condition, a credential would probably (or probably not) be issued if he or she were applying for a credential at the present time.

n. Nothing in this NVIC precludes marine employers from establishing more rigorous medical or physical ability guidelines.

6. DISCLAIMER. This guidance is not a substitute for applicable legal requirements, nor is it itself a regulation. It is not intended to nor does it impose legally-binding requirements on any party. It represents the Coast Guard's current thinking on this topic and is issued for guidance purposes to outline methods of best practice for compliance with the applicable law. You may use an alternative approach if the approach satisfies the requirements of the

4

Enclosure (4) to NVIC 04-08

# MEDICATIONS

The following is a non-exhaustive list of prescription and over-the-counter medications that may be subject to further medical review in accordance with enclosure (6).

<u>Anti-Depressants</u>:  Waiver is required, excluding use as a smoking cessation aid and with Premenstrual Dysphoric Disorder (PMDD).

<u>Anti-Motion Sickness Agents</u>:  Use is approved when used in accordance with manufacturers' warnings and directions.

<u>Anti-Psychotics</u>:  Waiver is required.

<u>Anti-Convulsives</u>:  Waiver is required.

<u>Anti-Histamines</u>:  Non-sedating medications, such as loratadine (Claritin), fexofenadine (Allegra) and desloratadine (Clarinex), are acceptable when used in accordance with manufacturers' warnings and directions.  Sedating medications used during, or within 24 hours prior to, acting under the authority of the credential require a waiver.

<u>Barbiturates, Mood Ameliorating, Tranquilizing, or Ataraxic Drugs</u>:  Waiver is required.

<u>Benzodiazepines</u>:  Waiver is required if used during, or within 7 days prior to, acting under the authority of the credential.

<u>Cough Preparations with Dextromethorphan, Codeine, or other Codeine-Related Analogs</u>:  Use of over-the-counter medications is approved when used in accordance with manufacturers' warnings and directions.  Prescription medications require waiver if used during, or within 24 hours prior to, acting under the authority of the credential.

<u>Diet Aids (e.g. Dexatrim, Metabolife, etc.) and Stimulants (e.g. modafinil, amphetamines, etc.)</u>:  Use of over-the-counter medications is approved when used in accordance with manufacturers' warnings and directions.  Prescription medications require waiver if used during, or within 48 hours prior to, acting under the authority of the credential.

<u>Hypnotics (sleeping aids) and Sedatives</u>:  Waiver is required if used during, or within 48 hours prior to, acting under the authority of the credential.

<u>Legally Prescribed Controlled Substances</u> (including legally prescribed narcotics and legally prescribed medications which contain narcotics such as Tylenol w/ codeine):  No waiver required if not used during, or within 48 hours prior to, acting under the authority of the credential.  May be waiverable under exceptional circumstances if used during, or within 48 hours prior to, acting under the authority of the credential.

2

Enclosure (4) to NVIC 04-08

# MEDICATIONS

**Medical Use of Hallucinogens (e.g. medical marijuana, peyote or ecstasy):** Even if legalized by a state, is **not** waiverable under any circumstances.

**Muscle Relaxants: Centrally acting (e.g.carisoprodol, meprobamate, cyclobenzaprine, methocarbamol, orphenadrine citrate, benzodiazepines, antimuscarinics and antihistamines, phenyltoloxamine, etc.):** Waiver is required if used during, or within 48 hours prior to, acting under the authority of the credential.

3

# MEDICAL CONDITIONS SUBJECT TO FURTHER REVIEW

Enclosure (3) to NVIC 04-08

| | | |
|---|---|---|
| 118 | Deformities, either congenital or acquired causing significant functional impairment and/or interfering with the ability to wear required personal protective equipment | Physical medicine, occupational medicine or orthopedic consultation to include functional status (degree of impairment as measured by strength, range of motion, pain), medications with side effects and all pertinent medical studies. |
| 119 | Limitation of motion of major joint causing significant functional impairment | Physical medicine, occupational medicine or orthopedic consultation to include functional status (degree of impairment as measured by strength, range of motion, pain), medications with side effects and all pertinent medical studies. |
| 120 | Neuralgia or Neuropathy, chronic or acute causing significant functional impairment | Neurology consultation to include functional status (degree of impairment as measured by strength, range of motion, pain), medications with side effects and all pertinent medical studies. |
| 121 | Sciatica causing significant functional impairment | Neurology or orthopedic consultation to include sufficient documentation to exclude specific causes of back pain, functional status (degree of impairment as measured by strength, range of motion, pain), medications with side effects and all pertinent medical studies. |
| 122 | Osteomyelitis, acute or chronic, with or without draining fistula(e) causing significant functional impairment | Orthopedic consultation to include functional status (degree of impairment as measured by strength, range of motion, pain), medications with side effects and all pertinent medical studies. |
| 123 | Tremors causing significant functional impairment | Neurology consultation to include functional status (degree of impairment as measured by strength, range of motion, pain), medications with side effects and all pertinent medical studies. |
| 124 | Osteoarthritis causing significant functional impairment | Rheumatology consultation to include functional status (degree of impairment as measured by strength, range of motion, pain), medications with side effects and all pertinent medical studies. Note: Waiver considered for an applicant who is taking aspirin, ibuprofen, naproxen, similar nonsteroidal anti-inflammatory drugs (NSAID), or COX-2 inhibitors; however, the applicant should present evidence documenting that the underlying condition (for which the medicine is being taken) is not in itself disabling and the applicant has been on therapy (NSAID) long enough to have established that the medication is well tolerated and has not produced adverse side effects. |

14:13 MAY 07, 2009 ID: VANE BROTHERS   FAX NO: ###-###   #BB654 PAGE: 15/17

**Company:**  Vane Brothers

**Job Title:**  Captain/Mate

**Federal Classification:**  Medium

**Job Function:** Commands tugboat to tow barges into and out of oceans, bays, rivers, coastal waters, and harbors.

**Essential Functions:**

- Supervises and coordinates activities with crew aboard tugboat.
  - Insures safe operation of vessel.

- Communicates with crewmembers and barge captain in preparation of hook up with barge or with ship at sea.

- Signals workers on deck to rig tow-lines to barges.
  - Operates loud-speaker or hand-held radio.

- Communicates with dispatch via radio/phone or computer.

- Determines course and towing speed on basis of specialized knowledge of winds, weather, tides, and currents.
  - Utilizes GPS, charts and tidal current tables.
  - Maintains communication with headquarters.

- Signals passing vessels using whistles, flashing lights, flags, and radios.

- Operates vessel from wheelhouse or elevated wheelhouse.

- Arranges for tugboat to be fueled, restocked with supplies, and/or repaired.

- Inspects tugboat to insure crew safety and compliance with regulatory guidelines and procedures.

- Authorizes procurement of supplies and other outfitting needs.

- Manages overall operation of tugboat.

**Specific Vocational Preparation**

**Level – 8:**  Classified as skilled work.  Person is considered trained for the occupation with between 4 years and 10 years of experience; includes vocational education, apprenticeship, in-plant, on-the-job, and/or essential experience gained on other jobs.

**Minimum General Educational Requirements**

Reasoning      Level 4 (Grades 9-12)
Mathematics    Level 3 (Grades 7-8)
Language       Level 3 (Grades 7-8)

**Range of Motion  (degrees)**
**Cervical Spine**
  Flexion          20/25
  Extension        25/30
  Lateral Bending  20/25
  Rotation         N/A

Job Analysis/Vane Bros/Captain-Mate/alv

5. DISCUSSION.

a. This NVIC is a resource to assist medical personnel in performing examinations of applicants. It provides guidance on conditions that are subject to further review for issuance of credentials and the recommended medical supplemental tests and evaluations. Medical practitioners should provide comments and recommendations with regard to the ability of applicants to meet the appropriate standards in references (a) through (d). The final determination regarding issuance of all credentials lies with the Coast Guard.

b. Service on vessels may be arduous and impose unique physical and medical demands on mariners. The public safety risks associated with the medical and physical conditions of mariners on vessels are important considerations for the safe operation of vessels. In the event of an emergency, immediate response may be limited to the vessel's crew, and outside help may be delayed. Mariners must be medically and physically fit to perform their duties not only on a routine basis but also in an emergency.

c. This NVIC has been developed by the Coast Guard in consultation with experienced maritime community medical practitioners and industry stakeholders. This NVIC reflects a synthesis of their recommendations, the requirements in references (a) through (d), and the recommendations of other federal transportation mode authorities as to appropriate physical and medical standards. The public was also afforded opportunity to comment on a draft of this NVIC. *See* 71 FR 56998 (September 28, 2006).

d. Enclosure (1) provides medical certification standards as set forth in reference (c). Enclosure (1) lists the standards that apply to applicants for each of the various types of credentials.

e. Enclosure (2) provides guidance for determining if mariners are physically able to perform their duties. For purposes of this NVIC, a medical condition is considered to cause "significant functional impairment" if it impairs the ability of the applicant to fully perform all of the physical abilities listed in this enclosure, or if it otherwise interferes with the ability of the applicant to fully perform the duties and responsibilities of the requested credential. Applicants with physical limitations who do not meet the related physical ability guidelines contained in enclosure (2) may be issued a credential with appropriate limitations as specified by the NMC.

f. Enclosure (3) contains a non-exhaustive list of medical conditions subject to further review and supplemental medical data that should be submitted for such medical review. Not all of the medical conditions listed in enclosure (3) require a waiver. Applicants with these medical conditions may be issued credentials with or without limitations, waivers and/or other conditions of issuance as specified by the NMC. This is further discussed in enclosure (6).

  (1) Enclosure (3)(a) contains an index of the medical conditions listed in enclosure (3).

  (2) Enclosure (3)(b) contains a table of abbreviations used in enclosure (3).