*Lissen/Orth Sports Med.*

## Certification of Medical Records

I hereby certify that these pages are true copies of the original medical

records for <u>Ciro Charles Hicks</u> kept in the regular course of
(Patient Name)

business at the office of <u>Orth. Sports Medicine + Rehab</u> .
(Facility Name)

**Clyde Bailey**   **Med Request Solutions Inc. Representative**
(Print Name)

<u>Clyde B</u>                          Date: <u>12/15/10</u>
(Signature)

PLAINTIFF'S
EXHIBIT

Trial 1b

LISA RINALDI
CCR

NO. R1220-2

# MEDICAL HISTORY FORM

Name: _Clil C Hicks_      Today's Date: _4-23-2009_

SS#: _███████_      Date of Birth: _███████_

**Chief Complaint**

Why are you seeing the doctor? _____

Current Problem is the result of a(n):  Check all that apply

☐ Car Accident  ☐ Work Accident  ☐ Accident  ☐ Other _____

DATE OF ACCIDENT: _4-21-09_

| Medication | Dose | Reason for Medication | Side Effects |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**ALLERGIES:**

Are all immunizations up to date:  Yes (circled)   No
If no, which immunizations are due? _____

Are you Pregnant      Yes    No
Are you Nursing      Yes    No

**Review of Systems**

Are you currently having or have you had problems with your:

| | Circle | Describe all YES responses |
|---|---|---|
| Eyes | NO / YES | |
| Ears, Nose, Throat | NO / YES | |
| Lungs, Breathing | NO / YES | |
| Digestion | NO / YES | |
| Bowel movement | NO / YES | |
| Bladder problem | NO / YES | |
| Diabetes | NO / YES | |
| High blood pressure | NO / YES (circled) | _Acwtkil  10/12_ |
| Bleeding problems | NO / YES | |
| Balance problems | NO / YES | |
| Numbness/tingling | NO / YES | |
| Blackout/fainting | NO / YES | |
| Heart Disease | NO / YES | |
| Psychological problems | NO / YES | |
| AIDS | NO / YES | |
| Cancer | NO / YES | |
| Arthritis | NO / YES (circled) | |
| Polio | NO / YES | |
| TB | NO / YES | |
| Epilepsy | NO / YES | |

Patient Signature: _(signed)_      Date: _4-23-09_

Reviewed By: _____      M. D. Date: _____

Name: _____      Date: _____

Page 1

# MEDICAL HISTORY FORM

Name: _CIRO CHICKS_

SS#: ███████████    Date of Birth: ███████████

## Past Medical History

| Surgeries/Hospitalizations | Year | Complications |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Have you ever had general anesthesia?   No   (Yes)
Have any problems with anesthesia?   (No)   Yes   Describe: _____

## Family History

| Member | Alive | Deceased | Age | Health Status or cause of death |
|---|---|---|---|---|
| Grandmother (mom's) | A | (D) | | |
| Grandfather (mom's) | A | (D) | | |
| Grandmother (dad's) | A | (D) | | |
| Grandfathers (dad's) | A | (D) | | |
| Father | A | (D) | | |
| Mother | A | (D) | | |
| Sister/Brother | (A) | D | | |
| Sister/Brother | (A) | D | 66 | |
| Sister/Brother | A | D | | |
| Sister/Brother | A | D | | |

## Social History

☐ Work in the home   ☒Employed (occupation) ☐ Student ☐ Daycare ☐ Retired
☐ Single   ☒ Married   ☐ Divorced   ☐ Separated   ☐ Widowed
Children?   ☐ No   ☐ Yes #_____
Do you live alone?   ☐ No   ☐ Yes
Exercise?   ☐ Daily   ☐ Weekly   ☐ Monthly   ☐ Rarely   ☐Never
What type of exercise?_____
History of substance abuse?   ☒ No   ☐ Yes   What?_____
Smoke currently?   ☐ No   ☒Yes Packs per day for  /  _____ years.
Quit Smoking?   ☐ This year   ☐ >1 year   ☐ >5 years   ☐>10 years
Previously smoked_____packs per day for_____years
Drink alcohol  ☐ daily . ☐ 1-2x/week  ☐ 1-2x/month  ☐ 1-2x/year  ☐ How Much_____

Patient Signature_____   Date: _4-23-2009_

Reviewed By:_____   Date: _____

☐ 80 Oak Hill Road
Red Bank, NJ 07701

**ORTHOPAEDIC, SPORTS MEDICINE
AND REHABILITATION CENTER, P.A.**

☐ Kilmer Professional Park–Bldg. 3
25 Kilmer Drive–Suite 105
Morganville, NJ 07751

NAME _HiCKS, Ciro_____ AGE ____ PHONE _____

ADDRESS_____ COMP _____ **COMP**

CITY, STATE _____ REFERRING DR. _____

| DATE | |
|---|---|
| 4/23/09 | INT EVL ~~RE~~ Shoulder N/O ✗R |
| | ℞ s'houlder 4/21/09 |
| | SK |
| | R Shoulder |
| | 2L |

Copy requested...
JUL 30 2009

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

| **Middletown Office** | **Marlboro Office** |
|---|---|
| 80 Oak Hill Road | Kilmer Professional Park - Building 3 |
| Red Bank, New Jersey 07701 | 25 Kilmer Drive - Suite 105 |
| Phon 732-741-2313 / Fax 732-741-7154 | Morganville, New Jersey 07751 |
| | Phone 732-617-9111 / Fax 732-617-5959 |

www.orthocenter.com

### FOLLOW UP EXAMINATION

PATIENT NAME: HICKS, CIRO      DATE OF SERVICE: 04/23/09
DATE OF BIRTH: ▮▮▮▮▮      REFERRING PHYSICIAN: Not Referred By
AGE: 57 years old
04/23/09            **HICKS, CIRO**

The patient is a 57-year-old male who on 4/21/09, lifted something heavy at work and felt pain in the right shoulder. Since that time, he has been unable to abduct or externally or internally rotate his shoulder.

**EXAMINATION:** On examination, he is tender anteriorly. He has limited abduction and rotation.

**X-RAYS:** X-rays show mild decrease in the joint space of his right shoulder.

**IMPRESSION:** Rotator cuff sprain with some underlying osteoarthritis. I have injected the shoulder today.

**RECOMMENDATIONS:** He is going to be placed on exercises. We will see him back again if this does not work.

Bernard P. Murphy, M.D., F.A.C.S.
BPM/ILHS/ejn.XXW

cc:     Comp Carrier

Fax Created - Dated May  8 2009  1:52PM



**VANE LINE BUNKERING, INC.**

**MEDICAL TREATMENT RECORD**

Name: *CIRO CHARLES HICKS*   Social Security: ▉▉▉▉▉

Company Vessel: *TUG PATRIOT*

Date of Injury/Illness: *4-21-09.*

I hereby authorize Vane Line Bunkering, Inc. and/or Health Systems International, Inc. to obtain and review copies of all hospital, medical, and employment records and to discuss the obtained information regarding my recovery and/or for the purpose of my rehabilitation. I hereby give permission for Vane Line and/or Health Systems International to discuss the information received with any professional, other individual or facility that may be related to any rehabilitation program. I agree that a photocopy of this authorization be accepted. This release is good for one year from the date signed. This release can be rescinded by writing to Vane Line Bunkering, 2100 Frankfurt Ave, Baltimore MD 21226

Employee Signature: _____   Date: *4-23-09*

**Please review the attached "Physical Standards" for the above referenced employee:**

|  | Yes | No |
|---|---|---|
| Unfit for duty |  |  |
| Fit for duty. (Can return to work without restrictions) | (Yes) | No |

Facility Name: *Orthopaedic Sports Medicine + Rehab*
Address: *80 Oak hill Rd. Red Bank NJ 07701*
Phone: *732 741 2313*   Fax: *732 741 7154*
Name: _____   DOI: *4|21|09*

Medical Treatment Record                                           1of2

*mailed original to pt.*

 

## VANE LINE BUNKERING, INC.

### MEDICAL TREATMENT RECORD

Name: _CIRO CHARLES HICKS_     Social Security: ▓▓▓▓▓▓▓▓

Company Vessel: _TUG PATRIOT_

Date of Injury/Illness: _4-21-09._

I hereby authorize Vane Line Bunkering, Inc. and/or Health Systems International, Inc. to obtain and review copies of all hospital, medical, and employment records and to discuss the obtained information regarding my recovery and/or for the purpose of my rehabilitation. I hereby give permission for Vane Line and/or Health Systems International to discuss the information received with any professional, other individual or facility that may be related to my rehabilitation program. I agree that a photocopy of this authorization be accepted. This release is good for one year from the date signed. This release can be rescinded by writing to Vane Line Bunkering, 2100 Frankfurst Ave, Baltimore MD 21226

Employee Signature: _[signature]_     Date: _4-23-09_

### Please review the attached "Physical Standards" for the above referenced employee:

Unfit for duty                                    Yes        No

Fit for duty. (Can return to work without restrictions)   (Yes)       No

Facility Name: _Orthopaedic Sports Medicine + Rehab_
Address: _80 Oak Hill Rd. Red Bank NJ 07701_
Phone: _732 741 2313_     Fax: _732 741-7154_
Name: _[signature]_     DOI: _4|21|09_

Medical Treatment Record                                    1of2

_Note by ML: Dr Murphy 5/7/09_




## VANE LINE BUNKERING, INC.

### MEDICAL TREATMENT RECORD

Name: *CIRO CHARLES HICKS*     Social Security: ███████

Company Vessel: *TUG PATRIOT*

Date of Injury/Illness: *4-21-09.*

I hereby authorize Vane Line Bunkering, Inc. and/or Health Systems International, Inc. to obtain and review copies of all hospital, medical, and employment records and to discuss the obtained information regarding my recovery and/or for the purpose of my rehabilitation.  I hereby give permission for Vane Line and/or Health Systems International  to discuss the information received with any professional, other individual or facility that may be related to my rehabilitation program.  I agree that a photocopy of this authorization be accepted.  This release is good for one year from the date signed.  This release can be rescinded by writing to Vane Line Bunkering, 2100 Frankfurst Ave, Baltimore MD 21226

Employee Signature: _____     Date: *4-23-09*

### Please review the attached "Physical Standards" for the above referenced employee:

**Unfit for duty**                                    Yes        No

**Fit for duty.**  (Can return to work without restrictions)    (Yes)    No

Facility Name: *Orthopaedic Sports Medicine + Rehab*
Address: *80 Oak hill Rd. Red Bank NJ 07701*
Phone: *732 741 2313*     Fax: *732 741-7154*
Name: _____     DOI: *'4 21 09*

Medical Treatment Record                                    1of 2

*D R MURPHY*

05/03/2008 20:35 FAX

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

<table>
<tr><td><b>Middletown Office</b><br>80 Oak Hill Road<br>Red Bank, New Jersey 07701<br>Phon 732-741-2313 / Fax 732-741-7154</td><td><b>Marlboro Office</b><br>Kilmer Professional Park - Building 3<br>25 Kilmer Drive - Suite 105<br>Morganville, New Jersey 07751<br>Phone 732-617-9111 / Fax 732-617-5959</td></tr>
</table>

www.orthocenter.com

**FOLLOW UP EXAMINATION**

**PATIENT NAME:** HICKS, CIRO
**DATE OF BIRTH:** ▓▓▓▓▓▓▓
**AGE:** 57 years old
04/23/09

**DATE OF SERVICE:** 04/23/09
**REFERRING PHYSICIAN:** Not Referred By

**HICKS, CIRO**

The patient is a 57-year-old male who on 4/21/09, lifted something heavy at work and felt pain in the right shoulder. Since that time, he has been unable to abduct or externally or internally rotate his shoulder.

**EXAMINATION:** On examination, he is tender anteriorly. He has limited abduction and rotation.

**X-RAYS:** X-rays show mild decrease in the joint space of his right shoulder.

**IMPRESSION:** Rotator cuff sprain with some underlying osteoarthritis. I have injected the shoulder today.

**RECOMMENDATIONS:** He is going to be placed on exercises. We will see him back again if this does not work.

Bernard P. Murphy, M.D., F.A.C.S.
BPM/ILHS/ejn.XXW

cc:     Comp Carrier

Fax Created - Dated May  8 2009  1:52PM



## ŕIMAR ASSOCIATES

Disability Case Management  ♦  Vocational Rehabilitation Services

Swedesford Corporate Center
631-B Swedesford Road
Frazer, PA 19355
610-993-9941
610-993-9902 fax

## JOB ANALYSIS

**Company:** Vane Line Bunkering          **Job Title:** Captain/Mate

The following are based upon a 2 week on, 2 week off schedule, working 2 6-hour shifts over a 24-hour period i.e., 6 hours on, 6 hours off, 6 hours on, 6 hours off.

| | Occasionally (Up to 33%) | Frequently (34% - 66%) | Continuously (67% - 100%) | Never |
|---|---|---|---|---|
| **LIFT** | | | | |
| 0-10 lbs. | X | | | |
| 11-20 lbs. | X | | | |
| 21-50 lbs. | | | | X |
| 51-100 lbs. | | | | X |
| **CARRY** | | | | |
| 0-10 lbs. | X | | | |
| 11-20 lbs. | X | | | |
| 21-50 lbs. | | | | X |
| 51-100 lbs. | | | | X |
| **STAND** | | X | | |
| **WALK** | X | | | |
| **SIT** | X | | | |
| **PUSH** | X | | | |
| **PULL** | X | | | |
| **CLIMB** | X | | | |
| **BEND** | X | | | |
| **KNEEL** | | | | X |
| **TWISTING** | | | | X |
| **CRAWL** | | | | X |
| **REACH** | | X | | |
| **HANDLE** | | X | | |
| **FINGER** | | X | | |

**Environmental Conditions:** Inside ( 80% )  Outside ( 10% )  Temp. Range varies w/weather conditions.
**Fumes/Dust:**     Minimum ( )          Moderate ( X )          Severe ( )
**Noise Level:**     Minimum ( )          Moderate ( X )          Severe ( )

**Protective Clothing/Personal Devices:** Safety shoes and hearing protection.

Job Analysis    Completed By: Danmar Associates          Date:  11/7/05
                Reviewed By:  Vane Line Bunkering          Date:  11/8/05

APPROVED/Signature of Physician _____    Date: 5/4/09

DISAPPROVED/Signature of Physician _____    Date: _____

Job Analyses/Vane Bros/Captain-Mate/alv

05/17/2009 23:44 FAX                                                      ☑003/007

2009-05-18 11:06   HSI ~ TAS          7324778818 >>                        P 4/11

# DANMAR ASSOCIATES
### Disability Case Management   ●   Vocational Rehabilitation Services

Swadesford Corporate Center
631-B Swadesford Road
Frazer, PA 19355
610-993-9941
610-993-9902 fax

## JOB ANALYSIS

**Company:** Vane Line Bunkering                    **Job Title:** Captain/Mate

The following are based upon a 2 week on, 2 week off schedule, working 2 6-hour shifts over a 24-hour period i.e., 6 hours on, 6 hours off, 6 hours on, 6 hours off.

|  | Occasionally (Up to 33%) | Frequently (34% - 66%) | Continuously (67% - 100%) | Never |
|---|---|---|---|---|
| **LIFT** | | | | |
| 0-10 lbs. | X | | | |
| 11-20 lbs. | X | | | |
| 21-50 lbs. | | | | X |
| 51-100 lbs. | | | | X |
| **CARRY** | | | | |
| 0-10 lbs. | X | | | |
| 11-20 lbs. | X | | | |
| 21-50 lbs. | | | | X |
| 51-100 lbs. | | | | X |
| **STAND** | | X | | |
| **WALK** | X | | | |
| **SIT** | X | | | |
| **PUSH** | X | | | |
| **PULL** | X | | | |
| **CLIMB** | X | | | |
| **BEND** | X | | | |
| **KNEEL** | | | | X |
| **TWISTING** | | | | X |
| **CRAWL** | | | | X |
| **REACH** | | X | | |
| **HANDLE** | | X | | |
| **FINGER** | | X | | |

**Environmental Conditions:** Inside ( 80% )   Outside ( 10% )   Temp. Range varies w/weather conditions.
Fumes/Dust:          Minimum ( )          Moderate ( X )          Severe ( )
Noise Level:          Minimum ( )          Moderate ( X )          Severe ( )

**Protective Clothing/Personal Devices:** Safety shoes and hearing protection.

Job Analysis   Completed By: Danmar Associates            Date:   11/7/05
                Reviewed By: Vane Line Bunkering           Date:   11/8/05

APPROVED/Signature of Physician _____   Date: _____

DISAPPROVED/Signature of Physician X _____   Date: 5/18/09

Job Analysis/Vane Bros/Captain-Mate/shr

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

| | |
|---|---|
| **Middletown Office** | **Marlboro Office** |
| 80 Oak Hill Road | Kilmer Professional Park - Building 3 |
| Red Bank, New Jersey 07701 | 25 Kilmer Drive - Suite 105 |
| Phon 732-741-2313 / Fax 732-741-7154 | Morganville, New Jersey 07751 |
| | Phone 732-617-9111 / Fax 732-617-5959 |

www.orthocenter.com

### INITIAL EXAMINATION (Worker's Comp)

**PATIENT NAME:** HICKS, CIRO
**DATE OF BIRTH:** ████████

**DATE OF SERVICE:** 05/18/09
**REFERRING PHYSICIAN:** MURPHY, MD, BERNARD, P

**AGE:** 57 years old

**Workers Comp #:** 7045
**Accident Date:** 04/21/2009

**CHIEF COMPLAINT:** Saw Dr. Murphy, but was referred to you. Right shoulder. kc

**HPI:** Dominant right **Shoulder; Hurt his arm at work pushing a large object**

| | |
|---|---|
| Onset of symptoms: | 4/21/2009 |
| Injury: | As above |
| Recent change in symptoms: | Not improving |
| Aggravating factors: | Lifting overhead |
| Location of pain: | Well localized right shoulder |
| Pain at rest: | Mild |
| Pain with sports activies: | |
| Pain with ADL: | Mild to moderate |
| Pain at night: | Mild to moderate |
| Pain with work activities: | Moderate to severe |
| Neck pain: | Denies |
| Radiation of pain: | Denies |
| Numbness: | Denies |
| Prior injury/surgery: | None |
| Medications: | Over-the-counter pain medications |
| Prior Treatments: | Previously saw Dr. Murphy and was working on home exercises |

| | |
|---|---|
| **Current Medications:** | flomax |
| | lexapro ( SIG: poqd) |
| | lisinpril |
| **Allergies:** | .No Known Drug Allergies |

**PAST HISTORY:**

| | |
|---|---|
| Illnesses: | Heart Disease |
| | Hyperlipidemia |
| | Prostate Cancer:  enlargement prostate |
| Operations: | Appendectomy |
| | Foot:  broke left |
| | knee replacement:  right 2005? |
| Social History: | Alcohol - Denies |
| | Children |

**Report Date:** December 15, 2010 **Patient:** Hicks, Ciro **DOS:** 05/18/09

Employment: Full Time
Exercise - < 3 X per week
Marital Status: Married
Tobacco: Cigarettes <1 PPD

**Family History:**     Diabetes

**ROS:**
General, neuro, psychiatric, respiratory, cardiovascular, GI, GU, blood and lymph, EENT, musculoskeletal, skin and endocrine are normal except for what is noted:
No data for Review of Systems

**VITAL SIGNS:**   No data for Vitals

**EXAM:**
**Right Shoulder Examination:**

| | |
|---|---|
| Appearance: | Normal |
| Deformity: | None |
| Skin: | Normal |
| Vascular: | Pulses 2+ at radial, bachial, axillary, carotid arteries. Good capillary refill all digits. |
| Lymphatics: | No edema, no palpable nodes |
| Palpable tenderness: | Anterior tenderness right shoulder |
| Cervical Motion: | Normal |
| Range of motion elbow, wrist, hand: | Normal |
| Distal Motor: | Normal strength hand |
| Distal Sensory: | Normal sensation hand |

| Shoulder Range of Motion: | Active | Passive (equal to active except where noted) |
|---|---|---|
| Forward elevation | 90 | 160 |
| Abduction | 90 | 160 |
| External rotation at 0 | 30 | |
| External rotation at 90 | | |
| Internal rotation | S1 | S1 |

| | |
|---|---|
| Left Shoulder Range of Motion: | Forward flexion 180, Abduction 180, Internal rotation L1, External rotation at 0  45, External rotation at 90 90, Internal rotation L2 |

Right Shoulder Strength:

| | |
|---|---|
| Supraspinatus: | 4/5 |
| Infraspinatus: | 4/5 |
| Subscapularis: Belly Press/Lift Off | normal |
| Biceps: | 4/5 |
| Deltoid: | Normal |
| Trapezius: | Normal |
| Periscapular: (Rhomboid, Serratus) | Normal |

Tests:

| | |
|---|---|
| Impingement Neer and Hawkins: | 3+ |
| Whipple: | 3+ |
| Apprehension/Relocation: | Normal |
| Stability: Load Shift | 0-1+: Anterior, Posterior, Inferior |
| Biceps Load: Yergason's/Speed's | Positive |
| O'Brien: | Positive |
| Cross Arm: | Normal |
| Thoracic Outlet: Roos/Adson's | Negative |

**Report Date:** December 15, 2010 **Patient:** Hicks, Ciro  **DOS:** 05/18/09

**RADIOLOGY:**   Prior x-rays of the right shoulder showed no evidence of acute fracture dislocation, type II acromion.

**PROCEDURES:**

**DIAGNOSIS:**   -Right shoulder strain
-Rotator cuff tear right shoulder
-Labral tear right shoulder

**PRESCRIPTION:**   No data for Prescription

**PLAN:**   MRI arthrogram ordered for additional evaluation patient should rest and shoulder for the present time. Reassessment after completion of the MRI scan .

**WORK STATUS:**   Patient unfit to return to work at the present time.

**MMI:**   Estimated at minimum of four weeks but will be reassessed following the MRI scan.

**RESTRICTIONS:**   Unfit to return to work at present time.

 **Atlantic Diagnostics, LLC**
**Atlantic Open MRI, LLC**

*High Field Open MRI • Fluoroscopy • Ultrasound*
*• CAT Scan*

May 21, 2009

Steven P. Lisser, M.D.
80 Oak Hill Rd.
Red Bank, NJ 07701

RE PATIENT: HICKS, CIRO
SSN: ▬▬▬
DOB: ▬▬▬
REPORT ID: 35019
DATE OF SERVICE: 05/20/09

Dear Dr. Lisser:

The following is a report on the above named patient who was examined on May 20, 2009.

**ARTHROGRAM OF THE RIGHT SHOULDER**

**HISTORY:** Right shoulder pain.

**TECHNIQUE:** The procedures and its complications were explained to the patient. Verbal consent was obtained. The right shoulder was prepped and draped in sterile fashion using 1% Lidocaine as local anesthesia. Under fluoroscopic guidance, a 22-gauge spinal needle was placed into the glenohumeral joint. Approximately 4-cc's of iodinated contrast was followed by approximately 8-cc's of dilute gadolinium (1:500). The right shoulder was exercised.

**FINDINGS:** There is suspicion for a small amount of contrast extending to the rotator cuff into the subacromial bursa. This may better be assessed on the MRI. There are mild degenerative changes of the glenohumeral joint. No intra-articular bodies are identified. The alignment is anatomic. An MRI will follow.

**IMPRESSION:**
1. SUSPICION FOR A SMALL ROTATOR CUFF TEAR. AN MRI WILL FOLLOW.
2. MILD DEGENERATIVE CHANGES OF THE GLENOHUMERAL JOINT.

**DICTATED BY: JOSEPH TRIOLO, M.D.**
Date of dictation: 05/21/09

Thank you for the courtesy of this referral.
JT/cls

## ARTHROGRAM OF THE RIGHT SHOULDER

**HISTORY:** Right shoulder pain.

**TECHNIQUE:** The procedures and its complications were explained to the patient. Verbal consent was obtained. The right shoulder was prepped and draped in sterile fashion using 1% Lidocaine as local anesthesia. Under fluoroscopic guidance, a 22-gauge spinal needle was placed into the glenohumeral joint. Approximately 4-cc's of iodinated contrast was followed by approximately 8-cc's of dilute gadolinium (1:500). The right shoulder was exercised.

**FINDINGS:** There is suspicion for a small amount of contrast extending to the rotator cuff into the subacromial bursa. This may better be assessed on the MRI. There are mild degenerative changes of the glenohumeral joint. No intra-articular bodies are identified. The alignment is anatomic. An MRI will follow.

**IMPRESSION:**
1. SUSPICION FOR A SMALL ROTATOR CUFF TEAR. AN MRI WILL FOLLOW.
2. MILD DEGENERATIVE CHANGES OF THE GLENOHUMERAL JOINT.

**DICTATED BY: JOSEPH TRIOLO, M.D.**
Date of dictation: 05/21/09

Thank you for the courtesy of this referral.
JT/cls

Douglas Gibbens, MD • Norman Schoenberg, MD • Joseph Triolo, MD • Cynthia Barone, DO
766 Shrewsbury Avenue, Tinton Falls, New Jersey 07724
Phone (732) 530-8999 • Fax (732) 530-8865



# Atlantic Diagnostics, LLC
## Atlantic Open MRI, LLC

*High Field Open MRI • Fluoroscopy • Ultrasound
• CAT Scan*

May 21, 2009

Steven P. Lisser, M.D.
80 Oak Hill Rd,
Red Bank, NJ 07701

RE PATIENT: HICKS, CIRO
SSN: ▓▓▓▓▓▓▓▓
DOB: ▓▓▓▓▓▓
REPORT ID: 35020
DATE OF SERVICE: 05/20/09

Dear Dr. Lisser:

The following is a report on the above named patient who was examined on May 20, 2009.

MR ARTHROGRAM OF THE RIGHT SHOULDER WITH CONTRAST

HISTORY: Right shoulder pain.

TECHNIQUE: Axial, sagittal oblique and coronal oblique images of the right shoulder were performed following an arthrogram using dilute gadolinium (1:300). This study was performed in the Siemens Espree 1.5 high field open MRI system.

FINDINGS: There is a full-thickness tear of the supraspinatus tendon with approximately 2.5 to 3.0-cm. of associated myotendinous retraction. The infraspinatus tendon demonstrates partial tearing, but no obvious full-thickness extension or retraction. There is no evidence for rotator cuff muscle belly atrophy.

The acromion is type I with spur formation anteriorly. There are degenerative changes of the AC joint with inferior spur formation. These changes do narrow the supraspinatus outlet.

There is suspicion for a subtle associated SLAP lesion. The glenohumeral ligaments appear intact.

The long head of the biceps tendon is subluxed medially and is probably torn as well. There also appears to be partial tearing of the subscapularis tendon. The surrounding soft tissues are unremarkable. There are mild degenerative changes of the glenohumeral joint.

IMPRESSION:
1. FULL-THICKNESS SUPRASPINATUS TENDON TEAR WITH APPROXIMATELY 2.5 TO 3.0-CM. OF ASSOCIATED MYOTENDINOUS RETRACTION.
2. PARTIAL TEARING OF THE INFRASPINATUS TENDON, BUT NO DEFINITE FULL-THICKNESS EXTENSION OR RETRACTION.
3. SECONDARY CHANGES OF THE ACROMION AND AC JOINT SUGGESTIVE OF IMPINGEMENT.
4. CONTRAST EXTENDS INTO THE SUPERIOR LABRUM FELT TO REPRESENT AN ASSOCIATED SLAP LESION.
5. MILD DEGENERATIVE CHANGES OF THE GLENOHUMERAL JOINT.

Douglas Gibbens, MD • Norman Schoenberg, MD • Joseph Triolo, MD • Cynthia Barone, DO
766 Shrewsbury Avenue, Tinton Falls, New Jersey 07724
Phone (732) 530-9989 • Fax (732) 530-6365

2009-06-10 07:50          HSI ~ TAS              7324778818 >>

Steven Lisser, M.D.                    Hicks, Cho
                                       MR ARTHRO RT SHLDR W/CONT~ 05/20/09

6. THE LONG HEAD OF THE BICEPS TENDON IS SUBLUXED ANTERIORLY AND IS
PROBABLY TORN AND PARTIALLY RETRACTED. THERE MAY BE SUBTLE PARTIAL
TEARING OF THE SUBSCAPULARIS TENDON AS WELL. THE MR ARTHROGRAM OF THE
RIGHT SHOULDER IS OTHERWISE UNREMARKABLE.

DICTATED BY: JOSEPH TRIOLO, M.D.
Date of dictation: 05/21/09

Thank you for the courtesy of this referral.
JT/cls



**ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

<table>
<tr><td><b>Middletown Office</b><br>80 Oak Hill Road<br>Red Bank, New Jersey 07701<br>Phon 732-741-2313 / Fax 732-741-7154</td><td><b>Marlboro Office</b><br>Kilmer Professional Park - Building 3<br>25 Kilmer Drive - Suite 105<br>Morganville, New Jersey 07751<br>Phone 732-617-9111 / Fax 732-617-5959</td></tr>
</table>

www.orthocenter.com

## FOLLOW UP EXAMINATION

**PATIENT NAME:** HICKS, CIRO
**DATE OF BIRTH:** ▓▓▓▓▓▓▓

**DATE OF SERVICE:** 06/10/09
**REFERRING PHYSICIAN:** MURPHY, MD, BERNARD, P

**AGE:** 57 years old

**Workers Comp #:**   7045
**Accident Date:**   04/21/2009

**CHIEF COMPLAINT:**   Right shoulder is in pain, here to discuss MRI.  kc

**HPI:**   Reports persistent pain and weakness in the right shoulder

**Current Medications:**  flomax
lexapro ( SIG: poqd)
lisinpril

**Allergies:**   .No Known Drug Allergies

**ROS:**
General, neuro, psychiatric, respiratory, cardiovascular, GI, GU, blood and lymph, EENT, musculoskeletal, skin and endocrine are normal except for what is noted:
No data for Review of Systems

**VITAL SIGNS:**   No data for Vitals

**PHYSICAL EXAM:**
Active photo location right shoulder 90°, positive impingement sign.

**RADIOLOGY:**   MRI of the right shoulder significant for full thickness tear supraspinatus tendon, partial tear subscapularis, partial tear proximal biceps

**PROCEDURES:**

**DIAGNOSIS:**  -Proximal biceps tear right shoulder
-Subscapularis tear right shoulder
-Rotator cuff tear right shoulder

**PRESCRIPTION:**   No data for Prescription

**PLAN:**   Indications for Surgery: Tears in supraspinatus tendon, subscapularis tendon, and biceps tendon related to work injury

Precautions for Surgery: Risks and benefits of surgery were reviewed at length, including the expected

**Report Date:** December 15, 2010 **Patient:** Hicks, Ciro **DOS:** 06/10/09

post-operative course, expected outcomes, potential complications with surgery, and alternative treatment plans.  It was discussed that potential complications such as infection, nerve damage, incomplete healing,  problems with anesthesia, recurrent tearing and loss of motion, among other things, and the possible need for additonal procedures to treat complications could affect the results of surgery. It was also reviewed with the patient that although surgery is expected to improve the condition, results of surgery can never be gauranteed. The patients questions regarding the condition and surgery were answered.

**Surgical Decision: Patient request to proceed with surgical plans and appropriate or authorization and scheduling will be requested.**

**WORK STATUS:**     Unable to return to work at present time, full duty status not expected until approximately 4 to
five months following surgery or

**MMI:**  At six months following surgery

**RESTRICTIONS:**  Unable to return to work at present time

Steven P. Lisser, MD

2009-06-10 07:48     HSI ~ TAS          7324778818 >>                              P 2/7



## VANE LINE BUNKERING, INC.

*Dear Doctor, Please initial the appropriate status, sign/print, date and return form. Thank you.*

## *"Fit/Not Fit for Duty"*

_____ (Physician initials) Mr. Ciro (Charlie) Hicks is "fit for duty" and can return to work without any restrictions on _____, as a Mate. I have reviewed the job description for a Mate. _____ (Physician initials).

_____ (Physician initials) Mr. Ciro (Charlie) Hicks does NOT require any medications that may influence safety, alertness or ability to perform all job tasks.

I have reviewed the portion of the United States Coast Guard NVIC that was provided on potentially disqualifying issues _____ (Physician Initials).

(Physician initials) Mr. Ciro (Charlie) Hicks is "not fit for duty" and cannot return to work as a Mate at this time.

Dr. _____

(Please Print Name)

_____

Signature

_____

Date

Please fax completed form to the attention of Ms. Marge Lukas 410-735-8271 and Ms. Teresa Smith 732-477-8818. Thank you.

*A Century of Maritime Excellence*

2100 Frankfurst Avenue • Baltimore, MD 21226 • Tel (410) 631-5096 • Fax (410) 631-5099 • www.vanebrothers.com
3/17/2008 Update

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

**Middletown Office**
80 Oak Hill Road
Red Bank, New Jersey 07701
Phon 732-741-2313 / Fax 732-741-7154

**Marlboro Office**
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959
www.orthocenter.com

06/10/09: Message previously sent to Beyer Risa .

06/10/09: Message previously sent to Cremen Kerri .

## SURGICAL SCHEDULING

**Treating Physician**

( ) Anthony J Costa, MD
(X) Steven P Lisser, MD
( ) Arthurt H Phair, MD
( ) Randall L Braddom, MD

( ) Steven P Friedel, MD
( ) Daniel J Mulholland, MD
( ) Keith M Rinkus, MD
( ) Glenn M Forman, MD

( ) Edmund R Kappy, MD, FACS
( ) Bernard P Murphy, MD, FACS
( ) Lon A Weiner, MD
( ) Michael A Romello, MD

PATIENT: CIRO HICKS

TODAY'S DATE: 06/10/09

PROCEDURE DATE: 7/1/09

DIAGNOSIS: 727.61
..Surgery Request of right shoulder rotator cuff and biceps tear

PROCEDURES: Right shoulder arthroscopy, rotator cuff repair, biceps repair, decompression 29826 29827 29828

LOCATION: RMC

EQUIPMENT: Routine

ANESTHESIA: Regional

ASSIST: Physician's assistant

PRE-OP TESTING: CBC an EKG

MEDICAL CLEARANCE: Dr. Drout

COMMENTS: SCHEDULED SURGERY. INFO GIVEN TO PT. TO SHANNON FOR P-CERT/11:22:44 am 6/12/2009/RB

"fxd req 6/15/2009 8:21:12 AM sb

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

**Middletown Office**
80 Oak Hill Road
Red Bank, New Jersey 07701
Phone 732-741-2313 / Fax 732-741-7154

**Marlboro Office**
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959

www.orthocenter.com

# Phone Message

**Message To:**     Risa, Beyer
**Message From:**   Boyle Shannon
**Message Date:**   06/15/09

### Treating Physician

( ) Anthony J Costa, MD        ( ) Steven P Friedel, MD        ( ) Edmund R Kappy, MD, FACS
(X) Steven P Lisser, MD        ( ) Daniel J Mulholland, MD      ( ) Bernard P Murphy, MD, FACS
( ) Arthur H Phair, MD         ( ) Keith M Rinkus, MD          ( ) Lon A Weiner, MD
( ) Randall L Braddom, MD      ( ) Glenn M Forman, MD          ( ) Michael A Romello, MD

**PATIENT NAME:**    HICKS, CIRO
**Home Phone:**       (732) 615-9268        **Work Phone:**

**Message:**   just a fyi: surg is authzd 6/15/2009 10:01:50 AM sb

**Response:**

**Saved and Finished By:**
Risa Beyer  / 10:14 AM  June 15, 2009

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

**Middletown Office**
80 Oak Hill Road
Red Bank, New Jersey 07701
Phon 732-741-2313 / Fax 732-741-7154

**Marlboro Office**
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959

www.orthocenter.com

# Phone Message

**Message To:**     Kerri, Cremen
**Message From:**   Barruos Amanda
**Message Date:**   06/22/09

## Treating Physician

( ) Anthony J Costa, MD
(X) Steven P Lisser, MD
( ) Arthur H Phair, MD
( ) Randall L Braddom, MD

( ) Steven P Friedel, MD
( ) Daniel J Mulholland, MD
( ) Keith M Rinkus, MD
( ) Glenn M Forman, MD

( ) Edmund R Kappy, MD, FACS
( ) Bernard P Murphy, MD, FACS
( ) Lon A Weiner, MD
( ) Michael A Romello, MD

**PATIENT NAME:**   HICKS, CIRO
**Home Phone:**        (732) 615-9268         **Work Phone:**

**Message:**
PT IN ALOT OF PAIN. WOULD LIKE SOMETHING FOR THE PAIN PLS CALL
732-833-7045. PERCOCET HAS WORKED WELL IN THE PAST. ALSO CANNOT TAKE
ROUND PILLS ONLY OBLONG ONES

**Response:** TRIED CALLING NUMBER IS D/C. OK PER LISSER BUT CANT CALL IN.

**Saved and Finished By:**
Kerri Cremen  / 10:04 AM  June 23, 2009

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

| Middletown Office | Marlboro Office |
|---|---|
| 80 Oak Hill Road | Kilmer Professional Park - Building 3 |
| Red Bank,  New Jersey 07701 | 25 Kilmer Drive - Suite 105 |
| Phon 732-741-2313 / Fax 732-741-7154 | Morganville, New Jersey 07751 |
|  | Phone 732-617-9111 / Fax 732-617-5959 |

www.orthocenter.com

# Phone Message

**Message To:**    Kerri, Cremen
**Message From:**   Munholland Karen
**Message Date:**   06/25/09

## Treating Physician

( ) Anthony J Costa, MD     ( ) Steven P Friedel, MD     ( ) Edmund R Kappy, MD, FACS
(X) Steven P Lisser, MD     ( ) Daniel J Mulholland, MD     ( ) Bernard P Murphy, MD, FACS
( ) Arthur H Phair, MD     ( ) Keith M Rinkus, MD     ( ) Lon A Weiner, MD
( ) Randall L Braddom, MD     ( ) Glenn M Forman, MD     ( ) Michael A Romello, MD

**PATIENT NAME:**    HICKS, CIRO
**Home Phone:**      (732)615-9268      **Work Phone:**

**Message:**
Has an appt with Dr Drout on Monday for clearance had b/w ekg done at rvmc other day.

**Response:** ok

**Saved and Finished By:**
Kerri Cremen  / 9:05 AM  June 29, 2009

State of New Jersey
**PRESCRIPTION BLANK**

PROVIDENTIAL MEDICAL CENTER P C
**DAVID HYPPOLITE, M.D.**
66-C BRIDGE AVENUE
RED BANK, NJ 07701-6412

DEA # BH 4709234
LIC # 25MA04138800
NPI # 1508850394

IF PRESCRIPTION IS WRITTEN AT AN ALTERNATE PRACTICE SITE, CHECK HERE
AND ENTER ALTERNATE ADDRESS AND TELEPHONE NUMBERS.

001628

Hicks Ciro Charles       6/29/07

**Rx**   Dear Dr Fraser
Mr Hicks May have
Surgery for the right
shoulder injury

Thank you

SIGNATURE OF PRESCRIBER

DO NOT REFILL



HICKS, CIRO C

Male    (57 yr)

Room-SDS
Loc212

ID:002742245

23-JUN-2009  14:43:02

Current Meridian ECG-R PAT   ROUTINE RETRIEVAL

| Vent. rate | 56 | BPM |
| PR interval | 192 | ms |
| QRS duration | 114 | ms |
| QT/QTc | 426/411 | ms |
| P-R-T axes | 27  27 | 21 |

Sinus bradycardia
Incomplete right bundle branch block
Borderline ECG
When compared with ECG of 23-JUN-2009 14:41,
No significant change was found

Technician: CMA
Test ind:

Referred by: STEVEN LISSER

Confirmed By: JOSEPH CLEMENTE MD

2 FT IDS-V+s        SURG DATE:V?01/V0

25mm/s     10mm/mV     150Hz     MUSE 7.0.0     12SL   237     CID: 202

EID:558 EDT: 15:00 23-JUN-2009 ORDER:

Page 1 of 1



HICKS, CIRO C

(57 yr)
Male
Room:SDS
Loc:212

ID:002742245

Vent. rate       56 BPM
PR interval     192 ms
QRS duration    114 ms
QT/QTc      426/411 ms
P-R-T axes    27  27  21

Technician: CMA
Test ind:

23-JUN-2009  14:43:02

Sinus tachycardia
Incomplete right bundle branch block
Borderline ECG
When compared with ECG of 23-JUN-2009 14:41,
No significant change was found

Current Meridian ECG-R PAT   ROUTINE RETRIEVAL

Confirmed By: JOSEPH CLEMENTE MD

Referred by: STEVEN LASSER

SURG DATE:07/01/09      CID: 202      1281.  237      MUSE 7.0.0      150Hz      10mm/mV      25mm/s

2.0 LDS2 Ya

SID-SS1 EDT: 15:00 23-JUN-2009 ORDER:

Page 1 of 1



**Riverview Medical Center**
**Department of Laboratory Services**
1 Riverview Plaza  Red Bank, NJ 07701
Edwin Leschhorn MD, Director  CLIA# 31D0113608

NAME: HICKS,CIRO C          DOB: ▓▓▓▓▓▓          SEX: M
MR#: 858896
ACCT: 002200777280          LOC:  PAT
                            PHYS1: LISSER,STEVEN

```
********************** AUTOMATED BLOOD COUNT **********************
```

| | | | REP RANGE | UNITS |
|---|---|---|---|---|
| DATE: | 06/23/09 | | | |
| TIME: | *1433 | | | |
| LOC: | PAT | | | |
| WBC | 9.3 | | 4.5-11.0 | K/uL |
| RBC | 4.25 | L | 4.50-5.30 | M/uL |
| HB | 13.9 | | 13.2-17.5 | g/dL |
| HCT | 41.1 | | 40.0-53.0 | % |
| MCV | 96.5 | | 80.0-100.0 | fL |
| MCH | 32.6 | | 25.0-35.0 | pg |
| MCHC | 33.8 | | 31.0-36.0 | % |
| RDW | 13.7 | | 11.5-14.5 | % |
| PLTC | 246 | | 150-450 | K/uL |
| MPLTV | 7.8 | | 6.0-9.5 | fL |
| NEUT PERCENT | 54.4 | | 50.0-70.0 | % |
| NEUT ABSOL | 5.1 | | 1.8-8.0 | K/uL |
| LYMPH % | 39.1 | | 33.0-43.0 | % |
| LYMPH ABSOL | 3.7 | | 1.5-6.5 | K/uL |
| MONO PERCENT | 3.6 | | 0.0-9.0 | % |
| MONO ABSOL | 0.3 | | 0.0-1.0 | K/uL |
| EOS PERCENT | 2.6 | | 0.0-9.0 | % |
| EOS ABSOL | 0.2 | | 0.0-0.7 | K/uL |
| BASO PERCENT | 0.3 | | 0.0-2.0 | % |
| BASO ABSOL | 0.0 | | 0.0-0.1 | K/uL |

```
********************** DIFFERENTIAL **********************
```

| | | | REP RANGE | UNITS |
|---|---|---|---|---|
| DATE: | 06/23/09 | | | |
| TIME: | *1433 | | | |
| LOC: | PAT | | | |
| DIFF TYPE | AUTOMATED | | | |

**END OF REPORT**
*J - JERSEY SHORE UNIVERSITY MEDICAL CENTER    1945 Corlies Avenue  Neptune, NJ 07753
*O - OCEAN MEDICAL CENTER   425 Jack Martin Blvd  Brick, NJ 08753
```
----------------------------------------------------------------------
```

NAME: HICKS,CIRO C                    MR#: 858896
                                      LOC: PAT
ADMIT DATE: 06/23/2009

Wed Jun 24 13:35:57 2009 Page 2 of 4

Meridian Health Lab

**Riverview Medical Center**
Department of Laboratory Services
1 Riverview Plaza  Red Bank, NJ 07701
Edwin Leschhorn MD, Director    CLIA# 3100113608

DOB: ▓▓▓▓▓▓                SEX: M

NAME: HICKS,CIRO C          LOC: PAT
MRB: 858896                 PHYSI: LISSER,STEVEN
ACCT: 802200777280

========== PHYSICIAN COPY FOR DR: LISSER,STEVEN ==========================

====================== PHYSICIAN COPY FOR DR: LISSER,STEVEN

T28493 COLL: 06/23/2009 14:33 REC: 06/23/2009 14:51 PHYS: LISSER,STEVEN

| CBC WITH DIFF | | | |
|---|---|---|---|
| WBC | 9.3 | [4.5-11.0] | K/uL |
| RBC | L 4.25 | [4.50-5.30] | M/uL |
| HEMOGLOBIN | 13.9 | [13.2-17.5] | GM/dL |
| HEMATOCRIT | 41.1 | [40.0-53.0] | % |
| MCV | 96.5 | [80.0-100.0] | FL |
| MCH | 32.6 | [25.0-35.0] | PG |
| MCHC | 33.8 | [31.0-36.0] | % |
| PLATELET COUNT | 246 | [150-450] | K/uL |
| DIFF TYPE | AUTOMATED | | |
| RDW | 13.7 | [11.5-14.5] | % |
| MPV | 7.8 | [6.0-9.5] | |
| NEUT PERCENT | 54.4 | [50.0-70.0] | % |
| NEUT ABSOL | 5.1 | [1.8-8.0] | K/UL |
| LYMPH PERCENT | 39.1 | [33.0-43.0] | % |
| LYMPH ABSOL | 3.7 | [1.5-6.5] | K/UL |
| MONO PERCENT | 3.6 | [0.0-9.0] | % |
| MONO ABSOL | 0.3 | [0.0-1.0] | K/UL |
| EOS PERCENT | 2.6 | [0.0-9.0] | % |
| EOS ABSOL | 0.2 | [0.0-0.7] | |
| BASO PERCENT | 0.3 | [0.0-2.0] | % |
| BASO ABSOL | 0.0 | [0.0-0.1] | |

END OF REPORT
*J - JERSEY SHORE UNIVERSITY MEDICAL CENTER    1945 Corlies Avenue  Neptune, NJ 07753
*O - OCEAN MEDICAL CENTER    425 Jack Martin Blvd  Brick, NJ 08753
----------------------------------------------------------------------

NAME: HICKS,CIRO C          MRB: 858896
                            LOC: PAT

ADMIT DATE: 06/23/2009

                            Print Date: 06/24/2009 13:00          PAGE: 1

INTERIM REPORT

## OR SCHEDULING FORM

Phone#: (732) 660 - 6897
Facility (732) 660 - 6894

### PATIENT INFORMATION

| Patient Name: (Last) | (First) | (M.I.) | Date of Birth: | Social Security #: | Ht. | Wt. | Sex |
|---|---|---|---|---|---|---|---|
| HiCKS | Ciro | | ▓▓▓▓ | ▓▓▓▓▓ | | | M |

| Home Address: (Street) | (City) | (State) | (Zip) | Preferred Phone: | Cell Phone #: | Alternate Phone #: |
|---|---|---|---|---|---|---|
| 5 Chanowich Ct., Middletown, NJ 07748 | | | | | 732·615·9248 | |

### SURGERY INFORMATION

| Scheduled By: | Office Phone #/Ext: | Office Fax #: | Case Number: | Booking Office Initials: |
|---|---|---|---|---|
| Risa | 732·741·2313 | 732·741·2858 | | |

| Name of Surgeon: | Name of Assistant: |
|---|---|
| Dr. Steven Lisser | PA needed |

| Surgery Date/Time Requested: | Confirmed Surgery Date/Time: | Patient Type: | Anesthesia Type: | |
|---|---|---|---|---|
| 7·11·09 TF | | ☐ Cosmetic _____ hm. | ☐ Anesthesia Of Choice | ☐ MAC |
| If in house - Room # | Estimated Surgery Length: | Inpatient | ☐ Block Type _____ | ☐ IV Sedation |
| | 2-2½ hrs | ☒ Day of Surgery Admission | ☐ General | ☐ General/Boones |
| | | ☐ In-house | ☐ Straight Local | ☐ Local |
| Nerve Block | | Outpatient | ☐ LMA | ☒ Regional Block |
| ☒ Yes   ☐ No | | ☐ Same Day Surgery | ☐ Spinal | ☐ Other _____ |
| Diagnosis & ICD 9 Code: | | ☐ 23 Hour Stay | | |

727.61   Rt. ruptured rotator cuff

**Procedure & CPT Code:**

29826
29827
29828

Rt. shoulder arthroscopy, rotator cuff repair, biceps repair, decompression.

| Equipment: | Comments/Special Request: |
|---|---|
| | |

| Has the surgery been re-scheduled in the last 30 days? | ☐ Yes ☒ No | CELL SAVER: ☐ YES ☒ NO | LATEX ALLERGY: ☐ Yes ☒ No |
|---|---|---|---|
| Original Surgery Date: | | | Need P.A.T's? ☒ Yes ☐ No |
| | | | P.A.T's performed at: ☒ RMC |

### INSURANCE INFORMATION

| Primary Insurance: | Van line Bunkering | Subscriber's SSN: | Pre-Cert Required? ☐ Yes ☐ No |
|---|---|---|---|
| Phone Number: | Group No: | | Authorization Number: |
| | Policy No: 7025 | Contact Made: | |
| Secondary Insurance: | | Employer: | |
| Phone Number: | Group No: | | |
| | Policy No: | | |

### VENDOR INFORMATION

| Vendor:   Was the vendor contacted? ☐ Yes ☐ No | Contact Name: |
|---|---|
| Comments/Special Request | |

**P.A.T. QUESTIONS**

Will patient attend 9:30am Human Motion Class?   ☐ Yes ☒ No (Tues & Thurs 9:30 am )   Total Knee/Hip patients only
Will patient require crutch training? ☐ Yes ☒ No
Will patient attend 10:00am Spine Class? ☐ Yes ☒ No



**Riverview**
**Medical Center**
MEMBER OF THE MERIDIAN HEALTH FAMILY

## AUTHORIZATION FOR SURGICAL
## OR OTHER SPECIAL PROCEDURES
RMU-473 (11-00)

DOS: 7|1|09

1. I, **Ciro Hicks**, hereby authorize Dr. **Steven Lisser**
   (name of patient)

such assistants as may be selected by him, to perform upon me, the above named patient, the following procedure(s),
(please print or type): **right shoulder arthroscopy, rotator cuff repair, biceps repair, decompression**

2.   I consent to the administration of such medications, treatments, and therapies as may be deemed advisable in the judgment of the attending physician or designated associates or assistants.

3.   It has been explained to me that during the course of an operation unforeseen conditions may be revealed that necessitate an extension of the original procedure(s) or different procedure(s) than those set forth in paragraph 1. I therefore authorize and request that the above named surgeon, associates, and or assistants/residents perform such surgical procedures as necessary and desirable in the exercise of their professional judgment. The authority granted under this paragraph shall extend to treating all conditions that require treatment that are not known to the above physician at the time the operation is commenced.

4.   I am aware that the admission of students and other observers to the operating or treatment room may occur, as approved by my physician.

5.   I also consent to the use and publication of films and/or photographs, in whole or in part, at the discretion of the hospital and/or medical staff.

6.   My physician has informed me, and I understand, certain risks, benefits and reasonable alternatives, complications and consequences are associated with this surgical/special procedure. I acknowledge that no guarantees or assurances have been made to me concerning the results. I have been given an opportunity to ask questions, and all my questions have been answered fully and satisfactorily, including the risks, benefits and alternatives of sedation.

7.   I further consent to disposal by hospital authorities, in accordance with its accustomed practice, of any tissues or parts which may be removed.

Signed: _____       _____
                                                                                  (Relationship to Patient)

Witness: _____       Date: _____
            (Signature Only)

## ADMINISTRATION OF BLOOD AND/OR BLOOD PRODUCTS

☐   I consent to the administration of blood and/or blood derivatives, whole blood, packed red blood cells, platelets, plasma, albumin, or other as necessary. My physician or surgeon has informed me of the (risks and benefits) options of receiving autologous blood, designated blood, or homologous blood. I understand that the risks of a blood transfusion include, but are not limited to, infectious hepatitis, viral diseases including AIDS and unexpected blood reactions.

☐   I DO NOT consent to such transfusion of blood or blood products. I acknowledge that I have been fully informed of the risk(s) involved in refusing blood transfusion. I have had the opportunity to have all my questions answered to my satisfaction.

Signed: _____       _____
                                                                                  (Relationship to Patient)

Witness: _____       Date: _____     Time: _____
            (Signature Only)

## INFORMED CONSENT

I have explained to **Ciro Hicks**, (patient, parent, guardian, or proxy), the nature of the procedure, in layman's language, the necessity for the procedure, its risks, benefits, and alternatives, and the risks and benefits of those alternatives.

Date: _____       Physician Signature _____

**STANDING PRE OP ORDERS:**
**DR. S. LISSER**
81608-007RX (5-05)

DOS: 7/1/09
Ciro Hicks

Date: _____ Time: _____

ALLERGIES: NKA

_____

_____

_____

1. NPO

2. Surgical Prep operative area

3. 3. Antibiotic Orders: to be administered by Anesthesia within 20 minutes --
   1 hr. prior to incision.

_____

_____

_____

4. Additional Orders: _____

_____

_____

_____

| LICENSED RESPONSIBLE PRACTITIONER SIGNATURE | | | | | |
|---|---|---|---|---|---|
| TELEPHONE ORDER READ BACK AND VERIFIED | | | RECORDED BY | | DATE / TIME |
| SIGN / CHART CHECKED | RN | DATE | TIME | ORDERS NOTED RN | DATE / TIME |

**Riverview Medical Center**

BYT25-002707 (10-07)

| Patient Name: | Ciro Hicks |
|---|---|
| Date of Birth: | |
| Home Phone #: | 732·015·9248 |
| Date of Surgery: | 7/11/09 |
| PAT Date: | |

Please report to the Pre-Admission Testing Area on:

**BRING THIS FORM WITH YOU**

_____ _____ _____
       Day              Date            Time

☐ Patient advised of total joint Class on day of PAT.

ALLERGIES: NKA

Send results to _____ for medical clearance.

## PREADMISSION TESTING ORDERS

Please check appropriate studies. Must include clinical reason for exam.

| | | |
|---|---|---|
| ☑ CBC with Diff | ICD9 Code: 727.61 | ☐ Chest X-ray  ICD9 Code: _____ |
| ☐ H&H | ICD9 Code: _____ | ☑ EKG  ICD9 Code: 727.61 |
| ☐ Sed Rate | ICD9 Code: _____ | |
| ☐ PT/PTT | ICD9 Code: _____ | |
| ☐ Urine Analysis | ICD9 Code: _____ | |
| ☐ UCG | ICD9 Code: _____ | |
| ☐ Basic Metabolic Panel | ICD9 Code: _____ | |
| ☐ Comprehensive Metabolic Panel | ICD9 Code: _____ | |

Additional Orders:

_____ ICD9 Code: _____
_____ ICD9 Code: _____
_____ ICD9 Code: _____

## PREADMISSION BLOOD BANK ORDERS

☐ Type & Screen    ☐ Type & Crossmatch_____ units    Autologous_____ units

Maximum Surgical Blood Order Schedule

| Procedure | Blood Bank Orders (Includes Autologous Blood) |
|---|---|
| Arthroscopy | No Specimen Required |
| Discectomy | Type & Screen |
| Laminectomy | Type & Screen |
| Spinal Fusion | Type & Crossmatch 3 units |
| Total Knee Replacement | Type & Crossmatch 2 units |
| Total Hip Replacement | Type & Crossmatch 2 units |

Criteria for Preoperative Crossmatch of Additional Units (check all that apply):

☐ Complex Procedure   ☐ Hgb. <9.5   ☐ Bleeding Disorder   ☐ Patient on ASA

☐ Other _____

## GENERAL INSTRUCTIONS

- If your physician has ordered a Comprehensive Metabolic Panel, please do not eat or drink anything after midnight the night before your appointment.
- Please bring a urine specimen in a clean container if urinalysis is ordered.
- Please list medications, dosages, and times on a separate piece of paper._____

If you are using lab tests from a physician's office or outside testing facility, please bring copies of your test results. Test results may be faxed to Surgical Day Stay Unit at 732-224-7497. All test results must be at the Surgical Day Stay Unit 24 hours prior to your surgery.

If test results are faxed to a physician, please bring the fax number and phone numbers with you.

Dr. Steven Lisser

07/01/2009 7:25:35 PM -0400                          PAGE 5   OF 6

PATIENT: HICKS, CIRO                                 MED REC # 858896
ORDER DATE: 07/01/2009                               RMS ORDER#: 90001

**MERIDIAN HEALTH**
**DEPARTMENT OF DIAGNOSTIC IMAGING**
**RIVERVIEW MEDICAL CENTER**
**1 RIVERVIEW PLAZA**
**RED BANK NJ 07701**

PATIENT:   HICKS, CIRO                    AGE:57Y    DOB:▮▮▮▮▮   SEX: M
ADDRESS:   5 CHANOWICH COURT              STATION    BED: -
                                          CLASS: O
           MIDDLETOWN, NJ  07748          HOSP SERVICE: SDS
                                          DSCH. DATE: 07/01/2009

DIAGNOSIS: ROTATOR CUFF RUPTURE;

ADM DATE: 07/01/2009                      MED REC#: 858896
ORD DATE: 07/01/2009                      ADMISSION#: 2200777281
SERIES #: 09063245                        RMS ORDER#: 90001

ORDERING PHYSICIAN:                       ATTENDING PHYSICIAN:
HOU, BEINHARD                             LISSER, STEVEN
RMC - MEDICAL STAFF OFFI                  80 OAK HILL ROAD

RED BANK, NJ  077011872                   RED BANK, NJ  077C15700

PROCEDURE: CHEST PORTABLE   Jul 1 2009 10:40AM
ACCESSION #: 8959588
PROC REASON: SOB

FULL RESULT:

Chest AP erect.

The AP portable examination reveals the heart to be normal in size. There is no evidence of pleural effusion on the left. There is no evidence of an infiltrate in the left lung zone.

There is loss of the right heart border. The right hemidiaphragm appears elevated. A subpulmonic effusion on the right may be present. Lateral and decubitus views of the chest are suggested for further evaluation. A pneumonic infiltrate in not seen in either lung zone.

IMPRESSION:  No evidence of pneumothorax or pneumothorax as described above. Elevated right hemidiaphragm. Follow up is suggested as noted above. The above results were called to Dr. Hou by Larry in X-ray.

INTERPRETING RADIOLOGIST:  ALBERT TEDESCHI, MD

Jeffrey Gould, MD,  Douglas O'Connor, MD,  Salvatore Raccula, MD,  Pranav Shah, MD,
Albert Tedeschi, MD,  Robert Weld, MD,  Frederick Zito, MD

07/01/2009 7:25:35 PM -0400

PAGE 6   OF 6

PATIENT: HICKS, CIRO
ORDER DATE: 07/01/2009

MED REC # 858696
RMS ORDER#: 90001

ADMINISTRATIVELY SIGNED BY:  ALBERT TEDESCHI, MD

Transcribed by:CMT
Jul 1 2009 4:55P

¬(s0p12h0s0b4099T

MERIDIAN HEALTH

TRANSCRIBED REPORTS

------------------------------------------------------------PAGE   1

RMC OPER  07/01/09  00:00

OPERATIVE REPORT

Name: Hicks, Ciro C

MR #: 000000858896

DOB:

AGE: 57

SEX: M


OPERATIVE DATE:              07/01/2009


SURGEON:                     Steven Lisser, MD

ASSISTANT:                   Kimberly Colasanti, PA-C


ANESTHESIOLOGIST:            Francis Moon K. Lee, MD


ANESTHESIA: Continuous scaleno block for postoperative pain management and
general anesthesia.

PREOPERATIVE DIAGNOSIS: Rotator cuff tear.

POSTOPERATIVE DIAGNOSIS:
1. Full-thickness rotator cuff tear.
2. Proximal biceps tendon rupture.
3. Subacromial bursitis.
4. Impingement syndrome.
5. Glenohumeral synovitis.
6. Degenerative labral tear.

NAME OF PROCEDURE:
1. Arthroscopy right shoulder.
2. Extensive glenohumeral debridement.
3. Biceps tenodesis.
4. Rotator cuff repair.
5. Subacromial decompression.

ESTIMATED BLOOD LOSS: Minimal.

COMPLICATIONS: None.

SPECIMENS: None.

FINDINGS: A 4-cm full-thickness rotator cuff tear, impending rupture of
proximal biceps tendon, glenohumeral synovitis, degenerative tear labrum,
subacromial bursitis, and clinical evidence impingement.

IMPLANTS: Mitek Helix anchor x1, and Mitek bio-knotless anchor x2.

INDICATION: The patient is a 57-year-old male with a history of
work-related injury and residual shoulder pain and loss of function,
unresponsive to operative treatment. MRI scan is consistent with rotator
cuff tear and biceps tendon tearing. He is being brought to the operating
for surgical repair. Full preop discussion of risks and benefits of

-----------------------------------------------------------------------
HICKS ,CIRO C          SSN:              BDATE: 07/16/1951 SEX: M RACE: 1
                                         RMC  MR#: 858896
                                         GENERATED AT: RMC
                        OWSDUU  87GR  07/28/09  1015 FROM 23GR ,OIPRTGF1

¬(3@
87GRS409

¬(n0p12h0s0b4099T                    MERIDIAN HEALTH
                                      TRANSCRIBED REPORTS
---------------------------------------------------------------PAGE    2

surgery, expected outcome, potential complications, and alternative
options.

PROCEDURE: The patient brought to the operating room, properly identified
and intravenous antibiotics were administered.  He was positioned on the
table with the spine extension monitor applied.  General anesthesia was
induced without complication preoperatively and a continuous scalene block
was also placed for additional postoperative pain management.  After
adequate anesthesia was confirmed, the patient was placed in modified beach
chair position paying careful attention to his neck, padding all pressure
sensitive areas, and the use of FlexiPulse boots.  The right shoulder and
upper extremity were examined and showed no significant restriction in past
mobility.  The areas were prepped and draped in normal sterile fashion.

A standard posterior arthroscopic portal incision was made with a #11
plate.  The glenohumeral joint was entered with a blunt trocar.  An
anterior portal was established with 5-mm plastic cannula.  Comprehensive
evaluation of the glenohumeral joint was significant for evidence of a
full-thickness rotator cuff tear with extensive partial tearing of the
biceps tendon and associated tearing of the labrum.  Glenohumeral synovitis
was present anteriorly and superiorly.  Articular surfaces were generally
intact.

Extensive debridement was performed using the 4-part resector and Mitek
VAPR device in all areas of synovitis in the labrum, undersurface of the
rotator cuff, and articular margins.

A biceps tenodesis was then performed in the rotator interval using 2 #2
Ortho-cord sutures placed using Chia passer.  After the sutures were passed
and brought out into the bursa, the biceps was tenotomized.

At this point the arthroscope was transferred into the subacromial space.
Anterior and lateral subacromial portals were established.  Extensive
bursitis was present which was debrided with the 4-part resector.
Preparation was made for rotator cuff repair.  Previous biceps sutures were
identified and protected.

The rotator cuff tear was repaired in double-row fashion using the helix
anchor medially and 2 bio-knotless anchors laterally.  Excellent repair was
achieved.  Sutures were all tied.  At this point the biceps sutures were
also tied completing the repairs.

Decompression was completed with release of the coracoacromial ligament and
anterior thorough acromioplasty with a 4-mm bur.  The acromioplasty was
carefully tapered from multiple angles.

The bursa was irrigated.  Instruments were removed.  The 4 portal incisions
were closed using 4-0 nylon sutures and Steri-Strips.  Dressings of
Adaptic, sterile gauze, and paper tape was applied.  A Polar Care cooling
device and padded sling were applied to the shoulder.

The patient tolerated the procedure well.  General anesthesia was reversed
without complication.  The patient was transferred to a stretcher ad
accompanied to recovery room in stable condition.

-------------------------------------------------------------------------
 BICKS ,CIRO C              ; SSN:            BDATE: 07/16/1951 SEX: M RACE: 1
                                             RMD  MR#: 668896
                                             GENERATED AT: RMC
                         OHSDUU  87GR  07/28/09  1915 FROM 23GR ,OIPATG91

¬t38
87GR5409

¬(s0p12h0s0b4099T          MERIDIAN HEALTH
                                    TRANSCRIBED REPORTS
-----------------------------------------------------------------PAGE    3

DISPOSITION: The patient will be discharged home with his wife with full
postop instructions and plans to followup in the office in approximately 5
days.

_____          Steven Liesser, MD


                                  Unreviewed


SL/mlq
Job #002159213/CS #2277981
D:  07/01/2009
T:  07/02/2009  7:45 A
cc:  Kimberly Colasanti, PA-C
      Steven Liesser, MD

--------------------------------------------------------------
BICKS ,CIRO C           SSN:              BDATE: 07/16/1951 SEX: M RACE: 1
                                          RMC MR#: 858896
                                          GENERATED AT: RMC
                           ON5DUU  87GR  07/28/09  1015 FROM 23GR ,OIFRZGF1

¬t39
87GR5409

RIVERVIEW MEDICAL CENTER

Surgeon: DR LISSER

Page: 1

**stryker**®






7/2/09

**Riverview Medical Center**

## Nurse's Notes

**Name: Hicks, Ciro C**
Age: 57 years Sex: Male DOB:
Arrival Date: 07/02/2009 Time: 06:43
Bed

MRN: 858896
Account#: 2300395318
Private MD: Hyppolite, David, MD

aj

**Presentation:**
07/02 Method of Arrival: Other.
06:43
06:43 Acuity: 3: Urgent.
06:43 Presenting complaint: Nurse from Day stay state here to meet Dr. Hou to have port replaced. Acuity: ESI 3.
Method of arrival: On a stretcher. Language spoken: English.

aj
aj
aj

**Triage Assessment:**
06:46 General: Appears in no apparent distress, Behavior is anxious, cooperative. Pain: Denies pain.

aj

**Historical:**
- Allergies: Denies latex allergy; No known Allergies;
- Home Meds:
  1. Percocet PO;
- PMHx: L shoulder surgery;
- Immunization history:: Last tetanus immunization: unknown.

**Screening:**
06:46 **Advance Directive:**
Patient does not have advanced directive.
**Domestic Violence:**
Patient denies any domestic violence.
**Fall risk assessment completed**
No falls in last 3 months No assistance needed.
**Suicide Risk assessment completed:**
Not applicable.

aj

**Assessment:**
07:24 General: Appears in no apparent distress, Behavior is cooperative, pt was brought from daystay for port    nk
insertion by Dr hao , pt recd in R 22 , A & o x3 , Dr hao put port under U/S guidence , pt tolerated well
procedure . .
07:34 General: pt watched for 30 minutes , feeling alright . vitals taken stable , discharge instructions given by Dr   nk
Hao..

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 0/10 | aj |
| | | | | | 95% on | | 0/10 | nk |
| 06:47 | 147 / 65 | 85 | 16 | 98.4 | | | | |
| 07:33 | 117 / 70 | 70 | 20 | 98.2 | 95% on R/A | | | |

aj
aj

**ED Course:**
06:43 Patient arrived in ED.
06:43 Patient moved to 22.
06:43 Patient visited by Josselyn, Angela, RN.
06:44 Kumar, Nirmal, RN is Primary Nurse.
06:47 Arm band placed on right wrist.
06:49 Patient name changed from Ciro^^Hicks to Ciro^C^Hicks.
07:25 No procedures done that require assistance. Accessed Port-a-Cath.
07:26 Report given to Myrna RN.
07:35 Patient has correct armband on for positive identification.
07:54 Patient visited by Abetria-Ramas, Myrna, RN.

aj
aj
nk
aj
EDMS
nk
nk
nk
ma

nk

**Outcome:**
07:35 Medication re-evaluation N/A -no medications given. Discharged to home ambulatory, with family.
Condition: stable. Total length of IV infusions: Not Applicable. Discharge instructions given to patient.

*** CHART COMPLETE ***
Emergency Department

Print Time: 8 1 2009 09:58:50

RIVERVIEW MEDICAL CENTER

Surgeon: DR LISSER                    Page: 2











*Nurse's Notes Con't*                                    Riverview Medical Center

   family, Instructed on follow up and referral plans. Demonstrated understanding of instructions. **Chart**  ma
   **Complete. Attachments None.**  ma
07:54 Discharge ordered by MD.
07:54 Patient left the ED.

**Signatures:**         EDMS    Abetria-Ramas, Myrna, RN    RN  ma
 Dispatcher MedHost             Kumar, Nirmal, RN     RN  nk
 Josselyn, Angela, RN     RN  aj

Emergency Department    MRN: 858890
Name: Ciro Hicks    Account#: 230039531X
Print Time: 8/4/2009 09.58.50    Page 2 of 2

*Riverview Medical Center*

## *Physician Documentation*

**Name: Hicks, Ciro C**
**Age: 57 years Sex: Male DOB:**
**Arrival Date: 07/02/2009 Time: 06:43**
**Bed 22**

MRN: 858896
Account#: 2300395318
Private MD: Hyppolite, David, MD

**Chief Complaint:** - Here to have port replaced
**Historical:**
- **Allergies:** Denies latex allergy; No known Allergies;
- **Home Meds:**
    1. Percocet PO;
- **PMHx:** L shoulder surgery;
- **Immunization history::** Last tetanus immunization: unknown.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Pain | Staff |
|------|-----|-------|------|------|----------|--------|------|-------|
| | | | | | | | 0/10 | aj |
| 07/02 06:47 | 147 / 65 | 85 | 16 | 98.4 | 95% on | | 0/10 | nk |
| 07:33 | 117 / 70 | 70 | 20 | 98.2 | 95% on R/A | | | |

**Diagnosis:** port re-insertion

RN          aj

**Signatures:**
  Josselyn, Angela, RN

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

| | |
|---|---|
| **Middletown Office** | **Marlboro Office** |
| 80 Oak Hill Road | Kilmer Professional Park - Building 3 |
| Red Bank, New Jersey 07701 | 25 Kilmer Drive - Suite 105 |
| Phon 732-741-2313 / Fax 732-741-7154 | Morganville, New Jersey 07751 |
| | Phone 732-617-9111 / Fax 732-617-5959 |

www.orthocenter.com

### POST OP EXAMINATION

**PATIENT NAME:** HICKS, CIRO
**DATE OF BIRTH:** ▇▇▇▇▇▇

**DATE OF SERVICE:** 07/06/09
**REFERRING PHYSICIAN:** MURPHY, MD, BERNARD, P

**AGE:** 57 years old

**CHIEF COMPLAINT:**   Patient presents today for post-operative visit for right shoulder.  kc

**DATE OF SURGERY:**   7/1/09

---

**HPI:**   Postoperative evaluation status post rate rotator cuff repair biceps tenodesis.  Reports an expected amount postoperative discomfort.

**EXAM:**
Wound clean and dry sutures removed, this can or aggressive function intact.

**RADIOLOGY:**

**PROCEDURES:**

**DIAGNOSIS:**   -Proximal biceps rupture right shoulder
                         -Rotator cuff tear right shoulder

**PRESCRIPTION:**   No data for Prescription

**PLAN:**   Full-time sling immobilization.  We assessment and three weeks with expected initiation of physical therapy program at that time.  Continue home pendulum exercises.  Activity precautions reviewed. Unable to return to work in any capacity.

Steven P Lisser, MD

 ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.

Scan

**ORTHOPAEDIC SURGEONS**

**Anthony J. Costa, MD**
Fellowship Trained
Joint Replacement & Reconstruction

**Steven P. Friedel, MD**
Board Certified Orthopaedic Surgeon

**Alfred D. Greisman, MD, FACS**
Board Certified Orthopaedic Surgeon
Fellowship Trained in Physical Medicine
& Rehabilitation
Teaching Faculty NYU
Hospital for Joint Diseases

**Edmund R. Kappy, MD, FACS**
Board Certified Orthopaedic Surgeon
General Orthopaedics
and Arthroscopic Surgery

**Steven P. Lisser, MD**
Board Certified Orthopaedic Surgeon
Added Qualifications in Surgery of the Hand
Shoulder & Upper Extremity
Sports Medicine and Microsurgery

**Daniel J. Mulholland, MD**
Board Certified Orthopaedic Surgeon
Fellowship Trained in Sports Medicine
Reconstructive Surgery of the
Knee and Shoulder
Joint Replacement

**Bernard F. Murphy, MD, FACS**
Board Certified Orthopaedic Surgeon
Joint Reconstruction & Replacement

**Arthur H. Phair, MD**
Board Certified Orthopaedic Surgeon
Fellowship Trained in Spine Surgery
Joint Replacement

**Keith M. Rinkus, MD**
Fellowship Trained in Spine Surgery

**PHYSICAL MEDICINE
& REHABILITATION**

**Randall L. Braddom, MD**
Board Certified Physiatrist
Physical Medicine & Rehabilitation

**Glenn M. Forman, MD**
Board Certified Physiatrist
Physical Medicine & Rehabilitation

**Michael A. Romello, MD**
Board Certified Physiatrist
Fellowship Trained in Interventional
Pain Management

**TRANSMITTAL COVER SHEET**

DATE: 7/14/09          TIME: _____ AM/PM

TO: Dis. Dept                    FAX: 402-997-1865

FACILITY: Mutual Omaha

FROM: ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION, P.A.

FAX:        732-741-2915

NUMBER OF PAGES INCLUDING COVER PAGE: _____

COMMENTS: Re: Ciro C. Hicks

_____████████████ ██████████████████████_____

---

### CONFIDENTIALITY NOTICE

*The documents accompanying this fax transmission contain confidential information belonging to the sender. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by state law.*

*If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this fax transmission in error, please notify the sender immediately to arrange for return of these documents.*

IF YOU DO NOT RECEIVE ALL OF THE PAGES OR HAVE ANY QUESTIONS
PLEASE CALL OUR OFFICE AT 732-741-2313 .... THANK YOU!

SIGNED: _Helen x27_
ORTHOPAEDIC SPORT MEDICINE &
REHABILITATION CENTER, PA

**Middletown Office**
5C Car mill Road
Red Bank, New Jersey 07701
Phone 732-741-2313   Fax 732-741-7154

www.orthocenter.com

**Marlboro Office**
Kumer Professional Park · Building 3
25 Kumer Drive · Suite 105
Morganville, New Jersey 07751
Phone 732-617-3111 · Fax 732-617-5956

# Long-Term Disability Claim Physician's Statement

**Please Complete in Full**

S-1 Group Disability Management Services
Mutual of Omaha Insurance Company
United of Omaha Life Insurance Company
Mutual of Omaha Plaza, Omaha, NE 68175
Fax (402) 997-1865

This form should be completed by the physician who was treating the claimant when he or she last worked.
**To Be Completed By The Attending Physician**

## A. General Information

| This claim is for (Patient's Name) | Employer Name | Policy Number |
|---|---|---|
| CIRO C. HICKS | VANE LINE BONKERING | GUG 2303671C |

| Patient's Social Security Number | Height | Weight | Blood Pressure | Date of Birth (Month, Day, Year) |
|---|---|---|---|---|

## B. Complete this section for normal pregnancy, then go to section E.

| What was the date of the last menstrual period? | What is the expected date of delivery? |
|---|---|

| What is the expected length of postpartum recovery? | What was the first date of treatment? | What was the last date of treatment? |
|---|---|---|

## C. Complete this section for all conditions except normal pregnancy.

**Primary Diagnosis Including ICD 9 or DSM code**
Rupture rotator cuff 727.61, pain joint shoulder region 719.41

**Symptoms**
pain

**Objective Findings**
mild decrease in joint space of (R) shoulder

**What diagnostic testings have been done?**
X-rays & MRI; significant per full thickness tear supraspinatus tendon

**Are there secondary conditions contributing to the disability?**
☐ Yes  ☒ No   If yes, what are they? (Please include ICD 9 or DSM code.)

| If this is a cardiac condition, what is the functional capacity? (American Heart Association) | ☐ Class 1 - No limitation   ☐ Class 2 - Slight limitation | ☐ Class 3 - Marked limitation   ☐ Class 4 - Complete limitation |
|---|---|---|

| When did symptoms first appear? | Date of the patient's first visit (Month, Day, Year) | Date you believe the patient was first unable to work (Month, Day, Year) |
|---|---|---|
| 4/21/09 | 4/23/09 | |

| Date of the patient's last visit (Month, Day, Year) | How often do you see the patient? |
|---|---|
| | 5/23/09 — present |

**Is the patient's condition work related?**
☒ Yes  ☐ No   If yes, explain:   4/21/09 - injured at work

**Has the patient undergone surgery?**
☒ Yes  ☐ No   If yes, give date, procedure and result.   7/1/09 (R) Shoulder arthroscopy, rotator cuff repair; decompression.

**If no, do you expect surgery to be performed in the future?**
☐ Yes  ☐ No   If yes, give date and type of surgery.

**What medication is the patient currently taking or has been prescribed?**

**Please indicate other types and frequencies of treatment.**
surgery; sling immobilization; physical therapy advised. cane pendulum exercises.

**Has the patient been referred to a medical rehabilitation or therapy program?**
☐ Yes  ☐ No   If yes, give details.

**Have you referred the patient for other types of consultations?**
☐ Yes  ☐ No   If yes, give details.

**Has the patient been hospital confined?**
☐ Yes  ☐ No   If yes, complete the following:   7/1/09

**Name of Hospital**
Riverview Med Center

| Address   Red Bank NJ 07701 | Dates of Confinement   7/1/09 through |
|---|---|

MUG1710C_0906                                    (Continued on next page)

Please Complete in Full    Employer Name _____    Policy Number GUG 2303671C

**D. Information about the patient's inability to work**

Briefly describe restrictions and limitations.

Restrictions (What the patient SHOULD NOT do)
_____
_____

Limitations (What the patient CANNOT do)
_____
_____

What is your prognosis for recovery?    *Good*

Has patient achieved maximum medical improvement?
☐ Yes  ☐ No   If no, complete the following:

How soon do you expect fundamental changes in the patient's medical condition? *(at)*
☐ 1 - 2 months        ☑ 5-6 months *post-op (at)*        ☐ 1 year or more
☐ 3 - 4 months        ☐ 6 months to 1 year                ☐ Never

*Full duty status not expected until 4-5 mos following surgery*

Give details concerning expected improvement or deterioration:
_____

What is your treatment plan for patients return to work or return to prior level of function?

*Out of work until further notice*

In an eight hour workday, claimant can: *(Circle full hourly capacity for each activity)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Sit | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Stand | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| Walk | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |

Are there restrictions in:                    Yes    No    Comments: If "Yes," please explain fully below

Lifting/Carrying                              ☐     ☐

Use of hands in repetitive actions            ☐     ☐     *Office notes 7/6/09 enclosed.*

Use of feet in repetitive movements           ☐     ☐     _____

Bending                                       ☐     ☐     _____

Squatting                                     ☐     ☐     _____

Crawling                                      ☐     ☐     _____

Climbing                                      ☐     ☐     _____

Reaching above shoulder level                 ☐     ☐     _____

Other (please specify)                        ☐     ☐     _____

When do you expect claimant to return to prior level of functioning?
_____

Would you recommend vocational rehabilitation for this patient?
☐ Yes  ☐ No

**E. Required Attachments and Signature**

After you have fully completed this form, attach copies of the following materials:
  – Office notes for the period of treatment for the last two years
  – Test results showing objective findings
  – Hospital discharge summaries
  – Consulting physician reports

Your Name  *Steven P. Lisser, MD*          Degree  *M.D*

Specialty  *Orthopedics*                   Telephone: (    )
                                           Fax: (732) 741-2313

Address  *@ Oak Hill Rd Red Bank, NJ 07701*

X _____                  Date  7/14/09

Signature of Attending Physician (no stamp)



**ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

| **Middletown Office** | **Marlboro Office** |
|---|---|
| 80 Oak Hill Road | Kilmer Professional Park - Building 3 |
| Red Bank, New Jersey 07701 | 25 Kilmer Drive - Suite 105 |
| Phon 732-741-2313 / Fax 732-741-7154 | Morganville, New Jersey 07751 |
| | Phone 732-617-9111 / Fax 732-617-5959 |

www.orthocenter.com

## FOLLOW UP EXAMINATION

**PATIENT NAME:** HICKS, CIRO

**DATE OF BIRTH:** ▇▇▇▇▇▇

**DATE OF SERVICE:** 07/28/09

**REFERRING PHYSICIAN:** MURPHY, MD, BERNARD, P

Hyppolite, David,

**AGE:** 58 years old

**CHIEF COMPLAINT:** DOS 7/1/09 Right shoulder follow up. kc

**HPI:** Four weeks status post right shoulder rotator cuff at biceps repair. Patient reports residual pain but overall states he is doing well.

**Current Medications:** flomax
lexapro ( SIG: poqd)
lisinpril
Percocet (Dosage: 5/325 mg SIG: 1 tab po q 4-6 hrs prn pain Dispense: 20 Refills: 0)
percocet (Dosage: 5/325 mg SIG: 1 tab poq6h Dispense: 20 Refills: 0)

**Allergies:** .No Known Drug Allergies

**ROS:**
General, neuro, psychiatric, respiratory, cardiovascular, GI, GU, blood and lymph, EENT, musculoskeletal, skin and endocrine are normal except for what is noted:
No data for Review of Systems

**VITAL SIGNS:** No data for Vitals

---

**PHYSICAL EXAM:**
Physical Examination Shoulder:

| | |
|---|---|
| **Appearance:** | No deformity |
| **Skin:** | »Skin» ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| **Palpation:** | Mild tenderness anterior shoulder |

**Shoulder Range of Motion:**
Active          Passive (Equal to Active unless noted)

**Report Date:** December 15, 2010 **Patient:** Hicks, Ciro **DOS:** 07/28/09

| | |
|---|---|
| Flexion: | 90 |
| Abduction: | 60 |
| External Rotation 90: | |
| External Rotation 0: | 30 |
| Internal Rotation: | S1 |

**Stability:** Normal

**Strength:**      Supraspinatus:     Infraspinatus:     Deltoid: 5/5     Biceps: 5/5

**Pain with Resistance Testing:**

**Impingement Sign:** Negative

**Distal Neuro-Vascular Function:** Normal

## RADIOLOGY:

## PROCEDURES:

**DIAGNOSIS:** -Rotator cuff tear right shoulder
                -Proximal biceps rupture right shoulder

**PRESCRIPTION:** No data for Prescription

**PLAN:** Continue activity precautions and protective swathe immobilization. Advanced to full active assisted range of motion exercises. Reassessment in two weeks with planned initiation of formal PT program at that time. Maximum medical improvement anticipated an approximate four months. Patient unable to return to work in any capacity at present time.

Steven P Lisser, MD

Post Operative Shoulder Exercises

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

**Middletown Office**
80 Oak Hill Road
Red Bank, New Jersey 07701
Phon 732-741-2313 / Fax 732-741-7154

**Marlboro Office**
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959

www.orthocenter.com

## FOLLOW UP EXAMINATION

**PATIENT NAME:** HICKS, CIRO
**DATE OF BIRTH:** ▆▆▆▆▆▆

**DATE OF SERVICE:** 08/10/09
**REFERRING PHYSICIAN:** LISSER, STEVEN, P
Hyppolite, David,
MURPHY, MD, BERNARD, P

**AGE:** 58 years old

**CHIEF COMPLAINT:** new eval , low back pain , 1 wks , pain is severe of

**HPI:** Patient is seen for acute onset of low back pain which started about a week ago getting progressively worse mid back without radiation to either side. At a similar problem 25 years ago and had an epidural shot which has not given him problems since.

**Current Medications:** flomax
lexapro ( SIG: poqd)
lisinpril
Percocet (Dosage: 5/325 mg SIG: 1 tab po q 4-6 hrs prn pain
Dispense: 20 Refills: 0)
percocet (Dosage: 5/325 mg SIG: 1 tab poq6h Dispense: 20 Refills: 0)

**Allergies:** .No Known Drug Allergies

**ROS:**
General, neuro, psychiatric, respiratory, cardiovascular, GI, GU, blood and lymph, EENT, musculoskeletal, skin and endocrine are normal except for what is noted:
No data for Review of Systems

**VITAL SIGNS:** No data for Vitals

**PHYSICAL EXAM:**
Has marked spasm and limited motion of the lumbar spine neurovascular exam is intact,

**RADIOLOGY:** X-ray showed just a generation of 51 and no other significant abnormalities impression is

**PROCEDURES:** And injected his lower back with cortisone and Xylocaine under sterile

**Report Date:** December 15, 2010 **Patient:** Hicks, Ciro  **DOS:** 08/10/09

conditions and a trigger point area.

**DIAGNOSIS:**  -Lumbosacral sprain superimposed on distant generation

**PRESCRIPTION:** No data for Prescription

**PLAN:**   The patient or he has Flexeril and again at my back support give him bike at a Vicodin.

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

**Middletown Office**
80 Oak Hill Road
Red Bank, New Jersey 07701
Phon 732-741-2313 / Fax 732-741-7154

**Marlboro Office**
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959

www.orthocenter.com

## FOLLOW UP EXAMINATION

**PATIENT NAME:** HICKS, CIRO
**DATE OF BIRTH:** ▮▮▮▮▮▮

**DATE OF SERVICE:** 08/18/09
**REFERRING PHYSICIAN:** LISSER, MD, STEVEN, P
Hyppolite, David,
MURPHY, MD, BERNARD, P

**AGE:** 58 years old

**Workers Comp #:**   7045
**Accident Date:**   04/21/2009

**CHIEF COMPLAINT:**   DOS 7/1/09, right shoulder and bicep repair. Feels very sore.  kc

**HPI:**  Notes overall improvement.  Still very limited with use of right arm.  Has also had problems with lower back pain unrelated to work injury.

**Current Medications:**  flomax
lexapro ( SIG: poqd)
lisinpril
Percocet (Dosage: 5/325 mg SIG: 1 tab po q 4-6 hrs prn pain Dispense: 20 Refills: 0)
percocet (Dosage: 5/325 mg SIG: 1 tab poq6h Dispense: 20 Refills: 0)

**Allergies:**   .No Known Drug Allergies

**ROS:**
General, neuro, psychiatric, respiratory, cardiovascular, GI, GU, blood and lymph, EENT, musculoskeletal, skin and endocrine are normal except for what is noted:
No data for Review of Systems

VITAL SIGNS:  No data for Vitals

## PHYSICAL EXAM:
### Physical Examination right Shoulder:

**Appearance:**          No deformity
**Skin:**          Intact, no lesions, no swelling
**Palpation:**          No focal tenderness

**Shoulder Range of Motion:**

| | Active | Passive (Equal to Active unless noted) |
|---|---|---|
| Flexion: | 60 | 140 |
| Abduction: | | |
| External Rotation 90: | | |
| External Rotation  0: | 40 | |

**Report Date:** December 15, 2010 **Patient:** Hicks, Ciro  **DOS:** 08/18/09

Internal Rotation:      1

**Stability:** Normal

**Strength:**                    Supraspinatus:       Infraspinatus: 4/5       Deltoid: 5/5                  Biceps: 5/5
**Pain with Resistance Testing:**

**Impingement Sign:** Negative

**Distal Neuro-Vascular Function:**   Normal

**RADIOLOGY:**

**PROCEDURES:**

**DIAGNOSIS:**   -Proximal biceps rupture right shoulder
                 -Rotator cuff tear right shoulder

**PRESCRIPTION:**   No data for Prescription

**PLAN:**  Begin physical therapy program.  Discontinue sling.  Maintain activity precautions with right arm.  Office reassessment four weeks.  Delay return to work due to persistent pain and functional restrictions.

**WORK STATUS:**     Unfit for any work at present time , expected clear as four light duty in four weeks

**MMI:**     Estimated four months

**RESTRICTIONS:**   No work at present time

Steven P Lisser, MD

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

<u>**Middletown Office**</u>
80 Oak Hill Road
Red Bank, New Jersey 07701
Phon 732-741-2313 / Fax 732-741-7154

<u>**Marlboro Office**</u>
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959

www.orthocenter.com

## PHYSICAL THERAPY PRESCRIPTION

**PATIENT NAME:** HICKS, CIRO
**DIAGNOSIS: s/p right shoulder/bicep rupture**
**FREQUENCY: 2-3**

**DATE:** 08/18/09

**NO. OF WEEKS: 4**

**INITIAL PREFERENCE OF TREATMENT:**
(X) **EVALUATE AND TREAT**
( ) Hot/Cold Packs
( ) Ultra Sound
( ) Phonophoresis
( ) Iontophoresis
( ) Electric Stim.
( ) Traction
( ) Tens
( ) Massage
( ) Whirlpool
( ) Cryotherapy
( ) Paraffin
( ) Resisted Exercises
( ) Stretching Exercises
( ) Joint Mobilization
( ) Ergonomics/ADL
( ) Neck Program
( ) Back Program
( ) Williams Flexion
( ) McKenzie Extension
( ) Back School
( ) Other:

( ) **RANGE OF MOTION**
( ) PROM
( ) AAROM
( ) AROM

( ) **GAIT TRAINING**
( ) NWB
( ) PWB
( ) WBAT
( ) FWB
( ) Home Exercise Program
( ) Progress as tolerated

( ) **TESTING**
( ) Cybex Evaluation
( ) Cybex Training
( ) Comparative Muscle Test:

( ) Impairment Rating:

( ) Physical Capacity Test:

Comments/Precautions:
wants to goto RED BaNK office for pt

Physician's Signature:

Steven P Lisser, MD

Fax Created - Dated Aug 19 2009  8:55AM

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

**Middletown Office**
80 Oak Hill Road
Red Bank, New Jersey 07701
Phon 732-741-2313 / Fax 732-741-7154

**Marlboro Office**
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959

www.orthocenter.com

# PHYSICAL THERAPY PRESCRIPTION

**PATIENT NAME:** HICKS, CIRO        **DATE:** 08/18/09
**DIAGNOSIS:** Right shoulder rotator cuff repair and biceps tenodesis
**FREQUENCY:** Two -- 3 times per week      **NO. OF WEEKS:** Four

**INITIAL PREFERENCE OF TREATMENT:**

(X) **EVALUATE AND TREAT**
( ) Hot/Cold Packs
( ) Ultra Sound
( ) Phonophoresis
( ) Iontophoresis
( ) Electric Stim.
( ) Traction
( ) Tens
( ) Massage
( ) Whirlpool
( ) Cryotherapy
( ) Paraffin
( ) Resisted Exercises
( ) Stretching Exercises
( ) Joint Mobilization
( ) Ergonomics/ADL
( ) Neck Program
( ) Back Program
( ) Williams Flexion
( ) McKenzie Extension
( ) Back School
( ) Other:

( ) **RANGE OF MOTION**
( ) PROM
( ) AAROM
( ) AROM

( ) **GAIT TRAINING**
( ) NWB
( ) PWB
( ) WBAT
( ) FWB
( ) Home Exercise Program
( ) Progress as tolerated

( ) **TESTING**
( ) Cybex Evaluation
( ) Cybex Training
( ) Comparative Muscle Test:

( ) Impairment Rating:

( ) Physical Capacity Test:

**Comments/Precautions:** Begin with gentle active/passive range of motion, progress to isometric exercises, progress to stretching and strengthening as tolerated. Daily home exercise program.
**Physician's Signature:**

Steven P Lisser, MD

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

<table>
<tr><td><u>Middletown Office</u><br>80 Oak Hill Road<br>Red Bank, New Jersey 07701<br>Phon 732-741-2313 / Fax 732-741-7154</td><td><u>Marlboro Office</u><br>Kilmer Professional Park - Building 3<br>25 Kilmer Drive - Suite 105<br>Morganville, New Jersey 07751<br>Phone 732-617-9111 / Fax 732-617-5959</td></tr>
</table>

www.orthocenter.com

# Phone Message

**Message To:**     Shannon, Boyle
**Message From:**   Cremen Kerri
**Message Date:**   09/08/09

### Treating Physician

| | | |
|---|---|---|
| ( ) Anthony J Costa, MD | ( ) Steven P Friedel, MD | ( ) Edmund R Kappy, MD, FACS |
| (X) Steven P Lisser, MD | ( ) Daniel J Mulholland, MD | ( ) Bernard P Murphy, MD, FACS |
| ( ) Arthur H Phair, MD | ( ) Keith M Rinkus, MD | ( ) Lon A Weiner, MD |
| ( ) Randall L Braddom, MD | ( ) Glenn M Forman, MD | ( ) Michael A Romello, MD |

**PATIENT NAME:**   HICKS, CIRO
**Home Phone:**     (732) 615-9268         **Work Phone:**

**Message:**
patient still hasnt been approved for pt. dr lisser wants him to go here. pt rx in chart.
patient called again.

**Response:**

**Saved and Finished By:**
Shannon Boyle  / 10:10 AM  September 09, 2009

DR: _Lisser_

DATE: _9/17/09_

RE: _Ciro Hicks_
DIAGNOSIS: _R S/P AR bicps repair_

REFERRAL DATE AND ORDERS: _8/18/09_
FOLLOW UP PHYSICIAN APPOINTMENT: _4 weeks_
DATE OF INJURY OR ACCIDENT: _7/1/09_

DEAR DR _____ :

The above named patient was referred to our services for Physical / Occupational Therapy evaluation and treatment. The patient at the time of evaluation presents as follows:

DOMINANT SIDE: ®
PAST MEDICAL HISTORY: - ACDF - 1990 -
    Meds: prilosec -
    * Fail cant - Tylenol -
SOCIAL HISTORY: - lives č wife

ACUTE MEDICAL HISTORY: - pt was pushing a 2 hundred pound object up on a
2nd level That was slipping and it tosh shoulder right out
of socket -
Pt report having discomfort when pain pump was put in came down to hand -
M/P.

CHIEF COMPLAINT / PATIENT GOALS: - ↓ Pain ↔ soreness in ® shoulder -

FUNCTIONAL STATUS: - Works on RVGs - not cleared to go back to work -
has to be able to lift and carry a certain amount of weight

OBJECTIVE DATA: Pn in rest 3/10                     worst 8/10
Pain: Describe your current pain symptoms by marking on the drawing below, using symbols shown in the "Symptom Key" to indicate specific types of sensation.



| Shoulder | ® | ⓛ | Ⓐ | Ⓢ |
|---|---|---|---|---|
| √ | 80° | WFL | 4/5 | √6 |
| AB | 75° | WFL | 4/5 | √6 |
| IR | butt-cm T12 | 4/5 | | ↗6 |
| ER | occiput T2 | 4/5 | | ↗6 |

RE: Cira Hicks

**OBJECTIVE DATA cont.:**

Tender at anterior shoulder
Tender at short head of biceps strength

| ↓ biceps | ✓ | 12s | 135 | 4/5 | ⊕ 5/5 |
|----------|---|-----|-----|-----|-------|
| | ✓ | 35° | 0° | 4/5 | 5/5 |

Grip ® 18 kg   Ⓛ 27 kg

**ASSESSMENT:** pt z ↓ rom and strength at ® UE due to recent surgery

Goals ↑ rom to = ©
       ↑ grip 20 kg
       ↑ strength to 5/5 ®
       ↓ pain to ≤ 2/10 at worst

**PLAN:**

If you have any questions regarding this report or any suggestions regarding further treatment for this patient, please feel free to contact me at your convenience.

Thank you for this referral. If I can be of assistance to you in the future, please let me know.

Sincerely,

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

**Middletown Office**
80 Oak Hill Road
Red Bank, New Jersey 07701
Phon 732-741-2313 / Fax 732-741-7154

**Marlboro Office**
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959

www.orthocenter.com

## PT INITIAL EXAMINATION

**PATIENT NAME:** HICKS, CIRO      **DATE OF SERVICE:** 09/17/09
**DATE OF BIRTH:**
**AGE:** 68 years old

**Diagnosis**
     -Proximal biceps rupture right shoulder
     -Rotator cuff tear right shoulder

**Current Medications:** flomax
     lexapro ( SIG: poqd)
     lisinpril
     Percocet (Dosage: 5/325 mg SIG: 1 tab po q 4-6 hrs prn pain Dispense: 20 Refills: 0)
     percocet (Dosage: 5/325 mg SIG: 1 tab poq6h Dispense: 20 Refills: 0)
**Allergies:**      .No Known Drug Allergies

**PAST HISTORY:**
**Illnesses:**      Heart Disease
     Hyperlipidemia
     Prostate Cancer:  enlargement prostate
**Operations:**      Appendectomy
     Foot:  broke left
     knee replacement:  right 2005?
**Social History:**      Alcohol - Denies
     Children
     Employment: Full Time
     Exercise - < 3 X per week
     Marital Status: Married
     Tobacco: Cigarettes <1 PPD
**Family History:**      Diabetes

**Subjective Examination:**  Patient reports that new working on a tug boat when a 200 pound piece of equipment started rolling toward him. He put his arms out and try to secure the equipment and he felt his arm pop out. Patient had difficulty with the pain pump then had to return to the surgery center to have it fixed.  Since then he has been having pain from his neck down to the top of his hand.
His chief complaint at this time decreased range of motion and strength in the right shoulder.  He is also limited by his shoulder pain and discomfort.
Rates pain at rest 3/10 in his worst pain 8/10.

**Objective:**

| R PROM | Strength |
|--------|----------|

**Report Date:** December 15, 2010 **Patient:** Hicks, Ciro  **DOS:** 09/17/09

| Fwd Flexion: 82° | 4/5 | |
|---|---|---|
| Abduction: 75° | 4/5 | |
| ER occiput | 4/5 | |
| IR buttocks | 4/5 | |

| L PROM | Strength | |
|---|---|---|
| Fwd Flexion: 180° | 5/5 | |
| Abduction: 180° | 5/5 | |
| ER T 10 | 5/5 | |
| IR T-2 | 5/5 | |

Tender to palpate at anterior shoulder
Tender at short head of biceps
Elbow ROM decreased on right  flex 120  ext 35 strength 4/5 t/o
Left ext 0 flex 135 strength 5/5 t/o
Grip right 18 kb  left 37 kg

**Treatments:**   Initial evaluation , education and instruction in HEP, CP and Interferrential stim.

**Assessment:**   Patient with Pain, decreased ROM and strength due to recent surgery.

**Goals:**
Increase ROM to egual left UE
increase grip 20 kg
increase strength to 5/5 t/o
decrease pain to > equal to 2/10
I HEP

**Plan:**   Two to three times a week for four weeks.  Treatment consisting of therapeutic exercise, moist heat, cold pack, electrical stimulation, manual treatment, US, infared, gameready and home exercise program.

**Theraputic Contents:**

Janet Scragg, PT

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

**Middletown Office**
80 Oak Hill Road
Red Bank, New Jersey 07701
Phon 732-741-2313 / Fax 732-741-7154

**Marlboro Office**
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959
www.orthocenter.com

## PT DAILY NOTE

**PATIENT NAME:** HICKS, CIRO                    **DATE OF SERVICE:** 09/22/09
**DATE OF BIRTH:** ███████████
**AGE:** 58 years old

**Diagnosis**          -Rotator cuff tear right shoulder
                       -Proximal biceps rupture right shoulder

**Subjective Examination:**    patient complains of pain in the right shoulder, which is quite severe.  He has been trying to perform the home exercise program instructed last therapy session.

**Objective:**    Patient received moist heat to the shoulder followed by gentle passive range of motion exercises in supine position.  Patient was introduced to the overhead pulleys which he performed facing the pulleys, he also performed the Nordic arms, and was instructed in wall climbing exercise with assistance of the other arm.  Patient was instructed in wand exercise with cane for external rotation with elbow at the side.  Treatment ended with an ice pack and electrical stimulation to the shoulder for pain management.

**Assessment:**   Treatment tolerated fair.  Patient he complained of pain even with passive range of motion exercises to the shoulder, and required frequent rest periods.  Patient was instructed to defer any exercise that he did not feel comfortable performing at home, especially if it increased pain that stayed increased after exercise.

**Plan:**  We will monitor Patient closely and progress therapeutic exercises tolerated.

*S.D'Souza*

Shaila D'Souza, PT

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

<table>
<tr><td align="center"><u>Middletown Office</u><br>80 Oak Hill Road<br>Red Bank, New Jersey 07701<br>Phon 732-741-2313 / Fax 732-741-7154</td><td align="center"><u>Marlboro Office</u><br>Kilmer Professional Park - Building 3<br>25 Kilmer Drive - Suite 105<br>Morganville, New Jersey 07751<br>Phone 732-617-9111 / Fax 732-617-5959</td></tr>
</table>

www.orthocenter.com

## PT DAILY NOTE

**PATIENT NAME:** HICKS, CIRO          **DATE OF SERVICE:** 09/24/09

**DATE OF BIRTH:** ▬▬▬▬▬

**AGE:** 58 years old

**<u>Diagnosis</u>**          -Rotator cuff tear right shoulder

-Proximal biceps rupture right shoulder

**<u>Subjective Examination:</u>**   I continue to have pain in my right shoulder.  I am performing the pulleys at home as well as the pendulum exercises.

**<u>Objective:</u>**   Patient received moist heat to the shoulder, this was followed by gentle active Assisted exercises to the shoulder in supine position.  Patient was instructed in active assisted flexion to elevation using opposite arm as an assisst. Patient was also instructed in wand exercises-for flexion in supine position, extension in standing, and external rotation with the elbow at the side.  He continued with the overhead pulleys,UBE, Nordic arms and wall climbing exercise.

**<u>Assessment:</u>**   Treatment well tolerated with improved range of motion into assisted flexion following treatment session.  Patient educated on performing home exercises and gentle active assisted stretches within pain limitations.  Patient has been instructed that if pain levels reach  5/10 on pain scale of 0-10, he should defer the exercise and report to us.

**<u>Plan:</u>**  will continue with present plan and progress as tolerated.

*S. D'Souza*

Shaila D'Souza, PT

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

| Middletown Office | Marlboro Office |
|---|---|
| 80 Oak Hill Road | Kilmer Professional Park - Building 3 |
| Red Bank, New Jersey 07701 | 25 Kilmer Drive - Suite 105 |
| Phon 732-741-2313 / Fax 732-741-7154 | Morganville, New Jersey 07751 |
| | Phone 732-617-9111 / Fax 732-617-5959 |

www.orthocenter.com

## FOLLOW UP EXAMINATION

**PATIENT NAME:** HICKS, CIRO
**DATE OF BIRTH** ▮▮▮▮▮▮▮

**DATE OF SERVICE:** 11/07/09
**REFERRING PHYSICIAN:** Hyppolite, David,

**AGE:** 58 years old

**Workers Comp #:** 7045
**Accident Date:** 04/21/2009

**CHIEF COMPLAINT:**   DOS 7/1/09, right shoulder/bicep follow up. kc

**HPI:**   Report slow progress. Had to miss several physical therapy visits due to the flu.

**Current Medications:** flomax
lexapro ( SIG: poqd)
lisinpril
Percocet (Dosage: 5/325 mg SIG: 1 tab po q 4-6 hrs prn pain Dispense: 20 Refills: 0)
percocet (Dosage: 5/325 mg SIG: 1 tab poq6h Dispense: 20 Refills: 0)
**Allergies:**                 .No Known Drug Allergies

**ROS:**
General, neuro, psychiatric, respiratory, cardiovascular, GI, GU, blood and lymph, EENT, musculoskeletal, skin
and endocrine are normal except for what is noted:
No data for Review of Systems

VITAL SIGNS:   No data for Vitals

**PHYSICAL EXAM:**
**Physical Examination right Shoulder:**

| Appearance: | No deformity |
|---|---|
| Skin: | Intact, no lesions, no swelling |
| Palpation: | No focal tenderness |

**Shoulder Range of Motion:**

| | Active | Passive (Equal to Active unless noted) |
|---|---|---|
| Flexion: | 120 | 140 |
| Abduction: | | |
| External Rotation 90: | | |
| External Rotation 0: | 30 | |
| Internal Rotation: | L5 | |

**Stability:** Normal

**Report Date:** December 15, 2010 **Patient:** Hicks, Ciro  **DOS:** 11/07/09

**Strength:**          Supraspinatus: 5-/5  Infraspinatus:        Deltoid: 5/5          Biceps: 5/5
**Pain with Resistance Testing:** Mild

**Impingement Sign:**  Negative

**Distal Neuro-Vascular Function:**   Normal


**RADIOLOGY:**

**PROCEDURES:**

**DIAGNOSIS:**   -Proximal biceps rupture right shoulder
                -Rotator cuff tear right shoulder

**PRESCRIPTION:**  No data for Prescription

**PLAN:**   **Assessment:** Moderate improvement
      • Continue physical therapy.  Expected duration eight -- 10 more weeks
      • Follow-up four weeks


**WORK STATUS:**    Modified duty

**MMI:**   Eight -- 10 weeks

**RESTRICTIONS:**   Sedentary work only



Steven P Lisser, MD

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

**Middletown Office**
80 Oak Hill Road
Red Bank, New Jersey 07701
Phon 732-741-2313 / Fax 732-741-7154

**Marlboro Office**
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959

www.orthocenter.com

## PHYSICAL THERAPY PRESCRIPTION

**PATIENT NAME:** HICKS, CIRO
**DIAGNOSIS:** s/p right shoulder/bicep rupture
**FREQUENCY:** 2-3

**DATE:** 11/07/09

**NO. OF WEEKS:** 4

**INITIAL PREFERENCE OF TREATMENT:**
( ) EVALUATE AND TREAT
( ) Hot/Cold Packs
( ) Ultra Sound
( ) Phonophoresis
( ) Iontophoresis
( ) Electric Stim.
( ) Traction
( ) Tens
( ) Massage
( ) Whirlpool
( ) Cryotherapy
( ) Paraffin
( ) Resisted Exercises
( ) Stretching Exercises
( ) Joint Mobilization
( ) Ergonomics/ADL
( ) Neck Program
( ) Back Program
( ) Williams Flexion
( ) McKenzie Extension
( ) Back School
( ) Other:

( ) **RANGE OF MOTION**
( ) PROM
( ) AAROM
( ) AROM

( ) **GAIT TRAINING**
( ) NWB
( ) PWB
( ) WBAT
( ) FWB
( ) Home Exercise Program
( ) Progress as tolerated

( ) **TESTING**
( ) Cybex Evaluation
( ) Cybex Training
( ) Comparative Muscle Test:

( ) Impairment Rating:

( ) Physical Capacity Test:

Comments/Precautions: continue pt program

Physician's Signature:

Steven P Lisser, MD

Fax Created - Dated Aug 19 2009  8:55AM

Fax Created - Dated Nov 18 2009  1:25PM

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

<table>
<tr><td><u>Middletown Office</u><br>80 Oak Hill Road<br>Red Bank, New Jersey 07701<br>Phon 732-741-2313 / Fax 732-741-7154</td><td><u>Marlboro Office</u><br>Kilmer Professional Park - Building 3<br>25 Kilmer Drive - Suite 105<br>Morganville, New Jersey 07751<br>Phone 732-617-9111 / Fax 732-617-5959</td></tr>
</table>

www.orthocenter.com

## PT INITIAL EXAMINATION

**PATIENT NAME:** HICKS, CIRO      **DATE OF SERVICE:** 12/03/09
**DATE OF BIRTH:** ███████
**AGE:** 58 years old

**Diagnosis**      -Rotator cuff tear right shoulder
         -Proximal biceps rupture right shoulder

**Current Medications:** flomax
                 lexapro ( SIG: poqd)
                 lisinpril
                 Percocet (Dosage: 5/325 mg SIG: 1 tab po q 4-6 hrs prn pain Dispense: 20 Refills: 0)
                 percocet (Dosage: 5/325 mg SIG: 1 tab poq6h Dispense: 20 Refills: 0)
**Allergies:**            .No Known Drug Allergies

**PAST HISTORY:**
**Illnesses:**        Heart Disease
                Hyperlipidemia
                Prostate Cancer: enlargement prostate
**Operations:**       Appendectomy
                Foot: broke left
                knee replacement: right 2005?
**Social History:**     Alcohol - Denies
                Children
                Employment: Full Time
                Exercise - < 3 X per week
                Marital Status: Married
                Tobacco: Cigarettes <1 PPD
**Family History:**     Diabetes

---

**Subjective Examination:** This patient is a 58-year-old male status post right rotator cuff and biceps tendon repair from July 1, 2009. Patient is right hand dominant. He originally sustained his injury on April 23, 2009 while at work. Patient is out of work as a tugboat captain. He began six visit to physical therapy in September but had two bouts of the flu which put his therapy on hold. Also delays in his authorization were contributing factors. Patient complains of his right arm feeling weak and he is anxious to return to work which is scheduled to be authorized after he completes this course of physical therapy. Patient is concerned that he will need to pass a Coast Guard physical examination which will require him to push 125 pounds as well as pull up out of the water a 200 pound object.

**Objective:** Functional shoulder mobility's show internal rotation right to L2, left T10, external rotation right T2, left T3, shoulder opposition right anterior left lateral.

Left shoulder range of motion shows flexion active 165°, passive 170°, abduction 162°, internal rotation 70°,

**Report Date:** December 15, 2010 **Patient:** Hicks, Ciro  **DOS:** 12/03/09

external rotation 82°, with 4/5 strength.

Right shoulder range of motion shows flexion active 135°, passive 140°, abduction 145°, internal rotation 50°, external rotation 60°, with 3+/5 strength and pain upon resisted flexion abduction and external rotation.

**Treatments:**   Patient received moist heat followed by instructions in pendulum and active and active assisted range of motion exercises that he will continue with a home.  We concluded that such with ice.

**Assessment:**   Patient with decreased range of motion strength and function of the right upper extremity secondary to rotator cuff and biceps tendon repair. Rehabilitation potential is excellent over the next 30 days. Patient acknowledges good understanding of all instructions given.

**Goals:**
1.   Achieve full active range of motion
2.   Improved strength one grade bilaterally
3.   Improve functional mobility
4.   Have patient be able to push and pull objects as required for Coast Guard examination
5.   Return to full active duty at work.

**Plan:**   Recommend physical therapy twice a week for the next four weeks

**Theraputic Contents:**   Physical therapy for modalities, joint mobilizations, active and active assisted range of motion exercises, scapula stabilization exercises, shoulder strengthening exercises, conditioning exercises, functional training activities for pushing and pulling, and the development of a home exercise program.

*Christian P. Cecere P.T.*

Christian Cecere, PT 40QA00362600

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

<table>
<tr><td><b>Middletown Office</b><br>80 Oak Hill Road<br>Red Bank, New Jersey 07701<br>Phon 732-741-2313 / Fax 732-741-7154</td><td><b>Marlboro Office</b><br>Kilmer Professional Park - Building 3<br>25 Kilmer Drive - Suite 105<br>Morganville, New Jersey 07751<br>Phone 732-617-9111 / Fax 732-617-5959</td></tr>
</table>

www.orthocenter.com

## PT DAILY NOTE

**PATIENT NAME:** HICKS, CIRO                **DATE OF SERVICE:** 12/08/09
**DATE OF BIRTH:** ▉▉▉▉▉
**AGE:** 58 years old

**Diagnosis**            -Rotator cuff tear right shoulder
                         -Proximal biceps rupture right shoulder

**Subjective Examination:** Patient states his right is sore today. He is doing well at his exercises at home.

**Objective:** TREATMENT: Patient received modalities, followed by joint mobilizations, active and active assisted range of motion exercises as well as upper extremity conditioning exercises.

**Assessment:** Patient tolerated therapy treatment session well. Advised him to continue with his present home exercise program.

**Plan:** Will progress on initial scapula stabilization and Theraband strengthening exercises at next treatment session.

*Christian P. Cecere P.T.*
Christian Cecere, PT 40QA00362600

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

| Middletown Office | Marlboro Office |
|---|---|
| 80 Oak Hill Road | Kilmer Professional Park - Building 3 |
| Red Bank, New Jersey 07701 | 25 Kilmer Drive - Suite 105 |
| Phon 732-741-2313 / Fax 732-741-7154 | Morganville, New Jersey 07751 |
| | Phone 732-617-9111 / Fax 732-617-5959 |

www.orthocenter.com

## FOLLOW UP EXAMINATION

**PATIENT NAME:** HICKS, CIRO
**DATE OF BIRTH:** ▉▉▉▉

**DATE OF SERVICE:** 12/09/09
**REFERRING PHYSICIAN:** Hyppolite, David,

**AGE:** 58 years old

**Workers Comp #:** 7045
**Accident Date:** 04/21/2009

**CHIEF COMPLAINT:**    DOS 7/1/09, right shoulder follow up. kc

**HPI:**  Patient had delay in physical therapy pending or authorization

**Current Medications:** flomax
lexapro ( SIG: poqd)
lisinpril
Percocet (Dosage: 5/325 mg SIG: 1 tab po q 4-6 hrs prn pain Dispense: 20 Refills: 0)
percocet (Dosage: 5/325 mg SIG: 1 tab poq6h Dispense: 20 Refills: 0)
**Allergies:**        .No Known Drug Allergies

**ROS:**
General, neuro, psychiatric, respiratory, cardiovascular, GI, GU, blood and lymph, EENT, musculoskeletal, skin
and endocrine are normal except for what is noted:
No data for Review of Systems

VITAL SIGNS:  No data for Vitals

## PHYSICAL EXAM:
### Physical Examination right Shoulder:

**Appearance:**            No deformity
**Skin:**                  Intact, no lesions, no swelling
**Palpation:**             No focal tenderness

**Shoulder Range of Motion:**

| | Active | Passive (Equal to Active unless noted) |
|---|---|---|
| Flexion: | 120 | 140 |
| Abduction: | | |
| External Rotation 90: | | |
| External Rotation  0: | 30 | |
| Internal Rotation: | S1 | |

**Stability:** Normal

**Report Date:** December 15, 2010 **Patient:** Hicks, Ciro **DOS:** 12/09/09

**Strength:**    Supraspinatus: 4/5   Infraspinatus:    Deltoid: 5/5    Biceps: 5/5
**Pain with Resistance Testing:** Mild

**Impingement Sign:** Mild positive

**Distal Neuro-Vascular Function:** Normal

**RADIOLOGY:**

**PROCEDURES:**

**DIAGNOSIS:**    -Proximal biceps rupture right shoulder
                 -Rotator cuff tear right shoulder

**PRESCRIPTION:** No data for Prescription

**PLAN:**    **Assessment: Slow progress and delay in physical therapy.  Anticipate continuing physical therapy minimum 8 more weeks for additional strengthening and range of motion**
     • Increased activity level as tolerated
     • Reassessment four weeks

**WORK STATUS:**    Modified duty

**MMI:**    Anticipated eight weeks

**RESTRICTIONS:**    No overhead use right arm, maximum lifting 10 pounds right arm

Steven P Lisser, MD

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

| | |
|---|---|
| **Middletown Office** | **Marlboro Office** |
| 80 Oak Hill Road | Kilmer Professional Park - Building 3 |
| Red Bank, New Jersey 07701 | 25 Kilmer Drive - Suite 105 |
| Phon 732-741-2313 / Fax 732-741-7154 | Morganville, New Jersey 07751 |
| | Phone 732-617-9111 / Fax 732-617-5959 |

www.orthocenter.com

## PT DAILY NOTE

**PATIENT NAME:** HICKS, CIRO          **DATE OF SERVICE:** 12/10/09
**DATE OF BIRTH:**
**AGE:** 58 years old

**Diagnosis**         -Proximal biceps tear right shoulder
                 -Rotator cuff tear right shoulder

**Subjective Examination:**   Patient noticed no complaints of pain or instability to the right shoulder.  He continues to do well his exercises at home.

**Objective:**    TREATMENT: Patient received modalities followed by joint mobilizations, active and active assisted range of motion exercises as well conditioning exercises.

Today we added green Theraband strengthening exercises and scapula ball stabilization exercises that he will continue with at home.

**Assessment:**   Patient tolerated therapy treatment session well.  I advised him to continue to his exercises at home. Patient acknowledges good understanding of all instructions given.

**Plan:**   PT will progress patient over the scapula stabilization and functional strengthening activities.

*Christian P. Cecere P.T.*

Christian Cecere, PT 40QA00362600

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

<table>
<tr><td><b>Middletown Office</b><br>80 Oak Hill Road<br>Red Bank, New Jersey 07701<br>Phon 732-741-2313 / Fax 732-741-7154</td><td><b>Marlboro Office</b><br>Kilmer Professional Park - Building 3<br>25 Kilmer Drive - Suite 105<br>Morganville, New Jersey 07751<br>Phone 732-617-9111 / Fax 732-617-5959</td></tr>
</table>

www.orthocenter.com

## PT DAILY NOTE

**PATIENT NAME:** HICKS, CIRO                **DATE OF SERVICE:** 12/15/09
**DATE OF BIRTH**
**AGE:** 58 years old

**Diagnosis**        -Labral tear right shoulder
                     -Proximal biceps rupture right shoulder

**Subjective Examination:**   Patient still complains of right shoulder discomfort.

**Objective:**   TREATMENT: P.T. continues with activities as outlined on exercise flowsheet.

**Assessment:**   Patient tolerated therapy treatment session well.

**Plan:**   P.T. will continue with present treatment plan and progress as tolerated.

*Christian P. Cecere P.T.*
Christian Cecere, PT 40QA00362600

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

<table>
<tr><td>**Middletown Office**<br>80 Oak Hill Road<br>Red Bank, New Jersey 07701<br>Phon 732-741-2313 / Fax 732-741-7154</td><td>**Marlboro Office**<br>Kilmer Professional Park - Building 3<br>25 Kilmer Drive - Suite 105<br>Morganville, New Jersey 07751<br>Phone 732-617-9111 / Fax 732-617-5959</td></tr>
</table>

www.orthocenter.com

# Phone Message

**Message To:**   Patricia, Licalsi
**Message From:**   Barruos Amanda
**Message Date:**   12/21/09

## Treating Physician

( ) Anthony J Costa, MD
( ) Steven P Lisser, MD
( ) Arthur H Phair, MD
( ) Randall L Braddom, MD

( ) Steven P Friedel, MD
( ) Daniel J Mulholland, MD
( ) Keith M Rinkus, MD
( ) Glenn M Forman, MD

( ) Edmund R Kappy, MD, FACS
(X) Bernard P Murphy, MD, FACS
( ) Lon A Weiner, MD
( ) Michael A Romello, MD

**PATIENT NAME:**   HICKS, CIRO
**Home Phone:**   (732)615-9248         **Work Phone:**

**Message:**
**Needs note stating that he has no restrictions from knee replacement for the coast guard. Pls fax to 732-615-9227**

**Response:**
note faxed

**Saved and Finished By:**
**Patricia Licalsi  / 6:41 PM  December 21, 2009**

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

**Middletown Office**
80 Oak Hill Road
Red Bank, New Jersey 07701
Phon 732-741-2313 / Fax 732-741-7154

**Marlboro Office**
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959

www.orthocenter.com

## WORK RELEASE NOTE

**Patient Name:** CIRO  HICKS                    **DOB:** 07/16/1951
**Date:** 12/21/09

**Diagnosis:**

( )    **Return to Work**    **Date:**
(X)    **No Restrictions for coast
guard after knee surgery**

( )    **With Restrictions:**

( )    **No Work until further notice.**

**Return Visit**    **Days**        **Weeks**

Signature:

Bernard P. Murphy, M.D.

# Supplementary Report of Disability

HO&W - Group Disability Management Services
Mutual of Omaha Insurance Company
United of Omaha Life Insurance Company      Claim # 250901863301
Mutual of Omaha Plaza, Omaha, NE  68175
Fax (402) 997-1865      Customer Service 1-800-877-5176
(This form is to be completed without expense to the Company and returned by _____.)


Mutual of Omaha

**To Be Completed By Insured Employee          (To Avoid Delay Please Answer All Questions)**

Policy Number **GUPR 367K**      Claim Number **250901 86 3301**

Insured's
full name **CIRO  CHARLES  HICKS**      Date of birth ▓▓▓▓▓   Male ☒  Sex: Female ☐

Social Security Number

Home address **5 CHANOWICH CT  MIDDLETOWN NJ  07748**   Phone **732-615-9248**
                  Number and Street          City      State      ZIP Code

Are you currently:
(a) totally disabled?   ☒ Yes  ☐ No   From **APRIL** , 20**09** to _____ , 20____
(b) partially disabled?  ☐ Yes  ☐ No   From _____ , 20____ to _____ , 20____
If partially disabled, when do you expect to resume the majority of your duties? _____ , 20____
If currently working, name and address of employer _____
Describe any change in condition _____

If you have recently been hospitalized, please furnish the names and addresses of the hospitals and the dates you were confined
**No**

What was your last date of medical treatment? _____
If you have undergone X-rays, examinations, treatment or diagnostic work that you have not previously advised us of, please
furnish us with the names and addresses of the facilities that provided the services and the dates of the services.

Describe your daily activities since our last report **TV, PHYSICAL THERAPHY EXERCISES**

Are you now eligible for, have you applied for or are you now receiving income benefits from:

Yes No✓
☐ ☒ Social Security Disability/Retirement
☐ ☒ Workers' Compensation
☐ ☒ Any other disability/retirement benefit (federal, state, etc.)

Yes No
☐ ☒ Pension Disability
☐ ☒ Unemployment Compensation

Yes No
☐ ☒ State Cash Sickness Plan (UCD, TDB, DBL)

If answer is "Yes" to any of the above, please give details including date applied, amounts received, effective date, and the name of
company, organization or government agency from which benefits are being received.

**Authorization To Release Claim Information**
To Mutual of Omaha Insurance Company (Mutual of Omaha)      To United of Omaha Life Insurance Company (United of Omaha)
To Any:  Physician, hospital, pharmacist or other provider of health care services; insurer; employer; group policyholder;
         government agency; consumer reporting agency; acquaintance; policy or benefit plan administrator:
You may give Mutual of Omaha/United of Omaha information about **CIRO CHARLES  HICKS**
health, work status or health coverage.              Claimant's Name

You may also give this information on Mutual of Omaha's/United of Omaha's behalf to: (a) the claim investigation department or
a consumer reporting agency or (b) the claim department of a policy or benefit plan administrator.  Health information means all
information about: (1) a physical or mental health condition, (2) medical treatment and supplies and (3) drug or alcohol use, if
needed to evaluate my claim.

This information will be used to evaluate my claim for benefits.  This form will be valid for the duration of my claim.
A photocopy of this form is as valid as the original.              I will receive a copy of this authorization if I ask for one in
writing.
**ANY PERSON WHO KNOWINGLY FILES A STATEMENT OF CLAIM CONTAINING ANY FALSE OR MISLEADING
INFORMATION IS SUBJECT TO CRIMINAL AND CIVIL PENALTIES.**

Date **1/4/2010**      Signature of Claimant (if not a minor) _____
Date **1/4/2010**      Signature of Insured _____
**GUPR 367K**                           **VANE BONKERING**
Policy Number                           Employer

MUG1988 3-02              (next page)

0461000200

**To Be Completed By The Attending Physician**                    Claim # 250901863301

**General Information**

This claim is for (Patient's Name)
CIRO CHARLES HICKS

Dates of Treatment
(a) Date of most recent visit    Mo. 12 Day 9 , 20 09
(b) Frequency                    Weekly_____ Monthly_____ Other_____

Primary Diagnosis including ICD 9 or DSM code
rupture rotator cuff 727.6 pain joint shoulder 719.41

Objective Findings
Mild Decrease in joint space of (R) shoulder

Are there secondary conditions contributing to the disability?
☐ Yes  ☑ No   If yes, what are they? (Please include ICD 9 or DSM code.)

Please indicate other types and frequencies of treatment.

Has the patient been referred to a medical rehabilitation or therapy program?
☑ Yes  ☐ No   If yes, give details.   Physical Therapy

Have you referred the patient for other types of consultations?
☐ Yes  ☑ No   If yes, give details.

Has the patient been hospital confined?
☐ Yes  ☑ No   If yes, complete the following:   7-1-09

Name of Hospital
Riverview MedCenter

Address                                           Dates of Confinement
RedBank, NJ 07701                                 7-1-09 through

Has patient achieved maximum medical improvement?        What is your medical prognosis for recovery?_____
☐ Yes  ☐ No   If no, complete the following:            Comments:
How soon do you expect fundamental changes in the patient's medical condition?
☐ 1 - 2 months        ☐ 5 - 6 months
☐ 3 - 4 months        ☐ more than 6 months

In an eight hour workday, claimant can: *(Circle full hourly capacity for each activity)*
Sit     1  2  3  4  5  6  7  8
Stand   1  2  3  4  5  6  7  8
Walk    1  2  3  4  5  6  7  8

Are there restrictions in:          Yes  No   Comments
Lifting/Carrying                    ☐    ☐    # Restriction:  max lifting 10lbs w/(R)arm
Use of hands in repetitive actions  ☐    ☐
Use of feet in repetitive movements ☐    ☐
Bending                             ☐    ☐
Squatting                           ☐    ☐
Crawling                            ☐    ☐
Climbing                            ☐    ☐
Reaching above shoulder level       ☐    ☐
Other (please specify)              ☐    ☐        no overhead use of (R) arm

Are there any psychological restrictions or limitations: ☐ Yes  ☐ No   If yes, please specify.
What is the current Global Assessment of Functioning?_____ The past year?_____
Would you release the patient to pursue vocational rehabilitation? ☐ Yes  ☐ No

Your Name                                          Degree
Steven Lisser
Specialty                                          Telephone: (732) 741-2313
Orthopaedic                                        Fax: (732) 741-1952
Address
80 Oak Hill Road RedBank NJ 07701
                                                   1-6-10
X_____            Date
Signature of Attending Physician (no stamp)
                                                   0462000200

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

**Middletown Office**
80 Oak Hill Road
Red Bank, New Jersey 07701
Phon 732-741-2313 / Fax 732-741-7154

**Marlboro Office**
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959
www.orthocenter.com

## FOLLOW UP EXAMINATION

**PATIENT NAME:** HICKS, CIRO
**DATE OF BIRTH:** ▮▮▮▮▮▮▮

**DATE OF SERVICE:** 01/15/10
**REFERRING PHYSICIAN:** Hyppolite, David,

**AGE:** 58 years old

**Workers Comp #:** 7045
**Accident Date:** 04/21/2009

**CHIEF COMPLAINT:** DOS 7/1/09 Right shoulder follow up. kc

**HPI:** Reports gradual improvement, limited therapy since his last visit due to unrelated medical illness.

**Current Medications:** flomax
lexapro ( SIG: poqd)
lisinpril
Percocet (Dosage: 5/325 mg SIG: 1 tab po q 4-6 hrs prn pain Dispense: 20 Refills: 0)
percocet (Dosage: 5/325 mg SIG: 1 tab poq6h Dispense: 20 Refills: 0)
**Allergies:** .No Known Drug Allergies

**ROS:**
General, neuro, psychiatric, respiratory, cardiovascular, GI, GU, blood and lymph, EENT, musculoskeletal, skin and endocrine are normal except for what is noted:
No data for Review of Systems

**VITAL SIGNS:** No data for Vitals

**PHYSICAL EXAM:**
Right shoulder active elevation 150°, supraspinatus strength 5-/5.

**RADIOLOGY:**

**PROCEDURES:**

**DIAGNOSIS:** -Proximal biceps rupture right shoulder
-Rotator cuff tear right shoulder

**PRESCRIPTION:** No data for Prescription

**PLAN:** Continue physical therapy 2 more weeks and then home exercises. Reassessment six weeks with anticipated MMI and return to full duty at that time.

**WORK STATUS:** Modified duty



**ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

**Middletown Office**
80 Oak Hill Road
Red Bank, New Jersey 07701
Phon 732-741-2313 / Fax 732-741-7154

**Marlboro Office**
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959

www.orthocenter.com

## PHYSICAL THERAPY PRESCRIPTION

**PATIENT NAME:** HICKS, CIRO
**DIAGNOSIS:** s/p right shoulder/bicep rupture
**FREQUENCY:** 2-3

**DATE:** 01/15/10

**NO. OF WEEKS:** 4

**INITIAL PREFERENCE OF TREATMENT:**
( ) **EVALUATE AND TREAT**
( ) Hot/Cold Packs
( ) Ultra Sound
( ) Phonophoresis
( ) Iontophoresis
( ) Electric Stim.
( ) Traction
( ) Tens
( ) Massage
( ) Whirlpool
( ) Cryotherapy
( ) Paraffin
( ) Resisted Exercises
( ) Stretching Exercises
( ) Joint Mobilization
( ) Ergonomics/ADL
( ) Neck Program
( ) Back Program
( ) Williams Flexion
( ) McKenzie Extension
( ) Back School
( ) Other:

( ) **RANGE OF MOTION**
( ) PROM
( ) AAROM
( ) AROM

( ) **GAIT TRAINING**
( ) NWB
( ) PWB
( ) WBAT
( ) FWB
( ) Home Exercise Program
( ) Progress as tolerated

( ) **TESTING**
( ) Cybex Evaluation
( ) Cybex Training
( ) Comparative Muscle Test:

( ) Impairment Rating:

( ) Physical Capacity Test:

Comments/Precautions: continue pt program

Physician's Signature:

Steven P Lisser, MD

Fax Created - Dated Aug 19 2009  8:55AM

Fax Created - Dated Nov 18 2009  1:25PM

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

| | |
|---|---|
| **Middletown Office**<br>80 Oak Hill Road<br>Red Bank, New Jersey 07701<br>Phon 732-741-2313 / Fax 732-741-7154 | **Marlboro Office**<br>Kilmer Professional Park - Building 3<br>25 Kilmer Drive - Suite 105<br>Morganville, New Jersey 07751<br>Phone 732-617-9111 / Fax 732-617-5959 |

www.orthocenter.com

## FOLLOW UP EXAMINATION

**PATIENT NAME:** HICKS, CIRO
**DATE OF BIRTH:** ▬▬▬

**DATE OF SERVICE:** 03/08/10
**REFERRING PHYSICIAN:** Hyppolite, David,

**AGE:** 58 years old

**Workers Comp #:** 7045
**Accident Date:** 04/21/2009

**CHIEF COMPLAINT:** DOS 7/1/09 Left shoulder/bicep. kc

**HPI:** Reports residual pain in the right shoulder, has not had any additional physical therapy

**Current Medications:** flomax
lexapro ( SIG: poqd)
lisinpril
Percocet (Dosage: 5/325 mg SIG: 1 tab po q 4-6 hrs prn pain Dispense: 20 Refills: 0)
percocet (Dosage: 5/325 mg SIG: 1 tab poq6h Dispense: 20 Refills: 0)

**Allergies:** .No Known Drug Allergies

**ROS:**
General, neuro, psychiatric, respiratory, cardiovascular, GI, GU, blood and lymph, EENT, musculoskeletal, skin
and endocrine are normal except for what is noted:
No data for Review of Systems

**VITAL SIGNS:** No data for Vitals

## PHYSICAL EXAM:
Painful range of motion primarily in adduction.

## RADIOLOGY:

## PROCEDURES:

**DIAGNOSIS:** -Proximal biceps rupture right shoulder
-Labral tear right shoulder

**PRESCRIPTION:** No data for Prescription

**PLAN:** Residual pain right shoulder. Recommend further physical therapy since he has not completed full
therapy protocol.

**WORK STATUS:** Modified duty



**ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

**Middletown Office**
80 Oak Hill Road
Red Bank, New Jersey 07701
Phon 732-741-2313 / Fax 732-741-7154

**Marlboro Office**
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959

www.orthocenter.com

## PHYSICAL THERAPY PRESCRIPTION

**PATIENT NAME:** HICKS, CIRO

**DATE:** 03/08/10

**DIAGNOSIS:** s/p right shoulder/bicep rupture

**FREQUENCY:** 2-3

**NO. OF WEEKS:** 4

**INITIAL PREFERENCE OF TREATMENT:**
( ) EVALUATE AND TREAT
( ) Hot/Cold Packs
( ) Ultra Sound
( ) Phonophoresis
( ) Iontophoresis
( ) Electric Stim.
( ) Traction
( ) Tens
( ) Massage
( ) Whirlpool
( ) Cryotherapy
( ) Paraffin
( ) Resisted Exercises
( ) Stretching Exercises
( ) Joint Mobilization
( ) Ergonomics/ADL
( ) Neck Program
( ) Back Program
( ) Williams Flexion
( ) McKenzie Extension
( ) Back School
( ) Other:

( ) RANGE OF MOTION
( ) PROM
( ) AAROM
( ) AROM

( ) GAIT TRAINING
( ) NWB
( ) PWB
( ) WBAT
( ) FWB
( ) Home Exercise Program
( ) Progress as tolerated

( ) TESTING
( ) Cybex Evaluation
( ) Cybex Training
( ) Comparative Muscle Test

( ) Impairment Rating:

( ) Physical Capacity Test:

Comments/Precautions: continue pt program

Physician's Signature:

Steven P Lisser, MD

Fax Created - Dated Aug 19 2009  8:55AM

Fax Created - Dated Nov 18 2009  1:25PM

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

**Middletown Office**
80 Oak Hill Road
Red Bank, New Jersey 07701
Phon 732-741-2313 / Fax 732-741-7154

**Marlboro Office**
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959
www.orthocenter.com

**FOLLOW UP EXAMINATION**

**PATIENT NAME:** HICKS, CIRO
**DATE OF BIRTH:** ▓▓▓▓▓▓

**DATE OF SERVICE:** 04/26/10
**REFERRING PHYSICIAN:** Hyppolite, David,

**AGE:** 58 years old

**Workers Comp #:** 7045
**Accident Date:** 04/21/2009

**CHIEF COMPLAINT:** DOS 7/1/09 Right shoulder follow up. kc

**HPI:** Reports persistent pain and weakness in his right shoulder which has not improved or other over the past several months and is limiting his ability to use the arm in any overhead positions and for heavier lifting in any position .

**Current Medications:** flomax
lexapro ( SIG: poqd)
lisinpril
Percocet (Dosage: 5/325 mg SIG: 1 tab po q 4-6 hrs prn pain Dispense: 20 Refills: 0)
percocet (Dosage: 5/325 mg SIG: 1 tab poq6h Dispense: 20 Refills: 0)
**Allergies:** .No Known Drug Allergies

**ROS:**
General, neuro, psychiatric, respiratory, cardiovascular, GI, GU, blood and lymph, EENT, musculoskeletal, skin and endocrine are normal except for what is noted:
No data for Review of Systems

**VITAL SIGNS:** No data for Vitals

---

**PHYSICAL EXAM:**
  **Physical Examination right Shoulder:**

**Appearance:** No deformity
**Skin:** Intact, no lesions, no swelling
**Palpation:** Anterior tenderness

**Shoulder Range of Motion:**

|  | Active | Passive (Equal to Active unless noted) |
|---|---|---|
| Flexion: | 150 | |
| Abduction: | | |
| External Rotation 90: | | |
| External Rotation 0: | 30 | |
| Internal Rotation: | L5 | |

**Report Date:** August 18, 2010 **Patient:** Hicks, Ciro  **DOS:** 04/26/10

**Stability:** Normal

**Strength:**              Supraspinatus: 4/5    Infraspinatus: 4/5      Deltoid: 5/5          Biceps: 5/5
**Pain with Resistance Testing:** Moderate

**Impingement Sign:** Positive

**Distal Neuro-Vascular Function:**   Normal

**RADIOLOGY:**

**PROCEDURES:**

**DIAGNOSIS:**   -Proximal biceps rupture right shoulder
                -Labral tear right shoulder

**PRESCRIPTION:** No data for Prescription

**PLAN:**
- **Assessment :** Persistent shoulder pain and functional impairment which have not shown further improvement over the past several months and has not improved as anticipated following surgery.

- **Recommendations:** Follow-up MRI scan to assess healing

- **Return to Office:** After MRI scan

**WORK STATUS:**    Modified duty

**MMI:**   Minimum four weeks

**RESTRICTIONS:**   Sedentary work only

Steven P Lisser, MD

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

**Middletown Office**
80 Oak Hill Road
Red Bank, New Jersey 07701
Phon 732-741-2313 / Fax 732-741-7154

**Marlboro Office**
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959
www.orthocenter.com

**MRI REQUISITION**

**Provider Name:** Steven P. Lisser, M.D.

**Patient:** CIRO HICKS DOB: 0▮▮▮▮▮▮▮
**Home Phone:** (732) 615-9268

**Requisition Date:** April 26, 2010

**DIAGNOSIS: .MRI Requisition**

( ) Cervical Spine
( ) Thoracic Spine
( ) Lumbar Spine
( ) Lumbar Spine Ltd
(X) Shoulder                        RT (X)        LT ( )
( ) Shoulder/arthrogram  RT ( )   LT ( )
( ) Hip                               RT ( )        LT ( )
( ) Knee                             RT ( )        LT ( )
( ) Other                            RT ( )        LT ( )

**Please send report to:**

**Comments:**
DX: RC TEAR ,BICEP REPAIR
**Signed:**

Steven P Lisser, MD

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

<table>
<tr><td><u>Middletown Office</u><br>80 Oak Hill Road<br>Red Bank,  New Jersey 07701<br>Phon 732-741-2313 / Fax 732-741-7154</td><td><u>Marlboro Office</u><br>Kilmer Professional Park - Building 3<br>25 Kilmer Drive - Suite 105<br>Morganville, New Jersey 07751<br>Phone 732-617-9111 / Fax 732-617-5959</td></tr>
</table>

www.orthocenter.com

# Phone Message

**Message To:**     Lisser, M.D., Steven P.
**Message From:**   Papagiannakis Cassandra
**Message Date:**   04/26/10

### Treating Physician

( ) Anthony J Costa, MD          ( ) Steven P Friedel, MD          ( ) Edmund R Kappy, MD, FACS
( ) Steven P Lisser, MD          ( ) Daniel J Mulholland, MD       ( ) Bernard P Murphy, MD, FACS
( ) Arthur H Phair, MD           ( ) Keith M Rinkus, MD            ( ) Lon A Weiner, MD
( ) Randall L Braddom, MD        ( ) Glenn M Forman, MD            ( ) Michael A Romello, MD

**PATIENT NAME:**   HICKS, CIRO
**Home Phone:**     (732) 615-9268          **Work Phone:**

**Message:**
SPOKE W/TERESA CASE MANAGER SINCE THE PATIENT IS NOT BE COMPLIENT
WITH GOING FOR PHYSICAL THERAPY, SHE IS RELEASING SURVEILLANCE VIDEO
TO US FOR YOU TO LOOK AT AND GIVE A OPINION, SO SHE WANTS US TO HOLD
OFF ON THE PHYSICAL THERAPY UNTIL YOU SEE VIDEO AND MAKE YOUR OPINION
CASSANDRA

**Response:**
Okay keep me posted

**Saved and Finished By:**
Lisser, M.D. Steven  / 5:43 PM  April 26, 2010

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

<u>Middletown Office</u>
80 Oak Hill Road
Red Bank, New Jersey 07701
Phon 732-741-2313 / Fax 732-741-7154

<u>Marlboro Office</u>
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959
www.orthocenter.com

# Phone Message

**Message To:**     Lisser, M.D., Steven P.
**Message From:**   Papagiannakis Cassandra
**Message Date:**   05/03/10

## Treating Physician

( ) Anthony J Costa, MD
( ) Steven P Lisser, MD
( ) Arthur H Phair, MD
( ) Randall L Braddom, MD

( ) Steven P Friedel, MD
( ) Daniel J Mulholland, MD
( ) Keith M Rinkus, MD
( ) Glenn M Forman, MD

( ) Edmund R Kappy, MD, FACS
( ) Bernard P Murphy, MD, FACS
( ) Lon A Weiner, MD
( ) Michael A Romello, MD

**PATIENT NAME:**   HICKS, CIRO
**Home Phone:**     (732) 615-9248     **Work Phone:**

**Message:**
TERESA SMITH WOULD LIKE TO KNOW WHEN SHE COULD DROP OFF THE VIDEO OF THE PATIENT FOR YOU TO LOOK AT, BECASUE SHE WOULD LIKE TO WAIT WHILE YOU VIEW IT AND TAKE THE VIDEO BACK AND THE REPORT LET ME KNOW

**Response:**
Tomorrow afternoon

**Saved and Finished By:**
Lisser, M.D. Steven  / 3:50 PM  May 03, 2010

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

<table>
<tr><td><u>Middletown Office</u><br>80 Oak Hill Road<br>Red Bank, New Jersey 07701<br>Phon 732-741-2313 / Fax 732-741-7154</td><td><u>Marlboro Office</u><br>Kilmer Professional Park - Building 3<br>25 Kilmer Drive - Suite 105<br>Morganville, New Jersey 07751<br>Phone 732-617-9111 / Fax 732-617-5959<br>www.orthocenter.com</td></tr>
</table>

## FOLLOW UP EXAMINATION

**PATIENT NAME:** HICKS, CIRO
**DATE OF BIRTH** ▪▪▪▪▪▪

**DATE OF SERVICE:** 05/07/10
**REFERRING PHYSICIAN:** Hyppolite, David,

**AGE:** 58 years old

**Workers Comp #:** 7045
**Accident Date:** 04/21/2009

**CHIEF COMPLAINT:**   dos 7/1/2009 rigth shoulder km

**HPI:**  Patient is seen today to review status with his right shoulder.  He continues to report pain and weakness which limit function.  I discussed with the patient that I have reviewed video showing and doing strenuous work around his house using be right arm which are not consistent with his complaints and physical exam findings in the office.  I also reviewed with him that physical therapy visits have indeed been authorized contrary to his statements.

**Current Medications:** flomax
lexapro ( SIG: poqd)
lisinpril
Percocet (Dosage: 5/325 mg SIG: 1 tab po q 4-6 hrs prn pain Dispense: 20 Refills: 0)
percocet (Dosage: 5/325 mg SIG: 1 tab poq6h Dispense: 20 Refills: 0)
**Allergies:**          .No Known Drug Allergies

**ROS:**
General, neuro, psychiatric, respiratory, cardiovascular, GI, GU, blood and lymph, EENT, musculoskeletal, skin and endocrine are normal except for what is noted:
No data for Review of Systems

VITAL SIGNS:  No data for Vitals

**PHYSICAL EXAM:**
Patient continues to report pain which shoulder range of motion

**RADIOLOGY:**

**PROCEDURES:**

**DIAGNOSIS:**   -Proximal biceps rupture right shoulder
-Rotator cuff tear right shoulder

**PRESCRIPTION:**  No data for Prescription

**PLAN:**   Based upon the materials I have referenced above no additional treatment for the right shoulder injury is recommended.  Also based upon these materials is my opinion that the patient should have adequate

**Report Date:** August 18, 2010 **Patient:** Hicks, Ciro **DOS:** 05/07/10

function with his right shoulder to perform his work activities as described in his job description.

**WORK STATUS:**    Full duty

**MMI:**   5/7/2010

**RESTRICTIONS:**   None

_____
Steven P Lisser, MD



**ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

| | |
|---|---|
| **Middletown Office** | **Marlboro Office** |
| 80 Oak Hill Road | Kilmer Professional Park - Building 3 |
| Red Bank, New Jersey 07701 | 25 Kilmer Drive - Suite 105 |
| Phon 732-741-2313 / Fax 732-741-7154 | Morganville, New Jersey 07751 |
| | Phone 732-617-8111 / Fax 732-617-5959 |

www.orthocenter.com

**FOLLOW UP EXAMINATION**

PATIENT NAME: HICKS, CIRO          DATE OF SERVICE: 05/07/10
DATE OF BIRTH: ▓▓▓▓▓▓▓             REFERRING PHYSICIAN: Hyppolite, David,

AGE: 58 years old

Workers Comp #: 7045
Accident Date: 04/21/2009

CHIEF COMPLAINT: dos 7/1/2009 rigth shoulder km

HPI: Patient is seen today to review status with his right shoulder. He continues to report pain and weakness which limit function. I discussed with the patient that I have reviewed video showing and doing strenuous work around his house using be right arm which are not consistent with his complaints and physical exam findings in the office. I also reviewed with him that physical therapy visits have indeed been authorized contrary to his statements.

Current Medications: flomax
lexapro ( SIG: poqd)
lisinpril
Percocet (Dosage: 5/325 mg SIG: 1 tab po q 4-6 hrs prn pain Dispense: 20 Refills: 0)
percocet (Dosage: 5/325 mg SIG: 1 tab poq6h Dispense: 20 Refills: 0)
Allergies:               .No Known Drug Allergies

ROS:
General, neuro, psychiatric, respiratory, cardiovascular, GI, GU, blood and lymph, EENT, musculoskeletal, skin and endocrine are normal except for what is noted:
No data for Review of Systems

VITAL SIGNS:  No data for Vitals

PHYSICAL EXAM:
Patient continues to report pain which shoulder range of motion

RADIOLOGY:

PROCEDURES:

DIAGNOSIS:  -Proximal biceps rupture right shoulder
-Rotator cuff tear right shoulder

PRESCRIPTION: No data for Prescription

PLAN:  Based upon the materials I have referenced above no additional treatment for the right shoulder injury is

14:16 MAY 13, 2010   ID: VANE BROTHERS       FAX NO: ###-####          #124184  PAGE: 6/6

· ·05/07/2010 15:39 FAX                                              ☑005/005

Report Date: May 07, 2010 Patient: HICKS, CIRO  DOS: 05/07/10

recommended.  Also based upon these materials is my opinion that the patient should have adequate
function with his right shoulder to perform his work activities as described in his job description.

**WORK STATUS:**   Full duty

**MMI:**  5/7/2010

**RESTRICTIONS:**  None

Steven P Lisser, MD

14:14 MAY 13, 2010  ID: VANE BROTHERS          FAX NO: ###-####              #124184  PAGE: 4/6
·05/07/2010 15:39 FAX                                                        @003/005

# DANMAR ASSOCIATES
Disability Case Management  ♦  Vocational Rehabilitation Services

Swedesford Corporate Center
631-B Swedesford Road
Frazer, PA 19355
610-993-9941
610-993-9902 fax

## JOB ANALYSIS

**Company:** Vane Line Bunkering          **Job Title:** Captain/Mate

The following are based upon a 2 week on, 2 week off schedule, working 2 6-hour shifts over a 24-hour period i.e., 6 hours on, 6 hours off, 6 hours on, 6 hours off.

| | Occasionally (Up to 33%) | Frequently (34% – 66%) | Continuously (67% – 100%) | Never |
|---|---|---|---|---|
| **LIFT** | | | | |
| 0-10 lbs. | X | | | |
| 11-20 lbs. | X | | | |
| 21-50 lbs. | | | | X |
| 51-100 lbs. | | | | X |
| | | | | |
| **CARRY** | | | | |
| 0-10 lbs. | X | | | |
| 11-20 lbs. | X | | | |
| 21-50 lbs. | | | | X |
| 51-100 lbs. | | | | X |
| | | | | |
| **STAND** | | X | | |
| **WALK** | X | | | |
| **SIT** | X | | | |
| **PUSH** | X | | | |
| **PULL** | X | | | |
| **CLIMB** | X | | | |
| **BEND** | X | | | |
| **KNEEL** | | | | X |
| **TWISTING** | | | | X |
| **CRAWL** | | | | X |
| **REACH** | | X | | |
| **HANDLE** | | X | | |
| **FINGER** | | X | | |

Environmental Conditions: Inside ( 80%)  Outside (10%)  Temp. Range varies w/weather conditions.
Fumes/Dust:   Minimum ( )   Moderate ( X )   Severe ( )
Noise Level:  Minimum ( )   Moderate ( X )   Severe ( )

Protective Clothing/Personal Devices:  Safety shoes and hearing protection.

Job Analysis   Completed By: Danmar Associates        Date:  11/7/05
               Reviewed By: Vane Line Bunkering       Date:  11/8/05
APPROVED/Signature of Physician _____ _Shiserm_____ Date: 5/7/10

DISAPPROVED/Signature of Physician _____ Date: _____

Job Analyses/Vane Bros/Captain-Mate/slv

14:14 MAY 13, 2010  ID: VANE BROTHERS          FAX NO: ###-####          #124184  PAGE: 3/6
 05/07/2010 15:38 FAX                                                    @ 002/005

2010-05-06 12:50    HSI ~ TAS       7324778818 >>



VANE LINE BUNKERING, INC.

*Dear Doctor, Please initial the appropriate status, sign/print, date and return form. Thank you.*

**"Fit/Not Fit for Duty"**

Name: Mr. Ciro "Charles" Hicks
DOB: 16 July 1951
DOI: 21 April 2009

_SPL_ (Physician initials) Mr. Ciro "Charles" Hicks is "fit for duty" and can return to work without this
restrictions on _5·10·10_, as a Mate.

_____ (Physician initials)  I have reviewed the job description * for a Captain / Mate.

_____ (Physician initials) Mr. Ciro "Charles" Hicks does NOT require any medications that may
influence safety, alertness or ability to perform all job tasks.

_____ (Physician initials) I have reviewed the portion of the United States Coast Guard NVIC* that was
provided on potentially disqualifying issues.

_____ (Physician initials) Mr. Ciro "Charles" Hicks is "not fit for duty" and cannot return to work as a
Mate at this time.

Dr. _Steven P Liss, M.D_    _732·741·2313_
(Please Print Name)              (Contact Phone #)

Signature _5·7·10_

Date

Please fax completed form to the attention:
                            Claims Department 410-735-8271
                            Email to InsClaimsMail@vanebrothers.com.
                            Teresa A. Smith, RN, BSN 732-477-0818

*The attached job description for the Maryland Mariner is a United States Coast Guard regulated position; therefore, we are also
providing information from the USCG Navigation and Vessel Inspection Circular (NVIC 04-08) for your review. If you wish to
review the NVIC in entirety, please visit: http://www.uscg.mil/hq/cg5/nvic/2000s.asp#2008

*A Century of Maritime Excellence*

2100 Frankfurt Avenue  •  Baltimore, MD 21220  •  Tel (410) 664-8000  •  Fax (410) 664-8080  •  www.vanebrothers.com

8/11/2008 Update

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

**ORTHOPAEDIC SURGEONS**

**Anthony J. Costa, MD**
Fellowship Trained
Joint Replacement & Reconstruction

**Steven P. Friedel, MD**
Board Certified Orthopaedic Surgeon

**Alfred D. Greisman, MD, FACS**
Board Certified Orthopaedic Surgeon
Fellowship Trained in Physical Medicine
& Rehabilitation
Teaching Faculty NYU
Hospital for Joint Diseases

**Edmund R. Kappy, MD, FACS**
Board Certified Orthopaedic Surgeon
General Orthopaedics
and Arthroscopic Surgery

**Steven P. Lisser, MD**
Board Certified Orthopaedic Surgeon
Added Qualifications in Surgery of the Hand
Shoulder & Upper Extremity
Sports Medicine and Microsurgery

**Daniel J. Mulholland, MD**
Board Certified Orthopaedic Surgeon
Fellowship Trained in Sports Medicine
Reconstructive Surgery of the
Knee and Shoulder
Joint Replacement

**Bernard P. Murphy, MD, FACS**
Board Certified Orthopaedic Surgeon
Joint Reconstruction & Replacement

**Arthur H. Phair, MD**
Board Certified Orthopaedic Surgeon
Fellowship Trained in Spine Surgery
Joint Replacement

**PHYSICAL MEDICINE
& REHABILITATION**

**Randall L. Braddom, MD**
Board Certified Physiatrist
Physical Medicine & Rehabilitation

**Glenn M. Forman, MD**
Board Certified Physiatrist
Physical Medicine & Rehabilitation

**Michael A. Romello, MD**
Board Certified Physiatrist
Fellowship Trained in Interventional
Pain Management

---

PATIENT NAME _____ DATE _____

CLAIM# _____ EMPLOYER _____

INSURANCE CO. _____ FAX _____

ATTN: _____

**I HAVE SEEN THE ABOVE CATIONED PATIENT IN MY OFFICE TODAY**

DIAGNOSIS: *Rot Cuff Tendonitis*

RECOMMENDATIONS _____

_____

___ RETURN TO WORK-NO RESTRICTIONS  DATE _____

___ RETURN TO WORK-WITH RESTRICTIONS DATE _____

___ NO WORK   DATE-FROM _____ THRU _____
    REQUEST JOB DESCRIPTION TO DETERMINE ABILITY
    TO RETURN TO WORK

**SPECIFIC WORK RESTRICTIONS**

___ SEDENTARY WORK ONLY

___ NO LIFTING OVER 10, 25 50 75, 100LBS

___ NO WORK REQUIRING USE OF ARMS ABOVE
    SHOULDER LEVEL

___ NO WORK REQUIRING REPETITIVE OR PROLONGED
    KNEELING, SQUATTING OR CLIMBING

___ NO WORK REQUIRING REPETITIVE OR PROLONGED
    WALKING AND/OR STANDING

**NEXT VISIT** _____

**PHYSICIAN SIGNATURE** _____

**Middletown Office**
80 Oak Hill Road
Red Bank, New Jersey 07701
Phone 732-741-2313 / Fax 732-741-7154

www.orthocenter.com

**Marlboro Office**
Kilmer Professional Park - Building 3
25 Kilmer Drive - Suite 105
Morganville, New Jersey 07751
Phone 732-617-9111 / Fax 732-617-5959

 **ORTHOPAEDIC, SPORTS MEDICINE AND REHABILITATION CENTER, P.A.**

| **Middletown Office** | **Marlboro Office** |
|---|---|
| 80 Oak Hill Road | Kilmer Professional Park - Building 3 |
| Red Bank, New Jersey 07701 | 25 Kilmer Drive - Suite 105 |
| Phon 732-741-2313 / Fax 732-741-7154 | Morganville, New Jersey 07751 |
| | Phone 732-617-9111 / Fax 732-617-5959 |

www.orthocenter.com

## FOLLOW UP EXAMINATION

**PATIENT NAME:** HICKS, CIRO

**DATE OF BIRTH:** ▄▄▄▄▄

**DATE OF SERVICE:** 06/08/10

**REFERRING PHYSICIAN:** Hyppolite, David,

**AGE:** 58 years old

**Workers Comp #:** 7045
**Accident Date:** 04/21/2009

**CHIEF COMPLAINT:**   DOS 7/1/09 Right shoulder follow up. kc

**HPI:**   Reports persistent pain left shoulder

**Current Medications:** flomax
lexapro ( SIG: poqd)
lisinpril
Percocet (Dosage: 5/325 mg SIG: 1 tab po q 4-6 hrs prn pain Dispense: 20 Refills: 0)
percocet (Dosage: 5/325 mg SIG: 1 tab poq6h Dispense: 20 Refills: 0)

**Allergies:**   .No Known Drug Allergies

**ROS:**
General, neuro, psychiatric, respiratory, cardiovascular, GI, GU, blood and lymph, EENT, musculoskeletal, skin and endocrine are normal except for what is noted:
No data for Review of Systems

**VITAL SIGNS:**   No data for Vitals

**PHYSICAL EXAM:**
Left shoulder with limited active range of motion.

**RADIOLOGY:**

**PROCEDURES:**

**DIAGNOSIS:**   -Proximal biceps rupture right shoulder
-Rotator cuff tear right shoulder

**PRESCRIPTION:**   No data for Prescription

**PLAN:**
Reviewed with patient that I did not recommend any further treatment.

| | |
|---|---|
| **MERIDIAN HEALTH** | **NAME:** Hicks, Ciro |
| **RIVERVIEW MEDICAL CENTER** | **MR #:** 000000858896 |
| *ORTHOPEDIC CONSULTATION REPORT* | **AGE:** 59 |
| PATIENT LOCATION : CPLXCP391B | |

*ORTHOPEDIC CONSULT*

Name: **Hicks, Ciro**
MR #:  000000858896
DOB:  ▉▉▉▉▉▉
AGE:  59
SEX:  M

**DATE OF CONSULTATION:**     10/28/2010

**CONSULTING PHYSICIAN:**     Steven P. Friedel, MD

**ATTENDING PHYSICIAN:**      David Hyppolite, MD

**REQUESTING PHYSICIAN:**     David Hyppolite, MD

**CHIEF COMPLAINT:** Right shoulder pain.

**HISTORY OF PRESENT ILLNESS:** 59 year old male with right shoulder pain. He is admitted for pericardial chest disease and on appropriate ward for same but during this timeframe describes ongoing right shoulder symptomatology.  Pain is in the area of the right shoulder associated with activity, heavy lifting, etc.

**PAST MEDICAL HISTORY:** Significant for right shoulder rotator cuff repair July of 2009.  Now has some persistent and recurrent symptomatology.

**PHYSICAL EXAMINATION:** Pleasant male appearing stated age. Has limited forward flexion and abduction only to about 110 degrees.  Positive impingement sign.  Mild weakness with external rotation. Negative apprehension sign. Minimal tenderness at AC joint. No tenderness to group. Tenderness in anterior aspect.

**LABORATORY DATA:** Copy of MRI report from October 22, 2010 that shows a rotator cuff tear 1.8 cm in length with some retraction.

**IMPRESSION:** Persistent right shoulder pain, recurrent first new rotator cuff tear.

**PLAN:** Options and concerns discussed with the patient.  Given his ongoing symptomatology, would consider follow up with his treating surgeon for reevaluation and consideration of other options.  Thorough evaluation comparing the new and old MRIs would be warranted and possible additional treatment options would be discussed.  This may include continued nonoperative treatment, injection or possible repeat surgery.  He understands and will be referred back to Dr. Steven Lisser who is his treating surgeon.

---

| | | | |
|---|---|---|---|
| **MERIDIAN HEALTH** | **NAME:** | Hicks, Ciro | |
| **RIVERVIEW MEDICAL CENTER** | **MR #:** | 000000858896 | |
| *ORTHOPEDIC CONSULTATION REPORT* | **AGE:** | 59 | |
| PATIENT LOCATION : CPLXCP391B | | | |

Steven P. Friedel, MD

SPF/gp
Job #003129952/CS #2647369
D: 10/28/2010 6:33 P
T: 10/30/2010 8:30 A
cc:      Steven P. Friedel, MD
         David Hyppolite, MD

**Orthopaedics, Sports Medicine & Rehabilitation Center, P.A.**
*EILEEN DI PIETRO*
Legal Coordinator                    Telephone Extension 115

Today's Date:                    _12 - 14 -10_

**TO:       X-ray Dept.**

**RE:**     *Ciro Charles Hicks*

*Lastheie 2010*

PLEASE QUOTE THE NUMBER OF FILMS FOR THIS PATIENT.

Special Instructions:

_____

_____

**T H A N K S !!!**
**EILEEN**

5 MRIS
4 XRAYS
9 TOTAL

# OF FILMS:                    _____

X-ray Tech Initials            _LM_

AC:\My Documents\films\FILMSquotereq.doc

## SHOULDER - 43 Strengthening Activities
### Active Resistive External Rotation

Hicks. Ciro

Using tubing, and keeping
elbow in at side, rotate arm
outward away from body.
Be sure to keep forearm
parallel to floor.

Repeat 30 times. (2×15)
Do 1 sessions per day.

Copyright VHI 1990

### Active Resistive Internal Rotation



Using tubing, and keeping
elbow in at side, rotate arm
inward across body.  Be sure
to keep forearm parallel
to floor.

Repeat 30 times. 2×15
Do 1 sessions per day.

Copyright VHI 1990

---

## SHOULDER - 42 Strengthening Activities
### Active Resistive Abduction



Using tubing, start with
arm across body and pull
away from side.  Move
through pain free range
of motion.

Repeat 30 times. 2×15
Do 1 sessions per day.

Copyright VHI 1990

## SHOULDER - 46 Strengthening Activities
### Active Resistive Adduction



Using tubing, pull arm in
toward buttock.  Do not
twist or rotate trunk.

Repeat 30 times. 2×15
Do 1 sessions per day.

Copyright VHI 1990

---

## SHOULDER - 45 Strengthening Activities
### Active Resistive Extension



Using tubing, pull arm
back.  Be sure to keep
elbow straight.

Repeat 30 times. 2×15
Do 1 sessions per day.

## SHOULDER - 41 Strengthening Activities
### Active Resistive Flexion



Using tubing, start with
arm at side and pull arm
outward and upward.
Move shoulder through
pain free range of motion.

Repeat 30 times. 2×15
Do 1 sessions per day.

Copyright VHI 1990



Wrap tubing around both
fists.  Pull arms back
while bringing shoulder
blades together as if
rowing a boat.

Repeat _11_ Repetitions/set.
Do _2_ Sets/session.
Do _1_ Sessions/day.

Copyright VHI 1992

*Lat  Pull  Backs*

*Bend over & Pull
Band Back*

---

### HAND - 35
### Active Resistive Elbow Flexion

With tubing wrapped
around fist and opposite
end secured under foot,
curl arm up as far as
possible.  Lower slowly.

Repeat _30_ times. *2×15*

Do _1_ sessions per day.

Copyright VHI 1990



### HAND - 36
### Active Resistive Elbow Extension

With tubing
wrapped around fist
and opposite end
secured in doorjamb,
straighten elbow.

Repeat _30_ times. *2×15*

Do _1_ sessions per day.

Copyright VHI 1990R



*Ball on the wall*

*30×8 (2×15)*

**SHOULDER - 26**
Range of Motion Exercises
(Codman's Exercises): Pendulum
(Clockwise/counterclockwise)

Let arm move in a
circle clockwise,
then counterclockwise
by rocking body weight
in a circular pattern.

Repeat 5 times.
Do 2 sessions per day.

Copyright VHI 1990

## Winged Arm

W (2x/u)
Hold 5 sec
Do 1-2/day
Elbows bent and held to your
side, Wing your hands out and in.

2A
Slide Stick up Spine
Hold 5 sec
Do W Time
Do 6 ? /day



SHOULDER - 6  Range of Motion Exercises
(Wand activities): Extension

..ift backward from buttocks until a stretch is felt.
Hold 5 seconds.      Repeat W times.
Do 1 sessions per day.         Copyright VHI 1990



**SHOULDER - 1**
Range of Motion Exercises
(Wand activities): Flexion

Bring wand directly overhead,
leading with uninvolved side.
Reach back until you feel a
stretch.

Hold _5_ seconds.
Repeat _20_ times. (2-4/d)
Do _1-2_ sessions per day.

**SHOULDER - 5** Range of Motion Exercises
(Wand activities): Horizontal abduction/adduction



Keeping both palms down, push wand across body with
uninvolved side. Then pull back across body, keeping arms
parallel to floor. Do not allow your trunk to twist.
Hold _5_ seconds.     Repeat _20_ times. 2-4/d
Do _1-2_ sessions per day.                Copyright VHI 1990

**SHOULDER - 3** Range of Motion Exercises
(Wand activities): External/Internal Rotation



Hold wand with involved side palm up, push with uninvolved
side (palm down) out from body while keeping elbow at side
until you feel a stretch. Then pull back across body leading
with uninvolved side. Be sure to keep elbows bent.
Hold _5_ seconds.     Repeat _20_ times. (2-4/d)
Do _1-2_ sessions per day.                Copyright VHI 1990

# DANMAR ASSOCIATES

Disability Case Management ♦ Vocational Rehabilitation Services

Swedesford Corporate Center
631-B Swedesford Road
Frazer, PA 19355
610-993-9941
610-993-9942 fax

## JOB ANALYSIS

**Company:** Vane Line Bunkering          **Job Title:** Captain/Mate

The following are based upon a 2 week on, 2 week off schedule, working 2 6-hour shifts over a 24-hour period i.e., 6 hours on, 6 hours off, 6 hours on, 6 hours off.

|  | Occasionally (Up to 33%) | Frequently (34% - 66%) | Continuously (67% - 100%) | Never |
|---|---|---|---|---|
| **LIFT** |  |  |  |  |
| 0-10 lbs. | X |  |  |  |
| 11-20 lbs. | X |  |  |  |
| 21-50 lbs. |  |  |  | X |
| 51-100 lbs. |  |  |  | X |
| **CARRY** |  |  |  |  |
| 0-10 lbs. | X |  |  |  |
| 11-20 lbs. | X |  |  |  |
| 21-50 lbs. |  |  |  | X |
| 51-100 lbs. |  |  |  | X |
| **STAND** |  | X |  |  |
| **WALK** | X |  |  |  |
| **SIT** | X |  |  |  |
| **PUSH** | X |  |  |  |
| **PULL** | X |  |  |  |
| **CLIMB** | X |  |  |  |
| **BEND** | X |  |  |  |
| **KNEEL** |  |  |  | X |
| **TWISTING** |  |  |  | X |
| **CRAWL** |  |  |  | X |
| **REACH** |  | X |  |  |
| **HANDLE** |  | X |  |  |
| **FINGER** |  | X |  |  |

Environmental Conditions:  Inside ( 80%)   Outside ( 10%)   Temp. Range varies w/weather conditions.

| | | |
|---|---|---|
| Fumes/Dust: | Minimum ( ) | Moderate ( X ) | Severe ( ) |
| Noise Level: | Minimum ( ) | Moderate ( X ) | Severe ( ) |

Protective Clothing/Personal Devices:  Safety shoes and hearing protection.

Job Analysis    Completed By:  Danmar Associates          Date:   11/7/05
                Reviewed By:   Vane Line Bunkering          Date:   11/8/05

APPROVED/Signature of Physician _____ Date: 5/7/0

DISAPPROVED/Signature of Physician _____ Date: _____

Job Analysis/Vane Bros/Captain-Mate/slv

**Company:**  Vane Brothers

**Job Title:**  Captain/Mate

**Federal Classification:**  Medium

**Job Function:** Commands tugboat to tow barges into and out of oceans, bays, rivers, coastal waters, and harbors.

**Essential Functions:**

- Supervises and coordinates activities with crew aboard tugboat.
  - Insures safe operation of vessel.

- Communicates with crewmembers and barge captain in preparation of hook up with barge or with ship at sea.

- Signals workers on deck to rig tow-lines to barges.
  - Operates loud-speaker or hand-held radio.

- Communicates with dispatch via radio/phone or computer.

- Determines course and towing speed on basis of specialized knowledge of winds, weather, tides, and currents.
  - Utilizes GPS, charts and tidal current tables.
  - Maintains communication with headquarters.

- Signals passing vessels using whistles, flashing lights, flags, and radios.

- Operates vessel from wheelhouse or elevated wheelhouse.

- Arranges for tugboat to be fueled, restocked with supplies, and/or repaired.

- Inspects tugboat to insure crew safety and compliance with regulatory guidelines and procedures.

- Authorizes procurement of supplies and other outfitting needs.

- Manages overall operation of tugboat.

**Specific Vocational Preparation**

**Level – 8:**  Classified as skilled work.  Person is considered trained for the occupation with between 4 years and 10 years of experience; includes vocational education, apprenticeship, in-plant, on-the-job, and/or essential experience gained on other jobs.

**Minimum General Educational Requirements**

| Reasoning | Level 4 (Grades 9-12) |
|-----------|----------------------|
| Mathematics | Level 3 (Grades 7-8) |
| Language | Level 3 (Grades 7-8) |

**Range of Motion (degrees)**
**Cervical Spine**

| | |
|---|---|
| - Flexion | 20/25 |
| - Extension | 25/30 |
| - Lateral Bending | 20/25 |
| - Rotation | N/A |

Job Analysis/Vane Bros/Captain-Mate/slv

Company:  Vane Brothers

Job Title:  Captain/Mate

**Lumbar Spine**
| | |
|---|---|
| Flexion | 75/80 |
| Extension | 5/10 |
| Lateral Bending | 15/20 |
| Rotation | 10/15 |

**Shoulder**
| | |
|---|---|
| Forward Flexion | 125/130 |
| Horizontal Flexion | 35/40 |
| Abduction | 95/100 |
| Adduction | 25/30 |
| External Rotation w/Arm Abducted | 30/35 |
| Internal Rotation w/Arm Abducted | 30/35 |

**Elbow**
| | |
|---|---|
| Flexion | 130/135 |

**Forearm**
| | |
|---|---|
| Pronation | 25/30 |
| Supination | 25/30 |

**Wrist**
| | |
|---|---|
| Extension | 55/60 |
| Flexion | 60/65 |
| Ulnar Deviation | N/A |
| Radial Deviation | N/A |

**Hip**
| | |
|---|---|
| Flexion | 88/90 |
| Extension | N/A |

**Knee**
| | |
|---|---|
| Flexion | 65/85 |

**Ankle**
| | |
|---|---|
| Plantar Flexion | 5/30 |
| Dorsiflexion | 0/15 |

*Obtained from The Committee on Joint Motion, American Academy of Orthopaedic Surgeons.*

# Patient History - Detail
ORTHOPAEDIC SPORTS MEDICINE AND REHABILI

| | | |
|---|---|---|
| Chart #: | 9959 | |
| Patient Name: | HICKS,CIRO | |
| Address: | 5 CHANDWICH CT | |
| City, State, Zip: | MIDDLETOWN, NJ 07748 | |

| | |
|---|---|
| Home Phone: | (732) 615-9248 |
| Office Phone: | (410) 631-5096 |
| Resp. Party: | HICKS,CIRO |
| Resp. Acct#: | 83165 |

By Date of Service
Date ranges 06/01/2008 to 12/14/2010
All Providers
Show last billed date
All Items

| U Code | Source I B | Service Date | Prov | Visit#/ Check# | Charge Amount | Paid/ Applied | Patient Balance | Insurance Balance | Total Balance | Last Billed Carrier | Date Billed | Resp Party This Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99253 | Y Y | 10/28/2010 | SPF | 364824 | $300.00 | $0.00 | $0.00 | $300.00 | $300.00 | MHEA | 11/17/2010 | 83165 |
| 99070 | N N | 6/28/2010 | BPM | 312305 | $90.00 | $90.00 | $0.00 | $0.00 | $0.00 | | | 83165 |
| PP P | N N | 6/28/2010 | BPM | 1257 | | ($90.00) | | | | | | |
| 99214 | Y Y | 6/8/2010 | SPL | 299976 | $175.00 | $0.00 | $0.00 | $175.00 | $175.00 | VLBI | 06/18/2010 | 83165 |
| 99214 | Y Y | 5/7/2010 | SPL | 292593 | $175.00 | $175.00 | $0.00 | $0.00 | $0.00 | VLBI | 05/12/2010 | 83165 |
| PI I | | 6/16/2010 | SPL | 80973 | | ($175.00) | | | | | | |
| 99214 | | 4/26/2010 | SPL | 285327 | $175.00 | $175.00 | $0.00 | $0.00 | $0.00 | VLBI | 04/29/2010 | 83165 |
| PI I | | 5/20/2010 | SPL | 80450 | | ($175.00) | | | | | | |
| 99214 | Y Y | 3/8/2010 | SPL | 266640 | $175.00 | $175.00 | $0.00 | $0.00 | $0.00 | VLBI | 03/19/2010 | 83165 |
| PI I | | 4/21/2010 | SPL | 79871 | | ($175.00) | | | | | | |
| WOINS I | | 4/21/2010 | SPL | | | ($157.50) | | | | | | |
| 99213 | Y Y | 1/15/2010 | SPL | 236902 | $120.00 | $120.00 | $0.00 | $0.00 | $0.00 | VLBI | 01/15/2010 | 83165 |
| PI I | | 2/24/2010 | SPL | 78543 | | ($112.71) | | | | | | |
| WOINS I | | 2/24/2010 | SPL | | | ($7.29) | | | | | | |
| 97110 | Y Y | 12/15/2009 | SPL | 237264 | $120.00 | $120.00 | $0.00 | $0.00 | $0.00 | VLBI | 12/30/2009 | 83165 |
| PI I | | 2/18/2010 | SPL | 78486 | | ($120.00) | | | | | | |
| 97140 | Y Y | 12/15/2009 | 108 | 237264 | $45.00 | $45.00 | $0.00 | $0.00 | $0.00 | VLBI | 12/30/2009 | 83165 |

* U = Unapplied      * I = Bill Insurance  .   * B = Insurance Billed

Generated 12/14/2010 10:47:58 AM

Powered by Advanced*MD*

# Patient History – Detail
ORTHOPAEDIC SPORTS MEDICINE AND REHABILI

By Date of Service
Date ranges 06/01/2008 to 12/14/2010
All Providers
Show last billed date
All Items

| | | |
|---|---|---|
| Chart #: | 9959 | Home Phone: (732) 615-9248 |
| Patient Name: | HICKS,CIRO | Office Phone: (410) 631-5096 |
| Address: | 5 CHANOWICH CT | Resp. Party: HICKS,CIRO |
| City, State, Zip: | MIDDLETOWN, NJ 07748 | Resp. Acct# 83165 |

| U | Code | Source | I | B | Service Date | Prov | Visit#/Check# | Charge Amount | Paid/Applied | Patient Balance | Insurance Balance | Total Balance | Last Billed Carrier | Date Billed | Resp Party This Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PI | 1 | Y | Y | 2/18/2010 | 108 | 78486 | | ($45.00) | | | | | | |
| | 97010 | 1 | Y | Y | 12/15/2009 | 108 | 237264 | $20.00 | $20.00 | $0.00 | $0.00 | $0.00 | VLBI | 12/30/2009 | 83165 |
| | PI | 1 | Y | Y | 2/18/2010 | 108 | 78486 | | ($20.00) | | | | | | |
| | 97014 | | Y | Y | 12/15/2009 | 108 | 237264 | $40.00 | $40.00 | $0.00 | $0.00 | $0.00 | VLBI | 12/30/2009 | 83165 |
| | PI | 1 | Y | Y | 2/18/2010 | 108 | 78486 | | ($40.00) | | | | | | |
| | 97110 | | Y | Y | 12/10/2009 | 105 | 235054 | $180.00 | $180.00 | $0.00 | $0.00 | $0.00 | VLBI | 12/16/2009 | 83165 |
| | PI | 1 | Y | Y | 2/18/2010 | 105 | 78486 | | ($180.00) | | | | | | |
| | 97140 | | Y | Y | 12/10/2009 | 105 | 235054 | $45.00 | $45.00 | $0.00 | $0.00 | $0.00 | VLBI | 12/16/2009 | 83165 |
| | PI | 1 | Y | Y | 2/18/2010 | 105 | 78486 | | ($45.00) | | | | | | |
| | 97010 | | Y | Y | 12/10/2009 | 105 | 235054 | $20.00 | $20.00 | $0.00 | $0.00 | $0.00 | VLBI | 12/16/2009 | 83165 |
| | PI | 1 | Y | Y | 2/18/2010 | 105 | 78486 | | ($20.00) | | | | | | |
| | 99214 | 1 | Y | Y | 12/9/2009 | SPL | 225978 | $130.00 | $130.00 | $0.00 | $0.00 | $0.00 | VLBI | 12/14/2009 | 83165 |
| | PI | 1 | Y | Y | 2/18/2010 | SPL | 78486 | | ($130.00) | | | | | | |
| | 97110 | 1 | Y | Y | 12/8/2009 | 102 | 235052 | $120.00 | $120.00 | $0.00 | $0.00 | $0.00 | VLBI | 12/14/2009 | 83165 |
| | PI | 1 | Y | Y | 2/18/2010 | 102 | 78486 | | ($120.00) | | | | | | |
| | 97112 | 1 | Y | Y | 12/8/2009 | 102 | 235052 | $48.00 | $48.00 | $0.00 | $0.00 | $0.00 | VLBI | 12/14/2009 | 83165 |
| | PI | 1 | Y | Y | 2/18/2010 | 102 | 78486 | | ($48.00) | $0.00 | $0.00 | $0.00 | VLBI | | 83165 |

* U = Unapplied        * I = Bill Insurance        * B = Insurance Billed

# Patient History - Detail
ORTHOPAEDIC SPORTS MEDICINE AND REHABILI

| Chart #: | 9559 | | Home Phone: | (732) 615-9248 |
| Patient Name: | HICKS,CIRO | | Office Phone: | (410) 631-5096 |
| Address: | 5 CHANOWICH CT | | Resp. Party: | HICKS,CIRO |
| City, State, Zip: | MIDDLETOWN, NJ 07748 | | Resp. Acct# | 83165 |

By Date of Service
Date ranges 06/01/2008 to 12/14/2010
All Providers
Show last billed date
All Items

| U | Code | Source | I | B | Service Date | Prov | Visit#/ Check# | Charge Amount | Paid/ Applied | Patient Balance | Insurance Balance | Total Balance | Last Billed Carrier | Date Billed | Resp Party This Charge |
|---|------|--------|---|---|--------------|------|----------------|---------------|---------------|-----------------|-------------------|---------------|--------------------|-------------|------------------------|
| | 97140 | | | Y | 12/8/2009 | 102 | 235052 | $45.00 | $45.00 | $0.00 | $0.00 | $0.00 | VLBI | 12/14/2009 | 83165 |
| | Pt | I | Y | Y | 2/18/2010 | 102 | 79486 | | ($45.00) | $0.00 | $0.00 | $0.00 | VLBI | 12/14/2009 | |
| | 97010 | | | Y | 12/8/2009 | 102 | 235052 | $20.00 | $20.00 | $0.00 | $0.00 | $0.00 | VLBI | 12/14/2009 | 83165 |
| | Pt | I | Y | Y | 2/18/2010 | 102 | 79486 | | ($20.00) | $0.00 | $0.00 | $0.00 | VLBI | 12/14/2009 | |
| | 97014 | | | Y | 12/8/2009 | 102 | 235052 | $40.00 | $40.00 | $0.00 | $0.00 | $0.00 | VLBI | 12/14/2009 | 83165 |
| | Pt | I | Y | Y | 2/18/2010 | 102 | 79486 | | ($40.00) | $0.00 | $0.00 | $0.00 | VLBI | 12/14/2009 | |
| | 97001 | | | Y | 12/3/2009 | 105 | 234533 | $120.00 | $120.00 | $0.00 | $0.00 | $0.00 | VLBI | 03/17/2010 | 83165 |
| | Pt | I | Y | Y | 3/23/2010 | 105 | 79230 | | ($120.00) | $0.00 | $0.00 | $0.00 | VLBI | 03/17/2010 | |
| | 97110 | | | Y | 12/3/2009 | 105 | 234533 | $60.00 | $60.00 | $0.00 | $0.00 | $0.00 | VLBI | 03/17/2010 | 83165 |
| | Pt | I | Y | Y | 3/23/2010 | 105 | 79230 | | ($60.00) | $0.00 | $0.00 | $0.00 | VLBI | 03/17/2010 | |
| | 99214 | | | Y | 11/7/2009 | SPL | 223905 | $130.00 | $130.00 | $0.00 | $0.00 | $0.00 | VLBI | 11/09/2009 | 83165 |
| | Pt | I | Y | Y | 2/18/2010 | SPL | 79486 | | ($130.00) | $0.00 | $0.00 | $0.00 | VLBI | 11/09/2009 | |
| | 97110 | | | Y | 9/24/2009 | 402 | 208434 | $120.00 | $120.00 | $0.00 | $0.00 | $0.00 | VLBI | 09/28/2009 | 83165 |
| | Pt | I | Y | Y | 11/18/2009 | 402 | 76463 | | ($90.00) | $0.00 | $0.00 | $0.00 | VLBI | 09/28/2009 | |
| | WOINS | I | Y | Y | 11/18/2009 | 402 | | | ($30.00) | | | | | | |
| | 97140 | | | Y | 9/24/2009 | 402 | 208434 | $45.00 | $45.00 | $0.00 | $0.00 | $0.00 | VLBI | 09/28/2009 | 83165 |
| | Pt | I | Y | Y | 11/18/2009 | 402 | 76463 | | ($33.75) | | | | | | |

* U = Unapplied    * I = Bill Insurance    * B = Insurance Billed

Generated 12/14/2010 10:47:58 AM

Powered by AdvancedMD

Page 3 of 8

# Patient History - Detail

ORTHOPAEDIC SPORTS MEDICINE AND REHABILI

By Date of Service
Date ranges 06/01/2008 to 12/14/2010
All Providers
Show last billed date
All Items

| Chart #: | 9959 | | | | | Home Phone: | (732) 615-9248 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Patient Name: | HICKS,CIRO | | | | | Office Phone: | (410) 631-5096 | | | | |
| Address: | 5 CHANDWICH CT | | | | | Resp. Party: | HICKS,CIRO | | | | |
| City, State, Zip: | MIDDLETOWN, NJ 07748 | | | | | Resp. Acct# | 83165 | | | | |

| U Code | Source | I | B | Service Date | Prov | Visit#/ Check# | Charge Amount | Paid/ Applied | Patient Balance | Insurance Balance | Total Last Billed Balance Carrier | Date Billed | Resp Party This Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WOINS | I | Y | Y | 11/18/2009 | 402 | | | ($11.25) | | | | | |
| 97010 | | Y | Y | 9/24/2009 | 402 | 208434 | $20.00 | $20.00 | $0.00 | $0.00 | $0.00 VLBI | 09/28/2009 | 83165 |
| PI | I | Y | Y | 11/18/2009 | 402 | 76463 | | ($15.00) | | | | | |
| WOINS | I | Y | Y | 11/18/2009 | 402 | | | ($5.00) | | | | | |
| 97110 | | Y | Y | 9/22/2009 | 402 | 207992 | $120.00 | $120.00 | $0.00 | $0.00 | $0.00 VLBI | 09/25/2009 | 83165 |
| PI | I | Y | Y | 10/21/2009 | 402 | 75927 | | ($90.00) | | | | | |
| WOINS | I | Y | Y | 10/21/2009 | 402 | | | ($30.00) | | | | | |
| 97140 | | Y | Y | 9/22/2009 | 402 | 207992 | $45.00 | $45.00 | $0.00 | $0.00 | $0.00 VLBI | 09/25/2009 | 83165 |
| PI | I | Y | Y | 10/21/2009 | 402 | 75927 | | ($28.75) | | | | | |
| WOINS | I | Y | Y | 10/21/2009 | 402 | | | ($16.25) | | | | | |
| 97010 | | Y | Y | 9/22/2009 | 402 | 207992 | $20.00 | $20.00 | $0.00 | $0.00 | $0.00 VLBI | 09/25/2009 | 83165 |
| PI | I | Y | Y | 10/21/2009 | 402 | 75927 | | ($20.00) | | | | | |
| 97014 | I | Y | Y | 9/22/2009 | 402 | 207992 | $40.00 | $40.00 | $0.00 | $0.00 | $0.00 VLBI | 09/25/2009 | 83165 |
| PI | I | Y | Y | 10/21/2009 | 402 | 75927 | | ($30.00) | | | | | |
| WOINS | I | Y | Y | 10/21/2009 | 402 | | | ($10.00) | | | | | |
| 97001 | I | Y | Y | 9/17/2009 | 202 | 205713 | $120.00 | $120.00 | $0.00 | $0.00 | $0.00 VLBI | 09/18/2009 | 83165 |
| PI | I | Y | Y | 10/21/2009 | 202 | 75927 | | ($95.00) | | | | | |

* U = Unapplied  .  * I = Bill Insurance ;  * B = Insurance Billed

# Patient History - Detail
ORTHOPAEDIC SPORTS MEDICINE AND REHABILI

| | |
|---|---|
| **Chart #:** | 9959 |
| **Patient Name:** | HICKS,CIRO |
| **Address:** | 5 CHANOWICH CT |
| **City, State, Zip:** | MIDDLETOWN, NJ 07748 |

| | |
|---|---|
| **Home Phone:** | (732) 615-9248 |
| **Office Phone:** | (410) 631-5096 |
| **Resp. Party:** | HICKS,CIRO |
| **Resp. Acct#** | 83165 |

By Date of Service
Date ranges 06/01/2008 to 12/14/2010
All Providers
Show last billed date
All Items

| U | Code | Source | I | B | Service Date | Prov | Visit#/ Check# | Charge Amount | Paid/ Applied | Patient Balance | Insurance Balance | Total Balance | Last Billed Carrier | Date Billed | Resp Party This Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U | WOINS | I | | Y | 10/21/2009 | 202 | | | ($25.00) | | | | | | |
| | 97010 | | | Y | 9/17/2009 | 202 | 205713 | $20.00 | $20.00 | $0.00 | $0.00 | $0.00 | VLBI | 09/18/2009 | 83165 |
| | PI | I | | Y | 10/21/2009 | 202 | 205713 | | ($7.50) | | | | | | |
| | WOINS | I | | Y | 10/21/2009 | 202 | 75927 | | ($12.50) | | | | | | |
| | 97014 | | | Y | 9/17/2009 | 202 | 205713 | $40.00 | $40.00 | $0.00 | $0.00 | $0.00 | VLBI | 09/18/2009 | 83165 |
| | PI | I | | Y | 10/21/2009 | 202 | 75927 | | ($30.00) | | | | | | |
| | WOINS | I | | Y | 10/21/2009 | 202 | | | ($10.00) | | | | | | |
| | 97530 | | | Y | 9/17/2009 | 202 | 205713 | $50.00 | $50.00 | $0.00 | $0.00 | $0.00 | VLBI | 09/18/2009 | 83165 |
| | PI | I | | Y | 10/21/2009 | 202 | 75927 | | ($40.00) | | | | | | |
| | WOINS | I | | Y | 10/21/2009 | 202 | | | ($10.00) | | | | | | |
| | 99024 | | | N | 8/18/2009 | SPL | 195293 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 83165 |
| | 99213 | | | N | 8/10/2009 | BPM | 192506 | $100.00 | $100.00 | $0.00 | $0.00 | $0.00 | | | 83165 |
| | PP | P | | N | 8/10/2009 | BPM | 192506 | | ($100.00) | | | | | | |
| | 72100 | | | N | 8/10/2009 | BPM | 138 | $100.00 | $100.00 | $0.00 | $0.00 | $0.00 | | | 83165 |
| | PP | P | | N | 8/10/2009 | BPM | 138 | | ($100.00) | | | | | | |
| | 99024 | | | N | 7/28/2009 | SPL | 180000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | 83165 |
| | 99214 | | | Y | 7/6/2009 | SPL | 179051 | $130.00 | $130.00 | $0.00 | $0.00 | $0.00 | | 07/06/2009 | 83165 |

\* U = Unapplied   \* I = Bill Insurance   \* B = Insurance/Billed

Generated 12/14/2010 10:47:58 AM

# Patient History - Detail

ORTHOPAEDIC SPORTS MEDICINE AND REHABILI

By Date of Service
Date ranges 06/01/2008 to 12/14/2010
All Providers
Show last billed date
All Items

| Chart #: | 9959 | | | Home Phone: | (732) 615-9248 |
| Patient Name: | HICKS,CIRO | | | Office Phone: | (410) 631-5096 |
| Address: | 5 CHANOWICH CT | | | Resp. Party: | HICKS,CIRO |
| City, State, Zip: | MIDDLETOWN, NJ 07748 | | | Resp. Acct#: | 83165 |

| U Code | Source | I | B | Service Date | Prov | Visit#/ Check# | Charge Amount | Paid/ Applied | Patient Balance | Insurance Balance | Total Balance | Last Billed Carrier | Date Billed | Resp Party This Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PI | I | Y | Y | 8/27/2009 | SPL | 74810 | | ($97.50) | | | | | | |
| WOINS | I | Y | Y | 8/27/2009 | SPL | | | ($32.50) | | | | | | |
| 29827 | | Y | Y | 7/1/2009 | SPL | 172025 | $10,700.00 | $10,700.00 | $0.00 | $0.00 | $0.00 VLBI | | 07/29/2009 | 83165 |
| PI | I | Y | Y | 10/21/2009 | SPL | 75927 | | ($5,000.00) | | | | | | |
| WOINS | I | Y | Y | 10/21/2009 | SPL | | | ($5,700.00) | | | | | | |
| 29828 | | Y | Y | 7/1/2009 | SPL | 172025 | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $0.00 VLBI | | 07/29/2009 | 83165 |
| PI | I | Y | Y | 10/21/2009 | SPL | 75927 | | ($5,000.00) | | | | | | |
| WOINS | I | Y | Y | 10/21/2009 | SPL | | | ($5,000.00) | | | | | | |
| 29826 | | Y | Y | 7/1/2009 | SPL | 172025 | $9,000.00 | $9,000.00 | $0.00 | $0.00 | $0.00 VLBI | | 07/29/2009 | 83165 |
| PI | I | Y | Y | 10/21/2009 | SPL | 75927 | | ($5,000.00) | | | | | | |
| WOINS | I | Y | Y | 10/21/2009 | SPL | | | ($4,000.00) | | | | | | |
| 29823 | | Y | Y | 7/1/2009 | SPL | 172025 | $8,000.00 | $8,000.00 | $0.00 | $0.00 | $0.00 VLBI | | 07/29/2009 | 83165 |
| PI | I | Y | Y | 10/21/2009 | SPL | 75927 | | ($2,275.00) | | | | | | |
| WOINS | I | Y | Y | 10/21/2009 | SPL | | | ($5,725.00) | | | | | | |
| 29827 | | Y | Y | 7/1/2009 | SPL | 172025 | $10,700.00 | $10,700.00 | $0.00 | $0.00 | $0.00 VLBI | | 10/28/2009 | 83165 |
| PI | I | Y | Y | 11/18/2009 | KAC | 188698 | | ($1,555.00) | | | | | | |
| WOINS | I | Y | Y | 11/18/2009 | KAC | 76463 | | ($9,145.00) | | | | | | |

# Patient History - Detail
ORTHOPAEDIC SPORTS MEDICINE AND REHABILI

By Date of Service
Date ranges 06/01/2008 to 12/14/2010
All Providers
Show last billed date
All Items

| Chart #: | 9959 | | | | Home Phone: | (732) 615-9248 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Patient Name: | HICKS,CIRO | | | | Office Phone: | (410) 631-5096 | | | |
| Address: | 5 CHANOWICH CT | | | | Resp. Party: | HICKS,CIRO | | | |
| City, State, Zip: | MIDDLETOWN, NJ 07748 | | | | Resp. Acct#: | 83165 | | | |

| U | Code | Source | I | B | Service Date | Prov | Visit#/ Check# | Charge Amount | Paid/ Applied | Patient Balance | Insurance Balance | Total Balance | Last Billed Carrier | Date Billed | Resp Party This Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 29828 | | Y | Y | 7/1/2009 | KAC | 188698 | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | VLBI | 10/28/2009 | 83165 |
| | PI | | Y | Y | 11/18/2009 | KAC | | | ($1,000.00) | | | | | | |
| | WOINS | I | Y | Y | 11/18/2009 | KAC | 76463 | | ($9,000.00) | | | | | | |
| | 29826 | | Y | Y | 7/1/2009 | KAC | 188698 | $9,000.00 | $9,000.00 | $0.00 | $0.00 | $0.00 | VLBI | 10/28/2009 | 83165 |
| | PI | | Y | Y | 11/18/2009 | KAC | 76463 | | ($450.00) | | | | | | |
| | WOINS | I | Y | Y | 11/18/2009 | KAC | | | ($8,550.00) | | | | | | |
| | 29823 | | Y | Y | 7/1/2009 | KAC | 188698 | $8,000.00 | $8,000.00 | $0.00 | $0.00 | $0.00 | VLBI | 10/28/2009 | 83165 |
| | PI | | Y | Y | 11/18/2009 | KAC | 76463 | | ($450.00) | | | | | | |
| | WOINS | I | Y | Y | 11/18/2009 | KAC | | | ($7,550.00) | | | | | | |
| | 99214 | | Y | Y | 6/10/2009 | SPL | 164153 | $130.00 | $130.00 | $0.00 | $0.00 | $0.00 | VLBI | 06/11/2009 | 83165 |
| | PI | | Y | Y | 6/25/2009 | SPL | 73603 | | ($130.00) | | | | | | |
| | 99214 | | Y | Y | 5/18/2009 | SPL | 160801 | $130.00 | $130.00 | $0.00 | $0.00 | $0.00 | VLBI | 05/18/2009 | 83165 |
| | PI | | Y | Y | 6/4/2009 | SPL | 73068 | | ($130.00) | | | | | | |
| | 99203 | | Y | Y | 4/23/2009 | BPM | 153985 | $190.00 | $190.00 | $0.00 | $0.00 | $0.00 | VLBI | 04/24/2009 | 83165 |
| | PI | | Y | Y | 6/25/2009 | BPM | 73603 | | ($112.00) | | | | | | |
| | WOINS | I | Y | Y | 6/25/2009 | BPM | | | ($78.00) | | | | | | |
| | 20610 | | Y | Y | 4/23/2009 | BPM | 153985 | $195.00 | $195.00 | $0.00 | $0.00 | $0.00 | VLBI | 04/24/2009 | 83165 |

# Patient History - Detail
ORTHOPAEDIC SPORTS MEDICINE AND REHABILI

By Date of Service
Date ranges 06/01/2008 to 12/14/2010
All Providers
Show last billed date
All Items

| Chart #: | 9959 | | | | Home Phone: | | (732) 615-9248 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Patient Name: | HICKS,CIRO | | | | Office Phone: | | (410) 631-5096 | | | |
| Address: | 5 CHANOWICH CT | | | | Resp. Party: | | HICKS,CIRO | | | |
| City, State, Zip: | MIDDLETOWN, NJ 07748 | | | | Resp. Acct# | | 83165 | | | |

| U Code | Source | I | B | Service Date | Prov | Visit#/ Check# | Charge Amount | Paid/ Applied | Patient Balance | Insurance Balance | Total Balance | Last Billed Carrier | Date Billed | Resp Party This Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PI | I | Y | Y | 6/25/2009 | BPM | 73603 | | ($173.00) | | | | | | |
| WOINS | I | Y | Y | 6/25/2009 | BPM | 73603 | | ($22.00) | | | | | | |
| 32001 | | Y | Y | 4/23/2009 | BPM | 153985 | $20.00 | $20.00 | $0.00 | $0.00 | $0.00 | VLBI | 04/24/2009 | 83165 |
| PI | I | Y | Y | 6/25/2009 | BPM | 73603 | | ($20.00) | | | | | | |
| J1030 | | Y | Y | 4/23/2009 | BPM | 153985 | $10.00 | $10.00 | $0.00 | $0.00 | $0.00 | VLBI | 04/24/2009 | 83165 |
| PI | I | Y | Y | 6/25/2009 | BPM | 73603 | | ($10.00) | | | | | | |
| 73030 | | Y | Y | 4/23/2009 | BPM | 153985 | $85.00 | $85.00 | $0.00 | $0.00 | $0.00 | VLBI | 04/24/2009 | 83165 |
| PI | I | Y | Y | 6/25/2009 | BPM | 73603 | | ($60.00) | | | | | | |
| WOINS | I | Y | Y | 6/25/2009 | BPM | | | ($25.00) | | | | | | |
| **Grand Total:** | | | | | | | $79,523.00 | $79,048.00 | $0.00 | $475.00 | $475.00 | | | |