# EXHIBIT 63

CHARLES RIZZO, M.D.                                    May 29, 2012

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DOCKET NO. 11 Civ.8158 (KBF)

CIRO CHARLES HICKS,

        Plaintiff,


        vs


VANE LINE BUNKERING, INC., and the
TUG PATRIOT, In Rem,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                    DEPOSITION OF
                    CHARLES RIZZO, M.D.



            TRANSCRIPT of the Deposition of the
witness, called for Oral Examination in the
above-captioned matter, said Deposition being
taken pursuant to Superior Court Rules of
Practice and Procedure by and before LISA ANNA
RINALDI, RPR, a Notary Public and Certified Court
Reporter of the State of New Jersey, at the
Offices of SHORE ORTHOPAEDIC GROUP, 35 Gilbert
Street South, Tinton Falls, New Jersey, on
Tuesday, May 29, 2012, commencing at
approximately 5:34 in the afternoon.



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

1        A P P E A R A N C E S:

2

3        HOFMANN & SCHWEITZER
         Attorneys for the Plaintiff
4        360 West 31st Street
         Suite 1506
5        New York, New York 10001-2727
         BY: PAUL T. HOFMANN, ESQUIRE

6

7

8        HILL, BETTS & NASH, LLP
         Attorneys for the Defendants
9        One World Financial Center
         200 Liberty Street
10       26th Floor
         New York, New York 10281-1003
11       BY:  JAMES EDWARD FORDE, ESQUIRE

12

13

14       A L S O   P R E S E N T:

15       James Laughlin, Video Specialist
         Esquire Deposition Solutions

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

3

1              I N D E X

2    WITNESS                                          PAGE
     CHARLES RIZZO, M.D.

3

     By:  Mr. Hofmann                                7,54

4

     By:  Mr. Forde                                  49

5

6

7

8

9

10              E X H I B I T S

11   EXHIBIT NO.       DESCRIPTION              PAGE NO.

12   Rizzo-1       12-Page Document               6

13   Rizzo-2       Certification of Medical       6
                   Records
14                 12/15/10

15   Rizzo-3       Certification of Medical       6
                   Records
16                 1998-2009

17   Rizzo-4       Letter dated                   6
                   November 12, 2009
18

     Rizzo-5       Certification of Medical       6
19                 Records
                   10/25/10, 11/05/10, 12/08/10
20

     Rizzo-6       7-Page Document                6
21                 August 13, 2010

22   Rizzo-7       1-Page Document                6

23   Rizzo-8       MRI Films                      6

24   Rizzo-8A      MRI Film                       6

25                 (Continued)



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                      May 29, 2012

4

| 1 | EXHIBIT NO. | DESCRIPTION | PAGE NO. |
|---|---|---|---|
| 2 | 9 | MRI Films | 6 |
| 3 | 9A | MRI Film | 6 |
| 4 | 10 | 3-Page Document | 51 |

5

6

7        (Exhibits retained by Counsel.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1                      LITIGATION SUPPORT PAGE

2

3

4           DIRECTION TO WITNESS NOT TO ANSWER

5           Page          Line          Page          Line

6                     (None)

7

8

9           REQUEST FOR PRODUCTION OF DOCUMENTS

10          Page          Line          Page          Line

11                    (None)

12

13

14          INFORMATION TO BE FURNISHED

15          Page          Line          Page          Line

16                    (None)

17

18

19          QUESTIONS MARKED FOR A RULING

20          Page          Line          Page          Line

21                    (None)

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

6

```
 1              (Whereupon, reporter received and
 2      marked 11 Documents as exhibits Rizzo-1,
 3      Rizzo-2, Rizzo-3, Rizzo-4, Rizzo-5, Rizzo-6,
 4      Rizzo-7, Rizzo-8, Rizzo-8A, Rizzo-9, Rizzo-9A
 5      for identification.)
 6
 7              THE VIDEOGRAPHER:  This is tape No. 1
 8      of the videotaped deposition of Charles Rizzo,
 9      M.D., in the matter of Hicks versus Van Line
10      Bunkering, Incorporated, et al, being heard
11      before the United States District Court, Southern
12      District of New York, Case No. 11 Civ.8158 (KBF.)
13              This deposition is being held at
14      Shore Orthopedic Group, 35 Gilbert Street South,
15      Tinton Falls, New Jersey on Tuesday, May 29,
16      2012, at approximately 5:33 p.m.
17              My name is James Laughlin and I am a
18      certified video specialist.  The court reporter
19      is Lisa Rinaldi.
20              Counsel, will you please introduce
21      yourselves and affiliations and the witness will
22      be sworn.
23              MR. HOFMANN:  Yes.  Good afternoon.
24      My name is Paul Hofmann of Hofmann & Schweitzer,
25      and I am counsel for Mr. Charles Hicks.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

1           MR. FORDE:  My name is James Forde

2      from the -- the law firm of Hill, Betts & Nash,

3      counsel for Van Line Bunkering, Inc.

4

5

6      C H A R L E S   R I Z Z O, M.D.,

7      having first been duly sworn, testified as

8      follows:

9

10

11     DIRECT EXAMINATION BY MR. HOFMANN:

12          Q.     Good afternoon, Doctor.

13          A.     Hello.

14          Q.     Would -- for the record, would you

15     state your name and office address?

16          A.     Sure.

17                 My name is Charles Rizzo, and this is

18     35 Gilbert Street South, Tinton Falls,

19     New Jersey.

20          Q.     And, sir, are you a licensed

21     physician in the State of New Jersey?

22          A.     Yes, I am.

23          Q.     And for how long have you been so?

24          A.     17 years.

25          Q.     Could you give us a little bit of



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

1      your educational background starting with

2      college and working your way forward?

3          A.      Sure.

4                  I graduated from Wagner College,

5      Staten Island, New York with a degree in

6      bacteriology and public health.  I went on to

7      medical school at University of Health

8      Science/Chicago Medical School, graduated with

9      my MD degree.  Went into orthopedic residency at

10     New York University, completed 5-year program in

11     orthopedic surgery with a specialized year in

12     arthroscopic sports medicine surgery at

13     Jefferson University in Philadelphia.

14         Q.      Philadelphia?

15         A.      And then I joined Shore Orthopedic

16     Group, and I have been here since, since 1996.

17         Q.      You indicated that you have had

18     training in the field of orthopedics; correct?

19         A.      Correct.

20         Q.      Could you explain to the jury what is

21     meant by the field of orthopedics?

22         A.      Sure.

23                 I mean, orthopedics is the branch of

24     medicine that deals with the musculoskeletal

25     system, so the joints, the bones, the ligaments,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

9

1          the spine.  And we deal with all diseases of

2          that area, so diseases, injuries and that --

3          that's the field.  My particular field is in

4          arthroscopic surgery, sports medicine.

5               Q.     And is the -- the shoulder one of the

6          joints that is involved in orthopedic medicine?

7               A.     Absolutely.

8               Q.     And do you yourself do arthroscopic

9          surgery on shoulders?

10              A.     Yes.

11              Q.     And how frequently would -- do you do

12         arthroscopic surgery on shoulders?

13              A.     I perform surgery on Mondays and

14         Wednesdays and normally 10 cases a week, which

15         probably 80 on percent are shoulders.

16              Q.     There's a specialization called

17         "board certification in the field of

18         orthopedics"; is that correct?

19              A.     Correct.

20              Q.     Could you explain what that is?

21              A.     Sure.

22                     Board certification is when a person

23         completes their orthopedic residency, they can

24         sit for a written examination.  After completing

25         and successfully passing the written



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1    examination, you can then go into a limited

2    practice.  After certain year -- 2 years, you

3    can take a oral examination.  Upon completion

4    and passing of the oral exam, you get your board

5    certification.  So it's two parts, a written and

6    an oral.  And then there is re-certification in

7    orthopedics.  It's every 10 years.

8         Q.    And are you board certified, sir?

9         A.    I am board certified and I have been

10   re-certified.  In addition to that, I have a

11   second board certification in sports medicine.

12        Q.    Now, you indicated you are licensed

13   to practice in New Jersey.

14              Are you licensed to practice in any

15   other states?

16        A.    New York, I have a New York license.

17        Q.    Now, you've -- have you been

18   associated with providing medical treatment in

19   the orthopedic field to any professional sports'

20   teams?

21        A.    Yes.  When I was a fellow at Thomas

22   Jefferson Rothman Institute, we took care of

23   most of the professional athletes in

24   Philadelphia, the Flyers, the Eagles, the

25   Phillies.  So I had big experience with



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1      professional athletes.

2          Q.      Now with a New York jury, I'm not

3      sure if that's going to --

4          A.      Yeah.

5          Q.      -- get you much, but...

6          A.      I'm still a Giant fan.

7          Q.      Now, you have been practicing here at

8      Shore Orthopedics for how many years?

9          A.      Since '96.

10         Q.      And in your practice, has my client,

11     Ciro Charles Hicks, become a patient of yours?

12         A.      Yes.

13         Q.      And when for the first time was he

14     your patient?

15         A.      For the first time, it was an

16     unrelated circumstance.  He had fallen off a

17     roof.  I don't know exactly the same -- the

18     date, but it was probably about ten or 12 years

19     ago and had very severe fractures of his lower

20     extremities, and I was -- took care of him at

21     that time.

22         Q.      And did you perform surgery on him?

23         A.      Yeah.  We did perform emergency

24     surgery.

25         Q.      And you were -- and after that --



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

12

1      well, did those injuries involve either of his

2      shoulders?

3           A.      No.

4           Q.      And after you did the surgeries upon

5      him and gave him treatment, was he able to

6      return to work?

7           A.      He did, yes.

8           Q.      All right.  And at some point, you

9      learned that he worked in the maritime field as

10     a tugboat captain --

11          A.      Yes.

12          Q.      -- is that right?

13                  Has he consulted you with respect to

14     a right shoulder injury he sustained back in

15     April of 2009?

16          A.      I did see him for that, yes.

17          Q.      And when for the first time did you

18     see him?

19          A.      I can refer back to my notes.  The

20     first time that I saw him for the shoulder --

21     excuse me -- was August 13, 2010.

22          Q.      Okay.  In conjunction with him

23     visiting with you with respect to his right

24     shoulder in August of 2010, did you take a

25     history from him as to what -- what was the


ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                    May 29, 2012

13

1       onset for the condition with his shoulder?

2           A.      I did.

3           Q.      And what did he describe to you?

4           A.      He told me basically that he was

5       working on a tugboat, and he sustained an injury

6       lifting some heavy metal rings that they use for

7       towing the -- the boats.  He had a dislocation

8       of his shoulder and had an injury at that time,

9       and he had -- was diagnosed with a rotator cuff

10      tear, had subsequent surgery for that and he was

11      still having problems with his shoulder and he

12      was seeking opinions, additional treatment.

13          Q.      In conjunction with him becoming your

14      patient, did you have the opportunity to review

15      medical records of a prior orthopedic doctor who

16      treated him?

17          A.      I did.

18          Q.      Okay.  Now I'm going to show you and

19      represent to you that this is a certified copy

20      of the medical records of Dr. Steven Lisser.

21                  Do you know Dr. Lisser?

22          A.      I do.

23          Q.      Okay.  And I'm also going to show

24      you -- and that is Exhibit 2, which you may

25      refer to.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

                                                              14

1           A.      Uh-hum.

2           Q.      I also have several other documents

3      that we'll have you review at times, but could

4      you -- you've had an opportunity to review

5      Dr. Lisser's medical file; is that true?

6           A.      That's correct.

7           Q.      All right.  For the sake of brevity,

8      if you could just give a summary of what was

9      relevant from the medical records that you saw

10     from Dr. Lisser up until the point when

11     Mr. Hicks had a surgery, and then we will go

12     to -- we will go into detail of that.

13          A.      Yes.  I believe initially, Mr. Hicks

14     was seen by Dr. Murphy, who's Dr. Lisser's

15     partner.

16          Q.      Right.

17          A.      And he was referred to Dr. Lisser as

18     a shoulder specialist.

19          Q.      Okay.

20          A.      There was an MRI that was obtained of

21     the right shoulder.  I believe there was a tear

22     of the rotator cuff in the right shoulder, and

23     Dr. Lisser recommended surgery to repair that

24     tear.

25          Q.      Okay.  What were -- in general, what



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

1 were the complaints that Mr. Hicks was

2 exhibiting and -- and presenting with -- up

3 until that time of the surgery?

4   A.  Shoulder pain, restricted motion,

5 weakness, classic type symptoms that patients

6 have with rotator cuff tears.

7   Q.  Now, Dr. Lisser then had what's known

8 as an MRI or an MR arthrogram performed on

9 Mr. Hicks; is that correct?

10   A.  That's correct.

11   Q.  All right.  I would like to show you

12 first what we've marked as Exhibit 4, and ask --

13 this is a -- a set of records from Atlantic

14 Diagnostics and contains the reports of the

15 arthrogram of the shoulder and the MR arthrogram

16 of the shoulder.  You can take a look at that

17 please.

18     And, first, if you could explain to

19 us what is an arthrogram and then what is an

20 MR arthrogram and what they purport to show in

21 this case?

22   A.  The MR -- standard MRI without the

23 arthrogram -- all the arthrogram is, is where

24 they inject a contrast or a dye in the shoulder

25 that gives us better detail for the MRI --



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1      Q.      Okay.

2      A.      -- so...

3              A standard MRI is a special test that

4      we can see soft tissue.  X-rays shows bones.

5      The MRI can show tendons, ligaments and that

6      stuff.  The arthrogram is done to add some

7      additional diagnostic capability to the MRI.

8      Q.      Okay.

9      A.      We routinely don't do it, but in this

10     case, it was done.  It actually makes it a much

11     more detailed study.

12     Q.      Okay.  And what did this study reveal

13     as for -- by the radiologist, who reported on

14     it?

15     A.      They usually will give you two

16     reports.  One is the radiographic or the

17     arthrogram X-ray, and in his case it was

18     suspicious for a tear.  And what you can see is

19     the dye leaks out; okay?

20             Then they did the MRI, and it shows

21     that he had a full-thickness tear of the rotator

22     cuff with fairly significant retraction or

23     separation of the tendon, and they say it was

24     two and a half to 3 centimeters.  So that's a

25     fairy -- a fair -- a fair amount of widening.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

17

1    There was a partial thickness tear of the
2    infraspinatus, which is another muscle of the
3    rotator cuff.
4        Q.      Okay.  Anything else of significance?
5        A.      The biceps tendon in the front of the
6    shoulder was also subluxed or was not positioned
7    properly.
8        Q.      And is that indicative of anything?
9        A.      It usually is indicative of having a
10   tear of the rotator cuff tendon in the front of
11   the shoulder, which is called a "subscapularis."
12   When that tendon ruptures, it allows the biceps
13   to kind of fall out of position.
14       Q.      Now, Mr. Hicks had reported that he
15   had a -- had a -- shoulder was dislocated.
16               Is that a -- is that a medical term
17   or is that more of a lay -- layman's term?
18       A.      No.  A shoulder dislocation is a --
19   is a medical term, and it means that the ball
20   and socket has come apart.
21       Q.      All right.  Is -- is that as a
22   mechanism of injury?  Is that -- does that
23   correlate with the findings that -- that the
24   MR arthrogram and the arthrogram showed?
25       A.      Yes.  In patients who are, say, 50 or



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

CHARLES RIZZO, M.D.                                    May 29, 2012

18

1    older, our main concern when they have a

2    dislocation of their shoulder is that there is a

3    concurrent tear of the rotator cuff.  So most

4    patients will get an MRI to determine that.

5        Q.       Okay.  You've used a lot of medical

6    terminology about the -- the structures of the

7    shoulder.

8                 Do you have a model that could help

9    explain this to the jury?

10       A.       Sure.

11       Q.       All right.  Could you do so --

12       A.       Sure.

13       Q.       -- what we are talking about here?

14       A.       This is the -- an isolated shoulder,

15   and this has all the muscles attached, so it's

16   good to reference for the rotator cuff muscles.

17   And what we see is the shoulder is a ball and a

18   socket and then all of the associated muscles

19   around it.  And here we can see --

20       Q.       Are we looking at the front of the

21   shoulder or the back right now?

22       A.       This is the front of the shoulder.

23   So here's the collarbone.  This would be the

24   right shoulder, collarbone in the front, arm

25   here.  The front portion of the rotator cuff is



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

19

1    this muscle here.  It's -- it's a muscle and

2    then becomes a tendon, which is like leather,

3    really dense attachment to the bone.  That's the

4    subscapularis.  That was torn on the MRI.

5              And then if we look at the top

6    muscles, we have the supraspinatus muscle across

7    the top and infraspinatus across the back and

8    there's a small muscle associated with that,

9    which make up the four muscles of the rotator

10   cuff.  In Mr. Hicks, he had a tear of the

11   supraspinatus, some tearing of the infraspinatus

12   and a tear of the subscapularis.  So, really,

13   three of the four tendons were damaged.

14       Q.      Okay.  And there was injury to the

15   biceps tendon as well?

16       A.      The biceps tendon is this tendon

17   here, which goes up into the joint and is

18   underneath the rotator cuff.  So when the

19   rotator cuff tears, this becomes also unstable.

20       Q.      All right.  Now, have you also

21   reviewed the films that were taken at

22   Atlantic Imaging?

23       A.      Yes.

24       Q.      All right.  Do you have an example

25   that you could show the jury might -- that might



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

1    show some of this damage that you --

2        A.       Yes.

3        Q.       -- have been talking about?

4        A.       This is the arthrogram film that

5    we're talking about, and you can see it's kind

6    of a picture just in the orientation of the

7    model.  You have the -- the ball and the socket

8    and then the -- the tendons are these muscles,

9    tendons that come and attach in this area.  And

10   you can see as we kind of work our way down, the

11   white material is the contrast from the

12   arthrogram.

13       Q.       I see.

14       A.       And we can see that the tendon is --

15   the end of that tendon is sitting right about

16   here.  Normally, that tendon attaches to the

17   bone out here; okay?  So there's a retraction of

18   the tendon, and they refer to it as two and a

19   half to 3 centimeters.  So the end of this

20   tendon should be attached to this area.

21       Q.       So, we shouldn't be seeing white in

22   that area?

23       A.       You should not be seeing white.

24   Exactly.

25       Q.       And how about any of the other --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

                                                              21

1          A.      And it --

2          Q.      -- structures that you -- you're

3     talking about?

4          A.      It shows the contrast here leaking

5     out the front of the shoulder, which is where

6     the subscapularis is in the front.

7          Q.      I see.

8          A.      There are some other views which show

9     it, but this really shows it very nicely to see

10    the -- the full extent of the tear.

11         Q.      Now, did -- Doctor, in your opinion,

12    did Dr. Lisser appropriately address the tears

13    that were found?

14         A.      Absolutely.

15         Q.      What did he do?

16         A.      His surgery, he did arthroscopic

17    surgery where the procedure was done with a

18    scope rather than a big incision, and that's

19    state of the art at this point --

20         Q.      Uh-hum.

21         A.      -- and the tendon was reattached.

22                 The biceps, which was torn, was also

23    addressed and the shoulder, basically, cleaned

24    out all the partial tears and inflammation.

25         Q.      Now I'm going to show you what we've



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

22

1    marked as -- first of all, that -- that film

2    that we -- you reviewed is marked as Exhibit 8A

3    for the record, is it not, Doctor, up there

4    in --

5         A.        Correct.

6         Q.        -- the corner?

7              Okay.   Now let me show you what we've

8    marked as Exhibit 3 to your deposition, and this

9    is a certified copy of the surgery records from

10   Riverview Medical Center.

11              And if you could -- I'm -- I opened

12   it up for your benefit to the operative report.

13              Could you explain what Dr. Lisser did

14   in the surgery, please?

15        A.        Yes.   The procedure was arthroscopy

16   of the right shoulder.   That's basically a

17   diagnostic where you're looking into the

18   shoulder with the scope to see the extent of the

19   injuries.

20              There was an extensive glenohumeral

21   debridement, cleaning out debris and

22   inflammation; a biceps tenodesis in which the

23   biceps was anchored in place with suture

24   anchors; arthroscopic rotator cuff repair and

25   subacromial decompression.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                   May 29, 2012

23

1        Q.      Yes.

2        A.      So those are all appropriate

3    procedures for this problem.

4        Q.      In the -- the package, are there some

5    of the photographs from the arthroscopy itself?

6        A.      Yes.

7        Q.      All right.  Maybe you could show them

8    to the -- to the jury and point out anything

9    significant there?

10       A.      These are the arthroscopic

11   photographs.  Actually, the -- the camera that's

12   put in the shoulder can actually take these

13   pictures, and these are the still shots from

14   that.  And you can see this -- this is tissue

15   that's torn from the biceps tendon.  This is

16   more torn biceps tendon.  These are pictures of

17   the rotator cuff tear.  This is rotator cuff

18   tissue, which should be attached to that bony

19   attachment.  And then he has some very nice

20   post-repair pictures here, which show, I think,

21   a very satisfactory rotator cuff repair where

22   the tendon is put back to the bone.  And we can

23   see these are blue and green sutures, which are

24   the -- the stitches that anchor it in place.

25       Q.      Uh-hum.



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

24

1       A.      So at the end of the procedure, I

2    think Dr. Lisser did a great repair in repairing

3    that rotator cuff.

4       Q.      Okay.  Thank you.  Let's put those

5    down, put the exhibit back together and move on.

6            Now, we left off when we were talking

7    about Dr. Lisser, of course, there at the

8    surgery, but beforehand, we've talked about his

9    office notes presurgery.

10           Did you also review in Exhibit 2

11   and -- or a copy thereof, the post-surgical

12   recuperation and how Mr. Hicks proceeded with

13   his recovery after the surgery?

14      A.      Yes, I did.

15      Q.      And could you summarize to the jury

16   what the -- the doc -- Dr. Lisser's records

17   reveal about how he recuperated?

18      A.      Mr. Hicks had all the appropriate

19   complaints of any patient after surgery.  They

20   have pain.  They have stiffness, but there was a

21   progression of that.  It just seemed that he

22   never really did get better.  He constantly

23   complained of persistent pain and weakness in

24   his shoulder even with the physical therapy.

25      Q.      And for how long did that -- did



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                    May 29, 2012

25

1      those complaints to Dr. Lisser proceed?

2          A.       Several months.

3          Q.       And did there come a time that

4      Dr. Lisser, from your review, started

5      considering that he would have to maybe look

6      back into the shoulder for further treatment?

7          A.       I believe he did recommend an -- an

8      MRI scan.

9          Q.       Okay.

10         A.       And that's -- that's standard.  When

11     the patient is not progressing as -- according

12     to a postop plan, we have to make sure that

13     there's not been a recurrent tear here.

14         Q.       Now, was Dr. Lisser having Mr. Hicks

15     undergo physical therapy?

16         A.       He did.

17         Q.       And is physical therapy a -- an

18     appropriate treatment for a person with shoulder

19     surgery?

20         A.       Absolutely.  It's very important part

21     of the recovery.

22         Q.       Okay.  Now I'm going to refer you

23     to -- we will jump ahead from the surgery, which

24     it was -- what was the date of the surgery,

25     July 1, 2009; is that correct?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

1        A.      Sounds correct.

2        Q.      All right.  I'd like you to take a

3    look at the office notes of Dr. Lisser's office

4    from December 9, 2009, and then I'd like you to

5    just review them and summarize what -- what the

6    doctor is reporting at this point, 5 months,

7    1 week after the surgery.

8        A.      His range of motion was still limited

9    with, basically, only could -- he had his arm up

10   to 120 degrees.  Normal is about 180 degrees, so

11   that was limited.

12       Q.      In which -- in which direction,

13   straight --

14       A.      Forward flexion, bringing the arm

15   straight up over your head.

16       Q.      Okay.

17       A.      Okay.  That's one of the major

18   function of the rotator cuff.

19               It says here, "Assessment, slow

20   progress and delay of physical therapy.

21   Anticipate continuing physical therapy with a

22   minimum of eight more weeks of additional

23   straightening."  Work status was modified duty.

24   MMI, which means maximum medical improvement,

25   was anticipated at 8 weeks.  No overhead use of



**ESQUIRE**
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

27

1       his right arm with maximum lifting of 10 pounds
2       was the restrictions.
3            Q.      Okay.  Were those reasonable
4       restrictions at that time --
5            A.      Yes.
6            Q.      -- in your opinion?
7            A.      Yes, absolutely.
8            Q.      All right.  I now would like to refer
9       you to the next office note for Mr. Hicks
10      from -- from the doctor, and this is dated
11      January 15, 2010, and what do those notes reveal
12      as to the status for Mr. Hicks?
13           A.      His history is gradual improvement.
14      Physical examination showed improvement to
15      150 degrees of motions from that last visit.
16      Recommend continued physical therapy and assess
17      in 6 weeks.
18           Q.      So, at -- at that point, did he also
19      have Mr. Hicks in a modified work status?
20           A.      Yes.
21           Q.      All right.  Now I'd like you to again
22      take a look at the next office note from
23      Dr. Lisser, and that's dated March 8, 2010, and
24      what does that show?
25           A.      Reports residual pain in right



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                May 29, 2012

28

1    shoulder.  It seems to be some delay in physical

2    therapy.  Physical examination revealed a

3    painful range of motion in -- in adduction.

4         Q.      Could you explain what ab -- is that

5    a-b-d?

6         A.      A-d-duction.  It's --

7         Q.      A-d-duction.

8         A.      And which basically is a motion

9    across the midline.  Most of the time with

10   patients, it's a-b-duction out to the side.  So

11   I'm not sure if that's correct or not.

12             It says, "Residual right shoulder

13   pain.  Recommend further therapy since has not

14   completed a full therapy protocol," and

15   continued modified duty.

16        Q.      If you could go to the next office

17   note for the doctor, there's -- there are

18   physical therapy notes in between; is that

19   correct?

20        A.      Correct.

21        Q.      All right.  But if you'd go to the

22   next and tell us what date it is?

23        A.      This is date of service 4/26/2010.

24        Q.      Okay.  Could you tell us what that

25   shows?



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

29

1      A.      It says, "Reports persistent pain and
2    weakness in right shoulder, which has not
3    improved over the past several months, limiting
4    ability to use the arm in overhead position and
5    heavy lifting in any position."  And then,
6    physical examination shows, again, range of
7    motion at 150 degrees; anterior tenderness, pain
8    in the front of the shoulder with pressing
9    there.  And it says, "Assessment plan, his
10   persistent shoulder pain and functional
11   impairment, which have not shown further
12   improvement over the past several months and not
13   improved as anticipated following surgery.
14   Recommend an MRI scan to assess healing.  Return
15   to the office after MRI scan," and, again,
16   modified duty, work -- sedentary work.
17      Q.      Assuming these same complaints had
18   been presented to you, would you -- would you
19   agree with the treatment plan of getting an MRI
20   for a patient who was now about 8 months
21   post-surgery?
22      A.      Absolutely, standard of care.
23      Q.      Okay.  In fact, from your review of
24   the records from the time of surgery until that
25   note of April 26, 2010, had Mr. Hicks shown



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

1          significant improvement in his condition?

2                          MR. FORDE:   Objection.

3                          THE WITNESS:   Answer?

4      BY MR. HOFMANN:

5              Q.      Yeah, please.

6              A.      According, he had improvement,

7      obviously, with range of motion, but he had

8      continued complaints of pain and weakness, but

9      he did improve as far as range of motion.

10             Q.      Had he reached a -- a satisfactory

11     result by April 26, 2010?

12             A.      No.  No.  I'm sure that's why

13     Dr. Lisser was concerned and wanted a new MRI.

14             Q.      The next person to address and treat

15     Mr. Hicks's right shoulder, to your knowledge,

16     was yourself; is that right?

17             A.      To my knowledge, yes.

18             Q.      All right.  And let me show you what

19     I've marked as Exhibit 6, which is a combination

20     of -- well, tell us what they are.

21             A.      This was a evaluation medical report

22     in which I was able to take a detailed history,

23     review the studies and do a physical examination

24     and to give a second opinion as to what was

25     necessary to evaluate Mr. Hicks.



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

CHARLES RIZZO, M.D.                                    May 29, 2012

31

1        Q.        Does your -- do -- does your office

2    file -- if I may take a quick look, does your

3    office file have these same reports or copies of

4    these same reports?

5        A.        There's three individual reports.

6    There's the medical report.  There's an addendum

7    to that report reviewing an MRI and then there

8    was another office visit that I saw Mr. Hicks.

9        Q.        And the initial note or initial

10   report is August 13, 2010; correct?

11       A.        Correct.

12       Q.        And the subsequent report is

13   November 2, 2010?

14       A.        Correct.

15       Q.        And then there's an office note of

16   February 22, 2011; correct?

17       A.        Correct.

18       Q.        Do you have any other typewritten

19   records of the August 13th or the November 2,

20   2010, visits in your file?

21       A.        Just these.

22       Q.        Okay.

23       A.        These are the actual records from the

24   file.

25       Q.        So these are -- so what has been



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

CHARLES RIZZO, M.D.                                    May 29, 2012

32

1      marked as Rizzo Exhibit 6 is -- is actually a --
2      copies of business records --
3           A.        Correct.
4           Q.        -- that you maintained in your file;
5      correct?
6           A.        Correct.  Absolutely.
7           Q.        Could you tell the -- the jury now
8      what your exam consisted of on August 13, 2010,
9      and what were your physical findings?
10          A.        My examination is -- was geared
11     mostly towards the right shoulder.  He had
12     arthroscopic portholes, which were healed.  He
13     had very limited range of motion of his shoulder
14     with full elevation to only 110 degrees when I
15     examined him.
16                    There was an impingement sign, which
17     is pain that's developed from rotator cuff
18     irritation, inflammation or a tear.  He had
19     tenderness to palpation where it hurt over the
20     AC joint, which is the acromioclavicular joint,
21     which is the joint between the collarbone and
22     the shoulder blade.  It's very tender.
23                    He had weakness when we tested his
24     rotator cuff in abduction and external rotation
25     strength, and he had a positive supraspinatus



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

33

1       test, which is a test that we're testing the

2       supraspinatus muscle strength, which was the

3       tendon that was a problem initially.

4            Q.        Okay.

5            A.        And all the nerves were functioning

6       in the shoulder.  There was no nerve deficits or

7       vascular problems.

8            Q.        In developing -- well, in reviewing

9       your -- your findings on exam and the -- and the

10      materials you reviewed, did you then reach a

11      clinical diagnosis of what was ailing Mr. Hicks

12      at that time in August of 2010?

13           A.        I did, and my concern was that he had

14      a recurrent tear of his rotator cuff.

15           Q.        Was there anything that you at that

16      point wished from a diagnostic standpoint to be

17      performed in order to either confirm or disprove

18      your assessment at that time?

19           A.        Yes.

20           Q.        And what was that?

21           A.        A repeat MRI.

22           Q.        In fact, at some point Mr. Hicks did

23      get a repeat MRI; is that correct?

24           A.        He did.  Yes, he did.

25           Q.        If I may, let me show you what we've



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

1     marked first as Rizzo Exhibit 7, and can you

2     tell us what that document is?

3          A.       This is a repeat MRI, non-contrast,

4     without the dye, of the right shoulder.  It was

5     performed -- I believe the date --

6          Q.       October something?

7          A.       -- October 22, 2010.

8          Q.       And can you explain to the jury what

9     the report reveals, and then I'll ask you if

10    you've reviewed the films?

11         A.       On the report, reveals a recurrent,

12    full thickness tear of the supraspinatus with a

13    one and a half centimeter gap.  There was still

14    a partial tear of the subscapularis tendon.  The

15    biceps was also mentioned, but I believe that

16    that was post-surgical findings of the position

17    had changed from that tenodesis procedure.

18         Q.       Okay.

19         A.       And then he had some arthritis of the

20    AC joint, or acromioclavicular joint.

21         Q.       Did you review MRI films with respect

22    to the MRI performed on October 22, 2010?

23         A.       I did.

24         Q.       Okay.  And are those MRI films in the

25    exhibit -- in the folder, Exhibit 9?



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

35

1        A.        Correct.

2        Q.        And is there one that you may be able

3    to show us that would maybe explain what the

4    findings were?

5        A.        Sure.

6        Q.        And you're referring to Exhibit 9A;

7    is that correct?

8        A.        Correct.

9        Q.        All right.  Here, I will take this

10   one.  Okay.

11       A.        This is a very similar study, which

12   we call "acromial view," and it shows, again,

13   the ball and the socket.  It shows the rotator

14   cuff is back in essentially the same position it

15   was on the previous study with the end of the

16   tendon here.  This shows the post-surgical

17   position of the suture anchors, which Dr. Lisser

18   used to hold that rotator cuff in place.  We can

19   see one here and here, but it shows a complete,

20   recurrent tear in the rotator cuff.

21       Q.        And as you explained, there are

22   several muscles that constitute the rotator

23   cuff.

24                 If you could, again, show us with the

25   model what the -- this MRI reveals the tears



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

36

1   are?

2       A.      Sure.

3               Again, it's the same -- same

4   position, same orientation.  It shows a tear of

5   the supraspinatus tendon, which is this tendon,

6   which would normally be attached way on the

7   lateral or the far side of the -- of the bone.

8   It's sitting retracted on the inside almost in

9   the joint.  So this tendon here belongs attached

10  way out there, and that's this, the larger --

11  largest portion of the rotator cuff is re-torn.

12      Q.      Okay.  And now, what about the

13  subscapularis?

14      A.      The subscapularis, again, had a

15  partial tear.  You can't see that on this film

16  without the contrast, but the subscapularis is

17  the tendon in the front of the shoulder, and

18  there was a -- still a partial defect or a

19  partial tear of that as well.

20      Q.      Okay.  In the second of the three

21  reports that are part of Exhibit 6, did you give

22  a review of your viewing of the MRI?

23      A.      I did.

24      Q.      When is the next time that you saw

25  Mr. Hicks?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

37

1        A.        I saw him as -- as an office visit

2    February 22, 2011.

3        Q.        Could you tell the jury what

4    Mr. Hicks's complaints were and your findings on

5    exam?

6        A.        Basically, the same complaints.  He

7    still had pain in his shoulder.  He noticed that

8    it was severe pain at times.  He had no

9    improvement with the surgery or with the

10   physical therapy, and he was coming to me

11   requesting what could be done to help him.

12       Q.        What did you recommend be done to

13   help him?

14       A.        I recommended that we try to

15   re-repair it with a second surgery.

16       Q.        Okay.  Is there a reason that you are

17   aware of that Mr. Hicks has not had the surgery?

18       A.        I believe --

19                 MR. FORDE:  Objection.

20                 THE WITNESS:  I believe it was, you

21   know, due to financial issues.

22   BY MR. HOFMANN:

23       Q.        He was not able to afford it?

24                 MR. FORDE:  Objection.

25   BY MR. HOFMANN:



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012
                                                              38

1        Q.      Is that right?

2        A.      That was my understanding.

3        Q.      Did you -- did you attempt to help

4    him obtain the surgery through charitable means

5    or something else?

6                MR. FORDE:  Objection.

7                THE WITNESS:  I think we did.  We

8    tried to help him with Charity Care and that

9    sort of thing.

10   BY MR. HOFMANN:

11       Q.      And was it -- were you able to obtain

12   it for him?

13               MR. FORDE:  Objection.

14               THE WITNESS:  No.

15   BY MR. HOFMANN:

16       Q.      Okay.  Based on all the information

17   you have reviewed, the studies, your findings on

18   examination, your review of Dr. Lisser's records

19   and notes, do you have an opinion within a

20   reasonable degree of medical certainty as to

21   what injury Mr. Hicks initially suffered in the

22   incident on April 21, 2010?

23               MR. FORDE:  Objection.

24   BY MR. HOFMANN:

25       Q.      2009?  Excuse me.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

1           MR. FORDE:  Same objection.

2           THE WITNESS:  I mean, it's likely

3    that he suffered a dislocation or subluxation,

4    some shifting and tearing of the shoulder, which

5    resulted in a rotator cuff tear.  He had what

6    apparently was a very good surgery.  The tear

7    re-ruptured, did not heal, and he's left with a

8    recurrent problem.

9    BY MR. HOFMANN:

10          Q.     Is it surprising, though, that the --

11   that there was a -- to your knowledge and your

12   experience, that there would be a re-rupture in

13   the shoulder such as what Mr. Hicks had?

14          MR. FORDE:  Objection.

15          THE WITNESS:  It's not.  It's not

16   unheard of that you can have a recurrent tear,

17   and I think most of the data studies are showing

18   that these tears occur early on in rehab.  But

19   it's not -- it happens in my own patients, and I

20   think what we -- we are, you know, diligent in

21   finding out with an MRI and giving that patient

22   a possible recurrent -- re-operation.

23   BY MR. HOFMANN:

24          Q.     In -- in your opinion -- or do you

25   have an opinion as to what -- what is the cause



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

                                                                40

1          of the recurrent tear that Mr. Hicks has

2          exhibited since his surgery in July 2009?

3                    MR. FORDE:  Objection.

4                    THE WITNESS:  I don't know

5          specifically in Mr. Hicks, but in -- in --

6          in most patients, those tears occur usually in

7          physical therapy early on after surgery.

8     BY MR. HOFMANN:

9          Q.      And assuming Mr. Hicks will testify

10         or has testified by the time this is viewed,

11         that he had no additional traumatic event post

12         July 1, 2009, until the time you seen him or

13         even to the present --

14         A.      Uh-hum.

15         Q.      -- would that shape your opinion as

16         to what the likely cause for his recurrent tear

17         is?

18         A.      No.

19         Q.      Well, would it -- would it -- would

20         it add enough information for you to -- to be

21         able to discount?

22         A.      In -- in my experience, these tears

23         can recur -- especially large tears, can recur

24         with aggressive physical therapy where they try

25         to obtain early range of motion and the patient



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

41

1    has pain in physical therapy.  And it's

2    progressive micro-tearing over the course of the

3    physical therapy that re-tears it.  There's not

4    one event.

5        Q.    Okay.  And is it in your -- your

6    opinion here that that is the most likely cause

7    for the recurrence?

8            MR. FORDE:  Objection.

9            THE WITNESS:  Without his

10   additional -- no history of any additional

11   trauma, yes.

12   BY MR. HOFMANN:

13       Q.    Okay.  If he were to have the surgery

14   that you've recommended, what surgery would you

15   propose be performed?

16       A.    I would recommend a diagnostic

17   arthroscopy.  We would look in there and see the

18   consistency of the tissue, the configuration of

19   the tear, and then reattempt an arthroscopic

20   repair.

21       Q.    Okay.  Similar to what Dr. Lisser did

22   the first time?

23       A.    Right.

24       Q.    All right.  If the surgery was

25   performed, what would be the recuperation period



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

1    till he reached maximum medical improvement?

2        A.      In a revision setting, probably

3    6 months.

4        Q.      And what sort of treatment would be

5    necessary in that period?

6        A.      Physical therapy.

7        Q.      If you were to perform the surgery,

8    do you know what -- what your standard charges

9    are for doing a arthroscopic surgery repair?

10       A.      My office charges?

11       Q.      Yes.

12       A.      No.  There's various codes, but it's

13    in -- it's in the range of thousands of dollars.

14       Q.      Could you give us an estimate?

15       A.      $5,000.

16       Q.      And hospitalization costs, can you

17    estimate what that would be?

18       A.      Probably 10,000 plus.

19       Q.      And physical therapy, what sort of

20    physical therapy would you recommend

21    post-surgery assuming he had it?

22       A.      Well, we would go very slow with him

23    post-surgical.

24       Q.      Uh-hum.

25       A.      I mean, so a lot of therapy, he might



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

43

1       even be able to do just simple range of motion

2       for the first 6 weeks before he is into formal

3       therapy.

4            Q.        Uh-hum.

5            A.        But it would probably take a minimum

6       of four to 6 months of physical therapy

7       afterwards.

8            Q.        And how -- how frequently would you

9       recommend --

10           A.        Two to three times a week.

11           Q.        From -- in your opinion, Doctor, has

12      Mr. Hicks reached maximum medical improvement

13      from the initial injury he had back in April of

14      2009?

15                     MR. FORDE:  Objection.

16                     THE WITNESS:  No.

17   BY MR. HOFMANN:

18           Q.        And would it take that surgery and

19      the aftercare that you've recommended for him to

20      reach that?

21           A.        Correct.

22                     MR. FORDE:  Objection.

23   BY MR. HOFMANN:

24           Q.        Have you had the benefit of reviewing

25      a surveillance videotape of Mr. Hicks --



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

44

1        A.      I did.

2        Q.      -- that was taken back in -- in or

3    about April of 2010?

4        A.      I did.

5        Q.      In general, what did you -- what were

6    the activities you saw in that surveillance that

7    Mr. Hicks was doing?

8        A.      He was basically walking a lot

9    from -- you know, to his truck to his car, but

10   there was one point that he was -- I guess his

11   grandson or a small child was playing with a

12   shovel and he was helping plant a shrub.

13       Q.      Okay.  And in that -- in that

14   videotape, did you observe Mr. Hicks picking up

15   any weight of any significance?

16       A.      Yes.  He picked up the shrub.  It was

17   a small evergreen-type shrub --

18       Q.      Uh-hum.

19       A.      -- and he picked it up with his left

20   hand and then put it in the hole, and he was

21   using the shovel with both hands --

22       Q.      Uh-hum.

23       A.      -- the right hand on the back of the

24   shovel.

25       Q.      Is there -- in -- in your



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

45

1      professional opinion, is there anything
2      inconsistent in Mr. Hicks doing that physical
3      activity with the complaints that he has
4      presented with -- and that support your
5      diagnosis of the recurrent tear?
6           A.      I mean, most patients have some
7      restrictions, mostly with overhead activity.
8      But down with the arm at their side, they can
9      actually perform some lifting up to 10 pounds or
10     so, but it's really when they start getting the
11     arm up over their head they have difficulty.
12          Q.      Did you see anything in that
13     videotape that showed Mr. Hicks doing overhead
14     activities?
15          A.      No.
16          Q.      Was there anything in that videotape
17     that if you were to have seen it while you were
18     treating him, that you would say that this
19     patient is not telling the truth about his
20     complaints?
21          A.      Well, it's possible.  Anything is
22     possible, but that was months after his surgery.
23          Q.      It was in April of 2010.  It was --
24          A.      So about a year after his surgery.
25          Q.      Right.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

1        A.        And no.  I think at that point I

2    would give him unrestricted activity.  I would

3    tell my patient, you know, at a year, you should

4    be expected to be able to do pretty much lifting

5    and reaching and that sort of thing.

6        Q.        In what plains?

7        A.        Excuse me?

8        Q.        In what -- in which plains?

9        A.        In all plains, if they've -- if they

10   had a successful rotator --

11       Q.        Right.

12       A.        -- cuff repair.

13       Q.        Assuming, though, in April of 2010

14   that Mr. Hicks had a recurrent tear.

15                 Would there be restrictions that you

16   would --

17       A.        I would --

18       Q.        -- that you would assign to him?

19       A.        Yes.  I would tell him no overhead

20   lifting, no climbing, things over his head where

21   he would have weakness.

22       Q.        And getting back to the videotape of

23   the surveillance, is there anything there that

24   would -- that you would have said that he could

25   not do that he was performing in that videotape?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

47

1          MR. FORDE:  Objection.

2          THE WITNESS:  No.  From my viewing,

3     he did the lifting with the left arm, which was

4     a normal arm, and he was just using the right

5     arm to guide the shovel and do some light

6     lifting with some topsoil.

7          MR. HOFMANN:  Can we go off the

8     record for 1 minute, please?

9          THE VIDEOGRAPHER:  Off the record.

10    The time is 6:17.

11          (Break in the video proceedings.)

12          MR. HOFMANN:  Back on the record.

13    The time is 6:17.

14    BY MR. HOFMANN:

15     Q.     Doctor, I -- I want to show you what

16    we've marked as Exhibit 5, and this is a

17    inpatient record for Mr. Hicks for his inpatient

18    stay of October 25, 2010, to November 5, 2010,

19    at Riverview Medical Center.

20          That inpatient stay was for --

21    primarily for an unrelated condition; is that

22    correct?

23     A.     Yes.  In my understanding, he had

24    pericarditis or inflammation around the heart.

25     Q.     When Mr. Hicks was in that hospital,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

1     did he also have a -- an evaluation by an

2     orthopedist of his right shoulder?

3         A.      I believe he did.

4         Q.      Okay.  For convenience, I've put a

5     little yellow tab.  If you could just take a

6     look at that -- that record and...

7         A.      Orthopedic consult.

8         Q.      All right.  And -- and by whom was

9     the orthopedic consultation?

10        A.      Steven P. Friedel.

11        Q.      And could you review the -- the --

12    Dr. Friedel's chart note and explain what --

13    what it reveals?

14        A.      I mean, I guess during that

15    hospitalization he had right shoulder pain, and

16    Dr. Friedel is an orthopedic surgeon and

17    basically examined that right shoulder with

18    physical examination and came up with an

19    impression and a plan.

20        Q.      And what was the impression?

21        A.      The impression was persistent right

22    shoulder pain, and the plan was to obtain an MRI

23    scan of his shoulder.

24        Q.      Now, this was what date?

25        A.      10/28/2010.



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

49

1      Q.      Okay.   Now, this is -- is

2   Dr. Friedel's recommendations similar to what

3   yours were when you saw Mr. Hicks in August of

4   2010?

5      A.      Yes.

6      Q.      Dr. Friedel, do you know if he is

7   Dr. Lisser's partner?

8      A.      He is.

9      Q.      Thank you, Doctor.

10          MR. HOFMANN:  At this time, I have no

11   further questions.

12          MR. FORDE:  Off the record.

13          THE VIDEOGRAPHER:  Off the record.

14   The time is 6:20.

15          (Break in the video proceedings.)

16          THE VIDEOGRAPHER:  Back on the

17   record.  The time is 6:21.

18

19   EXAMINATION BY MR. FORDE:

20      Q.      Good evening, Doctor.  My name is

21   Jim Forde.  I'm from the law firm of Hill, Betts

22   & Nash and I -- we represent Van Line Bunkering

23   in the case of Hicks versus Van Line Bunkering.

24          I'm going to be asking you a couple

25   of follow-up questions with respect to what you



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

1      just testified to Mr. Hofmann.

2          A.      Okay.

3          Q.      You -- recurrent tear, you indicated

4      that a recurrent tear can often happen in the

5      early -- usually happens in the early -- early

6      on during physical therapy; is that correct?

7          A.      That's usually when we see most

8      recurrent tears from rotator cuff --

9      arthroscopic rotator cuff repairs, yes.

10         Q.      Can recurrent tears occur if the

11     individual overexerts himself outside of

12     physical therapy?

13         A.      I mean, that -- I mean, usually, pain

14     is a guide during that early postoperative

15     phase.  So patients really can't do that.  It's

16     really when the therapist are manipulating their

17     arm for range of motion that we see a lot of

18     these things occur.

19         Q.      But if you -- is it possible that a

20     recurrent tear can happen because of a

21     subsequent trauma of some sort?

22         A.      Oh, yes, absolutely.  Sure.

23         Q.      And if assuming -- if assuming

24     Mr. Hicks had been doing overhead work or

25     lifting his child over his -- his grandchild



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

1      over his head, could that possibly cause a
2      recurrent tear?
3          A.      It can.
4          Q.      And if -- does the chances of -- of
5      having a recurrent tear outside of physical
6      therapy increase if the patient stops going to
7      physical therapy?
8          A.      No.  By stopping physical therapy
9      won't cause a recurrent tear.  What the
10     complication that we would see would be
11     additional scar tissue and loss of motion.
12         Q.      Okay.  And did -- did you find
13     whether Mr. Brown had a loss of --
14                 MR. HOFMANN:  Hicks.
15                 MR. FORDE:  Sorry.  Mr. Hicks.  Wrong
16     case.
17  BY MR. FORDE:
18         Q.      -- Mr. Hicks had a restricted range
19     of motion?
20         A.      He did.  When I saw him, he had
21     restricted range of motion.
22         Q.      So that could also be as result of
23     not going to physical therapy?
24         A.      It could be.  Usually, it's
25     restricted from scar tissue formation.  So even



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                              May 29, 2012

52

1    in the best physical therapy, patients can get

2    scar formation that limits their range of

3    motion.

4        Q.     And you indicated earlier that you

5    know Dr. Lisser; is that correct?

6        A.     I do.

7        Q.     And do you find him to be a competent

8    orthopedic surgeon?

9        A.     Absolutely.

10       Q.     And --

11               MR. FORDE:  Can we mark this as the

12   next exhibit?

13               COURT REPORTER:  Sure.

14               (Discussion off the record.)

15               (Whereupon, reporter received and

16   marked a 3-Page Document as Exhibit 10 for

17   identification.)

18   BY MR. FORDE:

19       Q.     I'm going to show you what has been

20   previously marked as Dr. Rizzo -- Rizzo-10.  I

21   want to ask if you've seen this document before.

22       A.     I believe this is part of

23   Dr. Lisser's records, yes.  I have them in the

24   chart.

25       Q.     And do you recall reviewing his



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

53

1     recommendations in the back there?

2          A.      His last recommendation where it says

3     "plan, based on the materials I have referenced,

4     I" -- "no additional treatment for the right

5     shoulder injury is recommended.  Based upon

6     these materials, it is my opinion that the

7     patient should have adequate function of his

8     right shoulder to perform work activities as

9     described in his job description and active at

10    his full work duty."

11         Q.      And do you agree with that opinion?

12         A.      No.

13         Q.      Okay.  Now, with respect to -- I am

14    sorry.  Where is 10?

15              Now, within this report of Dr. Lisser

16    he indicated that he had reviewed with Mr. Hicks

17    that physical therapy visits had been

18    authorized, contrary to his statements.

19              Did you -- were you aware that

20    Mr. Hicks was consistently missing his physical

21    therapy sessions?

22              MR. HOFMANN:  Objection.

23              THE WITNESS:  No.  I wasn't aware of

24    it, it was a routine occurrence, no.

25    BY MR. FORDE:



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

54

1      Q.      Okay.  If -- and if Mr. Brown --
2   excuse me.  If Mr. Hicks was consistently
3   missing -- assuming that Mr. Hicks was
4   consistently missing his physical therapy
5   sessions, you indicated -- well, he would have
6   restricted motion of his right shoulder; is that
7   correct?
8      A.      I'm not aware that he missed the bulk
9   of his physical therapy.  If he missed an
10  occasional session, I don't think overall it
11  would have a major effect.  But if a patient
12  didn't have any physical therapy for their
13  shoulder, it would be a high likelihood that
14  they would have scar tissue formation and
15  restricted motion.
16              MR. FORDE:  Thank you.  I
17  have nothing further.
18              THE WITNESS:  You're welcome.
19
20  EXAMINATION BY MR. HOFMANN:
21      Q.      Doctor, just very quick follow up.
22              You indicated that you disagreed with
23  Dr. Lisser's recommendation that Mr. -- or
24  opinion that Mr. Hicks, as of June 8, 2010, had
25  adequate function with his right shoulder to



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

55

1    perform his work activities in his described job

2    description; is that correct?

3        A.       That's what the report says, yes.

4        Q.       Yeah.  But you disagree with that?

5        A.       I -- based on the second MRI and that

6    he had a recurrent rotator cuff tear, my opinion

7    would be that he would have difficulty doing

8    that type of job that he was doing before, heavy

9    lifting, climbing.

10       Q.       Such as climbing ladders?

11       A.       Yes.

12       Q.       Climbing up barges?

13       A.       Correct.

14       Q.       Lifting -- assuming lifting a

15   200-pound doughnut on a bar, even with

16   assistance of another person?

17       A.       Sure.

18                MR. FORDE:  Objection.

19                MR. HOFMANN:  Thank you, Doctor.

20   Nothing further.

21                THE WITNESS:  You are welcome.

22                MR. FORDE:  We can't help ourselves.

23                I got nothing further.

24                THE VIDEOGRAPHER:  This concludes

25   today's videotaped deposition of Charles Rizzo,



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

56

1        M.D., going off the record.  The time is 6:30.

2                (Whereupon, the videotaped deposition

3        of CHARLES RIZZO, M.D. concluded at 6:31 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

57

1                    C E R T I F I C A T E

2

3           I, LISA ANNA RINALDI, RPR, and a Certified

4      Court Reporter and Notary Public of the State of

5      New Jersey, do hereby certify that prior to the

6      commencement of the examination, the witness was

7      duly sworn by me to testify the truth, the whole

8      truth and nothing but the truth.

9                    I DO FURTHER CERTIFY that the

10     foregoing is a true and accurate transcript of

11     the testimony as taken stenographically by and

12     before me at the time, place and on the date

13     hereinbefore set forth, to the best of my

14     ability.

15                    I DO FURTHER CERTIFY that I am

16     neither of counsel nor attorney for any party in

17     this action, and that I am not interested in the

18     event nor outcome of this litigation.

19

20                                                  LISA
21     ANNA RINALDI, C.C.R., R.P.R.
           LICENSE NO. XI00226000
22     Notary Public of the State of New Jersey

23

24

25

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

ESQUIRE
DEPOSITION SOLUTIONS

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                   May 29, 2012
                                                            58

| A | | | | |
|---|---|---|---|---|
| **ab**<br>28:4 | **activity**<br>45:3,7 46:2 | **ahead**<br>25:23 | **appropriate**<br>23:2 24:18<br>25:18 | 49:24<br>**assess**<br>27:16 29:14 |
| **a-b-d**<br>28:5 | **actual**<br>31:23 | **ailing**<br>33:11 | **appropriately**<br>21:12 | **Assessment**<br>26:19 29:9<br>33:18 |
| **abduction**<br>32:24 | **add**<br>16:6 40:20 | **al**<br>6:10 | **approximately**<br>1:19 6:16 | **assign**<br>46:18 |
| **a-b-duction**<br>28:10 | **addendum**<br>31:6 | **allows**<br>17:12 | **April**<br>12:15 29:25 | **assistance**<br>55:16 |
| **ability**<br>29:4 57:14 | **addition**<br>10:10 | **also**<br>13:23 14:2 | 30:11 38:22<br>43:13 44:3<br>45:23 46:13 | **associated**<br>10:18 18:18<br>19:8 |
| **able**<br>12:5 30:22<br>35:2 37:23<br>38:11 40:21<br>43:1 46:4 | **additional**<br>13:12 16:7<br>26:22 40:11<br>41:10 51:11<br>53:4 | 17:6 19:19,20<br>21:22 24:10<br>27:18 34:15<br>48:1 51:22 | **area**<br>9:2 20:9,20,<br>22 | **Assuming**<br>29:17 40:9<br>42:21 46:13<br>50:23 54:3<br>55:14 |
| **a b o v e -<br>c a p t i o n e d**<br>1:15 | **address**<br>7:15 21:12<br>30:14 | **amount**<br>16:25 | **arm**<br>18:24 26:9,14<br>27:1 29:4 | **athletes**<br>10:23 11:1 |
| **Absolutely**<br>9:7 21:14<br>25:20 27:7<br>29:22 32:6<br>50:22 52:9 | **addressed**<br>21:23 | **anchor**<br>23:24 | 45:8,11 47:3,<br>4,5 50:17 | **Atlantic**<br>15:13 19:22 |
| **AC**<br>32:20 34:20 | **adduction**<br>28:3 | **anchored**<br>22:23 | **around**<br>18:19 47:24 | **attach**<br>20:9 |
| **accurate**<br>57:10 | **A-d-duction**<br>28:6,7 | **anchors**<br>22:24 35:17 | **art**<br>21:19 | **attached**<br>18:15 20:20<br>23:18 36:6,9 |
| **acromial**<br>35:12 | **adequate**<br>53:7 54:25 | **and..**<br>48:6 | **arthritis**<br>34:19 | **attaches**<br>20:16 |
| **acromioclavi<br>cular**<br>32:20 34:20 | **affiliations**<br>6:21 | **ANNA**<br>1:16 57:3,21 | **arthrogram**<br>15:8,15,19,<br>20,23 16:6,17 | **attachment**<br>19:3 23:19 |
| **action**<br>57:17 | **afford**<br>37:23 | **another**<br>17:2 31:8<br>55:16 | 17:24 20:4,12 | **attempt**<br>38:3 |
| **active**<br>53:9 | **aftercare**<br>43:19 | **ANSWER**<br>5:4 30:3 | **arthroscopic**<br>8:12 9:4,8,12<br>21:16 22:24 | **attorney**<br>57:16 |
| **activities**<br>44:6 45:14<br>53:8 55:1 | **afternoon**<br>1:19 6:23<br>7:12 | **anterior**<br>29:7 | 23:10 32:12<br>41:19 42:9<br>50:9 | **Attorneys**<br>2:3,8 |
| | **aggressive**<br>40:24 | **Anticipate**<br>26:21 | **arthroscopy**<br>22:15 23:5<br>41:17 | **August**<br>3:21 12:21,24<br>31:10,19 32:8<br>33:12 49:3 |
| | **ago**<br>11:19 | **anticipated**<br>26:25 29:13 | | |
| | **agree**<br>29:19 53:11 | **apart**<br>17:20 | | |
| | | **apparently**<br>39:6 | | |
| | | **asking** | | |



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012
                                                              59

authorized
53:18
aware
37:17 53:19,
23 54:8

**B**

B
3:10
back
12:14,19
18:21 19:7
23:22 24:5
25:6 35:14
43:13 44:2,23
46:22 47:12
49:16 53:1
background
8:1
bacteriology
8:6
ball
17:19 18:17
20:7 35:13
bar
55:15
barges
55:12
Based
38:16 53:3,5
55:5
basically
13:4 21:23
22:16 26:9
28:8 37:6
44:8 48:17
becoming
13:13
beforehand
24:8
being
1:15 6:10,13

believe
14:13,21 25:7
34:5,15
37:18,20 48:3
52:22
belongs
36:9
benefit
22:12 43:24
best
52:1 57:13
better
15:25 24:22
BETTS
2:8 7:2 49:21
between
28:18 32:21
biceps
17:5,12
19:15,16
21:22 22:22,
23 23:15,16
34:15
big
10:25 21:18
bit
7:25
blade
32:22
blue
23:23
board
9:17,22 10:4,
8,9,11
boats
13:7
bone
19:3 20:17
23:22 36:7
bones
8:25 16:4

bony
23:18
both
44:21
branch
8:23
Break
47:11 49:15
brevity
14:7
bringing
26:14
Brown
51:13 54:1
bulk
54:8
BUNKERING
1:8 6:10 7:3
49:22,23
business
32:2
but..
11:5

**C**

C
2:1 7:6 57:1
C.C.R
57:21
call
35:12
called
1:14 9:16
17:11
came
48:18
camera
23:11
capability
16:7
captain

12:10
car
44:9
care
10:22 11:20
29:22 38:8
Case
6:12 15:21
16:10,17
49:23 51:16
cases
9:14
cause
39:25 40:16
41:6 51:1,9
Center
2:9 22:10
47:19
centimeter
34:13
centimeters
16:24 20:19
certain
10:2
certainty
38:20
Certificatio
n
3:13,15,18
9:17,22 10:5,
11
Certified
1:16 6:18
10:8,9 13:19
22:9 57:3
certify
57:5,9,15
chances
51:4
changed
34:17

charges
42:8,10
charitable
38:4
Charity
38:8
CHARLES
1:3,11 3:2
6:8,25 7:17
11:11 55:25
56:3
chart
48:12 52:24
child
44:11 50:25
circumstance
11:16
CIRO
1:3 11:11
Civ.8158
1:2 6:12
classic
15:5
cleaned
21:23
cleaning
22:21
client
11:10
climbing
46:20 55:9,
10,12
clinical
33:11
codes
42:12
collarbone
18:23,24
32:21
college
8:2,4



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                          May 29, 2012

60

combination
30:19
come
17:20 20:9
25:3
coming
37:10
commencement
57:6
commencing
1:18
competent
52:7
complained
24:23
complaints
15:1 24:19
25:1 29:17
30:8 37:4,6
45:3,20
complete
35:19
completed
8:10 28:14
completes
9:23
completing
9:24
completion
10:3
complication
51:10
concern
18:1 33:13
concerned
30:13
concluded
56:3
concludes
55:24

concurrent
18:3
condition
13:1 30:1
47:21
configuratio
n
41:18
confirm
33:17
conjunction
12:22 13:13
considering
25:5
consisted
32:8
consistency
41:18
consistently
53:20 54:2,4
constantly
24:22
constitute
35:22
consult
48:7
consultation
48:9
consulted
12:13
contains
15:14
Continued
3:25 27:16
28:15 30:8
continuing
26:21
contrary
53:18
contrast

15:24 20:11
21:4 36:16
convenience
48:4
copies
31:3 32:2
copy
13:19 22:9
24:11
corner
22:6
correct
8:18,19 9:18,
19 14:6 15:9,
10 22:5 25:25
26:1 28:11,
19,20 31:10,
11,14,16,17
32:3,5,6
33:23 35:1,7,
8 43:21 47:22
50:6 52:5
54:7 55:2,13
correlate
17:23
costs
42:16
Counsel
4:6 6:20,25
7:3 57:16
couple
49:24
course
24:7 41:2
COURT
1:1,15,16
6:11,18 52:13
57:4
cuff
13:9 14:22
15:6 16:22
17:3,10 18:3,

16,25 19:10,
18,19 22:24
23:17,21 24:3
26:18 32:17,
24 33:14
35:14,18,20,
23 36:11 39:5
46:12 50:8,9
55:6

_____
        D
_____

D
3:1
damage
20:1
damaged
19:13
data
39:17
date
11:18 25:24
28:22,23 34:5
48:24 57:12
dated
3:17 27:10,23
deal
9:1
deals
8:24
debridement
22:21
debris
22:21
December
26:4
decompressio
n
22:25
defect
36:18
Defendants
1:10 2:8

deficits
33:6
degree
8:5,9 38:20
degrees
26:10 27:15
29:7 32:14
delay
26:20 28:1
dense
19:3
DEPOSITION
1:11,14,15
2:15 6:8,13
22:8 55:25
56:2
describe
13:3
described
53:9 55:1
DESCRIPTION
3:11 4:1 53:9
55:2
detail
14:12 15:25
detailed
16:11 30:22
determine
18:4
developed
32:17
developing
33:8
diagnosed
13:9
diagnosis
33:11 45:5
diagnostic
16:7 22:17
33:16 41:16
Diagnostics



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012
                                                              61

15:14
**didn't**
54:12
**difficulty**
45:11 55:7
**diligent**
39:20
**DIRECT**
7:11
**DIRECTION**
5:4 26:12
**disagree**
55:4
**disagreed**
54:22
**discount**
40:21
**Discussion**
52:14
**diseases**
9:1,2
**dislocated**
17:15
**dislocation**
13:7 17:18
18:2 39:3
**disprove**
33:17
**DISTRICT**
1:1 6:11,12
**doc**
24:16
**DOCKET**
1:2
**Doctor**
7:12 13:15
21:11 22:3
26:6 27:10
28:17 43:11
47:15 49:9,20
54:21 55:19

**Document**
3:12,20,22
4:4 34:2
52:16,21
**DOCUMENTS**
5:9 6:2 14:2
**doing**
42:9 44:7
45:2,13 50:24
55:7,8
**dollars**
42:13
**doughnut**
55:15
**down**
20:10 24:5
45:8
**Dr**
13:20,21
14:5,10,14,
17,23 15:7
21:12 22:13
24:2,7,16
25:1,4,14
26:3 27:23
30:13 35:17
38:18 41:21
48:12,16
49:2,6,7
52:5,20,23
53:15 54:23
**due**
37:21
**duly**
7:7 57:7
**during**
48:14 50:6,14
**duty**
26:23 28:15
29:16 53:10
**dye**
15:24 16:19

34:4
_____
         **E**
_____
**E**
2:1,14 3:1,10
7:6 57:1
**Eagles**
10:24
**earlier**
52:4
**early**
39:18 40:7,25
50:5,14
**educational**
8:1
**EDWARD**
2:11
**effect**
54:11
**eight**
26:22
**either**
12:1 33:17
**elevation**
32:14
**emergency**
11:23
**end**
20:15,19 24:1
35:15
**enough**
40:20
**especially**
40:23
**ESQUIRE**
2:5,11,15
**essentially**
35:14
**estimate**
42:14,17
**et**

6:10
**evaluate**
30:25
**evaluation**
30:21 48:1
**evening**
49:20
**event**
40:11 41:4
57:18
**evergreen-**
**type**
44:17
**exactly**
11:17 20:24
**exam**
10:4 32:8
33:9 37:5
**Examination**
1:14 7:11
9:24 10:1,3
27:14 28:2
29:6 30:23
32:10 38:18
48:18 49:19
54:20 57:6
**examined**
32:15 48:17
**example**
19:24
**excuse**
12:21 38:25
46:7 54:2
**EXHIBIT**
3:11 4:1
13:24 15:12
22:2,8 24:5,
10 30:19 32:1
34:1,25 35:6
36:21 47:16
52:12,16
**exhibited**

40:2
**exhibiting**
15:2
**Exhibits**
4:6 6:2
**expected**
46:4
**experience**
10:25 39:12
40:22
**explain**
8:20 9:20
15:18 18:9
22:13 28:4
34:8 35:3
48:12
**explained**
35:21
**extensive**
22:20
**extent**
21:10 22:18
**external**
32:24
**extremities**
11:20
_____
         **F**
_____
**F**
57:1
**fact**
29:23 33:22
**fair**
16:25
**fairly**
16:22
**fairy**
16:25
**fall**
17:13
**fallen**
11:16



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                  May 29, 2012
                                                            62

**Falls**
1:18 6:15
7:18
**fan**
11:6
**far**
30:9 36:7
**February**
31:16 37:2
**fellow**
10:21
**field**
8:18,21 9:3,
17 10:19 12:9
**file**
14:5 31:2,3,
20,24 32:4
**Film**
3:24 4:3 20:4
22:1 36:15
**Films**
3:23 4:2
19:21 34:10,
21,24
**Financial**
2:9 37:21
**find**
51:12 52:7
**finding**
39:21
**findings**
17:23 32:9
33:9 34:16
35:4 37:4
38:17
**firm**
7:2 49:21
**first**
7:7 11:13,15
12:17,20
15:12,18 22:1
34:1 41:22

43:2
**flexion**
26:14
**Floor**
2:10
**Flyers**
10:24
**folder**
34:25
**follow**
54:21
**following**
29:13
**follows**
7:8
**follow-up**
49:25
**FORDE**
2:11 3:4 7:1
30:2 37:19,24
38:6,13,23
39:1,14 40:3
41:8 43:15,22
47:1 49:12,
19,21 51:15,
17 52:11,18
53:25 54:16
55:18,22
**foregoing**
57:10
**formal**
43:2
**formation**
51:25 52:2
54:14
**forth**
57:13
**forward**
8:2 26:14
**found**
21:13

**four**
19:9,13 43:6
**fractures**
11:19
**frequently**
9:11 43:8
**Friedel**
48:10,16 49:6
**Friedel's**
48:12 49:2
**front**
17:5,10
18:20,22,24,
25 21:5,6
29:8 36:17
**full**
21:10 28:14
32:14 34:12
53:10
**f u l l -
thickness**
16:21
**function**
26:18 53:7
54:25
**functional**
29:10
**functioning**
33:5
**FURNISHED**
5:14
**further**
25:6 28:13
29:11 49:11
54:17 55:20,
23 57:9,15

---
**G**
---
**gap**
34:13
**gave**
12:5

**geared**
32:10
**general**
14:25 44:5
**getting**
29:19 45:10
46:22
**Giant**
11:6
**Gilbert**
1:17 6:14
7:18
**give**
7:25 14:8
16:15 30:24
36:21 42:14
46:2
**gives**
15:25
**giving**
39:21
**glenohumeral**
22:20
**go**
10:1 14:11,12
28:16,21
42:22 47:7
**goes**
19:17
**going**
11:3 13:18,23
21:25 25:22
49:24 51:6,23
52:19 56:1
**Good**
6:23 7:12
18:16 39:6
49:20
**gradual**
27:13
**graduated**
8:4,8

**grandchild**
50:25
**grandson**
44:11
**great**
24:2
**green**
23:23
**GROUP**
1:17 6:14
8:16
**guess**
44:10 48:14
**guide**
47:5 50:14

---
**H**
---
**H**
3:10 7:6
**half**
16:24 20:19
34:13
**hand**
44:20,23
**hands**
44:21
**happen**
50:4,20
**happens**
39:19 50:5
**head**
26:15 45:11
46:20 51:1
**heal**
39:7
**healed**
32:12
**healing**
29:14
**health**
8:6,7



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012
                                                              63

| | | | | |
|---|---|---|---|---|
| **heard** 6:10 | **high** 54:13 | **impression** 48:19,20,21 | 14:13 33:3 38:21 | 8:13 10:22 |
| **heart** 47:24 | **HILL** 2:8 7:2 49:21 | **improve** 30:9 | **inject** 15:24 | **Jersey** 1:17,18 6:15 7:19,21 10:13 57:5,22 |
| **heavy** 13:6 29:5 55:8 | **history** 12:25 27:13 30:22 41:10 | **improved** 29:3,13 | **injuries** 9:2 12:1 22:19 | **Jim** 49:21 |
| **held** 6:13 | **HOFMANN** 2:3,5 3:3 6:23,24 7:11 | **improvement** 26:24 27:13, 14 29:12 | **injury** 12:14 13:5,8 17:22 19:14 | **job** 53:9 55:1,8 |
| **Hello** 7:13 | 30:4 37:22,25 38:10,15,24 | 30:1,6 37:9 42:1 43:12 | 38:21 43:13 53:5 | **joined** 8:15 |
| **help** 18:8 37:11,13 38:3,8 55:22 | 39:9,23 40:8 41:12 43:17, | **incident** 38:22 | **inpatient** 47:17,20 | **joint** 19:17 32:20, 21 34:20 36:9 |
| **helping** 44:12 | 23 47:7,12,14 49:10 50:1 | **incision** 21:18 | **inside** 36:8 | **joints** 8:25 9:6 |
| **hereby** 57:5 | 51:14 53:22 54:20 55:19 | **inconsistent** 45:2 | **Institute** 10:22 | **July** 25:25 40:2,12 |
| **hereinbefore** 57:13 | **hold** 35:18 | **Incorporated** 6:10 | **interested** 57:17 | **jump** 25:23 |
| **HICKS** 1:3 6:9,25 | **hole** 44:20 | **increase** 51:6 | **introduce** 6:20 | **June** 54:24 |
| 11:11 14:11, 13 15:1,9 | **hospital** 47:25 | **indicated** 8:17 10:12 | **involve** 12:1 | **jury** 8:20 11:2 |
| 17:14 19:10 24:12,18 | **hospitalizat ion** 42:16 48:15 | 50:3 52:4 53:16 54:5,22 | **involved** 9:6 | 18:9 19:25 23:8 24:15 |
| 25:14 27:9, 12,19 29:25 | **hurt** 32:19 | **indicative** 17:8,9 | **irritation** 32:18 | 32:7 34:8 37:3 |
| 30:25 31:8 33:11,22 | | **individual** 31:5 50:11 | **Island** 8:5 | **just** 14:8 20:6 |
| 36:25 37:17 38:21 39:13 | **—— I ——** | **inflammation** 21:24 22:22 | **isolated** 18:14 | 24:21 26:5 31:21 43:1 |
| 40:1,5,9 43:12,25 | **identificati on** 6:5 52:17 | 32:18 47:24 | **issues** 37:21 | 47:4 48:5 50:1 54:21 |
| 44:7,14 45:2, 13 46:14 | **Imaging** 19:22 | **INFORMATION** 5:14 38:16 40:20 | **—— J ——** | **—— K ——** |
| 47:17,25 49:3,23 50:24 | **impairment** 29:11 | **infraspinatu s** 17:2 19:7,11 | **JAMES** 2:11,15 6:17 7:1 | **KBF** 1:2 6:12 |
| 51:14,15,18 53:16,20 | **impingement** 32:16 | **initial** 31:9 43:13 | **January** 27:11 | **kind** 17:13 20:5,10 |
| 54:2,3,24 | **important** 25:20 | **initially** | **Jefferson** | **know** 11:17 13:21 |
| **Hicks's** 30:15 37:4 | | | | |



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                May 29, 2012
                                                              64

37:21 39:20
40:4 42:8
44:9 46:3
49:6 52:5
**knowledge**
30:15,17
39:11
**known**
15:7

---
L
---

**L**
2:14 7:6
**ladders**
55:10
**large**
40:23
**larger**
36:10
**largest**
36:11
**last**
27:15 53:2
**lateral**
36:7
**Laughlin**
2:15 6:17
**law**
7:2 49:21
**lay**
17:17
**layman's**
17:17
**leaking**
21:4
**leaks**
16:19
**learned**
12:9
**leather**
19:2

**left**
24:6 39:7
44:19 47:3
**Let's**
24:4
**Letter**
3:17
**Liberty**
2:9
**license**
10:16 57:21
**licensed**
7:20 10:12,14
**lifting**
13:6 27:1
29:5 45:9
46:4,20 47:3,
6 50:25 55:9,
14
**ligaments**
8:25 16:5
**light**
47:5
**likelihood**
54:13
**likely**
39:2 40:16
41:6
**limited**
10:1 26:8,11
32:13
**limiting**
29:3
**limits**
52:2
**LINE**
1:8 5:5,10,
15,20 6:9 7:3
49:22,23
**LISA**
1:16 6:19

57:3,20
**Lisser**
13:20,21
14:10,17,23
15:7 21:12
22:13 24:2,7
25:1,4,14
27:23 30:13
35:17 41:21
52:5 53:15
**Lisser's**
14:5,14 24:16
26:3 38:18
49:7 52:23
54:23
**LITIGATION**
5:1 57:18
**little**
7:25 48:5
**LLP**
2:8
**long**
7:23 24:25
**look**
15:16 19:5
25:5 26:3
27:22 31:2
41:17 48:6
**looking**
18:20 22:17
**loss**
51:11,13
**lot**
18:5 42:25
44:8 50:17
**lower**
11:19

---
M
---

**M.D**
1:11 3:2 6:9
7:6 56:1,3
**main**

18:1
**maintained**
32:4
**major**
26:17 54:11
**manipulating**
50:16
**March**
27:23
**maritime**
12:9
**mark**
52:11
**MARKED**
5:19 6:2
15:12 22:1,2,
8 30:19 32:1
34:1 47:16
52:16,20
**material**
20:11
**materials**
33:10 53:3,6
**matter**
1:15 6:9
**maximum**
26:24 27:1
42:1 43:12
**MD**
8:9
**mean**
8:23 39:2
42:25 45:6
48:14 50:13
**means**
17:19 26:24
38:4
**meant**
8:21
**mechanism**
17:22

**Medical**
3:13,15,18
8:7,8 10:18
13:15,20
14:5,9 17:16,
19 18:5 22:10
26:24 30:21
31:6 38:20
42:1 43:12
47:19
**medicine**
8:12,24 9:4,6
10:11
**mentioned**
34:15
**metal**
13:6
**m i c r o -
t e a r i n g**
41:2
**midline**
28:9
**minimum**
26:22 43:5
**minute**
47:8
**missed**
54:8,9
**missing**
53:20 54:3,4
**MMI**
26:24
**model**
18:8 20:7
35:25
**modified**
26:23 27:19
28:15 29:16
**Mondays**
9:13
**months**



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                      May 29, 2012
                                                                65

25:2 26:6
29:3,12,20
42:3 43:6
45:22
**most**
10:23 18:3
28:9 39:17
40:6 41:6
45:6 50:7
**mostly**
32:11 45:7
**motion**
15:4 26:8
28:3,8 29:7
30:7,9 32:13
40:25 43:1
50:17 51:11,
19,21 52:3
54:6,15
**motions**
27:15
**move**
24:5
**MRI**
3:23,24 4:2,3
14:20 15:8,
22,25 16:3,5,
7,20 18:4
19:4 25:8
29:14,15,19
30:13 31:7
33:21,23
34:3,21,22,
24 35:25
36:22 39:21
48:22 55:5
**Murphy**
14:14
**muscle**
17:2 19:1,6,8
33:2
**muscles**
18:15,16,18

19:6,9 20:8
35:22
**musculoskele
tal**
8:24

### N

**N**
2:1,14 3:1
**name**
6:17,24 7:1,
15,17 49:20
**NASH**
2:8 7:2 49:22
**necessary**
30:25 42:5
**neither**
57:16
**nerve**
33:6
**nerves**
33:5
**never**
24:22
**NEW**
1:1,17,18
2:5,10 6:12,
15 7:19,21
8:5,10 10:13,
16 11:2 30:13
57:5,22
**nice**
23:19
**nicely**
21:9
**non-contrast**
34:3
**Normal**
26:10 47:4
**normally**
9:14 20:16
36:6

**Notary**
1:16 57:4,22
**note**
27:9,22 28:17
29:25 31:9,15
48:12
**notes**
12:19 24:9
26:3 27:11
28:18 38:19
**nothing**
54:17 55:20,
23 57:8
**noticed**
37:7
**November**
3:17 31:13,19
47:18

### O

**O**
2:14 7:6
**Objection**
30:2 37:19,24
38:6,13,23
39:1,14 40:3
41:8 43:15,22
47:1 53:22
55:18
**observe**
44:14
**obtain**
38:4,11 40:25
48:22
**obtained**
14:20
**obviously**
30:7
**occasional**
54:10
**occur**
39:18 40:6

50:10,18
**occurrence**
53:24
**October**
34:6,7,22
47:18
**office**
7:15 24:9
26:3 27:9,22
28:16 29:15
31:1,3,8,15
37:1 42:10
**Offices**
1:17
**Oh**
50:22
**Okay**
12:22 13:18,
23 14:19,25
16:1,8,12,19
17:4 18:5
19:14 20:17
22:7 24:4
25:9,22
26:16,17 27:3
28:24 29:23
31:22 33:4
34:18,24
35:10 36:12,
20 37:16
38:16 41:5,
13,21 44:13
48:4 49:1
50:2 51:12
53:13 54:1
**older**
18:1
**onset**
13:1
**opened**
22:11
**operative**
22:12

**opinion**
21:11 27:6
30:24 38:19
39:24,25
40:15 41:6
43:11 45:1
53:6,11 54:24
55:6
**opinions**
13:12
**opportunity**
13:14 14:4
**Oral**
1:14 10:3,4,6
**order**
33:17
**orientation**
20:6 36:4
**ORTHOPAEDIC**
1:17
**Orthopedic**
6:14 8:9,11,
15 9:6,23
10:19 13:15
48:7,9,16
52:8
**orthopedics**
8:18,21,23
9:18 10:7
11:8
**orthopedist**
48:2
**outcome**
57:18
**outside**
50:11 51:5
**over**
26:15 29:3,12
32:19 41:2
45:11 46:20
50:25 51:1
**overall**



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                          May 29, 2012
66

54:10
**overexerts**
50:11
**overhead**
26:25 29:4
45:7,13 46:19
50:24

— **P** —

**P**
2:1,14 48:10
**p.m**
56:3
**package**
23:4
**PAGE**
3:2,11 4:1
5:1,5,10,15,
20
**pain**
15:4 24:20,23
27:25 28:13
29:1,7,10
30:8 32:17
37:7,8 41:1
48:15,22
50:13
**painful**
28:3
**palpation**
32:19
**part**
25:20 36:21
52:22
**partial**
17:1 21:24
34:14 36:15,
18,19
**particular**
9:3
**partner**
14:15 49:7

**parts**
10:5
**party**
57:16
**passing**
9:25 10:4
**patient**
11:11,14
13:14 24:19
25:11 29:20
39:21 40:25
45:19 46:3
51:6 53:7
54:11
**patients**
15:5 17:25
18:4 28:10
39:19 40:6
45:6 50:15
52:1
**PATRIOT**
1:9
**PAUL**
2:5 6:24
**percent**
9:15
**perform**
9:13 11:22,23
42:7 45:9
53:8 55:1
**performed**
15:8 33:17
34:5,22
41:15,25
**performing**
46:25
**pericarditis**
47:24
**period**
41:25 42:5
**persistent**
24:23 29:1,10

48:21
**person**
9:22 25:18
30:14 55:16
**phase**
50:15
**Philadelphia**
8:13,14 10:24
**Phillies**
10:25
**photographs**
23:5,11
**physical**
24:24 25:15,
17 26:20,21
27:14,16
28:1,2,18
29:6 30:23
32:9 37:10
40:7,24 41:1,
3 42:6,19,20
43:6 45:2
48:18 50:6,12
51:5,7,8,23
52:1 53:17,20
54:4,9,12
**physician**
7:21
**picked**
44:16,19
**picking**
44:14
**picture**
20:6
**pictures**
23:13,16,20
**place**
22:23 23:24
35:18 57:12
**plains**
46:6,8,9
**Plaintiff**

1:4 2:3
**plan**
25:12 29:9,19
48:19,22 53:3
**plant**
44:12
**playing**
44:11
**please**
6:20 15:17
22:14 30:5
47:8
**plus**
42:18
**point**
12:8 14:10
21:19 23:8
26:6 27:18
33:16,22
44:10 46:1
**portholes**
32:12
**portion**
18:25 36:11
**position**
17:13 29:4,5
34:16 35:14,
17 36:4
**positioned**
17:6
**positive**
32:25
**possible**
39:22 45:21,
22 50:19
**possibly**
51:1
**post**
40:11
**postop**
25:12

**postoperativ**
**e**
50:14
**post-repair**
23:20
**post-surgery**
29:21 42:21
**p o s t -**
**s u r g i c a l**
24:11 34:16
35:16 42:23
**pounds**
27:1 45:9
**Practice**
1:16 10:2,13,
14 11:10
**practicing**
11:7
**present**
40:13
**presented**
29:18 45:4
**presenting**
15:2
**pressing**
29:8
**presurgery**
24:9
**pretty**
46:4
**previous**
35:15
**previously**
52:20
**primarily**
47:21
**prior**
13:15 57:5
**probably**
9:15 11:18



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                          May 29, 2012
                                                                     67

42:2,18 43:5
**problem**
23:3 33:3
39:8
**problems**
13:11 33:7
**Procedure**
1:16 21:17
22:15 24:1
34:17
**procedures**
23:3
**proceed**
25:1
**proceeded**
24:12
**proceedings**
47:11 49:15
**PRODUCTION**
5:9
**professional**
10:19,23 11:1
45:1
**program**
8:10
**progress**
26:20
**progressing**
25:11
**progression**
24:21
**progressive**
41:2
**properly**
17:7
**propose**
41:15
**protocol**
28:14
**providing**
10:18

**Public**
1:16 8:6
57:4,22
**purport**
15:20
**pursuant**
1:15
**put**
23:12,22
24:4,5 44:20
48:4

_____ Q _____

**QUESTIONS**
5:19 49:11,25
**quick**
31:2 54:21

_____ R _____

**R**
2:1,14 7:6
57:1
**R.P.R**
57:21
**radiographic**
16:16
**radiologist**
16:13
**range**
26:8 28:3
29:6 30:7,9
32:13 40:25
42:13 43:1
50:17 51:18,
21 52:2
**reach**
33:10 43:20
**reached**
30:10 42:1
43:12
**reaching**
46:5
**really**

19:3,12 21:9
24:22 45:10
50:15,16
**reason**
37:16
**reasonable**
27:3 38:20
**reattached**
21:21
**reattempt**
41:19
**recall**
52:25
**received**
6:1 52:15
**r      e  -
certificatio
n**
10:6
**re-certified**
10:10
**recommend**
25:7 27:16
28:13 29:14
37:12 41:16
42:20 43:9
**recommendati
on**
53:2 54:23
**recommendati
ons**
49:2 53:1
**recommended**
14:23 37:14
41:14 43:19
53:5
**record**
7:14 22:3
47:8,9,12,17
48:6 49:12,
13,17 52:14

56:1
**Records**
3:13,15,19
13:15,20 14:9
15:13 22:9
24:16 29:24
31:19,23 32:2
38:18 52:23
**recovery**
24:13 25:21
**recuperated**
24:17
**recuperation**
24:12 41:25
**recur**
40:23
**recurrence**
41:7
**recurrent**
25:13 33:14
34:11 35:20
39:8,16,22
40:1,16 45:5
46:14 50:3,4,
8,10,20 51:2,
5,9 55:6
**refer**
12:19 13:25
20:18 25:22
27:8
**reference**
18:16
**referenced**
53:3
**referred**
14:17
**referring**
35:6
**rehab**
39:18
**relevant**
14:9

**Rem**
1:9
**re-operation**
39:22
**repair**
14:23 22:24
23:21 24:2
41:20 42:9
46:12
**repairing**
24:2
**repairs**
50:9
**repeat**
33:21,23 34:3
**report**
22:12 30:21
31:6,7,10,12
34:9,11 53:15
55:3
**reported**
16:13 17:14
**Reporter**
1:17 6:1,18
52:13,15 57:4
**reporting**
26:6
**reports**
15:14 16:16
27:25 29:1
31:3,4,5
36:21
**represent**
13:19 49:22
**REQUEST**
5:9
**requesting**
37:11
**re-repair**
37:15
**re-rupture**



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

68

39:12

**re-ruptured**
39:7

**residency**
8:9 9:23

**residual**
27:25 28:12

**respect**
12:13,23
34:21 49:25
53:13

**restricted**
15:4 51:18,
21,25 54:6,15

**restrictions**
27:2,4 45:7
46:15

**result**
30:11 51:22

**resulted**
39:5

**retained**
4:6

**re-tears**
41:3

**re-torn**
36:11

**retracted**
36:8

**retraction**
16:22 20:17

**return**
12:6 29:14

**reveal**
16:12 24:17
27:11

**revealed**
28:2

**reveals**
34:9,11 35:25
48:13

**review**
13:14 14:3,4
24:10 25:4
26:5 29:23
30:23 34:21
36:22 38:18
48:11

**reviewed**
19:21 22:2
33:10 34:10
38:17 53:16

**reviewing**
31:7 33:8
43:24 52:25

**revision**
42:2

**right**
12:8,12,14,
23 14:7,16,
21,22 15:11
17:21 18:11,
21,24 19:20,
24 20:15
22:16 23:7
26:2 27:1,8,
21,25 28:12,
21 29:2
30:15,16,18
32:11 34:4
35:9 38:1
41:23,24
44:23 45:25
46:11 47:4
48:2,8,15,
17,21 53:4,8
54:6,25

**RINALDI**
1:16 6:19
57:3,21

**rings**
13:6

**Riverview**
22:10 47:19

**RIZZO**
1:11 3:2 6:8
7:17 32:1
34:1 52:20
55:25 56:3

**Rizzo-1**
3:12 6:2

**Rizzo-10**
52:20

**Rizzo-2**
3:13 6:3

**Rizzo-3**
3:15 6:3

**Rizzo-4**
3:17 6:3

**Rizzo-5**
3:18 6:3

**Rizzo-6**
3:20 6:3

**Rizzo-7**
3:22 6:4

**Rizzo-8**
3:23 6:4

**Rizzo-8A**
3:24 6:4

**Rizzo-9**
6:4

**Rizzo-9A**
6:4

**roof**
11:17

**rotation**
32:24

**rotator**
13:9 14:22
15:6 16:21
17:3,10 18:3,
16,25 19:9,
18,19 22:24
23:17,21 24:3
26:18 32:17,

24 33:14
35:13,18,20,
22 36:11 39:5
46:10 50:8,9
55:6

**Rothman**
10:22

**routine**
53:24

**routinely**
16:9

**RPR**
1:16 57:3

**Rules**
1:15

**RULING**
5:19

**ruptures**
17:12

_____ **S** _____

**S**
2:1,14 3:10
7:6

**sake**
14:7

**satisfactory**
23:21 30:10

**saw**
12:20 14:9
31:8 36:24
37:1 44:6
49:3 51:20

**says**
26:19 28:12
29:1,9 53:2
55:3

**scan**
25:8 29:14,15
48:23

**scar**
51:11,25 52:2

**54:14**

**school**
8:7,8

**SCHWEITZER**
2:3 6:24

**Science/Chic
ago**
8:8

**scope**
21:18 22:18

**second**
10:11 30:24
36:20 37:15
55:5

**sedentary**
29:16

**see**
12:16,18
16:4,18
18:17,19
20:5,10,13,
14 21:7,9
22:18 23:14,
23 35:19
36:15 41:17
45:12 50:7,17
51:10

**seeing**
20:21,23

**seeking**
13:12

**seen**
14:14 40:12
45:17 52:21

**separation**
16:23

**service**
28:23

**session**
54:10

**sessions**
53:21 54:5



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.

May 29, 2012

69

set
15:13 57:13

setting
42:2

severe
11:19 37:8

shape
40:15

shifting
39:4

SHORE
1:17 6:14
8:15 11:8

shots
23:13

shoulder
9:5 12:14,20,
24 13:1,8,11
14:18,21,22
15:4,15,16,
24 17:6,11,
15,18 18:2,7,
14,17,21,22,
24 21:5,23
22:16,18
23:12 24:24
25:6,18 28:1,
12 29:2,8,10
30:15 32:11,
13,22 33:6
34:4 36:17
37:7 39:4,13
48:2,15,17,
22,23 53:5,8
54:6,13,25

shoulders
9:9,12,15
12:2

shovel
44:12,21,24
47:5

show
13:18,23

15:11,20 16:5
19:25 20:1
21:8,25 22:7
23:7,20 27:24
30:18 33:25
35:3,24 47:15
52:19

showed
17:24 27:14
45:13

showing
39:17

shown
29:11,25

shows
16:4,20 21:4,
9 28:25 29:6
35:12,13,16,
19 36:4

shrub
44:12,16,17

side
28:10 36:7
45:8

sign
32:16

significance
17:4 44:15

significant
16:22 23:9
30:1

similar
35:11 41:21
49:2

simple
43:1

sir
7:20 10:8

sit
9:24

sitting
20:15 36:8

slow
26:19 42:22

small
19:8 44:11,17

so..
16:2

socket
17:20 18:18
20:7 35:13

soft
16:4

Solutions
2:15

Sorry
51:15 53:14

sort
38:9 42:4,19
46:5 50:21

Sounds
26:1

South
1:18 6:14
7:18

SOUTHERN
1:1 6:11

special
16:3

Specialist
2:15 6:18
14:18

specializati
on
9:16

specialized
8:11

specifically
40:5

spine
9:1

sports

8:12 9:4
10:11

sports'
10:19

standard
15:22 16:3
25:10 29:22
42:8

standpoint
33:16

start
45:10

started
25:4

starting
8:1

State
1:17 7:15,21
21:19 57:4,22

statements
53:18

Staten
8:5

STATES
1:1 6:11
10:15

status
26:23 27:12,
19

stay
47:18,20

stenographic
ally
57:11

Steven
13:20 48:10

stiffness
24:20

stitches
23:24

stopping

51:8

stops
51:6

straight
26:13,15

straightenin
g
26:23

Street
1:18 2:4,9
6:14 7:18

strength
32:25 33:2

structures
18:6 21:2

studies
30:23 38:17
39:17

study
16:11,12
35:11,15

stuff
16:6

subacromial
22:25

subluxation
39:3

subluxed
17:6

subscapulari
s
17:11 19:4,12
21:6 34:14
36:13,14,16

subsequent
13:10 31:12
50:21

successful
46:10

successfully
9:25



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012
                                                              70

**suffered**
38:21 39:3
**Suite**
2:4
**summarize**
24:15 26:5
**summary**
14:8
**Superior**
1:15
**SUPPORT**
5:1 45:4
**supraspinatu**
s
19:6,11 32:25
33:2 34:12
36:5
**Sure**
7:16 8:3,22
9:21 11:3
18:10,12
25:12 28:11
30:12 35:5
36:2 50:22
52:13 55:17
**surgeon**
48:16 52:8
**surgeries**
12:4
**surgery**
8:11,12 9:4,
9,12,13
11:22,24
13:10 14:11,
23 15:3
21:16,17
22:9,14 24:8,
13,19 25:19,
23,24 26:7
29:13,24
37:9,15,17
38:4 39:6

40:2,7 41:13,
14,24 42:7,9
43:18 45:22,
24
**surprising**
39:10
**surveillance**
43:25 44:6
46:23
**suspicious**
16:18
**sustained**
12:14 13:5
**suture**
22:23 35:17
**sutures**
23:23
**sworn**
6:22 7:7 57:7
**symptoms**
15:5
**system**
8:25

---
                    **T**

**T**
2:5,14 3:10
57:1
**tab**
48:5
**take**
10:3 12:24
15:16 23:12
26:2 27:22
30:22 31:2
35:9 43:5,18
48:5
**taken**
1:15 19:21
44:2 57:11
**talked**
24:8

**talking**
18:13 20:3,5
21:3 24:6
**tape**
6:7
**teams**
10:20
**tear**
13:10 14:21,
24 16:18,21
17:1,10 18:3
19:10,12
21:10 23:17
25:13 32:18
33:14 34:12,
14 35:20
36:4,15,19
39:5,6,16
40:1,16 41:19
45:5 46:14
50:3,4,20
51:2,5,9 55:6
**tearing**
19:11 39:4
**tears**
15:6 19:19
21:12,24
35:25 39:18
40:6,22,23
50:8,10
**tell**
28:22,24
30:20 32:7
34:2 37:3
46:3,19
**telling**
45:19
**ten**
11:18
**tender**
32:22
**tenderness**
29:7 32:19

**tendon**
16:23 17:5,
10,12 19:2,
15,16 20:14,
15,16,18,20
21:21 23:15,
16,22 33:3
34:14 35:16
36:5,9,17
**tendons**
16:5 19:13
20:8,9
**tenodesis**
22:22 34:17
**term**
17:16,17,19
**terminology**
18:6
**test**
16:3 33:1
**tested**
32:23
**testified**
7:7 40:10
50:1
**testify**
40:9 57:7
**testimony**
57:11
**testing**
33:1
**Thank**
24:4 49:9
54:16 55:19
**therapist**
50:16
**therapy**
24:24 25:15,
17 26:20,21
27:16 28:2,
13,14,18
37:10 40:7,24

**41**:1,3 42:6,
19,20,25
43:3,6 50:6,
12 51:6,7,8,
23 52:1
53:17,21
54:4,9,12
**thereof**
24:11
**thickness**
17:1 34:12
**thing**
38:9 46:5
**things**
46:20 50:18
**think**
23:20 24:2
38:7 39:17,20
46:1 54:10
**Thomas**
10:21
**thousands**
42:13
**three**
19:13 31:5
36:20 43:10
**till**
42:1
**time**
11:13,15,21
12:17,20 13:8
15:3 25:3
27:4 28:9
29:24 33:12,
18 36:24
40:10,12
41:22 47:10,
13 49:10,14,
17 56:1 57:12
**times**
14:3 37:8
43:10



**ESQUIRE**
DEPOSITION SOLUTIONS

**Toll Free: 800.211.DEPO**
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.

May 29, 2012
71

| | | | | |
|---|---|---|---|---|
| **Tinton**<br>1:18 6:15<br>7:18 | 29:19 42:4<br>53:4 | **UNITED**<br>1:1 6:11 | 6:8 55:25<br>56:2 | 43:10 |
| **tissue**<br>16:4 23:14,18<br>41:18 51:11,<br>25 54:14 | **tried**<br>38:8 | **University**<br>8:7,10,13 | **view**<br>35:12 | **weeks**<br>26:22,25<br>27:17 43:2 |
| **today's**<br>55:25 | **truck**<br>44:9 | **unrelated**<br>11:16 47:21 | **viewed**<br>40:10 | **weight**<br>44:15 |
| **together**<br>24:5 | **true**<br>14:5 57:10 | **unrestricted**<br>46:2 | **viewing**<br>36:22 47:2 | **welcome**<br>54:18 55:21 |
| **told**<br>13:4 | **truth**<br>45:19 57:7,8 | **unstable**<br>19:19 | **views**<br>21:8 | **we'll**<br>14:3 |
| **top**<br>19:5,7 | **try**<br>37:14 40:24 | **use**<br>13:6 26:25<br>29:4 | **visit**<br>27:15 31:8<br>37:1 | **went**<br>8:6,9 |
| **topsoil**<br>47:6 | **Tuesday**<br>1:18 6:15 | **usually**<br>16:15 17:9<br>40:6 50:5,7,<br>13 51:24 | **visiting**<br>12:23 | **we're**<br>20:5 33:1 |
| **torn**<br>19:4 21:22<br>23:15,16 | **TUG**<br>1:9 | | **visits**<br>31:20 53:17 | **West**<br>2:4 |
| **towards**<br>32:11 | **tugboat**<br>12:10 13:5 | **— V —** | **vs**<br>1:6 | **we've**<br>15:12 21:25<br>22:7 24:8<br>33:25 47:16 |
| **towing**<br>13:7 | **two**<br>10:5 16:15,24<br>20:18 43:10 | **Van**<br>6:9 7:3<br>49:22,23 | **— W —** | **Whereupon**<br>6:1 52:15<br>56:2 |
| **training**<br>8:18 | **type**<br>15:5 55:8 | **VANE**<br>1:8 | **Wagner**<br>8:4 | **whether**<br>51:13 |
| **TRANSCRIPT**<br>1:14 57:10 | **typewritten**<br>31:18 | **various**<br>42:12 | **walking**<br>44:8 | **white**<br>20:11,21,23 |
| **trauma**<br>41:11 50:21 | **— U —** | **vascular**<br>33:7 | **want**<br>47:15 52:21 | **whole**<br>57:7 |
| **traumatic**<br>40:11 | **Uh-hum**<br>14:1 21:20<br>23:25 40:14<br>42:24 43:4<br>44:18,22 | **versus**<br>6:9 49:23 | **wanted**<br>30:13 | **widening**<br>16:25 |
| **treat**<br>30:14 | **undergo**<br>25:15 | **Video**<br>2:15 6:18<br>47:11 49:15 | **wasn't**<br>53:23 | **wished**<br>33:16 |
| **treated**<br>13:16 | **underneath**<br>19:18 | **VIDEOGRAPHER**<br>6:7 47:9<br>49:13,16<br>55:24 | **way**<br>8:2 20:10<br>36:6,10 | **within**<br>38:19 53:15 |
| **treating**<br>45:18 | **understanding**<br>38:2 47:23 | **videotape**<br>43:25 44:14<br>45:13,16<br>46:22,25 | **weakness**<br>15:5 24:23<br>29:2 30:8<br>32:23 46:21 | **witness**<br>1:14 3:2 5:4<br>6:21 30:3<br>37:20 38:7,14<br>39:2,15 40:4<br>41:9 43:16 |
| **treatment**<br>10:18 12:5<br>13:12 25:6,18 | **unheard**<br>39:16 | **videotaped** | **Wednesdays**<br>9:14 | |
| | | | **week**<br>9:14 26:7 | |



Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

47:2 53:23
54:18 55:21
57:6
**work**
12:6 20:10
26:23 27:19
29:16 50:24
53:8,10 55:1
**worked**
12:9
**working**
8:2 13:5
**World**
2:9
**written**
9:24,25 10:5
**Wrong**
51:15

___ **X** ___

**X**
3:1,10
**XI00226000**
57:21
**X-ray**
16:17
**X-rays**
16:4

___ **Y** ___

**Yeah**
11:4,23 30:5
55:4
**year**
8:11 10:2
45:24 46:3
**years**
7:24 10:2,7
11:8,18
**yellow**
48:5
**YORK**
1:1 2:5,10

6:12 8:5,10
10:16 11:2
**yourself**
9:8 30:16
**yourselves**
6:21

___ **Z** ___

**Z**
7:6

___ **1** ___

**1**
6:7 25:25
26:7 40:12
47:8
**10**
4:4 9:14 10:7
27:1 45:9
52:16 53:14
**10/25/10**
3:19
**10/28/2010**
48:25
**10000**
42:18
**10001-2727**
2:5
**10281-1003**
2:10
**11**
1:2 6:2,12
**11/05/10**
3:19
**110**
32:14
**12**
3:17 11:18
**12/08/10**
3:19
**12/15/10**
3:14

**120**
26:10
**12-Page**
3:12
**13**
3:21 12:21
31:10 32:8
**13th**
31:19
**15**
27:11
**150**
27:15 29:7
**1506**
2:4
**17**
7:24
**180**
26:10
**1996**
8:16
**1998-2009**
3:16
**1-Page**
3:22

___ **2** ___

**2**
10:2 13:24
24:10 31:13,
19
**200**
2:9
**2009**
3:17 12:15
25:25 26:4
38:25 40:2,12
43:14
**200-pound**
55:15
**2010**
3:21 12:21,24

27:11,23
29:25 30:11
31:10,13,20
32:8 33:12
34:7,22 38:22
44:3 45:23
46:13 47:18
49:4 54:24
**2011**
31:16 37:2
**2012**
1:18 6:16
**21**
38:22
**22**
31:16 34:7,22
37:2
**25**
47:18
**26**
29:25 30:11
**26th**
2:10
**29**
1:18 6:15

___ **3** ___

**3**
16:24 20:19
22:8
**31st**
2:4
**35**
1:17 6:14
7:18
**360**
2:4
**3-Page**
4:4 52:16

___ **4** ___

**4**
15:12

**4/26/2010**
28:23
**49**
3:4

___ **5** ___

**5**
26:6 47:16,18
**50**
17:25
**5000**
42:15
**51**
4:4
**533**
6:16
**534**
1:19
**5-year**
8:10

___ **6** ___

**6**
3:12,13,15,
17,18,20,22,
23,24 4:2,3
27:17 30:19
32:1 36:21
42:3 43:2,6
**617**
47:10,13
**620**
49:14
**621**
49:17
**630**
56:1
**631**
56:3

___ **7** ___

**7**
34:1



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com

CHARLES RIZZO, M.D.                                    May 29, 2012

73

**754**
3:3

**7-Page**
3:20

———— **8** ————

**8**
26:25 27:23
29:20 54:24

**80**
9:15

**8A**
22:2

———— **9** ————

**9**
4:2 26:4
34:25

———— **'** ————

**'96**
11:9

———— **9** ————

**9A**
4:3 35:6



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 732.283.1640

Suite 445
33 Wood Avenue South
Iselin, NJ 08830
www.esquiresolutions.com